DAVID CHIU (SBN 189542)
City Attorney
JESSE SMITH (SBN 122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (SBN 173594)
Chief Deputy City Attorney
JULIE VEIT (SBN 209207)
CHRISTOPHER STUART (SBN 262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4700
Facsimile:      (415) 554-4757
Email: Cityattorney@sfcityatty.org
         Jesse.Smith@sfcityatty.org
         Yvonne.Mere@sfcityatty.org
         Julie.Veit@sfcityatty.org
         Christopher.Stuart@sfcityatty.org

MICHAEL E. DERGOSITS (SBN 118206)
IGOR SHOIKET (SBN 190066)
DERGOSITS & NOAH LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com
         ishoiket@dergnoah.com

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND,<br><br>        Defendant. | Case No. 3:24-02311-TSH<br><br>**PLAINTIFF'S NOTICE OF APPEARANCE OF YVONNE R. MERÉ**<br><br>Trial Date:          None set |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Chief Deputy City Attorney YVONNE R. MERÉ is appearing on behalf of Plaintiff City and County of San Francisco.  The office and email address, and the telephone number and facsimile number for Ms. Meré are as follows:

> YVONNE R. MERÉ, State Bar #173594
> Chief Deputy City Attorney
> City Attorney's Office
> City Hall
> 1 Dr. Carlton B. Goodlett Place
> San Francisco, California 94102-4682
> Telephone:     (415) 554-4700
> Facsimile:     (415) 554-4757
> Email:  Yvonne.Mere@sfcityatty.org

Please include Ms. Meré on all proofs of service and communications in this matter.

Dated:  April 24, 2024

DAVID CHIU
City Attorney
JESSE SMITH
Chief Assistant City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
JULIE VEIT
CHRISTOPHER STUART
Deputy City Attorneys


 _/s/ Yvonne R. Meré_
YVONNE R. MERÉ

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO