| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Michael E. Dergosits SBN 118206<br>Dergosits & Noah LLP<br>One Embarcadero Center Suite 720<br>San Francisco, CA 94111<br>ATTORNEY FOR  Plaintiff | (415) 336-0228 | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>City and County of San Francisco v. City of Oakland | | |
| DATE:     TIME:     DEP./DIV. | | CASE NUMBER:<br>3:24-cv-02311-TSH |
| **Declaration of Service** | | Ref. No. or File No:<br>San Francisco v Oakland |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Standing Order for All Judges; Standing Order for Magistrate Judge Thomas S Hixson; Appearance of Counsel; Civil Cover Sheet; Discovery Standing Order for Magistrate Judge Thomas S Hixson; Order Setting Initial Case Management Conference and ADR Deadlines;  Consent or Declination to Magistrate Judge Jurisdiction; Appearance of Counsel; Civil Cover Sheet**

On: **City of Oakland**

I served the summons at:

**530 Water St  Oakland, CA 94607**

On: **4/22/2024**          Date:  **04:13 PM**

In the above mentioned action  by substituted service and leaving with

**Daria Edgerly  -  Secretary of the Board/Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

- a. Name: **Drew Draper**
- b. Address: **55 Santa Clara Ave Suite 146, Oakland, CA 94610**
- c. Telephone number: **510-419-3940**
- d. **The fee** for this service was: **109.75**
- e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[Signature]*

**Drew Draper**                              Date: **04/24/2024**

Declaration of Service                                    Invoice #: 9506011-02

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Michael E. Dergosits SBN 118206<br>Dergosits & Noah LLP<br>One Embarcadero Center Suite 720<br>San Francisco, CA 94111<br>ATTORNEY FOR   Plaintiff | (415) 336-0228 | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>City and County of San Francisco v. City of Oakland | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>3:24-cv-02311-TSH |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>San Francisco v Oakland |

I am a citizen of the United States and employed in the County of **Alameda** State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **04/24/2024** after substituted service was made, I served the within:

*Summons in a Civil Action; Complaint; Standing Order for All Judges; Standing Order for Magistrate Judge Thomas S Hixson; Appearance of Counsel; Civil Cover Sheet; Discovery Standing Order for Magistrate Judge Thomas S Hixson; Order Setting Initial Case Management Conference and ADR Deadlines;  Consent or Declination to Magistrate Judge Jurisdiction; Appearance of Counsel; Civil Cover Sheet*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Oakland**, California, addressed as follows:
**City of Oakland**
**530 Water St  Oakland, CA 94607**


Person attempting service:

   a. Name: **Drew Draper**
   b. Address: **55 Santa Clara Ave Suite 146, Oakland, CA 94610**
   c. Telephone number: **510-419-3940**
   d. **The fee** for this service was: **109.75**
   e. I am:
   (3) [X] a registered California process server:
         (i) [X] Independent Contractor
         (ii) Registration No.: **1588**
         (iii) County: **Alameda**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Drew Draper                                    Date: **04/24/2024**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Michael E. Dergosits SBN 118206<br>Dergosits & Noah LLP<br>One Embarcadero Center Suite 720<br>San Francisco, CA 94111<br>ATTORNEY FOR   Plaintiff | (415) 336-0228 | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>City and County of San Francisco v. City of Oakland | | |
| DATE:       TIME:       DEP./DIV. | | CASE NUMBER:<br>3:24-cv-02311-TSH |
| **Declaration of Service** | | Ref. No. or File No:<br>San Francisco v Oakland |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Standing Order for All Judges; Standing Order for Magistrate Judge Thomas S Hixson; Appearance of Counsel; Civil Cover Sheet; Discovery Standing Order for Magistrate Judge Thomas S Hixson; Order Setting Initial Case Management Conference and ADR Deadlines;  Consent or Declination to Magistrate Judge Jurisdiction; Appearance of Counsel; Civil Cover Sheet**

On: **City of Oakland**

I served the summons at:

**1 Frank H. Ogawa Plaza, #600  Oakland, CA 94612**

On: **4/24/2024**          Date:  **10:17 AM**

In the above mentioned action  by substituted service and leaving with

**Loretha Oliver   -  Clerk/Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Hugh Rutherford**
  b. Address: **55 Santa Clara Ave Suite 146, Oakland, CA 94610**
  c. Telephone number: **510-419-3940**
  d. **The fee** for this service was: **109.75**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Hugh Rutherford**                                                 Date: **04/24/2024**

Declaration of Service                                          Invoice #: 9506011-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Michael E. Dergosits SBN 118206<br>Dergosits & Noah LLP<br>One Embarcadero Center Suite 720<br>San Francisco, CA 94111<br>ATTORNEY FOR   Plaintiff | (415) 336-0228 | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>City and County of San Francisco v. City of Oakland | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>3:24-cv-02311-TSH |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>San Francisco v Oakland |

I am a citizen of the United States and employed in the County of **Alameda** State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **04/24/2024** after substituted service was made, I served the within:

*Summons in a Civil Action; Complaint; Standing Order for All Judges; Standing Order for Magistrate Judge Thomas S Hixson; Appearance of Counsel; Civil Cover Sheet; Discovery Standing Order for Magistrate Judge Thomas S Hixson; Order Setting Initial Case Management Conference and ADR Deadlines;  Consent or Declination to Magistrate Judge Jurisdiction; Appearance of Counsel; Civil Cover Sheet*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Oakland**, California, addressed as follows:
**City of Oakland**
**1 Frank H. Ogawa Plaza, #600  Oakland, CA 94612**

Person attempting service:

  a. Name: **Drew Draper**
  b. Address: **55 Santa Clara Ave Suite 146, Oakland, CA 94610**
  c. Telephone number: **510-419-3940**
  d. **The fee** for this service was: **109.75**
  e. I am:
  (3) [X] a registered California process server:
       (i) [X] Independent Contractor
       (ii) Registration No.: **1588**
       (iii) County: **Alameda**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Drew Draper                                             Date: **04/24/2024**

Proof of Service by Mail                                Invoice #: 9506011-01