AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, <br> *Plaintiff* <br> v. <br> CITY OF OAKLAND AND PORT OF OAKLAND, <br> *Defendant* | ) <br> ) <br> ) Case No. 3:24-CV-02311-TSH <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

Date: May 9, 2024

/s/ Eugene M. Pak
*Attorney's signature*

Eugene M. Pak, Bar No. 168699
*Printed name and bar number*

FENNEMORE WENDEL
1111 Broadway, 24th Floor
Oakland, CA 94507
*Address*

epak@fennemorelaw.com
*E-mail address*

(510) 834-6600
*Telephone number*

(510) 834-1928
*FAX number*