AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, )<br>*Plaintiff* )<br>v. )<br>CITY OF OAKLAND AND PORT OF OAKLAND, )<br>*Defendant* ) | Case No. 3:24-CV-02311-TSH |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners ("Port of Oakland")

Date: May 9, 2024

/s/ Mary C. Richardson
*Attorney's signature*

Mary C. Richardson, Bar No. 208586
*Printed name and bar number*

PORT OF OAKLAND
530 Water Street
Oakland, California 94607
*Address*

mrichardson@portoakland.com
*E-mail address*

(510) 627-1572
*Telephone number*

(510) 444-2093
*FAX number*