AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, <br> *Plaintiff* <br> v. <br> CITY OF OAKLAND AND PORT OF OAKLAND, <br> *Defendant* | ) <br> ) <br> ) Case No. 3:24-CV-02311-TSH <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners ("Port of Oakland")

Date: May 9, 2024

/s/ Kimberly I. McIntyre
*Attorney's signature*

Kimberly I. McIntyre, Bar No. 184648
*Printed name and bar number*

PORT OF OAKLAND
530 Water Street
Oakland, California 94607
*Address*

kmcintyre@portoakland.com
*E-mail address*

(510) 627-1205
*Telephone number*

(510) 444-2093
*FAX number*