UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF OAKLAND AND PORT OF OAKLAND, <br><br> Defendant(s). | Case No. 3:24-cv-02311-TSH <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Brandi B. Balanda, an active member in good standing of the bar of State of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Port of Oakland in the above-entitled action. My local co-counsel in this case is Eugene M. Pak, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 168699.

Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800, Seattle, WA 98101
MY ADDRESS OF RECORD

Fennemore Wendel,
1111 Broadway, 24th Floor, Oakland, CA 94607
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206-749-0500
MY TELEPHONE # OF RECORD

510-834-6600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bbalanda@fennemorelaw.com
MY EMAIL ADDRESS OF RECORD

epak@fennemorelaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 48836.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

48715286.1/504638.0215

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2024                                          /s/ Brandi B. Balanda
                                                            APPLICANT
                                                            Brandi B. Balanda

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brandi B. Balanda is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                   _____
                                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 48836 |
| OF | ) | **CERTIFICATE** |
| BRANDI BUEHN BALANDA | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**BRANDI BUEHN BALANDA**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on March 6, 2015, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 13th day of February, 2024.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court