UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN
FRANCISCO                             ,

        Plaintiff(s),

            v.

CITY OF OAKLAND AND PORT OF
OAKLAND                               ,

        Defendant(s).

Case No. 3:24-cv-02311-TSH

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Brandi B. Balanda          , an active member in good standing of the bar of

State of Washington              , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Defendant Port of Oakland        in the

above-entitled action. My local co-counsel in this case is Eugene M. Pak              , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: 168699          .

Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800, Seattle, WA 98101
  MY ADDRESS OF RECORD

Fennemore Wendel,
1111 Broadway, 24th Floor, Oakland, CA 94607
  LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206-749-0500
  MY TELEPHONE # OF RECORD

510-834-6600
  LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bbalanda@fennemorelaw.com
  MY EMAIL ADDRESS OF RECORD

epak@fennemorelaw.com
  LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is:  48836        .

    A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

48715286.1/504638.0215

United States District Court
Northern District of California

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: May 9, 2024                                        /s/ Brandi B. Balanda
                                                              APPLICANT
5                                                             Brandi B. Balanda

6

7

8                              ORDER GRANTING APPLICATION

9                       FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11          IT IS HEREBY ORDERED THAT the application of Brandi B. Balanda          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: MAY 10, 2024

16

17   _____
     UNITED STATES MAGISTRATE JUDGE
18   THOMAS S. HIXSON

19

20

21

22

23

24

25

26

27

28

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

|                                              |   |                       |
|----------------------------------------------|---|-----------------------|
| IN THE MATTER OF THE ADMISSION               | ) | BAR NO. 48836         |
|                                              | ) |                       |
| OF                                           | ) | **CERTIFICATE**       |
|                                              | ) |                       |
| BRANDI BUEHN BALANDA                         | ) | **OF**                |
|                                              | ) |                       |
| TO PRACTICE IN THE COURTS OF THIS STATE      | ) | **GOOD STANDING**     |
|                                              | ) |                       |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**BRANDI BUEHN BALANDA**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on March 6, 2015, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 13th day of February, 2024.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court