AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, <br> *Plaintiff* <br> v. <br> CITY OF OAKLAND AND PORT OF OAKLAND, <br> *Defendant* | Case No. 3:24-CV-02311-TSH |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

Date: May 10, 2024

/s/ Stephen C. Willey
*Attorney's signature*

Stephen C. Willey, Bar No. 209164
*Printed name and bar number*

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue, Suite 900
Seattle, Washington 98108
*Address*

swilley@fennemorelaw.com
*E-mail address*

(206) 749-0500
*Telephone number*

(206) 749-0500
*FAX number*