DAVID CHIU (SBN 189542)
City Attorney
JESSE SMITH (SBN 122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (SBN 173594)
Chief Deputy City Attorney
JULIE VEIT (SBN 209207)
CHRISTOPHER STUART (SBN 262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4700
Facsimile:     (415) 554-4757
Email: Cityattorney@sfcityatty.org
          Jesse.Smith@sfcityatty.org
          Yvonne.Mere@sfcityatty.org
          Julie.Veit@sfcityatty.org
          Christopher.Stuart@sfcityatty.org

MICHAEL E. DERGOSITS (SBN 118206)
IGOR SHOIKET (SBN 190066)
DERGOSITS & NOAH LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com
          ishoiket@dergnoah.com

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-cv-02311-TSH<br><br>**JOINT STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT AND COUNTERCLAIMANT PORT OF OAKLAND'S COUNTERCLAIM** |
|---|---|

JOINT STIPULATION FOR AN EXTENSION OF TIME
Case No. 3:24-cv-02311-TSH

Pursuant to Civil Local Rules 6-1(a), it is hereby Stipulated, by and through the undersigned Counsel, that Plaintiff CITY AND COUNTY OF SAN FRANCISCO shall have a 30-day extension of time, from May 30, 2024 until up to and including July 1, 2024, to answer, or otherwise respond to, Defendant and Counterclaimant PORT OF OAKLAND'S Counterclaim.

This request is not made for purposes of delay and will not alter the date of any event or any deadline already fixed by Court order.

Dated:  May 29, 2024                                    DERGOSITS & NOAH LLP


By:     /s/ *Igor Shoiket*
        Michael E. Dergosits
        Igor Shoiket
        Attorneys for Plaintiff
        CITY AND COUNTY OF
        SAN FRANCISCO


Dated: May 29, 2024                                     FENNEMORE WENDEL


By: */s/ Eugene M. Pak*
    Eugene M. Pak
    Attorneys for Defendant and Counterclaimant
    City of Oakland, a municipal corporation, acting
    by and through its Board of Port
    Commissioners (PORT OF OAKLAND).


**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained for all signatories above.

Dated: May 29, 2024                     /s/ *Igor Shoiket*
                                        Igor Shoiket

JOINT STIPULATION FOR AN EXTENSION OF TIME
Case No.  3:24-cv-02311-TSH

2