DAVID CHIU (SBN 189542)
City Attorney
JESSE SMITH (SBN 122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (SBN 173594)
Chief Deputy City Attorney
JULIE VEIT (SBN 209207)
CHRISTOPHER STUART (SBN 262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4700
Facsimile:      (415) 554-4757
Email: Cityattorney@sfcityatty.org
            Jesse.Smith@sfcityatty.org
            Yvonne.Mere@sfcityatty.org
            Julie.Veit@sfcityatty.org
            Christopher.Stuart@sfcityatty.org

MICHAEL E. DERGOSITS (SBN 118206)
IGOR SHOIKET (SBN 190066)
DERGOSITS & NOAH LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com
            ishoiket@dergnoah.com

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

**FILED**

Jun 26 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>    Defendants.<br>_____<br>AND RELATED COUNTERCLAIM | Case No. 3:24-cv-02311-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DATES AND DEADLINES** |

1   Pursuant to Civil Local Rule 6-2, Plaintiff and Counterdefendant CITY AND COUNTY OF
2   SAN FRANCISCO ("San Francisco" or "Plaintiff"), Defendant CITY OF OAKLAND ("Oakland"),
3   and Defendant and Counterclaimant PORT OF OAKLAND ("Port of Oakland") (collectively the
4   "Parties"), submit this Stipulation and [Proposed] Order Continuing Case Management Dates and
5   Deadlines for the Court's consideration.

6   1.   WHEREAS, San Francisco initiated this action alleging that the renaming of
7   Metropolitan Oakland International Airport to "San Francisco Bay Oakland International Airport"
8   ("OAK") infringes upon San Francisco International Airport's registered and recognized trademark.

9   2.   WHEREAS, the Port of Oakland vigorously disagrees with San Francisco's allegations,
10  and filed an Answer and Counterclaim, in which the Port of Oakland seeks a declaration that use of the
11  name of OAK, the San Francisco Bay Oakland International Airport (the "New Name"), does not
12  infringe on the City's purported trademark under the Lanham Act or common law, and for other relief.

13  3.   WHEREAS, the City of Oakland vigorously disagrees with San Francisco's allegations
14  and contends that the City of Oakland is not a proper party to this action.

15  4.   WHEREAS, the Parties wish to engage in early settlement discussions to potentially
16  resolve their dispute and to avoid any needless additional litigation costs.

17  5.   WHEREAS, the Parties have agreed to mediate with the Honorable Elizabeth LaPorte
18  (Ret.) and are working to schedule mediation with Judge LaPorte in August 2024.

19  6.   WHEREAS, the Court has not yet entered a Rule 16 Scheduling Order for this case.

20  7.   WHEREAS, granting a continuance would allow the Parties to concentrate their efforts
21  on an expeditious resolution of this case and conserve judicial resources.

22  8.   WHEREAS, the Parties seek to not be prejudiced by the passage of time during stay of
23  this action to allow for their engagement in mediation.

24  For the above reasons, the Parties stipulate as follows:

25  The Parties jointly request that the Court continue the date set for the Initial Case Management
26  Conference in the above-referenced case by 90 days, to October 17, 2024, and to modify the dates set
27  in the Court's ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR

28  STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT DATES AND DEADLINES
    Case No.  3:24-cv-02311-TSH
    2

DEADLINES, (Dkt. 8, dated April 19, 2024), in accordance with the new date for the Initial Case Management Conference, as follows:

| Case Management Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to file ADR Certification. (ADR L.R. 3) | 6/27/2024 | 9/26/2024 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (F.R. Civ. P. 26(f)) | 6/27/2024 | 9/26/2024 |
| Deadline to make initial disclosures. (F.R. Civ. P. 26(a)(1)) | 7/11/2024 | 10/10/2024 |
| Deadline to file Joint Case Management Statement. | 7/11/2024 | 10/10/2024 |
| Initial Case Management Conference. | 7/18/2024 at 10:00 a.m. | 10/17/2024 at 10:00 a.m. |

The Parties also stipulate pursuant to Civil Local Rule 6-1(a) to a further 90-day extension of time for Plaintiff to answer, or otherwise respond to, Port of Oakland's Counterclaim until up to and including October 1, 2024.

The Parties further stipulate that this 90-day continuance cannot be used against any Party for any reason in the litigation including in seeking and/or opposing preliminary injunctive relief, nor can the fact or terms of the 90-day continuance be construed by or against any Party as an admission of liability.

Dated: June 26, 2024            DERGOSITS & NOAH LLP

                                By:    /s/ Igor Shoiket
                                       Michael E. Dergosits
                                       Igor Shoiket
                                       Attorneys for Plaintiff
                                       CITY AND COUNTY OF
                                       SAN FRANCISCO

///
///
///

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DATES AND DEADLINES
Case No. 3:24-cv-02311-TSH

Dated: June 26, 2024                    FENNEMORE WENDEL

                                        By: */s/* Eugene M. Pak
                                            Eugene M. Pak
                                            Attorneys for Defendant and Counterclaimant
                                            City of Oakland, a municipal corporation, acting
                                            by and through its Board of Port
                                            Commissioners (PORT OF OAKLAND).

Dated: June 26, 2024

                                        By: */s/* Christina Lum
                                            Christina Lum
                                            Attorney for Defendant City of Oakland, acting
                                            by and through its City Council (CITY OF
                                            OAKLAND).

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest all signatories above have concurred in the filing of this document.

Dated: June 26, 2024                    /s/ *Igor Shoiket*
                                        Igor Shoiket

# ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION of the Parties, the Court hereby orders that the Case Management dates be continued as follows:

| Case Management Event | Current Date | ~~Proposed Date~~ NEW DATES |
|---|---|---|
| Deadline to file ADR Certification. (ADR L.R. 3) | 6/27/2024 | 9/26/2024 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (F.R. Civ. P. 26(f)) | 6/27/2024 | 9/26/2024 |
| Deadline to make initial disclosures. (F.R. Civ. P. 26(a)(1)) | 7/11/2024 | 10/10/2024 |
| Deadline to file Joint Case Management Statement. | 7/11/2024 | 10/10/2024 |
| Initial Case Management Conference. | 7/18/2024 at 10:00 a.m. | 10/17/2024 at 10:00 a.m. |

The last day for Plaintiff to answer, or otherwise respond to, Defendant/Counterclaimant Port of Oakland's Counterclaim is hereby extended up to and including October 1, 2024.

**IT IS SO ORDERED**

Date: June 26, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT DATES AND DEADLINES
Case No. 3:24-cv-02311-TSH