COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

JUDD LAUTER (290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff and Counterclaim Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-cv-02311-TSH<br><br>**NOTICE OF APPEARANCE OF BOBBY GHAJAR FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT CITY AND COUNTY OF SAN FRANCISCO** |

COOLEY LLP
ATTORNEYS AT LAW

NOTICE OF APPEARANCE
3:24-CV-02311-TSH

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff and Counterclaim Defendant City and County of San Francisco files this Notice of Appearance and hereby notifies the Court and all parties that Bobby A. Ghajar of the law firm Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, CA 90401, hereby enters his appearance as counsel of record for City and County of San Francisco in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Bobby A. Ghajar
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:   (310) 883-6400
Facsimile:    (310) 883-6500
Email:         bghajar@cooley.com

Dated: August 6, 2024

COOLEY LLP

By: */s/ Bobby Ghajar*
    Bobby Ghajar (198719)

Attorneys for Plaintiff and Counterclaim Defendant

CITY AND COUNTY OF SAN FRANCISCO