```
 1  COOLEY LLP
    BOBBY GHAJAR (198719)
 2  (bghajar@cooley.com)
    1333 2nd Street, Suite 400
 3  Santa Monica, CA  90401
    Telephone:    (310) 883-6400
 4  Facsimile:    (310) 883-6500

 5  JUDD LAUTER (290945)
    (jlauter@cooley.com)
 6  3 Embarcadero Center, 20th Floor
    San Francisco, CA  94111
 7  Telephone:    (415) 693-2000
    Facsimile:    (415) 693-2222
 8
    Attorneys for Plaintiff and Counterclaim Defendant
 9  CITY AND COUNTY OF SAN FRANCISCO
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>       Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-cv-02311-TSH<br><br>**NOTICE OF APPEARANCE OF JUDD LAUTER FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT CITY AND COUNTY OF SAN FRANCISCO** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff and Counterclaim Defendant City and County of San Francisco files this Notice of Appearance and hereby notifies the Court and all parties that Judd Lauter of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111, hereby enters his appearance as counsel of record for City and County of San Francisco in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

> Judd Lauter
> COOLEY LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, CA 94111
> Telephone:   (415) 693-2000
> Facsimile:   (415) 693-2222
> Email:       jlauter@cooley.com

Dated: August 6, 2024                           COOLEY LLP

                                                By: */s/ Judd Lauter*
                                                    Judd Lauter (290945)

                                                Attorneys for Plaintiff and Counterclaim Defendant
                                                CITY AND COUNTY OF SAN FRANCISCO