# EXHIBIT A

## SAN FRANCISCO AIRPORT COMMISSION
## REVENUE AND EXPENSE SUMMARY

| | Budget FY 2021/22 | Budget FY 2022/23 | FY 2022/23 vs. 2021/22 Increase / Decrease Amount | Percent | Budget FY 2023/24 | FY 2023/24 vs. 2022/23 Increase / Decrease Amount | Percent |
|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | |
| Aviation | | | | | | | |
| Landing Fees | $ 242,325,000 | $ 214,065,000 | $ (28,260,000) | -11.7% | $ 225,351,000 | $ 11,286,000 | 5.3% |
| Terminal Rentals | 343,369,000 | 322,186,000 | (21,183,000) | -6.2% | 375,229,000 | 53,043,000 | 16.5% |
| Other Aviation Revenue | 86,972,000 | 95,344,000 | 8,372,000 | 9.6% | 106,691,000 | 11,347,000 | 11.9% |
| Subtotal Aviation | $ 672,666,000 | $ 631,595,000 | $ (41,071,000) | -6.1% | $ 707,271,000 | $ 75,676,000 | 12.0% |
| Non-Aviation | | | | | | | |
| Parking | $ 49,331,000 | $ 87,953,000 | $ 38,622,000 | 78.3% | $ 118,008,000 | $ 30,055,000 | 34.2% |
| Concessions | 85,799,000 | 159,249,000 | 73,450,000 | 85.6% | 221,237,000 | 61,988,000 | 38.9% |
| Sale of Electricity | 23,053,000 | 28,070,000 | 5,017,000 | 21.8% | 29,140,000 | 1,070,000 | 3.8% |
| Other Sales & Services | 58,016,000 | 71,558,000 | 13,542,000 | 23.3% | 79,705,000 | 8,147,000 | 11.4% |
| Subtotal Non-Aviation | $ 216,199,000 | $ 346,830,000 | $ 130,631,000 | 60.4% | $ 448,090,000 | $ 101,260,000 | 29.2% |
| Operating Revenue | $ 888,865,000 | $ 978,425,000 | $ 89,560,000 | 10.1% | $ 1,155,361,000 | $ 176,936,000 | 18.1% |
| Non-Operating Revenue | | | | | | | |
| PFC Revenue | $ 131,902,000 | $ 137,000,000 | $ 5,098,000 | 3.9% | $ 130,000,000 | $ (7,000,000) | -5.1% |
| Interest Income | 5,681,000 | 18,844,000 | 13,163,000 | 231.7% | 22,522,000 | 3,678,000 | 19.5% |
| Deferred Aviation Surplus | - | 43,611,786 | 43,611,786 | N/A | 64,168,682 | 20,556,896 | 47.1% |
| Federal Stimulus Funds | 187,879,028 | - | (187,879,028) | -100.0% | - | - | N/A |
| Reconciling Difference | - | - | - | N/A | - | - | N/A |
| Non-Operating Revenue | $ 325,462,028 | $ 199,455,786 | $ (126,006,242) | -38.7% | $ 216,690,682 | $ 17,234,896 | 8.6% |
| **TOTAL REVENUE** | $ 1,214,327,028 | $ 1,177,880,786 | $ (36,446,242) | -3.0% | $ 1,372,051,682 | $ 194,170,896 | 16.5% |
| **EXPENDITURES** | | | | | | | |
| Personnel Services | | | | | | | |
| Salaries | $ 180,254,668 | $ 189,412,109 | $ 9,157,441 | 5.1% | $ 211,358,848 | $ 21,946,739 | 11.6% |
| Fringe Benefits* | 91,123,492 | 89,206,593 | (1,916,899) | -2.1% | 90,767,305 | 1,560,712 | 1.7% |
| Overhead | 5,309,597 | 4,557,260 | (752,337) | -14.2% | 4,557,260 | - | 0.0% |
| Subtotal Personnel Services | $ 276,687,757 | $ 283,175,962 | $ 6,488,205 | 2.3% | $ 306,683,413 | $ 23,507,451 | 8.3% |
| Non-Personnel | | | | | | | |
| Travel | $ 271,065 | $ 472,190 | $ 201,125 | 74.2% | $ 471,900 | $ (290) | -0.1% |
