# EXHIBIT B



### Assistance

The New York Times | Sep 13, 2024 | 2231 words | Christine Chung Christine Chung is a Times reporter covering airlines and consumer travel. | TRAVEL

**Body**



... Linda Vogel, flying United, said she received a $12 voucher at San Francisco International Airport, "which almost paid for my bagel." Stuck in Calgary for two days, Peter La Grand and his three children, aged 13 and younger, received vouchers for one hotel room — which had only one bed— and eight meals. ... View excerpt

5 ☐ ### California Man Assaulted Frontier Flight Attendants, Prosecutors Say

The New York Times | Sep 12, 2024 | 824 words | Orlando Mayorquín Orlando Mayorqu&amp;#237;n is a breaking news reporter, based in New York, and a member of the 2023-24 Times Fellowship class, a program for journalists early in their careers. | US

**Body**



... , bound for San Francisco International Airport and resulted in an emergency landing at Ontario International Airport, about 30 miles northeast of Santa Ana. The plane had not yet reached 10,000 feet when flight attendants noticed the that oxygen masks above seats in Row 18 had deployed, according to a probable cause affidavit filed in the criminal complaint. ... View excerpt

6 ☐ ### Waymo's Robot Taxis Are Almost Mainstream but Still Lose Money

The New York Times | Sep 10, 2024 | 1062 words | By Eli Tan | Section B

**Body**



... Waymo currently stewards passengers to and from Phoenix Sky Harbor International Airport, and is in talks to expand into San Francisco International Airport, according to emails viewed by The New York Times. But large cities also present challenges like chaotic traffic, stricter regulations and competition with public transportation. ... View excerpt

7 ☐ ### SFO-bound flight diverted due to smoky smell

The San Francisco Chronicle (California) | Sep 09, 2024 | 216 words | Maliya Ellis | A, NEWS

**Body**



... A Southwest flight bound for San Francisco International Airport was diverted to Ontario International Airport in Southern California on Saturday evening after the smell of smoke was detected in the aircraft, according to Southwest Airlines. ... View excerpt

8 ☐ ### Are Apple AirTags a help or a hindrance? Tracking devices can

help recover stolen property. Do police think it's a good idea?

Los Angeles Times | Sep 08, 2024 | 1085 words | Karen Garcia | CALIFORNIA

Body



... A team in San Francisco International Airport's police division that specializes in baggage theft recommends that airport passengers use devices such as AirTags because they increase "the ability for the items to be recovered, along with the prosecution of the perpetrator(s)," SFGate reported. ... View excerpt

9 ☐ Legalizing prostitution solves problem

The San Francisco Chronicle (California) | Sep 05, 2024 | 742 words | A, OPED

Body



... Unless you claim taxis have gone back to being a shuttle service between downtown and Fisherman's Wharf hotels and the San Francisco International Airport, there is no reason why a taxi ride might not compete with Muni. Proposition L is the next round of the San Francisco government's sweetheart deal with the taxi business and its vendetta against Uber and Lyft. ...

View excerpt

10 ☐ Waymo's Robot Taxis Are Almost Mainstream. Can They Now Turn a Profit?

The New York Times | Sep 04, 2024 | 1118 words | Eli Tan Eli Tan is a reporter covering the technology industry and a member of the 2024-25 Times Fellowship class, a program for journalists early in their careers. | TECHNOLOGY

Body



... Waymo currently stewards passengers to and from Phoenix Sky Harbor International Airport, and is in talks to expand into San Francisco International Airport, according to emails viewed by The New York Times. But large cities also present challenges like chaotic traffic, stricter regulations and competition with public transportation. ... View excerpt

11 ☐ Bay Area workers strike at seven hotels

The San Francisco Chronicle (California) | Sep 03, 2024 | 591 words | Roland Li | A, NEWS

Body



... Nearly 2,500 hotel workers at four of downtown San Francisco's largest hotels, two in San Jose and one by San Francisco International Airport went on strike for three days starting Sunday in the city's biggest walkout since 2018. In San Francisco, 2,080 Unite Here Local 2 union members are seeking better wages and benefits after labor contracts expired in August and the Bay Area's cost of living has continued to soar. ... View excerpt

Finding Solitude Amid the Crowds

12

The New York Times | Sep 01, 2024 | 1565 words | By Francesca Specter | Section F

