# EXHIBIT C

https://www.google.com/search?q=%E2%80%9Csan+francisco+international+airport%22+travel+blog&sca_esv=78e8e2d48801db3b    September 15, 2024 at 7:56 AM EDT
&sca_upv=1&source=hp&ei=bMvmZsuPHcej5NoP1pOu4QM&iflsig=AL9hbdgAAAAAZubZfOD0t2kliUaCLnWHkvSCwrdWM3Tb&ved=0ahUKEwjL9f-r8sSIAxXHEVkFHdaJKz
wQ4dUDCA8&uact=5&oq=%E2%80%9Csan+francisco+international+airport%22+travel+blog&gs_lp=Egdnd3Mtd2l6IjPigJxzYW4gZnJhbmNpc2NvIGludGVybmF0aW9uYW
gYWlycG9ydCIgdHJhdmVsIGJsb2cyBRAhGKABMgUQIRigATIFECEYoAEyBRAhGKABSIgHUABYAHAAeACQAQCYAU-gAU-qAQExuAEDyAEA-AEC-AEBmAIBoAJVmAM
AkgcBMaAHmwQ&sclient=gws-wiz

 Google    "san francisco international airport" travel blog       Sign in

All   News   Images   Videos   Forums   Shopping   Web   ⋮ More                                             Tools

 San Francisco International Airport
https://www.flysfo.com › passengers › travel-tips

### Travel Tips | San Francisco International ...
SFO **Travel** Tips **Blog**. Welcome to the SFO **Travel** Tips **Blog**! Read for ... © **San Francisco International Airport**. FlySFO Homepage. We use cookies on this ...

 LavishRide
https://blog.lavishride.com › articles › san-francisco-airp...

### The Ultimate Guide to San Francisco International Airport

Jul 10, 2024 — Discover insider tips and tricks for navigating **San Francisco International Airport** with our ultimate guide.

 Not Quite Nigella
https://www.notquitenigella.com › 2023/06/10 › san-fra...

### San Francisco International Airport SFO

Jun 10, 2023 — All terminals can be accessed post customs by walking or the AirTrain. Hydration Stations. **San Francisco International Airport** SFO.

 Airport Van Rental
https://airportvanrental.com › blog › travelers-guide-san-f...

### A Traveler's Guide to San Francisco Intl. Airport | AVR
Our Guide to San Francisco Van Rental & **Travel** Services. **San Francisco International Airport**, or SFO, is the 7th busiest airport in the United States.

 Roving Vails
https://www.rovingvails.com › city-escapes › layover-in...

### Things to Do on a Layover in San Francisco Airport (SFO)

Jun 9, 2023 — Things to do in **San Francisco International Airport** (SFO): Art Exhibits, Aviation Museum, Sky Terrace, and Wag Brigade; Places you could go in ...

 Autocue
https://teleprompter.autocue.com › instagram18 › sfo

### Understanding SFO: A Comprehensive Guide To San
...

1 day ago — This article aims to provide you with essential information about **San Francisco International Airport**, including its history, facilities, ...

 Sanctifly
https://www.sanctifly.club › locations › san-francisco

### Things to do at San Francisco International Airport

**San Francisco International airport** hosts approximately forty exhibitions annually. As you walk through the terminals you can enjoy exhibitions on cultural, art ...

 Transfeero
https://www.transfeero.com › Home › Travel Blog

### Guide to San Francisco's main airports and stations
**San Francisco International Airport** is set 20 km away from downtown San Francisco, yet inside the main urban area. It is very well connected to the rest of ...

 Indian Eagle
https://www.indianeagle.com › Home › travel

### Top Things to do near San Francisco Airport



6 days ago — **San Francisco International Airport** is one of the busiest airports in USA. According to many frequent travelers, SFO is a world in itself.

People also ask :

How early should I arrive at SFO for an international flight?

How early should I arrive at the airport before an international flight?

Is SFO a nice airport?

What to do with a 5 hour layover in San Francisco?

Feedback

A Passion and A Passport
https://apassionandapassport.com › Blog :

3 DAYS IN SAN FRANCISCO (A Local's ...

Aug 21, 2023 — You'll wanna fly into **San Francisco International Airport**. And thankfully, since SFO is a major international airport, you shouldn't have a ...

