# EXHIBIT D

Best in Travel is here! *Discover 2024's destinations*



Sign in

Travel Stories  >  USA  >  San Francisco

# How to get around San Francisco



**Ryan Ver Berkmoes**
Feb 15, 2024 • 8 min read

Save



Taking the ferry is one of the best ways to see the iconic sights of the Bay Area © Martin Bissig / Getty Images

With notoriously lousy traffic and next-to-impossible parking, driving is most definitely not the best way to get around San Francisco.

Downtown Muni/BART stations have machines that sell Clipper cards and fare credit. Clipper Cards, whether virtual on your phone or in physical form, can be linked to a credit card so that they automatically refill with value.



To get beyond the city center hop on the BART from any downtown station © lembi / Shutterstock

## Get beyond the city center on the BART

[BART](#) (Bay Area Rapid Transit) is the fastest link between downtown and San Francisco International Airport, [Oakland](#) and [Berkeley](#). Four of the system's six lines pass through SF. BART serves downtown, Market St and the Mission District well but does not reach most other areas of the city.

The reloadable Clipper Card system is the only way to pay your fare on BART. You can buy one for a one-time fee of $3 at BART stations or purchase one virtually and install it on your phone (this is free).

BART fares are based on distance, so you'll need your Clipper Card (or phone) to both enter and exit the system. The fare from SFO to downtown San Francisco is $9.65.

**Tip for arriving at San Francisco International Airport (SFO)**

If you're arriving at SFO, set up your phone with a Clipper Card before you arrive so you can avoid the long lines of jet-lagged passengers trying to use the BART ticket machines.

## Catch the Caltrain if you want to go for a day trip

Caltrain is the train service linking San Francisco to cities along the Peninsula south of the city and on to the South Bay and San Jose. It runs services at least hourly throughout the day and is reasonably fast and very comfortable.

Buy tickets from machines in stations using the Caltrain app or with a Clipper Card. From the depot at 4th and King Sts in San Francisco, Caltrain heads south to Millbrae (connecting to BART and San Francisco airport; 30 minutes), Palo Alto (one hour) and San Jose (1½ hours).



SHOP

**Travel recs you can trust**

New books every month to inspire your next trip

SELECTED BY  lonely planet

## Rest your weary legs in a taxi

Taxi fares start at $4.15 and run about $3.25 per mile. Add 15% to the fare as a tip ($1 minimum). For the quickest service in San Francisco, download the Flywheel app (for Apple and Android), which dispatches the nearest taxi.

Lyft and Uber are based in San Francisco and are ubiquitous. Note that with surge pricing, traditional taxi cabs are often cheaper.





# San Francisco Airport Exhibit Highlights Airline Fashions

 By **Zac Thompson**
08/05/2016, 9:00 AM



If you find yourself with some time to spare at San Francisco International Airport, you can inject a little glamour into your layover by checking out a new exhibit on old-school airline uniforms.

The SFO Museum's "Fashion in Flight: A History of Airline Uniform Design" shows off nine decades' worth of garments worn by flight attendants, starting from the nurse-like look of the 1930s (complete with cape and hat), carrying into the classic Hollywood wasp-waisted silhouette of the '40s and '50s, and on into the present.

Advertisement