# EXHIBIT E

https://tsdr.uspto.gov/#caseNumber=4,189,396&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch   September 13, 2024 at 10:16 PM EDT

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-09-13 22:15:10 EDT |
| Mark: | SAN FRANCISCO INTERNATIONAL AIRPORT |

SAN FRANCISCO INTERNATIONAL AIRPORT

| | | | |
|---|---|---|---|
| US Serial Number: | 85421298 | Application Filing Date: | Sep. 13, 2011 |
| US Registration Number: | 4189396 | Registration Date: | Aug. 14, 2012 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active <br> The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | |
| Status Date: | Mar. 12, 2022 | | |
| Publication Date: | May 29, 2012 | | |

### Mark Information

| | |
|---|---|
| Mark Literal Elements: | SAN FRANCISCO INTERNATIONAL AIRPORT |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Disclaimer: | "INTERNATIONAL AIRPORT" |
| Acquired Distinctiveness Claim: | In whole |

### Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Airport services | | |
| International Class(es): | 039 - Primary Class | U.S Class(es): | 100, 105 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Aug. 27, 1954 | Use in Commerce: | Aug. 27, 1954 |

### Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

### Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | City and County of San Francisco | | |
| Owner Address: | PO Box 8097 <br> International Terminal, 5th Fl. <br> San Francisco, CALIFORNIA UNITED STATES 94128 | | |
| Legal Entity Type: | municipal corporation | State or Country Where Organized: | CALIFORNIA |

### Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Garner K. Weng | Docket Number: | 11999.23 |
| Attorney Primary Email Address: | ipfilings@hansonbridgett.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Garner K. Weng <br> HANSON BRIDGETT LLP <br> 425 Market Street, 26th Floor <br> Hanson Bridgett LLP <br> SAN FRANCISCO, CALIFORNIA UNITED STATES 94105 |
| Correspondent e-mail: | gweng@hansonbridgett.com ipfilings@hansonbridgett.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|

| Date | Event |
|---|---|
| Mar. 12, 2022 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| Mar. 12, 2022 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Mar. 12, 2022 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Mar. 12, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Oct. 26, 2021 | TEAS SECTION 8 & 9 RECEIVED |
| Aug. 14, 2021 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED |
| Sep. 30, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED |
| Sep. 30, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Sep. 30, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Aug. 30, 2017 | TEAS SECTION 8 & 15 RECEIVED |
| Aug. 14, 2017 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED |
| Aug. 14, 2012 | REGISTERED-PRINCIPAL REGISTER |
| May 29, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| May 29, 2012 | PUBLISHED FOR OPPOSITION |
| May 09, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Apr. 24, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Apr. 24, 2012 | ASSIGNED TO LIE |
| Apr. 04, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 04, 2012 | EXAMINER'S AMENDMENT ENTERED |
| Apr. 04, 2012 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Apr. 04, 2012 | EXAMINERS AMENDMENT E-MAILED |
| Apr. 04, 2012 | EXAMINERS AMENDMENT -WRITTEN |
| Dec. 29, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Dec. 29, 2011 | NON-FINAL ACTION E-MAILED |
| Dec. 29, 2011 | NON-FINAL ACTION WRITTEN |
| Dec. 29, 2011 | ASSIGNED TO EXAMINER |
| Sep. 16, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Sep. 16, 2011 | NEW APPLICATION ENTERED |

### ▼ TM Staff and Location Information

**TM Staff Information - None**
**File Location**

| | |
|---|---|
| Current Location: GENERIC WEB UPDATE | Date in Location: Mar. 12, 2022 |

### ▼ Assignment Abstract Of Title Information - Click to Load

### ▼ Proceedings - Click to Load



# SAN FRANCISCO INTERNATIONAL AIRPORT

| | |
|---|---|
| **Reg. No. 4,189,396** | CITY AND COUNTY OF SAN FRANCISCO (CALIFORNIA MUNICIPAL CORPORATION) PO BOX 8097 |
| **Registered Aug. 14, 2012** | SAN FRANCISCO, CA 94128 |
| **Int. Cl.: 39** | FOR: AIRPORT SERVICES, IN CLASS 39 (U.S. CLS. 100 AND 105). |
| **SERVICE MARK** | FIRST USE 8-27-1954; IN COMMERCE 8-27-1954. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INTERNATIONAL AIRPORT", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-421,298, FILED 9-13-2011.

GEOFFREY FOSDICK, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office