# EXHIBIT G

Port of Oakland | Oakland Seaport | San Francisco Bay Oakland International Airport | English

I ✈ OAK

Fly  Park  Visit  Ground Transportation  Business

Home / Business / News & Media / Media Kit / OAK Backgrounder

# OAK Backgrounder

## A History of Aviation Excellence and Importance to the Community

For more than 80 years, San Francisco Bay Oakland International Airport (OAK) has been an important force in aviation history and a contributor to the economic well being of the San Francisco Bay Area. According to a 2001 economic impact report, the airport was responsible for infusing $4.5 billion annually into the local economy and is responsible for generating 5,500 induced jobs such as those that provide service for visitor/tourism jobs, such as hotel staff, taxi and charter bus drivers and tour guides. The airport complex and other OAK-related aviation businesses employ approximately 8,000 people, of which roughly one-third work in jobs related to cargo.

The original airport at North Field was built in 1927 and is still in operation today for air cargo, general aviation and corporate jet activities. Commercial passenger and cargo jet aircraft operate from South Field, which opened in 1962.

The airport is a thriving business, having served more than 14 million passengers and nearly 700,000 tons (1.43 billion pounds) of air cargo annually.

Rev. 08/21/2013

**Media Kit**

Current Flight Conitions at OAK

Airport Stats

**OAK Backgrounder**

Photos

ACI-NA Rankings

News Media Videography/Photography

## OAK's History

- December 1926 +
- February 1927 +
- June 1927 +
- July 1927 +
- August 1927 +
- September 1927 +
- December 1927 +
- February 1928 +
- May 1928 +
- Summer 1929 +
- February 1930 +
- June 1931 +
- March 1932 +
- January 1935 +
- May 1937 +
- June 1937 +