# EXHIBIT H

# United States of America
## United States Patent and Trademark Office

# OAKLAND INTERNATIONAL AIRPORT

**Reg. No. 6,156,355**

**Registered Sep. 22, 2020**

**Int. Cl.: 39**

**Service Mark**

**Principal Register**

City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (CALIFORNIA municipal corporation ), AKA Port of Oakland
530 Water Street
530 Water Street
Oakland, CALIFORNIA 94607

CLASS 39: Airport services

FIRST USE 12-00-1963; IN COMMERCE 12-00-1963

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "INTERNATIONAL AIRPORT"

SEC.2(F)

SER. NO. 88-506,563, FILED 07-09-2019



Director of the United States
Patent and Trademark Office

