# EXHIBIT I

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88506563 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 127 |
| **MARK SECTION** | |
| MARK | mark |
| LITERAL ELEMENT | OAKLAND INTERNATIONAL AIRPORT |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| NAME | City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners |
| DBA/AKA/TA/Formerly | AKA Port of Oakland |
| MAILING ADDRESS | 530 Water Street |
| CITY | Oakland |
| STATE | California |
| ZIP/POSTAL CODE | 94607 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| **OWNER SECTION (proposed)** | |
| NAME | City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners |
| DBA/AKA/TA/Formerly | AKA Port of Oakland |
| MAILING ADDRESS | 530 Water Street |
| CITY | Oakland |
| STATE | California |
| ZIP/POSTAL CODE | 94607 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |
| **ARGUMENT(S)** | |
| Based on the exchange of correspondence with the Examining Attorney, Applicant understands any requirement of additional "Entity Clarification" is withdrawn, and that Applicant need not provide further information than has been provided. | |
| **ADDITIONAL STATEMENTS SECTION** | |

| | |
|---|---|
| **SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use** | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | Garner K. Weng |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | HANSON BRIDGETT LLP |
| **STREET** | 425 MARKET STREET, 26TH FLOOR |
| **CITY** | SAN FRANCISCO |
| **STATE** | California |
| **POSTAL CODE** | 94105 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 415-995-5081 |
| **FAX** | 415-995-3434 |
| **EMAIL** | ipfilings@hansonbridgett.com |
| **DOCKET/REFERENCE NUMBER** | 011331.37 |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | Garner K. Weng |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | HANSON BRIDGETT LLP |
| **STREET** | 425 MARKET STREET, 26TH FLOOR |
| **CITY** | SAN FRANCISCO |
| **STATE** | California |
| **POSTAL CODE** | 94105 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 415-995-5081 |
| **FAX** | 415-995-3434 |
| **EMAIL** | ipfilings@hansonbridgett.com |
| **DOCKET/REFERENCE NUMBER** | 11331.7 |
| **OTHER APPOINTED ATTORNEY** | Noel M. Cook, Raffi Zerounian, Janie L. Thompson, Erin D. Bennett |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | GARNER K. WENG |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ipfilings@hansonbridgett.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |

| | |
|---|---|
| **DOCKET/REFERENCE NUMBER** | 011331.37 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Garner K. Weng |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ipfilings@hansonbridgett.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | 11331.7 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Michele Heffes/ |
| **SIGNATORY'S NAME** | Michele Heffes |
| **SIGNATORY'S POSITION** | Port Attorney |
| **DATE SIGNED** | 04/20/2020 |
| **RESPONSE SIGNATURE** | /Garner K. Weng/ |
| **SIGNATORY'S NAME** | Garner K. Weng |
| **SIGNATORY'S POSITION** | Attorney of Record, California Bar member |
| **SIGNATORY'S PHONE NUMBER** | 415 995 5081 |
| **DATE SIGNED** | 04/20/2020 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon Apr 20 15:22:16 ET 2020 |
| **TEAS STAMP** | USPTO/ROA-XX.XXX.XXX.XX-20200420152216140100-88506563-710d4e1471c9cd4651605131d94dd6665c113964f75abbf0814d7eb3190c0c3-N/A-N/A-20200420131032734006 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

**To the Commissioner for Trademarks:**

Application serial no. **88506563** OAKLAND INTERNATIONAL AIRPORT(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/88506563/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

Based on the exchange of correspondence with the Examining Attorney, Applicant understands any requirement of additional "Entity Clarification" is withdrawn, and that Applicant need not provide further information than has been provided.

**OWNER AND/OR ENTITY INFORMATION**
**Applicant proposes to amend the following:**
**Current:** City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners, AKA Port of Oakland a(n) municipal corporation, legally organized under the laws of California, having an address of
    530 Water Street
    Oakland, California 94607
    United States

**Proposed:** City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners, AKA Port of Oakland, municipal corporation legally organized under the laws of California, having an address of
    530 Water Street
    Oakland, California 94607
    United States
    Email Address: XXXX

**ADDITIONAL STATEMENTS**
**SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.


The owner's/holder's current attorney information: Garner K. Weng. Garner K. Weng of HANSON BRIDGETT LLP, is located at

    425 MARKET STREET, 26TH FLOOR
    SAN FRANCISCO, California 94105
    United States
The docket/reference number is 011331.37.
    The phone number is 415-995-5081.
    The fax number is 415-995-3434.
    The email address is ipfilings@hansonbridgett.com

The owner's/holder's proposed attorney information: Garner K. Weng. Other appointed attorneys are Noel M. Cook, Raffi Zerounian, Janie L. Thompson, Erin D. Bennett. Garner K. Weng of HANSON BRIDGETT LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    425 MARKET STREET, 26TH FLOOR
    SAN FRANCISCO, California 94105
    United States
The docket/reference number is 11331.7.
    The phone number is 415-995-5081.
    The fax number is 415-995-3434.
    The email address is ipfilings@hansonbridgett.com

Garner K. Weng submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
    GARNER K. WENG
    PRIMARY EMAIL FOR CORRESPONDENCE: ipfilings@hansonbridgett.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 011331.37.

**Correspondence Information (proposed):**
    Garner K. Weng
    PRIMARY EMAIL FOR CORRESPONDENCE: ipfilings@hansonbridgett.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 11331.7.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the

owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Declaration Signature**

**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

Signature: /Michele Heffes/     Date: 04/20/2020
Signatory's Name: Michele Heffes
Signatory's Position: Port Attorney

**Response Signature**
Signature: /Garner K. Weng/     Date: 04/20/2020
Signatory's Name: Garner K. Weng
Signatory's Position: Attorney of Record, California Bar member

Signatory's Phone Number: 415 995 5081

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of

attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    GARNER K. WENG
  HANSON BRIDGETT LLP

  425 MARKET STREET, 26TH FLOOR
  SAN FRANCISCO, California 94105
Mailing Address:    Garner K. Weng
  HANSON BRIDGETT LLP
  425 MARKET STREET, 26TH FLOOR
  SAN FRANCISCO, California 94105

Serial Number: 88506563
Internet Transmission Date: Mon Apr 20 15:22:16 ET 2020
TEAS Stamp: USPTO/ROA-XX.XXX.XXX.XX-2020042015221614
0100-88506563-710d4e1471c9cd4651605131d9
4dd6665c113964f75abbf0814d7eb3190c0c3-N/
A-N/A-20200420131032734006