# EXHIBIT J



**Michael Colbruno** • 3rd+
Government Affairs, Planning and Port Commissioner, Docent, ...
View my services
1mo • Edited •

Two of the summer interns at the Port of Oakland made this tee shirt for me inspired by my tweets that needled SF for suing us over the San Francisco Bay Oakland International Airport name change. One side says, "Pick me up at San Mateo Airport" and the other a map pointing to @flySFO saying "Not San Francisco". The flip side has an arrow to the adjoining county to the north saying, "San Francisco".

I love my fellow commissioners for joining in the fun!

Matt Davis Marilyn S. Danny Wan #aviation David Chiu Andreas Cluver Barbara Leslie Jahmese Myres Stephanie Dominguez Walton Kristi McKenney Kaley Skantz, MBA Amy Tharpe Peterson




62    2 comments

**Reactions**

Like   Comment   Repost   Send

Most relevant ▼

**Marisa M.**   1mo
Executive Director at Meals on Wheels of Alameda County (MOWAC)
Haha so good!
Like · Reply

**Ayaka Habu**   1mo
Port Strategic Planner at Port of Oakland
Lovely!
Like · Reply



