# EXHIBIT K

 Port of Oakland    Oakland Seaport    San Francisco Bay Oakland International Airport   English 



Fly    Park    Visit    Ground Transportation    Business

Home / Business / News & Media / Press Releases

# Press Releases



August 23, 2024

### San Francisco Bay Oakland International Airport expects busy Labor Day weekend

OAK recommends arriving early and reserving on-site parking ahead Oakland, Calif. – August 23, 2024: San Francisco Bay Oakland...

**Read More**



August 22, 2024

### San Francisco Bay Oakland International Airport kicks off construction on Terminal 1 check-in lobby refresh

Departing passengers will be greeted by a refresh of 1962 terminal facility Oakland, Calif. – August 22, 2024: This week,...

**Read More**

**News & Media**

**Press Releases**

**Media On-site Request Form**

**Filming at OAK**

**Media Kit**



August 20, 2024

### San Francisco Bay Oakland International Airport completes sustainable ceiling replacement project

Nearly 50,000 pounds of material recycled; new tile composed of recycled material Oakland, Calif. – August 20, 2024: San Francisco...

**Read More**



August 16, 2024

### San Francisco Bay Oakland International Airport launches free, augmented reality games for airport visitors

Designed to educate and entertain travelers on their smart phones Oakland, Calif. – August 16, 2024: San Francisco Bay Oakland...

**Read More**




August 7, 2024

### San Francisco Bay Oakland International Airport kicks off construction of 16 new retail storefronts

New locations will include duty-free, news and convenience, specialty retail, and automated vending Oakland, Calif. – August 7, 2024: Last...

Read More

August 6, 2024

### OAK's newest airline – Viva Aerobus adds more flights, new destination

Daily flight to Guadalajara and additional frequency to Monterrey added Oakland, Calif. – August 6, 2024: San Francisco Bay Oakland...

Read More




August 5, 2024

### San Francisco Bay Oakland International Airport project approved for federal funding

Federal Aviation Administration's grant allotted for OAK's taxiway modernization Oakland, Calif. – August 5, 2024: The San Francisco Bay Oakland...

Read More

July 31, 2024

### San Francisco Bay Oakland International Airport celebrates National Aviation Day

Celebration starts early with activities for travelers on August 2 Oakland, Calif. – July 31, 2024: San Francisco Bay Oakland...

Read More




July 29, 2024

### San Francisco Bay Oakland International Airport offers on-site parking discounts

July 23, 2024

### San Francisco Bay Oakland International Airport sponsors season 19 of KQED TV show, "Check, Please! Bay Area"





July 18, 2024

### Port of Oakland names Acting Assistant Director of Aviation Doug Mansel

The Port of Oakland names Doug Mansel as the Port's new Acting Assistant Director of Aviation of San Francisco Bay…

Read More

July 10, 2024

### New local restaurant A16 opens at San Francisco Bay Oakland International Airport

New restaurant A16 is open and serving passengers at San Francisco Bay Oakland International Airport (OAK) as of this week.…

Read More

Previous  **1**  2  3  4  5  Next

