# EXHIBIT L



https://www.tripadvisor.com/                                                    September 14, 2024 at 4:30 PM EDT

 Tripadvisor

Discover    Trips    Review    More                    USD    **Sign in**

# Find the best flight

⌂ Search All    🛏 Hotels    ⬚ Things to Do    ✕ Restaurants    ✈ Flights    ⌂ Vacation Rentals

From: oakland        To: Destination        📅 Sep 28 → Oct 5    👥 1 Traveler    **Search**

✈ **Oakland**, CA
Metropolitan Oakland International Airport (OAK)



Powered by AI  BETA

## Get custom recs for your next trip

Find great eats, experiences, and more—inspired by things you love.

**Start a trip with AI**

Tell us what you're interested in

✓ Must-see Attractions
Culture    Arts & Th
Culture    Arts & Th
Outdoors   Wine &
✓ Food     Adven

Review our recommendations for your trip
**Lisbon, Portugal**
Family • January • 3 days

## Go on an award-winning adventure

2024's Travelers' Choice Awards Best of the Best Things To Do


**Top Experiences**


**Top Attractions**


**Bucket List**


**Cultural & Historic**

→

## Ways to tour Washington DC

Book these experiences for a close-up look at Washington DC.







☰  Google    🧳 Travel   🔍 Explore   ✈ Flights   🛏 Hotels   🏠 Vacation rentals                          🌙  ⋮⋮⋮   **Sign in**

# Flights

⇄ Round trip ▾   👤 1 ▾   Economy ▾

| ○ oakland, California | + |

| ⊙ **Oakland, California**<br>City in California | ⌃ |
|  ✈ San Francisco Bay Oakland International Airport OAK<br>5 mi to destination |
|  ✈ San Francisco International Airport SFO<br>14 mi to destination |
| ⊙ **Oakland Park, Florida**<br>City in Florida | ⌄ |
| ⊙ **Oakland, Maryland**<br>Town in Maryland | ⌄ |
| ⊙ **Oakland, New Jersey**<br>Borough in New Jersey | ⌄ |
| ⊙ **Oakland charter Township, Michigan**<br>Township in Michigan | ⌄ |

📅 Departure   Return

🔍 **Explore**

Fi...

...re destinations

Map data ©2024 Google, INEGI

**Denver** $68
Nov 2 — Nov 9
Nonstop · 3 hr 52 min

**Seattle** $128
Nov 7 — Nov 13
1 stop · 9 hr 22 min

**Lisbon** $442
Oct 28 — Nov 6
2 stops · 16 hr 58 min

**Orlando** $57
Sep 23 — Oct 2
Nonstop · 2 hr 22 min

## Useful tools to help you find the best deals

📅 **Find the cheapest days to fly**
The Date grid and Price graph make it easy to see the best flight deals

### Insightful tools help you choose your trip dates

If your travel plans are flexible, use the form above to start searching for a specific trip. Then, play around with the **Date grid** and **Price graph** options on the Search page to find the cheapest days to get to your destination – and back again for round trips.

〜 **See the whole picture with price insights**
Price history and trend data show you





when to book to get the best price on your flight

**Track prices for a trip**

Not ready to book yet? Observe price changes for a route or flight and get notified when prices drop.

## Popular destinations from Washington, D.C.

Chicago  Dallas  Denver  Houston  Las Vegas  Nashville  Phoenix

## Frequently asked questions

| How can I find last-minute flight deals? | ⌄ |
| How can I find cheap flights for a weekend getaway? | ⌄ |
| How can I find flight deals if my travel plans are flexible? | ⌄ |
| How can I find cheap flights to anywhere? | ⌄ |
| How can I get flight alerts for my trip? | ⌄ |

## Find cheap flights on popular routes

| | | |
|---|---|---|
| Flights from New York to London | Flights from New York to Paris | Flights from London to Paris |
| Flights from New York to Rome | Flights from Montreal to Paris | Flights from London to Milan |
| Flights from Toronto to London | Flights from New York to Milan | Flights from London to Dubai |
| Flights from London to Tokyo | Flights from Madrid to Rome | Flights from London to Delhi |
| Flights from New York to Los Angeles | Flights from Paris to Marrakech | Flights from Sao Paulo to London |
| Flights from London to Istanbul | Flights from Paris to Bangkok | Flights from New York to Orlando |
| Flights from London to Berlin | Flights from Chicago to Paris | Flights from Melbourne to London |



