# EXHIBIT N

  **San Francisco Bay Oa...**   Follow
4,433 posts

**Posts**  Replies  Media



💬   ⟲ 2   ♡ 6   📊 267   🔖   ↗

 **San Francisco Bay Oakland Intern...** · 14h
Press Release: San Francisco Bay Oakland International Airport awarded Level Three Airport Carbon Accreditation! OAK will engage with airport partners to reduce carbon emissions. Click here to read more: oaklandairport.com/press_release/... #iflyoak #FlyTheEastBayWay



💬   ⟲ 1   ♡ 1   📊 223   🔖   ↗

 **San Francisco Bay Oakland Interna...** · 3d
Press Release: @flyvolaris launches daily service to Los Cabos at San Francisco Bay Oakland International Airport! First ever Volaris service from U.S. to Baja California beaches begins March 2025. Read the full release here: portofoakland.com/volaris-airlin... #iflyoak #FlyTheEastBay