# EXHIBIT O

I accidentally picked the wrong

https://www.reddit.com/r/bayarea/comments/1e57rd5/i_accidentally_picked_the_wrong_airport_just_now/

Boolean Searching -... Intellectual Property... Relativity Westlaw - Westlaw /... Research Tips ld.php Schwabplan DC Bar Admissions... Probono Resources CompuMark - Global All Bookmarks

reddit

r/bayarea Search in r/bayarea

Get app Log In

Home
Popular

TOPICS
- Internet Culture (Viral)
- Games
- Q&As
- Technology
- Pop Culture
- Movies & TV

See more

RESOURCES
- About Reddit
- Advertise
- Help
- Blog
- Careers
- Press

r/bayarea • 2 mo. ago
orangecatsocialclub

# I accidentally picked the wrong airport just now even though I live here and have flown through both airports many times

Traffic, Trains & Transit

Why would they do this

San Francisco Bay Oakland International Airport OAK
6 mi to destination

San Francisco International Airport SFO
14 mi to destination

Read more

1.2K 353 Share

u/DiscoverDeposits • Promoted

Does your savings need a helping hand? Learn how a Discover® Online Savings Account can take you further.

discover.com

Learn More

Add a Comment

**r/bayarea**

Join

**San Francisco Bay Area**

All the best things to do, to see, and discuss in the San Francisco Bay Area!

628K Members · 273 Online · Top 1% Rank by size

r/bayarea
Why are people unable to maintain their lane on turns???
311 upvotes · 171 comments

r/bayarea
Tired of a large pizza delivered being over $50 now
1.2K upvotes · 659 comments

r/sanfrancisco
How bad is SFO airport right now?
25 comments

r/JaneTheVirginCW
Another observation from me about Jane/Rafaels fight season 4 episode 1
92 upvotes · 16 comments

r/whatisthisbug
I see one in my room like every other day at

https://preview.redd.it/i-accidentally-picked-the-wrong-airport-just-now-even-v0-rtsewzm5wzcd1.png?width=704&format=png&auto=webp&s=4fdf5976f5db4a44083d2498f2e33d4842432940

