# EXHIBIT Q

https://www.facebook.com/iflyoak/posts/pfbid0rzJNPiJJyvCSQbpBBc4SobEW4vkEQUiPSQbWKsd3StEuhRAAyBVkcyVKzXUY69E3l?rdid=nakxjdegP7kSlipF September 16, 2024 at 8:28 PM EDT

Search Facebook

San Francisco Bay Oakland International Airport is at San Francisco Bay Oakland International Airport.
July 19 · Oakland, CA ·

Congratulations to Volaris, celebrating 15 years at OAK! OAK and LAX were the first US destinations starting with Guadalajara. Today, they are OAK's top international carrier serving 5 destinations in Mexico and El Salvador with up to 6 daily flights. #Volaris

220 35 comments 8 shares

Like Comment Share

Most relevant

Comment as Jessica Williams

**Aaron Markowitz**
No way they got an Oakland livery
8w Like Reply

**Colleen Merriwether**
Oakland is truly the best airport in the Bay Area as far as convenience.
8w Like Reply 3

**Tonia Dumas**
Congratulations !! Oakland International Airport
8w Like Reply 3

**Jen Pilot**
Hi, I have a travel question. Is this Airport different from "San Francisco International Airport?" Trying to book a flight in closer to UC Berkley from L.A. but only the above comes up. Grateful any guidance. Cheers. (I'm in Australia)
8w Like Reply
View all 3 replies

**Aurelia Quitalig Ferrer**
Congratulations 🔴 !
8w Like Reply

**Trina Loggins**
At Oakland International Airport
7w Like Reply

**Javier MD Le Montain**
Ok
8w Like Reply

**Mayra A Magaña**
Adriana Sanchez
7w Like Reply

**Natali Villanueva Blanco**
Too bad they're services is one of the worst... and holding people or canceling to people and not be understanding with our situation. Some employees there are just worse than Sh...t
7w Like Reply

Most relevant is selected, so some comments may have been filtered out.


