# EXHIBIT R












airportsairplanes 47th on Skytrax's 2024 list goes to San Francisco International Airport.

🛬✈️🛫🇺🇸
.
#aviation4u #instaaviationphotography #instaaviation #sfo #america #sanfrancisco #sanfranciscointernationalairport #sanfranciscoairport #unitedstatesofamerica #internationalterminal #airportlife #aviation4u #avgeek #aviation_lovers #aviationgeek #aviationlife #goproaviation #instaplanelovers #instagramaviation #planespotting #planespotter #aviationspotting #aviation #aviationpictures #aviationphoto #aviationlovers #aviationpic #sanfran #aircraft #airportterminal

July 20



