# EXHIBIT U



Oakland Airport's name change to San Francisco Bay Oakland International Airport has duped at least a couple of Spirit Airlines passengers so far, who have shown up at SFO wondering why they can't find any Spirit Airlines

Photo: Duke Cullinan





**JonLee** → The Real Do Something Nice
12 days ago  edited

A lot harder to confuse Heathrow vs Gatwick. Or Charles de Gaulle vs Orly. And yes, if you really went to the wrong airport, you deserve it.

👍 8   👎 0

**rick jones** → JonLee
11 days ago

How about London city airport? LCY.

👍 0   👎 1

**kelpdiver** → The Real Do Something Nice
11 days ago

but no one ever called it London Airport. They use LON to refer to all of the airports, and use L + 2 letters for the Heathrow, City, Gatwick and Luton airports.

Now...these are Spirit customers, so they've already established that they make bad decisions...

👍 4   👎 0

**Hispanidad** → The Real Do Something Nice
11 days ago

TBF, they don't call it Heathrow Adjacent Gatwick Airport.

👍 3   👎 0

**JonLee** → The Real Do Something Nice
12 days ago

Yes, if you been spoofed by the name change, you ain't coming here to complain.

👍 2   👎 1

**Ukee Rubida** → JonLee
11 days ago

My partner's sister's in-laws don't speak English very well and they were extremely confused trying to book tickets to her wedding last week.

Let's just say they did a better job driving their rented Navigator through that roundabout on Towsend last year around Xmas.

Luckily we were able to come pick them up in Oakland when they landed, these are educated people, engineers and doctors, not like they are morons or something.

👍 1   👎 2

**pleasecheckagain**
12 days ago

What confuses me about t[...] basically the same price to go to OAK from Berkeley as to S[...] [sh]orter trip.

Jym Dyer 🚲
G  1 Guest Vote

It's $10.15 for the clunky connection to OAK, but only $11.25 for the long ride around to SFO, even though SFO is 67% longer in minutes and 71% longer in drive distance.

You get the ripped off feeling going to OAK on BART, especially if you are a family of 4 paying