# EXHIBIT V



