# EXHIBIT W





**Shelly O'Connell**
Of course they are!! I was confused and I've lived here all my life!

1w   Like   Reply                                              2 👍

**Saeeda Nazneen**
This is very confusing. I was trying to look for flights and Google was popping out flights from SFO and Oakland but I couldn't really tell the difference. Thank God, I looked closely before booking. For someone not from the Bay Area, they can easily screw I
It up when booking. This name change was so unnecessary!!!

6d   Like   Reply                                              👍



**Yvette Kay**
I was at the Oakland Airport 2 days ago and was confused by the name too. 😬🙄

1w   Like   Reply                                             12 👍



**Carolyn Gwynn, Luxury Real Estate** · Follow
Yesterday my sister left Sonoma and asked Siri for directions to the San Francisco airport and it started taking her to Oakland. Can you imagine the number of tourists that will have no idea they are going to the wrong airport? Congratulations Oakland another well thought out decision in a series of well thought out decisions over the last 20 years. Not 🙄

1w   Like   Reply                                              6 👍😢