# EXHIBIT X



An official website of the United States government Here's how you know

United States Department of Transportation

# Bureau of Transportation Statistics

Ask-A-Librarian   A-Z Index

Search

**TranStats**

Search this site:

[ Go ]

Advanced Search

**Resources**
- Database Directory
- Glossary
- Upcoming Releases
- Data Release History

**Data Finder**

**By Mode**
- Aviation
- Maritime
- Highway
- Transit
- Rail
- Pipeline
- Bike/Pedestrian
- Other

**By Subject**
- Safety
- Freight Transport
- Passenger Travel
- Infrastructure
- Economic/Financial
- Social/Demographic
- Energy
- Environment
- National Security

**Quick Answers**

| | |
|---|---|
| Carrier Snapshots | Airport Snapshots |
| Airline Fuel Cost and Consumption | Holiday Flight Delays |
| Air Freight Summary | Inter-Airport Distances |
| Employment | Tarmac Times |

**Airline Activity : National Summary (U.S. Flights)**

| | 2023 * | 2024 * | Change |
|---|---|---|---|
| Enplaned Passengers (million) | 789 | 841 | 6.6% |
| Departures (000) | 8,085 | 8,415 | 4.1% |
| Freight/Mail (million lbs) | 21,399 | 20,085 | -6.1% |
| Load Factor (%) | 84.4 | 83.6 | -0.8 points |
| Airlines with scheduled service | 82 | 83 | 1.2% |

* 12 months ending June of each year

**Airline Domestic Market Share July 2023 - June 2024**



| Airlines | Share |
|---|---|
| Delta | 17.8% |
| Southwest | 17.4% |
| American | 17.4% |
| United | 16.0% |
| Alaska | 6.1% |
| Spirit | 5.1% |
| JetBlue | 4.9% |
| Frontier | 3.6% |
| SkyWest | 2.3% |
| Hawaiian | 1.7% |
| Other | 7.70000000000001% |

Mouseover each bar for the total.

**At a Glance**

**Flight Delays**  more...



Click a bar for details. Mouseover it for percentage.

**Average Air Fares**  more...



Click a bar for details. Mouseover it for total.

U.S. DEPARTMENT OF TRANSPORTATION

Bureau of Transportation Statistics

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

800-853-1351

Subscribe To Email Updates

