# EXHIBIT Z

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-09-17 03:54:17 EDT |
| Mark: | SOUTHWEST AIRLINES |

SOUTHWEST AIRLINES

| | | | |
|---|---|---|---|
| US Serial Number: | 74219135 | Application Filing Date: | Nov. 05, 1991 |
| US Registration Number: | 1738670 | Registration Date: | Dec. 08, 1992 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. | | |
| Status Date: | Nov. 18, 2022 | | |

Publication Date: Sep. 15, 1992

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | SOUTHWEST AIRLINES |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |
| Disclaimer: | "AIRLINES" |
| Acquired Distinctiveness Claim: | In whole |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 1230381, 1486485 |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | transportation services; namely, transportation of cargo and passengers by air | | |
| International Class(es): | 039 - Primary Class | U.S Class(es): | 105 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jun. 08, 1971 | Use in Commerce: | Feb. 07, 1980 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** SOUTHWEST AIRLINES CO.
**Owner Address:** HDQ 4GC
2702 LOVE FIELD DRIVE
Dallas, TEXAS UNITED STATES 752351611
**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** TEXAS

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Andrea Anderson
**Docket Number:** 74800.0862
**Attorney Primary Email Address:** docket@hollandhart.com
**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Andrea Anderson
Holland & Hart LLP
P.O. Box 8749
Attn: Trademark Docketing
Denver, COLORADO UNITED STATES 80201-8749
**Phone:** 303-473-2861
**Fax:** 303-473-2720
**Correspondent e-mail:** docket@hollandhart.com AAnderson@hollandhart.com JASmith@hollandhart.com JLNorthrop@hollandhart.com
**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 18, 2022 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 18, 2022 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | |
| Nov. 18, 2022 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 18, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| May 13, 2022 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 08, 2021 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 30, 2021 | NOTICE OF SUIT | |
| Nov. 01, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 01, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 11, 2019 | NOTICE OF SUIT | |
| May 31, 2018 | NOTICE OF SUIT | |
| Mar. 29, 2018 | NOTICE OF SUIT | |
| Jul. 13, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 13, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 20, 2016 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 20, 2016 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 16, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 16, 2012 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Aug. 16, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Aug. 15, 2012 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 30, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 30, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 30, 2008 | CASE FILE IN TICRS | |

| Date | Event |
|---|---|
| Feb. 09, 2002 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Feb. 09, 2002 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Dec. 11, 2001 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| May 08, 1998 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Mar. 23, 1998 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Dec. 08, 1992 | REGISTERED-PRINCIPAL REGISTER |
| Sep. 15, 1992 | PUBLISHED FOR OPPOSITION |
| Aug. 14, 1992 | NOTICE OF PUBLICATION |
| May 05, 1992 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 23, 1992 | EXAMINER'S AMENDMENT MAILED |
| Mar. 27, 1992 | NOTICE OF UNRESPONSIVE AMENDMENT - MAILED |
| Jan. 29, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 17, 1992 | NON-FINAL ACTION MAILED |
| Jan. 08, 1992 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Nov. 18, 2022 |

## Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 2 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91109942 | **Filing Date:** | Mar 18, 1998 |
| **Status:** | Terminated | **Status Date:** | Jun 24, 1998 |
| **Interlocutory Attorney:** | | | |

**Defendant**

| | |
|---|---|
| **Name:** | SUNWEST AIRLINES |
| **Correspondent Address:** | CHRISTINE R. ETHRIDGE<br>KIRKPATRICK & LOCKHART LLP<br>1500 OLIVER BLDG.<br>PITTSBURGH PA UNITED STATES , 15222 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| SUNWEST AIRLINES | | 75271766 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | SOUTHWEST AIRLINES CO. |
| **Correspondent Address:** | DONALD E. HOOD, ESQ.<br>2702 LOVE FIELD DRIVE HDQ/4GC<br>DALLAS TX UNITED STATES , 75235-1611 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| SOUTHWEST AIRLINES | | 74219135 | 1738670 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jun 24, 1998 | |
| 5 | BD'S DECISION: DISMISSED W/O PREJUDICE | Jun 24, 1998 | |
| 4 | D'S W/D | May 11, 1998 | |
| 3 | PENDING, INSTITUTED | Mar 31, 1998 | |

| 2 | NOTICE SENT; ANSWER DUE (DUE DATE) | Mar 31, 1998 | May 10, 1998 |
| 1 | FILED AND FEE | Mar 18, 1998 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91102719 | **Filing Date:** | Jul 19, 1996 |
| **Status:** | Terminated | **Status Date:** | Oct 21, 1998 |
| **Interlocutory Attorney:** | | | |

### Defendant

**Name:** PACIFIC SOUTHWEST AIRLINES, INC.

**Correspondent Address:** MELVILLE OWEN
OWEN, WICKERSHAM & ERICKSON, P.C.
455 MARKET STREET, 19TH FLOOR
SAN FRANCISCO CA UNITED STATES , 94105

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PACIFIC SOUTHWEST AIRLINES | | 74643932 | |

### Plaintiff(s)

**Name:** SOUTHWEST AIRLINES CO.

**Correspondent Address:** SANFORD E. WARREN, JR.
DANIEL F. PEREZ
WARREN & PEREZ 8411 PRESTON ROAD, SUITE 710
DALLAS TX UNITED STATES , 75225

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| SOUTHWEST AIRLINES | | 74219135 | 1738670 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 17 | TERMINATED | Oct 21, 1998 | |
| 16 | BOARD'S DECISION: SUSTAINED | Oct 21, 1998 | |
| 15 | ABANDONMENT | Aug 03, 1998 | |
| 14 | STIPULATION FOR AN EXTENSION OF TIME | Dec 22, 1997 | |
| 13 | SUSPENDED PENDING DISP OF CIVIL ACTION | Dec 23, 1997 | |
| 12 | P'S BRIEF IN OPP TO #12 | Nov 13, 1997 | |
| 11 | D'S MOT TO SUSP | Oct 27, 1997 | |
| 10 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Sep 02, 1997 | |
| 9 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Jun 30, 1997 | |
| 8 | TRIAL DATES RESET FOR CONSOLIDATED PROCE EDING | Apr 01, 1997 | |
| 7 | PROCS SUSP; CONSOL W/104692 & 104722 | Mar 12, 1997 | |
| 6 | MOT TO CONSOLIDATE | Feb 24, 1997 | |
| 5 | P'S MOTION FOR AN EXTENSION OF TIME | Dec 19, 1996 | |
| 4 | TRIAL DATES SET | Oct 04, 1996 | |
| 3 | PENDING, INSTITUTED | Aug 09, 1996 | |
| 2 | NOTICE SENT; ANSWER DUE (DUE DATE) | Aug 09, 1996 | Sep 18, 1996 |
| 1 | FILED AND FEE | Jul 19, 1996 | |