# EXHIBIT AA

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-09-17 03:55:42 EDT |
| **Mark:** | ALASKA AIRLINES |

ALASKA AIRLINES

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73755823 | **Application Filing Date:** | Oct. 03, 1988 |
| **US Registration Number:** | 1561416 | **Registration Date:** | Oct. 17, 1989 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Oct. 07, 2019 | | |
| **Publication Date:** | Jul. 25, 1989 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ALASKA AIRLINES |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |
| **Disclaimer:** | "AIRLINES" |
| **Acquired Distinctiveness Claim:** | In whole |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 862903, 1215268, 1343362, 1343432, 1406168, 1457744 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | AIR TRANSPORTATION SERVICES | | |
| **International Class(es):** | 039 - Primary Class | **U.S Class(es):** | 105 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 1942 | **Use in Commerce:** | Jun. 1942 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ALASKA AIRLINES, INC. |
| **Owner Address:** | 19300 International Boulevard<br>SEATTLE, WASHINGTON UNITED STATES 98188 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | ALASKA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Cindy Caditz | **Docket Number:** | 17572-5670 |
| **Attorney Primary Email Address:** | cindycaditz@dwt.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Cindy Caditz<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WASHINGTON UNITED STATES 98104-1610 |
| **Phone:** (206) 757-8097 | **Fax:** (206) 757-7700 |
| **Correspondent e-mail:** chrishagemann@dwt.com cindycaditz@dwt.com seatm@dwt.com emilyeskew@dwt.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 07, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 07, 2019 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Oct. 07, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 06, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 29, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 10, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 17, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Feb. 14, 2012 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 06, 2009 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Oct. 06, 2009 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 05, 2009 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Oct. 02, 2009 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 16, 2009 | CASE FILE IN TICRS | |
| Apr. 07, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 07, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 20, 2006 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 20, 2006 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 26, 2004 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 09, 2003 | PAPER RECEIVED | |
| Mar. 18, 1996 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 12, 1995 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Oct. 17, 1989 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 25, 1989 | PUBLISHED FOR OPPOSITION | |

| | |
|---|---|
| Jun. 24, 1989 | NOTICE OF PUBLICATION |
| Apr. 28, 1989 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Mar. 27, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 30, 1988 | NON-FINAL ACTION MAILED |
| Nov. 14, 1988 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Oct. 07, 2019