# EXHIBIT B



## 2023 North American Airport Traffic Summary (Passenger)

| | | | | Commercial Passengers | | |
|---|---|---|---|---|---|---|
| World Ranking | City/State | Airport Name | Airport Code | International Passengers | Domestic Passengers | Total Passengers |
| 1 | Atlanta GA | Hartsfield-Jackson Atlanta International Airport | ATL | 12 828 633 | 91 824 818 | 104 653 451 |
| 3 | Dallas/Fort Worth TX | Dallas/Ft Worth International Airport | DFW | 11 327 414 | 70 428 124 | 81 755 538 |
| 6 | Denver CO | Denver International Airport | DEN | 4 036 545 | 73 801 372 | 77 837 917 |
| 8 | Los Angeles CA | Los Angeles International Airport | LAX | 21 603 341 | 51 361 793 | 75 050 875 |
| 9 | Chicago IL | O'Hare International Airport | ORD | 13 552 841 | 60 341 385 | 73 894 226 |
| 13 | New York NY | John F. Kennedy International Airport | JFK | 33 369 816 | 29 094 515 | 62 464 331 |
| 18 | Orlando FL | Orlando International Airport | MCO | 7 024 086 | 50 711 640 | 57 735 726 |
| 19 | Las Vegas NV | Harry Reid International Airport | LAS | 3 256 357 | 54 385 534 | 57 666 456 |
| 22 | Charlotte NC | Charlotte Douglas International Airport | CLT | 4 256 091 | 49 189 679 | 53 445 770 |
| 25 | Miami FL | Miami International Airport | MIA | 23 213 026 | 29 127 908 | 52 340 934 |
| 28 | Seattle WA | Seattle-Tacoma International Airport | SEA | 5 787 496 | 45 089 764 | 50 877 260 |
| 29 | San Francisco CA | San Francisco International Airport | SFO | 14 041 848 | 35 996 952 | 50 196 094 |
| 31 | Newark NJ | Newark Liberty International Airport | EWR | 13 736 863 | 35 347 911 | 49 084 774 |
| 33 | Phoenix AZ | Sky Harbor International Airport | PHX | 2 532 641 | 46 121 791 | 48 654 432 |
| 36 | Houston TX | George Bush Intercontinental Airport | IAH | 11 590 278 | 34 602 221 | 46 192 499 |
| 40 | Toronto ON | Toronto Pearson International Airport | YYZ | 28 259 178 | 16 502 627 | 44 761 805 |
| 49 | Boston MA | Logan International Airport | BOS | 8 406 501 | 32 427 477 | 40 861 658 |
| 62 | Fort Lauderdale FL | Ft Lauderdale-Hollywood International Airport | FLL | 7 888 830 | 27 226 655 | 35 115 485 |
| 63 | Minneapolis MN | Minneapolis/St Paul International Airport | MSP | 2 984 169 | 31 786 631 | 34 770 800 |
| 69 | New York NY | LaGuardia Airport | LGA | 1 808 820 | 30 576 140 | 32 384 960 |
| 72 | Detroit MI | Detroit Metropolitan Wayne County Airport | DTW | 2 848 139 | 28 605 347 | 31 453 486 |
| 81 | Philadelphia PA | Philadelphia International Airport | PHL | 3 620 561 | 24 511 411 | 28 131 972 |

| | City | Airport | Code | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| 86 | Salt Lake City UT | Salt Lake City International Airport | SLC | 1 323 294 | 25 629 460 | 26 952 754 |
| 89 | Baltimore MD | Baltimore/Washington International Thurgood Marshall Airport | BWI | 1 365 791 | 24 834 352 | 26 200 143 |
| 92 | Washington DC | Ronald Reagan Washington National Airport | DCA | 410 300 | 25 015 094 | 25 425 394 |
| 96 | Vancouver BC | Vancouver International Airport | YVR | 12 125 229 | 12 812 955 | 24 938 184 |
| 97 | Washington DC | Washington Dulles International Airport | IAD | 9 333 663 | 15 560 890 | 24 894 553 |
| 101 | San Diego CA | San Diego International Airport | SAN | 907 910 | 23 153 697 | 24 061 607 |
| 102 | Tampa FL | Tampa International Airport | TPA | 1 237 869 | 22 710 022 | 23 947 891 |
| 108 | Nashville TN | Nashville International Airport | BNA | 338 526 | 20 761 922 | 22 877 671 |
| 114 | Austin TX | Austin-Bergstrom International Airport | AUS | 1 025 145 | 21 070 731 | 22 095 876 |
| 115 | Chicago IL | Midway International Airport | MDW | 784 578 | 21 265 911 | 22 050 489 |
| 122 | Honolulu HI | Honolulu International Airport | HNL | 3 522 218 | 17 666 005 | 21 363 932 |
| 124 | Montreal QC | Montreal - Pierre Elliott Trudeau International Airport | YUL | 14 580 236 | 6 593 705 | 21 173 941 |
| 135 | Calgary AB | Calgary International Airport | YYC | 5 793 815 | 12 699 708 | 18 493 523 |
| 138 | Portland OR | Portland International Airport | PDX | 810 590 | 17 013 588 | 17 824 178 |
| 140 | Dallas TX | Love Field | DAL | | 17 253 179 | 17 575 466 |
| 157 | St Louis MO | Lambert-St Louis International Airport | STL | 431 317 | 14 454 683 | 14 886 000 |
| 162 | Raleigh-Durham NC | Raleigh-Durham International Airport | RDU | 449 208 | 14 074 788 | 14 523 996 |
| 170 | Houston TX | W. P. Hobby Airport | HOU | 974 099 | 12 934 367 | 13 908 466 |
| 179 | Sacramento CA | Sacramento International Airport | SMF | 382 885 | 12 594 116 | 12 977 001 |
| 182 | New Orleans LA | Louis Armstrong New Orleans International Airport | MSY | 244 425 | 12 494 422 | 12 738 847 |
| 189 | San Jose CA | Norman Y. Mineta San Jose International Airport | SJC | 713 919 | 11 383 241 | 12 097 160 |
| 192 | Santa Ana CA | John Wayne Airport | SNA | 356 722 | 11 384 603 | 11 741 325 |
| 195 | Kansas City MO | Kansas City International Airport | MCI | 111 105 | 11 434 637 | 11 545 742 |
| 201 | Oakland CA | Oakland International Airport | OAK | 506 327 | 10 732 748 | 11 239 075 |
| 207 | San Antonio TX | San Antonio International Airport | SAT | 621 321 | 10 055 249 | 10 676 570 |
| 215 | Fort Myers FL | Southwest Florida International Airport | RSW | 313 368 | 9 756 471 | 10 069 839 |
| 220 | Cleveland OH | Cleveland Hopkins International Airport | CLE | 212 919 | 9 655 949 | 9 868 868 |
| 223 | Indianapolis IN | Indianapolis International Airport | IND | 67 853 | 9 721 014 | 9 788 867 |
| | | | | 296 918 106 | 1 383 779 202 | 1 685 267 807 |