| Training | 746,512 | 744,662 | (1,850) | -0.2% | 944,662 | 200,000 | 26.9% |
| Employee Field Expenses | 28,734 | 84,034 | 55,300 | 192.5% | 89,034 | 5,000 | 5.9% |
| Membership Fees | 630,930 | 635,820 | 4,890 | 0.8% | 635,820 | - | 0.0% |
| Entertainment & Promotion | 244,326 | 261,126 | 16,800 | 6.9% | 261,126 | - | 0.0% |
| Court Fees & Other Compensation | 8,550 | 8,550 | - | 0.0% | 8,550 | - | 0.0% |
| Professional & Specialized Services | 78,651,028 | 82,785,785 | 4,134,757 | 5.3% | 95,620,421 | 12,834,636 | 15.5% |
| Maintenance Svcs - Bldgs & Structures | 1,684,847 | 3,065,050 | 1,380,203 | 81.9% | 4,516,050 | 1,451,000 | 47.3% |
| Maintenance Svcs - Equipment | 55,780,976 | 61,770,755 | 5,989,779 | 10.7% | 63,834,161 | 2,063,406 | 3.3% |
| Rents & Leases - Buildings | 286,400 | 301,400 | 15,000 | 5.2% | 311,400 | 10,000 | 3.3% |
| Rents & Leases - Equipment | 573,000 | 487,520 | (85,480) | -14.9% | 487,520 | - | 0.0% |
| Utilities Expenses | 7,395,000 | 7,330,000 | (65,000) | -0.9% | 7,330,000 | - | 0.0% |
| Subsistance | 10,000 | 10,000 | - | 0.0% | 10,000 | - | 0.0% |
| Other Current Expenses | 15,965,196 | 11,197,346 | (4,767,850) | -29.9% | 11,945,384 | 748,038 | 6.7% |
| Taxes: Licenses/Permits | 2,059,700 | 2,881,485 | 821,785 | 39.9% | 2,914,625 | 33,140 | 1.2% |
| Judgments & Claims | 250,000 | 250,000 | - | 0.0% | 250,000 | - | 0.0% |
| Fixed Charges | 55,000 | 55,000 | - | 0.0% | 55,000 | - | 0.0% |
| Subtotal Non Personnel Expenses | $ 164,641,264 | $ 172,340,723 | $ 7,699,459 | 4.7% | $ 189,685,653 | $ 17,344,930 | 10.1% |
| Materials & Supplies | 17,373,352 | 15,064,191 | (2,309,161) | -13.3% | 16,306,528 | 1,242,337 | 8.2% |
| Equipment | 4,403,646 | 3,236,539 | (1,167,107) | -26.5% | 2,718,005 | (518,534) | -16.0% |
| Debt Service | 521,435,725 | 443,538,450 | (77,897,275) | -14.9% | 575,029,174 | 131,490,724 | 29.6% |
| Light, Heat, and Power | 48,969,778 | 57,885,522 | 8,915,744 | 18.2% | 55,081,975 | (2,803,547) | -4.8% |
| Services of Other Departments | | | | | | | |
| City Attorney - Legal Services | 4,965,000 | 4,965,000 | - | 0.0% | 4,965,000 | - | 0.0% |
| Mayor's Office - Risk Management | 10,592,591 | 13,968,405 | 3,375,814 | 31.9% | 13,494,353 | (474,052) | -3.4% |
| All Other Departments | 19,465,546 | 19,514,586 | 49,040 | 0.3% | 21,412,006 | 1,897,420 | 9.7% |
| Subtotal Services of Other Depts | $ 35,023,137 | $ 38,447,991 | $ 3,424,854 | 9.8% | $ 39,871,359 | $ 1,423,368 | 3.7% |
| Designated for General reserve | $ - | $ - | $ - | - | $ - | $ - | - |
| Public Safety | | | | | | | |
| Fire | 31,395,342 | 33,198,885 | 1,803,543 | 5.7% | 34,762,696 | 1,563,811 | 4.7% |
| Police | 71,350,984 | 73,661,810 | 2,310,826 | 3.2% | 79,869,416 | 6,207,606 | 8.4% |