Body

... Harvey Milk Terminal 1 at San Francisco International Airport, whose final section opened in June, is one of Ms. Peavey's examples. HKS designed the terminal to include a row of lounge chairs looking out to the flight line. The seats are buffered from behind by a tall planter that prevents other travelers from getting too close. ... View excerpt

13

### When to expect the worst holiday traffic

The San Francisco Chronicle (California) | Aug 31, 2024 | 334 words | Ricardo Cano | A, NEWS

Body

... Travelers taking to the skies should prepare for high volumes of crowds this weekend at San Francisco International Airport and San Francisco Bay Oakland International Airport. SFO expects to see more than 930,000 passengers travel through the airport from Thursday to Tuesday, about 9% higher than last year's Labor Day weekend. ... View excerpt

14

### For Solo Explorers, a Solitude-Friendly 'Paradise' Amid the Crowds

The New York Times | Aug 29, 2024 | 1728 words | Francesca Specter | STYLE

Body

... Harvey Milk Terminal 1 at San Francisco International Airport, whose final section opened in June, is one of Ms. Peavey's examples. HKS designed the terminal to include a row of lounge chairs looking out to the flight line. The seats are buffered from behind by a tall planter that prevents other travelers from getting too close. ... View excerpt

15

### Salesman for Moving Company That Held Goods Hostage Gets 2-Year Sentence

The New York Times | Aug 28, 2024 | 893 words | Colin Moynihan | NYREGION

Body

... One member of that group was taken into custody in 2018 at San Francisco International Airport while on his way to Mexico. Mr. Moroz, the main architect of the Brooklyn-based scam, managed to make good his own escape, according to The Daily News, which reported last year that he was believed to be hiding in Israel. ... View excerpt

16

### Barni, a German shorthaired pointer, wins TSA's 'cutest canine' of 2024

The Washington Times | Aug 27, 2024 | 401 words | Stephen Dinan | POLITICS

Body

... A 5-year-old explosives detection dog who works at San Francisco International Airport has won the Transportation Security Administration's "cutest canine" distinction. Barni, a German shorthaired pointer, beat out three other finalists in social media voting to take the honor in the contest, which the TSA runs annually as a way to reward and draw positive attention to the dogs that help keep the skies safe. ... View excerpt

17 ☐ **Inside View: Stop. Think. Then Speak**
The Wall Street Journal | Aug 26, 2024 | 790 words | By Andy Kessler | Pg. A15

Body

... At San Francisco International Airport, just after the 1988 Seoul Olympics, I was standing at the American Airlines ticket counter and recognized a tall, lean guy next to me picking up tickets. Whoa, I thought, that's swimmer Matt Biondi. ... View excerpt

18 ☐ **Airline says error caused diversion**
The San Francisco Chronicle (California) | Aug 18, 2024 | 266 words | Aidin Vaziri | A, NEWS

Body

... An Alaska Airlines flight from San Francisco International Airport to Jackson Hole, Wyo., was unexpectedly diverted to Salt Lake City last week after the pilot informed passengers of his lack of qualifications to land at the intended destination. ... View excerpt

19 ☐ **Another SFO-Rome flight by United forced to divert**
The San Francisco Chronicle (California) | Aug 16, 2024 | 200 words | Aidin Vaziri and Jessica Flores | A, NEWS

Body

... According to aviation records, the flight touched down at Edmonton International Airport approximately 6 1/2 hours after its 4:49 p.m. departure from San Francisco International Airport. The remainder of the flight was canceled, leaving 265 passengers and 14 crew members to return to San Francisco at 3:26 a.m. on Thursday. The spokesperson did not specify if passengers were rebooked on alternate flights to Rome. ... View excerpt

20 ☐ **Rome-bound United Airlines flight out of SFO diverted to Sacramento**
The San Francisco Chronicle (California) | Aug 15, 2024 | 104 words | Maliya Ellis | A, NEWS

Body



Newsweek | Apr 18, 1977 | 772 words | SUSAN FRAKER with WILLIAM J. COOK in San Francisco | NATIONAL AFFAIRS; Pg. 32