How To Get To San Francisco | Where To Stay In San... | Safety In San Francisco

People also search for :

| | |
|---|---|
| **San** francisco international airport travel blog **terminal 3** | **How early to arrive at SFO for** international **flight reddit** |
| **San** francisco international airport travel blog **departures** | **Things to do in San** Francisco airport **layover** |
| **San** francisco international airport travel blog **arrivals** | **International departures san** francisco airport |
| **San** Francisco Airport **baggage rules** | **SFO** international travel |

Goooooooooogle >
1 2 3 4 5 6 7 8 9 10    Next

● 20002, Washington, DC - From your IP address - Update location

    

"san francisco international airport" travel blog

All   News   Images   Videos   Forums   Shopping   Web   ⋮ More                Tools


Going™ | Formerly Scott's Cheap Flights
https://www.going.com › guides › san-francisco-internat... ⋮

### San Francisco International Airport (SFO) Guide



... **San Francisco International Airport**. By sharing a ride, up to five people ... Referral ProgramCheap FlightsOn the Fly **Travel** Guides**Travel** GlossaryWindow Seat **Blog** ...


Way
https://www.way.com › ... › Travel Guides › Air Travel ⋮

### 12 Things to Do on a Layover At San Francisco Airport



Passengers have ranked the **San Francisco International Airport** as the "Best Airport in the United States" for the years 2020 and 2019. If you're **traveling** ...


SFGATE
https://www.sfgate.com › Travel ⋮

### Why the pandemic was the best thing to happen to SFO's ...



Jul 7, 2024 — ... **San Francisco International Airport**, from the runways stretching ... For Rodrigo Guimaraes de Souza, a **travel blogger** on a layover ...

Wheatless Wanderlust
https://wheatlesswanderlust.com › United States ⋮

### 4 Days In San Francisco: An Amazing San Francisco Itinerary

Aug 26, 2024 — **San Francisco International Airport** (SFO) is the closest airport to the city. ... Plan the perfect **trip** with our other San Francisco **Travel** Guides.


Mascola Group
https://mascola.com › Blog ⋮

### Why SFO Is a Brand and JFK Is Not - Mascola Group



On a recent **trip** to San Francisco, I got to experience firsthand the differences between **San Francisco International Airport** (SFO) and New York's go-to ...


Blacklane Blog
https://blog.blacklane.com › Travel › Airports ⋮

### A guide to San Francisco Airport (SFO)



Jun 12, 2019 — Because **San Francisco International Airport** is located significantly ... Two Zoom **Travel** Store kiosks let you buy **travel** products and convenience ...


Tortuga Blog
https://blog.tortugabackpacks.com › san-francisco-airports ⋮

### Which San Francisco Airport Should You Fly Into? - Tortuga



May 20, 2020 — **San Francisco International Airport** is your best all-around option, but there are others. Read on to discover which San Francisco airport ...


Trips With Tykes
https://tripswithtykes.com › navigating-sfo-airport-kids ⋮

### SFO Airport Guide: Tips for Navigating San Francisco ...

Dec 6, 2017 — Flying into or connecting through **San Francisco International Airport**? ... Trips With Tykes is a family **travel blog** devoted to simplifying the ...


ITH Hostels
https://ithhostels.com › ITH Vibes Travel Blog ⋮

### How to get from San Francisco Airport to Downtown ...

Oct 29, 2023 — ... **Travel Blog** Destinations San Francisco. How to ... The cheapest way to get from **San Francisco International Airport** to downtown is by bus.

Bay Area Telegraph
https://bayareatelegraph.com › tag › san-francisco-intern... ⋮

### San Francisco International AIrport

San Francisco International AIrport. Travel & Day Trips. Thomas SmithJune 4 ... Jannah is a Clean Responsive WordPress Newspaper, Magazine, News and Blog theme.