Language · English (United States)    Location · United States    Currency · USD

Current language and currency options applied: English (United States) - United States - USD
Displayed currencies may differ from the currencies used to purchase flights. Learn more

About    Privacy    Terms    Join user studies    Feedback    Help Center

International sites ⌄    Explore flights ⌄



## Popular destinations outside United States



**Kuala Lumpur**
19,902 accommodations



**Manila**
13,223 accommodations



**Penang**
5,181 accommodations



**Jakarta**
14,249 accommodations

**Help**

Help center
FAQs
Privacy policy
Do Not Sell or Share My Personal
Information
Cookie policy
Terms of use
Manage cookie settings
Digital Services Act (EU)
Content guidelines & reporting
Modern Slavery Statement

**Company**

About us
Careers
Press
Blog
PointsMAX

**Destinations**

Countries/Territories
All Flight Routes

**Partner with us**

YCS partner portal
Partner Hub
Advertise on Agoda
Affiliates
Agoda API Documentation

**Get the app**

iOS app
Android app

**Destination Cities**

**Asia**

Bali Hotels
Bandung Hotels
Bangkok Hotels
Bitratou Island Hotels
Busan Hotels
Cebu Hotels
Chiang Mai Hotels
Da Nang Hotels
Fukuoka Hotels
Hanoi Hotels
Hat Yai Hotels
Ho Chi Minh City Hotels
Hoi An Hotels
Hong Kong Hotels
Hua Hin Hotels
Huahin Hotels
Ipoh Hotels
Jakarta Hotels
Jeju Island Hotels
Johor Bahru Hotels
Kaohsiung Hotels
Kota Kinabalu Hotels
Krabi Hotels
Kuala Lumpur Hotels
Vientian Hotels
Kyoto Hotels

Macau Hotels
Malacca Hotels
Manila Hotels
Nagoya Hotels
Nha Trang Hotels
Okinawa Hotels
Osaka Hotels
Pattaya Hotels
Penang Hotels
Phuket Hotels
Sapporo Hotels
Seoul Hotels
Shanghai Hotels
Singapore Hotels
Surabaya Hotels
Taichung Hotels
Tainan Hotels
Taipei Hotels
Tokyo Hotels
Tsim Hotels
Yogyakarta Hotels

**Europe**

London Hotels
Paris Hotels

**Middle East**

Dubai Hotels

**Countries & Territories**

**Africa**

Morocco Hotels
South Africa Hotels

**Americas**

Argentina Hotels
Brazil Hotels
Canada Hotels
Macao Hotels
United States Hotels
Venezuela Hotels

**Asia**

Cambodia Hotels
China Hotels
India Hotels
Indonesia Hotels
Japan Hotels
Laos Hotels
Malaysia Hotels
Myanmar Hotels
Nepal Hotels
Philippines Hotels
South Korea Hotels
Sri Lanka Hotels
Taiwan Hotels
Thailand Hotels
Vietnam Hotels

**Europe**

Austria Hotels
South Republic Hotels
Denmark Hotels
Finland Hotels
France Hotels
Germany Hotels
Greece Hotels
Hungary Hotels
Ireland Hotels
Italy Hotels
Netherlands Hotels
Russia Hotels
Spain Hotels
Sweden Hotels
Switzerland Hotels
United Kingdom Hotels

**Middle East**

Jannah Hotels
Egypt Hotels
Israel Hotels
United Arab Emirates Hotels

**Oceania**

Australia Hotels
New Zealand Hotel

**Destination Guides**

Destination Guides Home

**Asia**

Bali Guide
Bangkok Guide
Hong Kong Guide
Jakarta Guide
Jeju Island Guide
Kuala Lumpur Guide
Kyoto Guide
Kyushu Guide
Malaysia Guide
Manila Guide
Nara Guide
Osaka Guide
Phuket Guide
Sapporo Guide
Seoul Guide
Singapore Guide
Taichung Guide
Taipei Guide
Tokyo Guide
Korea Tourism organization