| Subtotal Public Safety | $ 102,746,326 | $ 106,860,695 | $ 4,114,369 | 4.0% | $ 114,632,112 | $ 7,771,417 | 7.3% |
| Annual Service Payment to City (ASP) | 23,000,000 | 37,080,000 | 14,080,000 | 61.2% | 50,886,750 | 13,806,750 | 37.2% |
| Other Transfers | | | | | | | |
| Small Capital Outlay | 5,014,330 | 5,219,000 | 204,670 | 4.1% | 5,375,000 | 156,000 | 3.0% |
| Facilities Maintenance | 15,000,000 | 15,000,000 | - | 0.0% | 15,750,000 | 750,000 | 5.0% |
| Surety Bond Fund Transfer | 31,713 | 31,713 | - | 0.0% | 31,713 | - | 0.0% |
| Other | - | - | - | N/A | - | - | N/A |
| Subtotal Other Transfers | 20,046,043 | 20,250,713 | 204,670 | 1.0% | 21,156,713 | 906,000 | 4.5% |
| **TOTAL EXPENDITURE** | $ 1,214,327,028 | $ 1,177,880,786 | $ (36,446,242) | -3.0% | $ 1,372,051,682 | $ 194,170,896 | 16.5% |

*  Includes Other Post-Employment Benefits (OPEB) contribution of $2.5M in FY22, FY23 and FY24

**SAN FRANCISCO AIRPORT COMMISSION**
**REVENUE AND EXPENSE SUMMARY**

| | Budget FY 2019/20 | Budget FY 2020/21 | FY 2020/21 vs. 2019/20 Increase / Decrease Amount | Percent | Projected Budget FY 2021/22 | FY 2021/22 vs. 2020/21 Increase / Decrease Amount | Percent |
|---|---:|---:|---:|---:|---:|---:|---:|
| **REVENUE** | | | | | | | |
| Aviation | | | | | | | |
| Landing Fees | $ 238,635,000 | $ 162,149,716 | $ (76,485,284) | -32.1% | $ 299,107,781 | $ 136,958,065 | 84.5% |
| Terminal Rentals | 326,475,000 | 230,673,043 | (95,801,957) | -29.3% | 385,374,531 | 154,701,488 | 67.1% |
| Other Aviation Revenue | 95,006,000 | 91,013,000 | (3,993,000) | -4.2% | 95,279,000 | 4,266,000 | 4.7% |
| Subtotal Aviation | $ 660,116,000 | $ 483,835,759 | $ (176,280,241) | -26.7% | $ 779,761,312 | $ 295,925,553 | 61.2% |
| Non-Aviation | | | | | | | |
| Parking | $ 98,422,000 | $ 69,224,000 | $ (29,198,000) | -29.7% | $ 86,101,000 | $ 16,877,000 | 24.4% |
| Concessions | 244,716,000 | 165,057,000 | (79,659,000) | -32.6% | 221,125,000 | 56,068,000 | 34.0% |
| Sale of Electricity | 27,480,000 | 22,255,000 | (5,225,000) | -19.0% | 24,607,000 | 2,352,000 | 10.6% |
| Other Sales & Services | 80,139,000 | 72,701,000 | (7,438,000) | -9.3% | 75,000,000 | 2,299,000 | 3.2% |
| Subtotal Non-Aviation | $ 450,757,000 | $ 329,237,000 | $ (121,520,000) | -27.0% | $ 406,833,000 | $ 77,596,000 | 23.6% |
| Operating Revenue | $ 1,110,873,000 | $ 813,072,759 | $ (297,800,241) | -26.8% | $ 1,186,594,312 | $ 373,521,553 | 45.9% |
| Non-Operating Revenue | | | | | | | |
| PFC Revenue | $ 102,886,000 | $ 164,980,000 | $ 62,094,000 | 60.4% | $ 284,200,000 | $ 119,220,000 | 72.3% |
| Interest Income | 23,367,000 | 1,998,000 | (21,369,000) | -91.4% | 3,373,000 | 1,375,000 | 68.8% |
| Deferred Aviation Surplus | (6,226,000) | - | 6,226,000 | -100.0% | - | - | N/A |