Body



... Every fifteen minutes, the PA system at San Francisco International Airport broadcasts a recorded message: "Due to the water shortage, all persons are requested to conserve water in every way possible while in the airport and the California area. ... View excerpt

### The Cocaine Scene

5

Newsweek | May 30, 1977 | 2642 words | RICHARD STEELE with SUSAN AGREST in New York, SYLVESTER MONROE in Chicago, PAUL BRINKLEYROGERS in Los Angeles, STEPHAN LESHER in Washington and bureau reports | NATIONAL AFFAIRS; Pg. 20

Body



... Customs agents and DEA officials have found cocaine sewn into an antique rug being imported by a 74-year-old woman, in a cage full of boa constrictors and pythons, in aerosol cans, in scuba divers' oxygen tanks, in diplomatic pouches and in bottles of Scotch (when the liquor is poured into a pan and evaporates, the cocaine remains).NO EBB IN THE FLOW Last year, DEA officials seized 571 pounds - up from 295 pounds in 1972.At San Francisco International Airport, the number of cocaine-smuggling arrests has increased 150 per cent in the last three years. About 60 per cent of the cocaine seized by American officials is confiscated in Puerto Rico or Florida, and last year in Tampa, customs officials intercepted 181 pounds - worth $40 million at street prices - hidden on board a freighter arriving from Colombia. ...

View excerpt

### TRAVEL; Summer Stampede

6

Newsweek | Jul 17, 1978 | 567 words | TOM NICHOLSON with DAVID T. FRIENDLY in New York and bureau reports | BUSINESS; Pg. 81

Body



... San Francisco International Airport, among others, had its busiest weekend in history, with hour-long delays just to drive from the freeway to the terminal. Flying off in all directions for the Fourth of July holiday, more than 3 million Americans boarded domestic and overseas flights. ... View excerpt

### ARE HOMOSEXUALS ILLEGAL ALIENS?

7

Newsweek | Aug 27, 1979 | 368 words | NATIONAL AFFAIRS; Pg. 25

Body



... The current imbroglio began in June when Immigratin inspectors at San Francisco International Airport detained a London antiques restorer, Carl Hill, as a homosexual. Hill, who had flown in for the city's annual Gay Freedom Day parade, sued the government and became an instant cause celebre in the gay community. ... View excerpt

8. **THE NEWEST AMERICANS**

Newsweek | Sep 10, 1979 | 2136 words | DENNIS A. WILLIAMS with JERRY BUCKLEY in Washington, PAMELA ELLIS SIMONS in Chicago, JEFF B. COPELAND in Denver, VINCENT COPPOLA in Atlanta and bureau reports | NATIONAL AFFAIRS; Pg. 22

Body



... Then they are bused to motel rooms near San Francisco International Airport to await flights to their new homes in every state of the Union. They emerge from the bus apprehensively, their belongings contained in rope-tied boxes, small suitcases or knotted bandannas, to meet volunteer workers who tag them with the names of their sponsoring agencies. ... View excerpt

9. **SAN FRANCISCO CLEARED TO HIKE ELECTRIC RATES TO CUSTOMERS**

The Wall Street Journal | Sep 26, 1979 | 108 words

Body



... THE FEDERAL COURT OF APPEALS RULED FOR THE CITY AFTER SOME OF THE CUSTOMERS--PRIMARILY, SEVERAL AIRLINES AND OTHER TENANTS AT SAN FRANCISCO INTERNATIONAL AIRPORT, AS WELL AS THE TURLOCK AND MODESTO IRRIGATION DISTRICTS IN CENTRAL CALIFORNIA --CHALLENGED THE AUTHORITY OF THE CITY'S PUBLIC UTILITIES COMMISSION TO INCREASE POWER RATES WITHOUT FEDERAL APPROVAL. ... View excerpt

10. **Traffic perils unresolved at two California airports**

The Christian Science Monitor | Jan 21, 1980 | 587 words | By Mark Stevens, Staff correspondent of The Christian Science Monitor | Pg. 12

Body



... At San Francisco International Airport, two problems involving "counterflow" landings and tricky "shoreline takeoffs" continue to trouble the Airline Pilots Association (ALPA). Since the 1978 midair collision over San Diego, no basic changes in flight patterns have been made or are planned. ... View excerpt