People also search for ⋮

| | |
|---|---|
| San francisco international airport travel blog terminal 3 | How early to arrive at SFO for international flight |
| San francisco international airport travel blog departures | How early to arrive at SFO for international flight reddit |
| San francisco international airport travel blog arrivals | Things to do in San Francisco airport layover |
| San Francisco Airport baggage rules | International departures san francisco airport |



Previous   1 2 3 4 5 6 7 8 9 10   Next

⬤ 20002, Washington, DC - From your IP address - Update location

     

"san francisco international airport" travel blog

All  News  Images  Videos  Forums  Shopping  Web  ⋮ More    Tools

 **Indian Eagle**
https://www.indianeagle.com › traveldiary › san-francisco... ⋮

### Tag: San Francisco International Airport - Travel Diary
The **San Francisco International Airport** is one of the best hubs in the world. It has busy terminals and lounges that cater to the... San Francisco Airport ...



**San Francisco Charter Bus Company**
https://www.sanfranciscobuscharterscompany.com › blog ⋮

### A Group Travel Guide to San Francisco Airports
Sep 15, 2020 — **San Francisco International Airport** (SFO) ... If you're planning any kind of air **travel** around the Pacific, you'll more than likely end up here.



 **Stuck at the Airport**
https://stuckattheairport.com › 2020/05/31 › 5-things-w... ⋮

### 5 Things We Love About: San Francisco International ...
May 31, 2020 — ... **travel**, **San Francisco International Airport**, SFO Museum. 5 Things We ... **blog**. If you'd like to sponsor an upcoming "Things we love ...



**JR** **Josephine Remo**
https://josephineremo.com › Latest Travel Blog Posts ⋮

### 10 Things To Do in San Francisco Airport | Enjoy Your ...
Apr 10, 2024 — ... **Blog** · Awards · Work With Me Menu Toggle. Guest Posts · Collaborations · Contact. Best **Travel Blog** 2024 ... **San Francisco International Airport** is ...

 **yrofthemonkey.com**
https://yrofthemonkey.com › layover-in-san-francisco ⋮

### How to spend a layover in San Francisco - yrofthemonkey
Nov 13, 2020 — i) **San Francisco International Airport** (SFO): This airport is the closest to the city of San Francisco, and is about 12-16 miles south of the ...

 **WordPress.com**
https://airportsandhotelsblog.wordpress.com › 2022/11/18 ⋮

### San Francisco International airport in California, USA
Nov 18, 2022 — ... **San Francisco International airport** (SFO) in California, United States ... flights, Harvey Milk Terminal, San Francisco airport, **Travel**. 4 ...

 **Way**
https://www.way.com › ... › Travel Guides › Air Travel ⋮

### How to get around SFO Airport easily | San Francisco ...
How to get around SFO Airport easily — **San Francisco International Airport** guide. Air **Travel** · Gerard Stevens; 12 minutes; Listen to this. post-title.

 **The Ufuoma**
https://theufuoma.com › what-to-do-in-san-francisco-for... ⋮

### A Travel Guide: What to do in San Francisco, California for ...
Dec 3, 2022 — The airport in San Francisco ... The **San Francisco International Airport** (SFO) is one of the best one I have visited in the US. No wonder it ...

 **Go City**
https://gocity.com › san-francisco › things-to-do › san-f... ⋮

### San Francisco Airport to City Travel Options
Once your train has arrived, it takes around 20-30 minutes to **travel** from **San Francisco International Airport** ... **Blog**. 10+ Things to Do for Halloween in ...



 **Travel Addict Hack**
 ⋮



How an Airport Hotel is a Blessing in San Francisco

Jan 3, 2023 — ... **San Francisco International Airport**. It offers a convenient location ...

About **Travel Blogger**. Get to Know Me · Contact · Navigate Website ...

People also search for

| | |
|---|---|
| **San** francisco international airport travel blog **terminal 3** | **How early to arrive at SFO for** international **flight** |
| **San** francisco international airport travel blog **departures** | **How early to arrive at SFO for** international **flight reddit** |
| **San** francisco international airport travel blog **arrivals** | **Things to do in San** Francisco airport **layover** |
| **San Francisco Airport baggage rules** | **International departures san** francisco airport |



Previous  1 2 3 4 5 6 7 8 9 10  Next

● 20002, Washington, DC - From your IP address - Update location