**Europe**

Paris Guide

**Middle East**

Dubai Guide
Jeddah Guide
Saudi Arabia Guide

**Oceania**

Brisbane Guide
Melbourne Guide
Sydney Guide

**Agoda Homes**

**Asia Apartments**

Bangkok Apartments
Kuala Lumpur Apartments
Manila Apartments
Osaka Apartments
Pattaya Apartments
Tokyo Apartments

**Asia Bungalows**

Bali Bungalows
Koh Kood Bungalows
Koh Lanta Bungalows
Koh Phangan Bungalows
Koh Samet Bungalows
Phu Quoc Island Bungalows

**Asia Villas**

Bali Villas
Phuket Villas
Pattaya Villas
Hua Hin / Cha-am Villas
Seoul Villas
Port Dickson Villas

**Asia Vacation Rentals**

Tokyo Vacation Rentals
Bangkok Vacation Rentals

All material herein © 2005–2024 Agoda Company Pte. Ltd. All Rights Reserved
Agoda is part of Booking Holdings Inc., the world leader in online travel & related services

agoda    priceline    KAYAK    Booking.com     OpenTable













https://www.enterprise.com/en/car-rental.html?icid=header.reservations.car.rental-_-start.a.res-_-ENUS.NULL                September 16, 2024 at 7:51 PM EDT

**enterprise**

Careers ⤴    Help    USD ($)    🌐 USA (English)    📍 Find a Location    **SIGN IN / JOIN**

| Reservations | Vehicles | Locations | Car Sales | For Business | Learn |

Home / Car Rental



## Reserve a Rental Car or View / Modify / Cancel Reservation

Pick-up & Return Location (ZIP, City or Airport)*                                    * Required Field

oakland

⤳ Use my current location

🛪 AIRPORTS    Oakland **International Airport OAK**                    ( Select )
Oakland, CA, 94621 US

**Fort Lauderdale-Hollywood Airport Exotics FLL**    ( Select )
Fort Lauderdale, FL, 33315 US

📍 CITIES/AREAS    Oakland, **CA, US**                                ( Select )

Oakland **Park, FL, US**                                            ( Select )

Oakland, **NJ, US**                                                ( Select )

### Renting a Car with Enterprise

With 65 years in business Enterprise Rent-A-Car makes renting a car seamless so you can get right on your way. Make a car rental reservation online or through the Enterprise car rental app with access to over 10,000 locations in neighborhoods and airports across the US, Canada, Europe, Latin America and more. Rent a car that fits your travel needs with a selection of cars, trucks, SUV's, vans, luxury and exotic cars. Start your reservation online and only pay when you pick up. We know that travel plans can change, so we offer a flexible no cancellation fee.

If this is your first time renting a car and you'd like helpful travel tips along the way view our car rental guide.



## Car Rental FAQs



Check our car rental FAQ's to get the answers to frequently asked questions that customers have when renting a car. This includes policies, age requirements, toll roads, Enterprise plus and many more.

( View car rental FAQs ⤴ )

## Our Standard of Care



Our commitment to ensure you always have a clean, well-maintained vehicle.

( Learn More )

## Rent a Car for Your Road Trip



Get ideas on places to go and things to see for your next trip in the comfort and convenience of a rental car.

( What to Consider )









## Rental Car Types

From compact cars to spacious SUVs and vans, we offer a large range of reliable vehicles to suit your needs.

**View all our Rental Vehicles**

## US Rental Locations

Enterprise Rent-A-Car has thousands of airport and neighborhood locations throughout the US.

**See US Car Rental Locations**

## Car Rental Deals

Find out about our latest offers to drive away with a great car rental deal from any of our global locations.