| Federal Grant | - | 254,780,499 | 254,780,499 | N/A | - | (254,780,499) | -100.0% |
| Reconciling Difference | 68,736,146 | - | (68,736,146) | -100.0% | - | - | N/A |
| Non-Operating Revenue | $ 188,763,146 | $ 421,758,499 | $ 232,995,353 | 123.4% | $ 287,573,000 | $ (134,185,499) | -31.8% |
| **TOTAL REVENUE** | **$ 1,299,636,146** | **$ 1,234,831,258** | **$ (64,804,888)** | **-5.0%** | **$ 1,474,167,312** | **$ 239,336,054** | **19.4%** |
| **EXPENDITURES** | | | | | | | |
| Personnel Services | | | | | | | |
| Salaries | $ 164,712,400 | $ 168,339,724 | $ 3,627,324 | 2.2% | $ 170,614,917 | $ 2,275,193 | 1.4% |
| Fringe Benefits* | 91,915,715 | 89,171,835 | (2,743,880) | -3.0% | 106,227,708 | 17,055,873 | 19.1% |
| Overhead | 5,177,742 | 5,099,075 | (78,667) | -1.5% | 5,309,597 | 210,522 | 4.1% |
| Subtotal Personnel Services | $ 261,805,857 | $ 262,610,634 | $ 804,777 | 0.3% | $ 282,152,222 | $ 19,541,588 | 7.4% |
| Non-Personnel | | | | | | | |
| Travel | $ 696,525 | $ 620,850 | $ (75,675) | -10.9% | $ 736,090 | $ 115,240 | 18.6% |
| Training | 799,500 | 901,500 | 102,000 | 12.8% | 901,500 | - | 0.0% |
| Employee Field Expenses | 141,350 | 83,150 | (58,200) | -41.2% | 152,150 | 69,000 | 83.0% |
| Membership Fees | 658,600 | 658,355 | (245) | 0.0% | 663,555 | 5,200 | 0.8% |
| Entertainment & Promotion | 268,000 | 326,100 | 58,100 | 21.7% | 378,900 | 52,800 | 16.2% |
| Court Fees & Other Compensation | 8,550 | 8,550 | - | 0.0% | 8,550 | - | 0.0% |
| Professional & Specialized Services | 88,687,515 | 80,968,179 | (7,719,336) | -8.7% | 117,709,342 | 36,741,163 | 45.4% |
| Maintenance Svcs - Bldgs & Structures | 3,733,800 | 3,632,847 | (100,953) | -2.7% | 4,580,800 | 947,953 | 26.1% |
| Maintenance Svcs - Equipment | 41,271,603 | 60,218,323 | 18,946,720 | 45.9% | 62,479,525 | 2,261,202 | 3.8% |
| Rents & Leases - Buildings | 427,890 | 1,559,187 | 1,131,297 | 264.4% | 467,890 | (1,091,297) | -70.0% |
| Rents & Leases - Equipment | 397,000 | 556,000 | 159,000 | 40.1% | 556,000 | - | 0.0% |
| Utilities Expenses | 6,512,000 | 7,353,000 | 841,000 | 12.9% | 7,353,000 | - | 0.0% |
| Subsistance | 30,000 | 30,000 | - | 0.0% | 30,000 | - | 0.0% |
| Other Current Expenses | 9,158,040 | 17,020,399 | 7,862,359 | 85.9% | 17,521,490 | 501,091 | 2.9% |
| Taxes: Licenses/Permits | 4,085,600 | 2,682,500 | (1,403,100) | -34.3% | 4,168,600 | 1,486,100 | 55.4% |
| Judgments & Claims | 250,000 | 250,000 | - | 0.0% | 250,000 | - | 0.0% |
| Fixed Charges | 55,000 | 55,000 | - | 0.0% | 55,000 | - | 0.0% |
| Subtotal Non Personnel Expenses | $ 157,180,973 | $ 176,923,940 | $ 19,742,967 | 12.6% | $ 218,012,392 | $ 41,088,452 | 23.2% |
| Materials & Supplies | 20,595,903 | 19,923,753 | (672,150) | -3.3% | 20,803,471 | 879,718 | 4.4% |
| Equipment | 3,000,438 | 3,992,609 | 992,171 | 33.1% | 4,509,684 | 517,075 | 13.0% |