11. **GUARD IS SOUGHT IN $1.8 MILLION ROBBERY**

The New York Times | Aug 16, 1980 | 644 words | By WAYNE KING, Special to the New York Times | Section 1; Page 6, Column 1; National Desk

Body



... seized an armored truck he was supposed to be guarding at San Francisco International Airport shortly after 7 this morning, drove to a nearby hotel where he commandeered a car at gunpoint and then sped away with two bags containing almost $2 million in cash. ... View excerpt

12 ☐ ### NEWS SUMMARY; News Summary; SATURDAY, AUGUST 16, 1980

The New York Times | Aug 16, 1980 | 920 words | Section 2; Page 23, Column 1; Metropolitan Desk

Body



... Bosque, 25 years old, identified as Brink's guard, allegedly seized an armored truck that he was supposed to be guarding at the San Francisco International Airport, drove to a nearby hotel, commandeered a car and sped away with two bags of money. (6:1-3.)A desegregation administrator for the Cleveland school system was appointed by a Federal judge in response to the slow pace of courtordered desegregation. ... View excerpt

13 ☐ ### AROUND THE NATION; Computer Student Dies After Life Systems Cut Off

The New York Times | Aug 17, 1980 | 810 words | Special to the New York Times | Section 1; Part 1; Page 20, Column 5; National Desk

Body



... Bosque had used "subterfuge" to entice his driver, Jean Marie Jean, into momentarily leaving their truck yesterday at San Francisco International Airport. He then allegedly drove off and switched to an automobile that he commandeered at gunpoint. The auto was later found abandoned. The loot consisted of two bags of cash that were on their way to the Federal Reserve Bank of San Francisco. ... View excerpt

14 ☐ ### Brink's Guard Indicted in Theft

The New York Times | Sep 13, 1980 | 73 words | UPI | Section 1; Page 7, Column 4; National Desk

Body



... Bosque, 25 years old, had used a pistol and endangered the life of a hotel maid whose car he commandeered after driving a Brink's armored truck from San Francisco International Airport Aug. 15. AN-A ... View excerpt

15 ☐ ### Advertising© Gallagher Pushing Outdoor

The New York Times | Sep 26, 1980 | 1001 words | Section D; Page 13, Column 3; Financial Desk

Body



... And then, without even changing clothes in a telephone booth, off he zooms through San Francisco International Airport and out into a parking lot where he makes the traditional touchdown at the Hertz counter. The director of photography for the commercial was Denis Coup, who was in charge of special effects for the "Superman" movie. ... View excerpt

16 ### Airlines: don't tuck loaded guns into baggage
The Christian Science Monitor | Dec 19, 1980 | 899 words | By Ward Morehouse III, Staff correspondent of The Christian Science Monitor | Pg. 12

Body



... Recent surveys by the ALEA indicate that out of 18 check-in counters visited at O'Hare, only five had signs; at San Francisco International Airport, 24 counters were surveyed and 14 had signs; at Memphis Airport only four of 11 counters had them; at Dallas-Fort Worth International Airport, only one of 13 baggage check-in counters had the signs. ... View excerpt

17 ### SCHEDULED AIR SERVICE FROM CHINA TO U.S. RESUMES
The New York Times | Jan 08, 1981 | 654 words | By WALLACE TURNER | Section A; Page 16, Column 2; National Desk

Body



... Scheduled passenger airline service between China and the United States was restored today after a 32-year hiatus when a Boeing 747 with 139 Chinese passengers arrived exactly on time at San Francisco International Airport. Mayor Dianne Feinstein and Consul General Hu Ding-yi held a ribboncutting ceremony, which included a cake, decorated with "CAAC Welcome to San Francisco," and two bottles of champagne. ... View excerpt

18 ### Anchorman Faces Driving Count
The New York Times | Feb 10, 1981 | 69 words | UPI | Section B; Page 19, Column 2; National Desk

Body



... Kuralt, 46 years old, the former roving correspondent who is now a television anchorman for CBS News, was stopped at 12:10 A.M. yesterday near the San Francisco International Airport and arrested for ''misdemeanor driving while intoxicated,'' a Highway Patrol spokesman said. CBS News anchorman Charles Kuralt faces drunken driving charge after being arrested near San Francisco ( Calif ) International Airport ... View excerpt