**Browse Car Rental Deals & Promotions**

### Popular US Cities

| | | | |
|---|---|---|---|
| All U.S. Destinations | Houston Car Rental | Miami Car Rental | San Francisco Car Rental |
| Chicago Car Rental | Las Vegas Car Rental | New York Car Rental | Seattle Car Rental |
| Denver Car Rental | Los Angeles Car Rental | Orlando Car Rental | |

### Popular US Airports

| | | |
|---|---|---|
| All U.S. Airports | Denver Airport (DEN) Car Rental | Los Angeles Airport (LAX) Car Rental | Tampa Airport (TPA) Car Rental |
| Atlanta Airport (ATL) Car Rental | Las Vegas Airport (LAS) Car Rental | San Francisco Airport (SFO) Car Rental | |

### Popular Canadian Cities

All Canadian Cities     Toronto Car Rental

Calgary Car Rental     Vancouver Car Rental

### Popular European Cities

All European Cities     London Car Rental

Barcelona Car Rental     Paris Car Rental





## One-Way Car Rental

Looking to rent a car for a one-way trip? Enterprise Rent-A-Car offers convenient one-way car rentals. We have a great selection of vehicles for trips across the city, across the country or from the airport.

**One-Way Car Rental**

## Long-Term Car Rental

This is ideal for corporate relocations, temporary work assignments or interns. It can also be used while waiting for a new fleet car. It's all about short-term rental flexibility with great rates.

**Long-Term Car Rental**

## Weekend Car Rental

A weekend away can be the best way to recharge your batteries, reconnect with family or catch up with friends. Turn any quick trip into one with long-lasting memories with help from Enterprise.

**Weekend Car Rental**

**enterprise**

**RESERVATIONS**
Start a Reservation ›
View/Modify/Cancel ›

**VEHICLES**
Cars ›
SUVs ›

**PROMOTIONS**
All Deals & Coupons ›
Sign Up For Email Specials ›

**BUSINESSES**
Solutions for Business ›
Global Franchise Opportunities ⧉





← **Plan your ride**

🕐 Pickup now ⌄        👤 For me ⌄

450 Golden Gate Ave

Oakland

✈ **Oakland International Airport (OAK)**
1 Airport Dr, Oakland, CA

📍 **Oakland Marriott City Center**
1001 Broadway, Oakland, CA

📍 **Terminal 2**
Oakland International Airport (OAK), Oakland,...

📍 **Terminal 1**
Oakland International Airport (OAK), Oakland,...

📍 **Oakland Arena and Oakland-Alameda County...**
7000 Coliseum Way, Oakland, CA





≡  San Francisco Chronicle            6 MONTHS FOR 99¢    Sign in

BAY AREA // CRIME

# Oakland airport terminal closed after delayed passenger claims to have bomb

By **Michael Williams**, Reporter

Updated Jan 31, 2021 6:17 p.m.

  



A handful of travelers make their way through Terminal 1 at Oakland International Airport in Oakland, Calif. Thursday, January 30, 2020. The airport has had a year of ups and downs, with large airlines such as Norwegian and JetBlue rerouting away from Oakland and to SFO, but at the same time Southwest has expanded its services out of Oakland to Hawaii, leaving the promise of even more travelers making their way through the terminals of Oakland International Airport.

Jessica Christian / The Chronicle

Upset over a delayed flight, a passenger at Oakland International Airport on Sunday told airline employees that he had a bomb in his bag — prompting one of the airport's two terminals to be evacuated.

The threat was unfounded, the Alameda County Sheriff's Office said in a Twitter post, and the man was arrested.

Labor Day Sale! Save on digital access with our BEST OFFER: 6 MONTHS FOR 99¢.    **ACT NOW**

The incident happened around noon, authorities said. Deputies found the man and arrested him "after a brief struggle."

ADVERTISEMENT
Article continues below this ad



Terminal 1 at Oakland Airport was temporarily shut down until a sheriff's office bomb squad found the man's bags.

squad found the man's bags.

Police said nothing dangerous was found. Authorities did not immediately respond to questions Sunday night about the man's identity, what charges he might face, or the nature of the struggle that ended in his arrest.

*Michael Williams is a San Francisco Chronicle staff writer. Email:*
*michael.williams@sfchronicle.com*

Jan 31, 2021 | Updated Jan 31, 2021 6:17 p.m.

 **Michael Williams**
REPORTER

 

Michael Williams is a breaking news reporter for The San Francisco Chronicle. A Florida native, he grew up in Pensacola and went to school at the University of Central Florida in Orlando. Before joining The Chronicle in 2020, Michael covered breaking news and crime at the Orlando Sentinel and business at the Albany Times Union in New York.