| Debt Service | 584,377,291 | 531,312,000 | (53,065,291) | -9.1% | 675,397,718 | 144,085,718 | 27.1% |
| Light, Heat, and Power | 50,708,501 | 43,510,305 | (7,198,196) | -14.2% | 44,955,911 | 1,445,606 | 3.3% |
| Services of Other Departments | | | | | | | |
| City Attorney - Legal Services | 4,165,000 | 4,465,000 | 300,000 | 7.2% | 4,490,000 | 25,000 | 0.6% |
| Mayor's Office - Risk Management | 6,467,981 | 8,121,005 | 1,653,024 | 25.6% | 9,338,406 | 1,217,401 | 15.0% |
| All Other Departments | 30,862,211 | 29,166,156 | (1,696,055) | -5.5% | 30,630,626 | 1,464,470 | 5.0% |
| Subtotal Services of Other Depts | $ 41,495,192 | $ 41,752,161 | $ 256,969 | 0.6% | $ 44,459,032 | $ 2,706,871 | 6.5% |
| Designated for General reserve | $ 50,000 | $ - | $ (50,000) | -100.0% | $ - | $ - | N/A |
| Public Safety | | | | | | | |
| Fire | 30,200,452 | 31,023,056 | 822,604 | 2.7% | 31,536,241 | 513,185 | 1.7% |
| Police | 78,072,176 | 80,386,750 | 2,314,574 | 3.0% | 81,180,136 | 793,386 | 1.0% |
| Subtotal Public Safety | $ 108,272,628 | $ 111,409,806 | $ 3,137,178 | 2.9% | $ 112,716,377 | $ 1,306,571 | 1.2% |
| Annual Service Payment to City (ASP) | 51,517,650 | 25,142,150 | (26,375,500) | -51.2% | 46,083,900 | 20,941,750 | 83.3% |
| Other Transfers | | | | | | | |
| Small Capital Outlay | 5,100,000 | 4,986,373 | (113,627) | -2.2% | 5,086,100 | 99,727 | 2.0% |
| Facilities Maintenance | 15,500,000 | 13,000,000 | (2,500,000) | -16.1% | 17,500,000 | 4,500,000 | 34.6% |
| Surety Bond Fund Transfer | 31,713 | 31,713 | - | 0.0% | 31,713 | - | 0.0% |
| Other | - | 235,814 | 235,814 | N/A | 2,458,792 | 2,222,978 | 942.7% |
| Subtotal Other Transfers | 20,631,713 | 18,253,900 | (2,377,813) | -11.5% | 25,076,605 | 6,822,705 | 37.4% |
| **TOTAL EXPENDITURE** | **$ 1,299,636,146** | **$ 1,234,831,258** | **$ (64,804,888)** | **-5.0%** | **$ 1,474,167,312** | **$ 239,336,054** | **19.4%** |

\* Includes Other Post-Employment Benefits (OPEB) contribution of $9.5M, $2.5M and $15.7M in FY20, FY21 and FY22, respectively

**SAN FRANCISCO AIRPORT COMMISSION**
**REVENUE AND EXPENSE SUMMARY**

| | Budget FY 2017/18 | Budget FY 2018/19 | FY 2018/19 vs. 2017/18 Increase / Decrease Amount | Percent | Projected Budget FY 2019/20 | FY 2019/20 vs. 2018/19 Increase / Decrease Amount | Percent |
|---|---:|---:|---:|---:|---:|---:|---:|
| **REVENUE** | | | | | | | |
| *Aviation* | | | | | | | |
| Landing Fees | $ 200,600,000 | $ 227,504,000 | $ 26,904,000 | 13.4% | $ 245,335,000 | $ 17,831,000 | 7.8% |
| Terminal Rentals | 282,637,000 | 296,056,000 | 13,419,000 | 4.7% | 330,693,000 | 34,637,000 | 11.7% |
| Other Aviation Revenue | 82,343,000 | 88,303,000 | 5,960,000 | 7.2% | 91,170,000 | 2,867,000 | 3.2% |
| Subtotal Aviation | $ 565,580,000 | $ 611,863,000 | $ 46,283,000 | 8.2% | $ 667,198,000 | $ 55,335,000 | 9.0% |