19 ### SAN FRANCISCO UPSET BY TOURISM DECLINE
The New York Times | May 10, 1981 | 796 words | By WALLACE TURNER, Special to the New York Times | Section 1; Part 1; Page 19, Column 1; National Desk

Body



... Fewer Airline Passengers A spokesman for the city's airport commission said airline passenger traffic had declined by 8.4 percent at San Francisco International Airport. There were 21.6 million arrivals in the 12 months ending March 31, 1981, as against 23.6 million in the preceding 12 months. Major airlines have cut back flights by almost 6 percent. ... View excerpt

Case 3:24-cv-02311-TSH    Document 36-2    Filed 09/17/24    Page 12 of 13

20 ☐

### Jerseyan Held on Coast For Smuggling of Heroin

The New York Times | May 26, 1981 | 182 words | UPI | Section B; Page 5, Column 5; Metropolitan Desk

Body



..., arrived at San Francisco International Airport around 1 P.M. yesterday on a flight from Hong Kong, according to Mike Fleming, a customs spokesman. Antonino Dattolo, New Jersey restaurant owner, is arrested in San Francisco while attempting to smuggle over nine pounds of heroin No prior information on Mr. ... View excerpt

21 ☐

### WHAT'S DOING IN CALIFORNIA WINE COUNTRY

The New York Times | May 31, 1981 | 2464 words | Section 10; Page 11, Column 1; Travel Desk

Body



... HOW TO GET THERE - The closest commmercial airline service is provided at San Francisco International Airport and, across the Bay, at Oakland International Airport. Several companies conduct guided tours of the wine country from San Francisco. Gray Line Tours (415-771-4000) offers a nine-hour tour that includes visits to two wineries (Christian Brothers and Sebastiani) and lunch for $29.50. ... View excerpt

22 ☐

### Airport check stems flow of fruit from California

The Christian Science Monitor | Aug 03, 1981 | 98 words | WITH ANALYSIS FROM MONITOR CORRESPONDENTS AROUND THE WORLD, EDITED BY CLARA GERMANI | The News Briefly; Pg. 2

Body



... Inspectors are conducting surprise searches of airline employees at San Francisco International Airport to prevent them from carrying out fruit from the Santa Clara Valley, quarantined because of a Mediterranean fruit fly infestation. Inspectors have confiscated tons of fruit from passengers routinely checked at the airport, and 9 of the first 32 flight attendants and pilots searched in the special inspections were carrying fruit. ... View excerpt

23 ☐

### SUSPECT IN BRINK'S ROBBERY MISSING FULL YEAR

The New York Times | Aug 16, 1981 | 564 words | AP | Section 1; Part 1; Page 24, Column 1; National Desk

Body



... Bosque and a driver arrived in an armored truck at San Francisco International Airport. They picked up a money shipment from Honolulu. Driver Sent Away From Truck After loading sacks for the Federal Reserve Bank, Mr. Bosque told the driver that an airline official wanted to speak to him, the bureau says. ... View excerpt

Source Description

# Major Publications

Contains selected prestigious newspapers, newswires, and magazines from around the world. This group includes major news publications in English, Danish, Dutch, French, German, Italian, and Spanish. These news sources are held in especially high regard by their readers for their reliability and accuracy and for the integrity and objectivity of their reporting. Covers the following sources:

| | |
|---|---|
| Accountancy Age (UK) | The Investors Chronicle |
| Accounting Today | The Irish Times |
| The Advertiser/Sunday Mail (Adelaide, South Australia) | ITAR-TASS |
| Advertising Age | The Japan News |
| ADWEEK | The Japan Times |
| Africa News | The Jerusalem Post |
| The Age (Melbourne, Australia) | The Jerusalem Report |
| Airline Business | Korea Herald |
| Al Jazeera - English | Korea Times |
| The Australian | The Lancet |
| Australian Financial Review | The Lawyer |
| Automotive News | Lawyers Weekly |
| Baltic News Service | Legal Week |
| The Banker | Los Angeles Times |
| BBC Monitoring: International Reports | Maghreb Confidential |
| Belfast News Letter | Management Today |
| Belfast Telegraph | Marketing Week |
| Belfast Telegraph Online | Mergers and Acquisitions, The Dealmaker's Journal |
| Billboard | The Miami Herald |

Close