---

**Top Of The News**

HEALTH

**XEC emerges as COVID variant to 'keep an eye on.' What that means for new vaccines**



CALIFORNIA

**Secret system covers police misconduct, ensures problem officers can get rehired**

At police departments across California sit documents known as clean-record agreements, which conceal the misconduct of officers, helping them get new jobs. The documents have been secret — until now.

KEVIN FISHER-PAULSON

**Viewing, funeral for Kevin Fisher-Paulson are open to the public**

---

FOOD

**I tried 82 guacamoles at this secret S.F. competition. Here are the best — and weirdest**

SAN FRANCISCO

**Mayor Breed says downtown S.F. is coming back to life. Her opponents say it's still on life support**

---

**Let's Play**

 Cross|word    Flipart    Really Bad Chess    SpellTower   Typeshift

   



SPONSORED by Forbes Books

**The Three Steps to Changing Mindset | Phil Geldart**

🚀 Ready to shift your mindset and unlock success? Forbes Books author Phil Geldart shares three actionable steps to transform the way you think— whether you're leading a team or working on personal growth. Don't miss his expert insights in this powerful Forbes blog!

**Learn More**

**CALIFORNIA**

# California fire causes outages at Oakland International Airport, leaves 50K customers without power

Oakland International Airport lost power for almost 2 hours

· **Associated Press**

Published February 20, 2023 10:36am EST





**Fox News Flash top headlines for February 20**

Fox News Flash top headlines are here. Check out what's clicking on Foxnews.com.

A power substation fire temporarily caused outages at the Oakland International Airport and left 50,000 customers around the east San Francisco Bay Area without electricity Sunday, Oakland fire officials said.



$1,299.99     PRICE DROP     $599.99     Cozyla     Portable Smart Board     Cozyla

The Oakland Fire Department responded to a fire on Pacific Gas & Electric property in the early afternoon and found a transformer on fire, an unidentified spokesman for the Oakland Fire Department said in a video posted on Twitter. The fire has been extinguished.

The fire caused power outages in Oakland and Alameda. Pacific Gas & Electric's website estimated power would be restored by mid-evening. Spokespeople did not immediately respond to a phone call seeking comment.

**INSANE SAN FRANCISCO SLAVERY REPARATIONS SCHEME WOULD TAKE YEARS JUST TO COUNT**

The Oakland International Airport, which serves about 170 flights a day, lost power for nearly two hours, spokesman Robert Bernardo told the San Francisco Chronicle. A few security lines remained open for screening, KNTV reported. Social media posts showed large crowds of people gathered at airport baggage claim.





PG&E workers walk at the site of a substation on Coliseum Way where a fire caused a power outage throughout parts of Oakland, California, on Feb. 19, 2023. (Carlos Avila Gonzalez/San Francisco Chronicle via AP)



The power outage also halted some public transportation to the airport and snarled traffic on other roadways.

**CLICK HERE TO GET THE FOX NEWS APP**

Airport officials could not immediately be reached for comment.

Sponsored Stories You May Like







**27 Bonds Girls Ranked From Worst to Best. Can't Argue With No. 1**
StandardNews

**[Photos] Bourdain's Ex Wife Finally Admitted What He Used To Do Her**
Culturess

**Julianne Hough, 34, Comes Out and Ends Marriage**
Buzz Times 24








# Save 20% off base rates.*
Find your Let's Go moment.

**Book Now**

*Taxes, fees and options are excluded. Additional terms apply.

Hert:

≡ Q  NBC🦚BAY AREA  LOCAL  WEATHER  INVESTIGATIONS  VIDEO...  • Watch News 24/7

TRENDING  Jerry Rice  Coyote attacks Chihuahua  Sean 'Diddy' Combs  Pickleball complaints  Celebrating Hispanic Heritage...  ⌄

# Southwest Flight Experiencing 'Mechanical Issue' Returns Safely to Oakland Airport

Southwest Airlines Flight 1281 was headed to Maui when it was forced to turn back to the Bay Area due to a 'mechanical issue requiring review,' according to the airline

Published August 15, 2022 • Updated on August 15, 2022 at 5:19 pm

f ✉



SOUTHWEST FLIGHT EXPERIENCES MECHANICAL ISSUE
OAKLAND    IS WHEN IT TURNED AROUND AND    NBC🦚 BAY AREA

A Southwest Airlines flight was forced to return to Oakland International Airport on Monday due to a "mechanical issue," the airline said.