| *Non-Aviation* | | | | | | | |
| Parking | $ 106,486,000 | $ 97,645,000 | $ (8,841,000) | -8.3% | $ 104,841,000 | $ 7,196,000 | 7.4% |
| Concessions | 197,699,000 | 213,004,000 | 15,305,000 | 7.7% | 236,712,000 | 23,708,000 | 11.1% |
| Sale of Electricity | 27,612,000 | 26,843,000 | (769,000) | -2.8% | 27,650,000 | 807,000 | 3.0% |
| Other Sales & Services | 75,180,000 | 78,484,000 | 3,304,000 | 4.4% | 79,954,000 | 1,470,000 | 1.9% |
| Subtotal Non-Aviation | $ 406,977,000 | $ 415,976,000 | $ 8,999,000 | 2.2% | $ 449,157,000 | $ 33,181,000 | 8.0% |
| Operating Revenue | $ 972,557,000 | $ 1,027,839,000 | $ 55,282,000 | 5.7% | $ 1,116,355,000 | $ 88,516,000 | 8.6% |
| *Non-Operating Revenue* | | | | | | | |
| PFC Revenue | $ 31,661,500 | $ 67,881,000 | $ 36,219,500 | 114.4% | $ 63,744,000 | $ (4,137,000) | -6.1% |
| Interest Income | 11,099,000 | 21,833,675 | 10,734,675 | 96.7% | 28,937,245 | 7,103,570 | 32.5% |
| Deferred Aviation Surplus | 37,000,000 | 22,000,000 | (15,000,000) | -40.5% | 20,853,380 | (1,146,620) | -5.2% |
| Reconciling Difference | (1,703,552) | 20,493,523 | 22,197,075 | -1303.0% | 67,353,110 | 46,859,587 | 228.7% |
| Non-Operating Revenue | $ 78,056,948 | $ 132,208,198 | $ 54,151,250 | 69.4% | $ 180,887,735 | $ 48,679,537 | 36.8% |
| **TOTAL REVENUE** | **$ 1,050,613,948** | **$ 1,160,047,198** | **$ 109,433,250** | **10.4%** | **$ 1,297,242,735** | **$ 137,195,537** | **11.8%** |
| **EXPENDITURES** | | | | | | | |
| *Personnel Services* | | | | | | | |
| Salaries | $ 153,399,403 | 155,623,140 | $ 2,223,737 | 1.4% | $ 159,085,275 | $ 3,462,135 | 2.2% |
| Fringe Benefits* | 82,028,478 | 85,548,074 | 3,519,596 | 4.3% | 88,643,273 | 3,095,199 | 3.6% |
| Overhead | 2,700,000 | 4,648,548 | 1,948,548 | 72.2% | 5,177,742 | 529,194 | 11.4% |
| Subtotal Personnel Services | $ 238,127,881 | $ 245,819,762 | $ 7,691,881 | 3.2% | $ 252,906,290 | $ 7,086,528 | 2.9% |
| *Non-Personnel* | | | | | | | |
| Travel | $ 704,412 | $ 695,525 | $ (8,887) | -1.3% | $ 696,525 | $ 1,000 | 0.1% |
| Training | 645,250 | 799,500 | 154,250 | 23.9% | 799,500 | - | 0.0% |
| Employee Field Expenses | 129,425 | 141,350 | 11,925 | 9.2% | 141,350 | - | 0.0% |
| Membership Fees | 556,430 | 658,600 | 102,170 | 18.4% | 658,600 | - | 0.0% |
| Entertainment & Promotion | 261,600 | 268,000 | 6,400 | 2.4% | 268,000 | - | 0.0% |
| Court Fees & Other Compensation | 10,000 | 8,550 | (1,450) | -14.5% | 8,550 | - | 0.0% |
| Professional & Specialized Services | 71,405,515 | 86,498,146 | 15,092,631 | 21.1% | 88,687,515 | 2,189,369 | 2.5% |
| Maintenance Svcs - Bldgs & Structures | 4,454,000 | 3,703,800 | (750,200) | -16.8% | 3,733,800 | 30,000 | 0.8% |
| Maintenance Svcs - Equipment | 34,599,233 | 37,801,052 | 3,201,819 | 9.3% | 41,271,603 | 3,470,551 | 9.2% |