A Southwest Airlines flight heading for Hawaii was forced to return to Oakland International Airport on Monday due to a "mechanical issue," the airline said.

Flight 1281, which left the airport at about 9:30 a.m. for Kahului Airport on Maui, landed safely back in Oakland just before 12:45 p.m., according to the airline and flight-tracking service FlightAware.

## Trending Stories



**CAMPBELL**
Jerry Rice, San Jose Sharks replace memorabilia stolen from Campbell restaurant



**NEW JERSEY**
Mother of renowned ballerina Michaela DePrince died a day after daughter's death, family says



**SAN JOSE**
Coyote attacks Chihuahua in San Jose backyard, woman says



**OHIO**
8-year-old girl takes car on 25-minute joyride to Target



**OAKLAND**
Oakland restaurant owners hold meeting in hopes to improve downtown scene

The airline only described the incident as being a "mechanical issue requiring review."

The airline said the crew and passengers will use another plane to complete the journey.

"As always, Safety is Southwest's unwavering priority, and we appreciate the support and patience of our Customers and Crew," the airline said in a statement.

Editor's Note: A previous version of this story incorrectly reported that a panel appeared to be missing from one of the engines.



SPONSORED
Explore Trading Tools
TradeStation





Taboola Feed



TRADESTATION | SPONSORED

**Advanced Trading Tools**



HENRY MEDS | SPONSORED    [Learn More]

**Henry Meds™ – Official Site – Slim Down With Henry Meds™**



HENRY MEDS | SPONSORED    [Learn More]

**Save Money With Henry Meds™ – 100% Satisfaction Guarantee**





**Weather Forecast**

SAN JOSE, CA

57°    Cloudy    0% Precip

TONIGHT
60°

TOMORROW
73°



ORACLE





Ad

AI's price performance
Oracle

CONTACT US

BAY AREA

# BART's Oakland airport connector turning into big money loser

By **Matier & Ross**, Chronicle Columnists
Updated March 9, 2017 12:53 p.m.

  



An Oakland Airport Connector train pulls into the Coliseum BART station in Oakland, Calif. on Friday, March 18, 2016.
Paul Chinn/The Chronicle

BART officials had hoped their $500 million connector to Oakland International Airport

would be a money maker — but instead it has wound up costing the financially beleaguered transit agency $860,000 in the past two years, as ridership has dropped below the break-even point.

"We didn't anticipate Uber and Lyft and the others, and that's hurting us," said BART spokesman **Jim Allison**.

Labor Day Sale! Save on digital access with our BEST OFFER: 6 MONTHS FOR 99¢.    **ACT NOW**

Oakland International reports that the number of airline passengers taking ride-hailing services to and from the airport totaled more than 11 percent in January — up from 7 percent in July.

ADVERTISEMENT
Article continues below this ad



With the competition, ridership on BART's connector has been dropping below the 2,800

rides a day needed to cover the line's $6.1 million annual operating costs.

That wasn't always the case. In the months following its November 2014 opening, the line was averaging 3,200 daily riders — or about 400 over the break-even point.

**More From Matier & Ross**



Costly Transbay Transit Center in busload of trouble



Jean Quan's weed shop gets chilly reception in Sunset



Caltrain tries to put electrification back on track

No more. For the past three months, ridership has been down an average of 11 percent over the same time a year earlier.

"The feeling is that while taking BART may be a good deal for solo travelers, for families and groups of people, the ride-shares are more affordable," said **Robert Raburn,** vice president of the BART Board of Directors, whose district includes the line.

ADVERTISEMENT
Article continues below this ad



The explanation for the decline appears to be a combination of cost and convenience.