| Rents & Leases - Buildings | 4,327,080 | 1,792,246 | (2,534,834) | -58.6% | 427,890 | (1,364,356) | -76.1% |
| Rents & Leases - Equipment | 321,500 | 377,000 | 55,500 | 17.3% | 397,000 | 20,000 | 5.3% |
| Utilities Expenses | 5,403,000 | 6,412,000 | 1,009,000 | 18.7% | 6,512,000 | 100,000 | 1.6% |
| Subsistance | 50,000 | 30,000 | (20,000) | -40.0% | 30,000 | - | 0.0% |
| Other Current Expenses | 6,742,915 | 9,145,975 | 2,403,060 | 35.6% | 9,158,040 | 12,065 | 0.1% |
| Fixed Charges | 3,473,764 | 3,947,000 | 473,236 | 13.6% | 4,390,600 | 443,600 | 11.2% |
| Subtotal Non Personnel Expenses | $ 133,084,124 | $ 152,278,744 | $ 19,194,620 | 14.4% | $ 157,180,973 | $ 4,902,229 | 3.2% |
| Materials & Supplies | 17,961,400 | 21,412,236 | 3,450,836 | 19.2% | 20,595,903 | (816,333) | -3.8% |
| Equipment | 2,174,563 | 2,922,290 | 747,727 | 34.4% | 3,000,438 | 78,148 | 2.7% |
| Debt Service | 433,023,815 | 494,785,646 | 61,761,831 | 14.3% | 585,173,634 | 90,387,988 | 18.3% |
| Light, Heat, and Power | 48,778,008 | 48,205,541 | (572,467) | -1.2% | 50,708,501 | 2,502,960 | 5.2% |
| *Services of Other Departments* | | | | | | | |
| City Attorney - Legal Services | 4,165,000 | 4,165,000 | - | 0.0% | 4,165,000 | - | 0.0% |
| Mayor's Office - Risk Management | 6,415,368 | 6,415,368 | - | 0.0% | 6,415,368 | - | 0.0% |
| All Other Departments | 17,322,268 | 28,383,402 | 11,061,134 | 63.9% | 28,768,048 | 384,646 | 1.4% |
| Subtotal Services of Other Depts | $ 27,902,636 | $ 38,963,770 | $ 11,061,134 | 39.6% | $ 39,348,416 | $ 384,646 | 1.0% |
| Designated for General reserve | $ - | $ - | $ - | N/A | $ 10,300,000 | $ 10,300,000 | N/A |
| *Public Safety* | | | | | | | |
| Fire | 25,916,460 | 28,381,635 | 2,465,175 | 9.5% | 29,325,339 | 943,704 | 3.3% |
| Police | 58,264,799 | 60,852,566 | 2,587,767 | 4.4% | 76,553,878 | 15,701,312 | 25.8% |
| Subtotal Public Safety | $ 84,181,259 | $ 89,234,201 | $ 5,052,942 | 6.0% | $ 105,879,217 | $ 16,645,016 | 18.7% |
| Annual Service Payment to City (ASP) | 45,627,750 | 46,597,350 | 969,600 | 2.1% | 51,517,650 | 4,920,300 | 10.6% |
| *Other Transfers* | | | | | | | |
| Small Capital Outlay | 4,720,799 | 4,795,945 | 75,146 | 1.6% | 5,100,000 | 304,055 | 6.3% |
| Facilities Maintenance | 15,000,000 | 15,000,000 | - | 0.0% | 15,500,000 | 500,000 | 3.3% |
| Surety Bond Fund Transfer | 31,713 | 31,713 | - | 0.0% | 31,713 | - | 0.0% |
| Subtotal Other Transfers | 19,752,512 | 19,827,658 | 75,146 | 0.4% | 20,631,713 | 804,055 | 4.1% |
| **TOTAL EXPENDITURE** | **$ 1,050,613,948** | **$ 1,160,047,198** | **$ 109,433,250** | **10.4%** | **$ 1,297,242,735** | **$ 137,195,537** | **11.8%** |

*\* Includes Other Post-Employment Benefits (OPEB) contribution of $9,500,000 in FY 2018/19 and FY 2019/20.*