Case in point: A solo traveler taking BART from Walnut Creek to the airport needs to buy a ticket to the Coliseum Station for $3.85 and pay an additional $6 for the ride on the connector to the airport, for a total of $9.85. That's for a ride with two transfers — one at MacArthur Station in Oakland, and another at the Coliseum.

For a family of four, the hassle is just the same — and the bill is $39.40.

"It's the latest chapter in a long, ugly history of the line," said Raburn, who was never a fan of the connector.

When it was proposed, the cost of the 3.2-mile elevated tram line was put at about $134 million. By the time work began in 2010, the cost had risen to about $500 million — requiring BART to issue $110 million in bonds to pay for it.

ADVERTISEMENT
Article continues below this ad




Clear Kayak Paddle Tour at Sand Harbor

From $150                                          **Book Now**

Despite the growing costs, the project was propelled forward because it was seen as a boon for the airport and a job creator in the midst of the post-2008 economic crash.

Now, however, it's a headache for BART — and another red line in the system's looming $477 million budget deficit over the next decade.

**Berkeley brawl:** Berkeley authorities have a long history of dealing with demonstrators confronting police — but Saturday's rumble between pro- and anti-**President Trump** demonstrators was a bit different, in part because the two sides were more interested in fighting each other than the cops.

"They came with pipes. They came with 2-by-4s. They came with 2-by-4s loaded up with nails. They came with helmets and body armor. They came with the intent to fight," said city spokesman **Matthai Chakko**.

And fight they did, with some of the combatants going to the sidelines to be treated by paramedics who were on hand, "and then they went back again," Chakko said.

ADVERTISEMENT
Article continues below this ad



One fighter who went back in after being treated came back out again — this time to be arrested on suspicion of assault. He was one of 10 people taken into custody.

As with the riot that shut down the speaking engagement of right-wing provocateur **Milo Yiannopoulos** at UC Berkeley last month — where campus police were the ones on the front lines — city police for the most part stayed on the sidelines Saturday and made arrests only when they thought it was safe to do so.

"It was a crying shame that these people were allowed to have at it with each other like that," said former Berkeley Peace and Justice Commissioner **Phoebe Sorgen**, who was one of the peaceable demonstrators who witnessed the slugfest.

The police tactics raised the question of whether city officials ordered them in advance to stand down. "Absolutely not," Chakko said.

The cops won praise from Mayor **Jesse Arreguin**, who as a councilman raised questions about the police use of tear gas during Black Lives Matter demonstrations in 2014. This time, he said, "they did a very good job under difficult circumstances."

ADVERTISEMENT
Article continues below this ad



And likely, there will be more to come.

**Immigrant rights:** One of the behind-the-scenes losers in the fight to fund new positions in the San Francisco public defender's office to help immigrants facing deportation may be **Francisco Ugarte**, husband of new District Nine Supervisor **Hillary Ronen**.

Ugarte works in Public Defender **Jeff Adachi**'s office as an immigrant specialist, making $131,896 a year.

Had Adachi won his budget tug-of-war with Mayor **Ed Lee**, 10 attorneys and seven staffers would have been hired to fight what is expected to be a growing number of deportations.

The proposed unit would have been overseen by a new chief deputy earning up to $209,000 a year.

In the end, Lee funded just three positions — and no new manager.

Adachi confirmed that Ugarte probably would have been interviewed for the manager's job, "but it's an issue we don't have now because we are not going to have a manager."

*San Francisco Chronicle columnists Phillip Matier and Andrew Ross appear Sundays, Mondays and Wednesdays. Matier can be seen on the KPIX TV morning and evening news. He can also be heard on KCBS radio at 7:50 a.m. and 5:50 p.m. Monday through Friday. Got a tip? Call (415) 777-8815, or email matierandross@sfchronicle.com. Twitter: @matierandross*

March 8, 2017  |  Updated March 9, 2017 12:53 p.m.



**Matier & Ross**
CHRONICLE COLUMNISTS

 

Whether writing about politics or personalities, Phil Matier and Andy Ross informed and entertained readers for more than two decades about the always fascinating Bay Area and beyond. Their blend of scoops, insights and investigative reporting was found every Sunday, Monday and Wednesday in the San Francisco Chronicle.

Phil is also a regular on KPIX TV and KCBS radio.