# EXHIBIT C

**Schedule Weekly Summary Report for nonstop Passenger (Air - All) flights from OAK for travel in August 2023**

All flights, seats, and ASMs given are per week.

| Mkt Al | Orig | Dest | Miles | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Ops/Week | Seats | Seats/ Dep | ASMs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AS | OAK | PDX | 543 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 1,064 | 76.0 | 577,752 |
| AS | OAK | SEA | 671 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 27 | 3,657 | 135.4 | 2,453,847 |
| DL | OAK | LAX | 337 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 20 | 1,400 | 70.0 | 471,800 |
| DL | OAK | SLC | 588 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 1,806 | 86.0 | 1,061,928 |
| G4 | OAK | BLI | 764 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 4 | 624 | 156.0 | 476,736 |
| G4 | OAK | EUG | 445 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 2 | 372 | 186.0 | 165,540 |
| G4 | OAK | FCA | 834 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 2 | 312 | 156.0 | 260,208 |
| G4 | OAK | MSO | 758 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 312 | 156.0 | 236,496 |
| HA | OAK | HNL | 2,409 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,590 | 227.1 | 3,830,310 |
| HA | OAK | LIH | 2,457 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,323 | 189.0 | 3,250,611 |
| HA | OAK | OGG | 2,349 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,323 | 189.0 | 3,107,727 |
| LF | OAK | CEC | 300 | 2 | 1 | 1 | 1 | 2 | 1 | 2 | 10 | 300 | 30.0 | 90,000 |
| N3 | OAK | SAL | 2,636 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 4 | 744 | 186.0 | 1,961,184 |
| NK | OAK | DFW | 1,456 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,274 | 182.0 | 1,854,944 |
| NK | OAK | EWR | 2,554 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,274 | 182.0 | 3,253,796 |
| NK | OAK | LAS | 407 | 3 | 2 | 2 | 3 | 3 | 3 | 3 | 19 | 3,458 | 182.0 | 1,407,406 |
| NK | OAK | LAX | 337 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,274 | 182.0 | 429,338 |
| NK | OAK | PHL | 2,510 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 4 | 728 | 182.0 | 1,827,280 |
| NK | OAK | SAN | 446 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,274 | 182.0 | 568,204 |
| NK | OAK | SNA | 371 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,274 | 182.0 | 472,654 |
| S4 | OAK | TER | 4,907 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 299 | 299.0 | 1,467,193 |
| WN | OAK | ABQ | 889 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,193 | 170.4 | 1,060,577 |
| WN | OAK | ATL | 2,130 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 175 | 175.0 | 372,750 |
| WN | OAK | AUS | 1,497 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,065 | 152.1 | 1,594,305 |
| WN | OAK | BLI | 764 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 12 | 1,940 | 161.7 | 1,482,160 |
| WN | OAK | BNA | 1,959 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 350 | 175.0 | 685,650 |
| WN | OAK | BOI | 511 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 12 | 1,908 | 159.0 | 974,988 |
| WN | OAK | BUR | 325 | 10 | 10 | 10 | 10 | 10 | 7 | 7 | 64 | 9,152 | 143.0 | 2,974,400 |
| WN | OAK | DAL | 1,468 | 2 | 2 | 2 | 2 | 2 | 1 | 3 | 14 | 2,418 | 172.7 | 3,549,624 |
| WN | OAK | DEN | 957 | 6 | 6 | 6 | 6 | 6 | 5 | 5 | 40 | 6,104 | 152.6 | 5,841,528 |
| WN | OAK | EUG | 445 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 12 | 1,716 | 143.0 | 763,620 |
| WN | OAK | GEG | 723 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 12 | 2,068 | 172.3 | 1,495,164 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WN | OAK | HNL | 2,409 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,450 | 175.0 | 5,902,050 |
| WN | OAK | HOU | 1,642 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 8 | 1,368 | 171.0 | 2,246,256 |
| WN | OAK | KOA | 2,378 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,225 | 175.0 | 2,913,050 |
| WN | OAK | LAS | 407 | 12 | 11 | 11 | 12 | 12 | 6 | 10 | 74 | 11,702 | 158.1 | 4,762,714 |
| WN | OAK | LAX | 337 | 10 | 10 | 10 | 10 | 10 | 5 | 6 | 61 | 10,035 | 164.5 | 3,381,795 |
| WN | OAK | LGB | 353 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 33 | 5,295 | 160.5 | 1,869,135 |
| WN | OAK | LIH | 2,457 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,225 | 175.0 | 3,009,825 |
| WN | OAK | MCI | 1,488 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 8 | 1,208 | 151.0 | 1,797,504 |
| WN | OAK | MDW | 1,844 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 19 | 2,813 | 148.1 | 5,187,172 |
| WN | OAK | MSY | 1,903 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 175 | 175.0 | 333,025 |
| WN | OAK | OGG | 2,349 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,450 | 175.0 | 5,755,050 |
| WN | OAK | ONT | 361 | 5 | 5 | 5 | 5 | 5 | 3 | 3 | 31 | 4,817 | 155.4 | 1,738,937 |
| WN | OAK | PDX | 543 | 8 | 8 | 8 | 8 | 8 | 3 | 5 | 48 | 7,824 | 163.0 | 4,248,432 |
| WN | OAK | PHX | 646 | 6 | 6 | 6 | 6 | 6 | 5 | 5 | 40 | 6,040 | 151.0 | 3,901,840 |
| WN | OAK | PSP | 418 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,193 | 170.4 | 498,674 |
| WN | OAK | RNO | 180 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 12 | 1,940 | 161.7 | 349,200 |
| WN | OAK | SAN | 446 | 12 | 11 | 11 | 12 | 12 | 7 | 10 | 75 | 11,461 | 152.8 | 5,111,606 |
| WN | OAK | SBA | 263 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,033 | 147.6 | 271,679 |
| WN | OAK | SEA | 671 | 7 | 7 | 7 | 7 | 7 | 4 | 5 | 44 | 6,772 | 153.9 | 4,544,012 |
| WN | OAK | SJD | 1,247 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 318 | 159.0 | 396,546 |
| WN | OAK | SLC | 588 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 19 | 2,909 | 153.1 | 1,710,492 |
| WN | OAK | SNA | 371 | 8 | 6 | 6 | 8 | 8 | 3 | 7 | 46 | 6,578 | 143.0 | 2,440,438 |
| WN | OAK | STL | 1,725 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,193 | 170.4 | 2,057,925 |
| Y4 | OAK | BJX | 1,693 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 5 | 930 | 186.0 | 1,574,490 |
| Y4 | OAK | GDL | 1,640 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 13 | 3,068 | 236.0 | 5,031,520 |
| Y4 | OAK | MEX | 1,878 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 4 | 944 | 236.0 | 1,772,832 |
| Y4 | OAK | MLM | 1,771 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 4 | 744 | 186.0 | 1,317,624 |
| | | TOTAL | | 154 | 141 | 148 | 149 | 153 | 107 | 127 | **979** | 151,481 | 154.7 | 124,143,543 |

**Schedule Weekly Summary Report run on September 13, 2024 by SFOJH with Parameters:**
    Marketing Airlines
    Operating Airlines

| | | | | |
|---|---|---|---|---|
| Trip Origin | | OAK | | |
| Trip Destination | | | | |
| Markets | | | | |
| Stage Length | | 0 To 25000 Miles | | |
| Stops | | 0 | | |
| Seats Lower Bound | | 0 Seats Upper Bound 999 | | |
| Show Marketing Airlines? | | Yes | | |
| Show Operating Airlines? | | No | | |
| Show Origins? | | Yes | | |
| Show Destinations? | | Yes | | |
| Show Manufacturers? | | No | | |
| Show Major Types? | | No | | |
| Show Aircraft Families? | | No | | |
| Show Aircraft Types? | | No | | |
| Show Equipment Codes? | | No | | |
| Include Restricted Flights? | | No | | |
| Include Both Directions? | | No | | |
| Use Data Loaded | | This Week | | |
| Service Type | | Passenger (Air - All) | | |
| Travel Period | | in August 2023 | | |
| Show overlapping markets in both dir | | No (Half Alpha) | | |
| | | | | |
| Source: | CIRIUM | Diio Mi | | |

**Schedule Weekly Summary Report for nonstop Passenger (Air - All) flights from SFO for travel in August 2023**

All flights, seats, and ASMs given are per week.

| Mkt Al | Orig | Dest | Miles | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Ops/Week | Seats | Seats/ Dep | ASMs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AA | SFO | CLT | 2,296 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 | 6,632 | 189.5 | 15,227,072 |
| AA | SFO | DFW | 1,464 | 9 | 9 | 9 | 9 | 9 | 8 | 9 | 62 | 11,588 | 186.9 | 16,964,832 |
| AA | SFO | JFK | 2,586 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 27 | 2,754 | 102.0 | 7,121,844 |
| AA | SFO | LAX | 337 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 1,596 | 76.0 | 537,852 |
| AA | SFO | MIA | 2,585 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 4,116 | 196.0 | 10,639,860 |
| AA | SFO | ORD | 1,846 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 3,612 | 172.0 | 6,667,752 |
| AA | SFO | PHL | 2,521 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 4,032 | 192.0 | 10,164,672 |
| AA | SFO | PHX | 651 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 | 4,270 | 152.5 | 2,779,770 |
| AC | SFO | YEG | 1,162 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 532 | 76.0 | 618,184 |
| AC | SFO | YUL | 2,538 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,334 | 166.7 | 5,923,692 |
| AC | SFO | YVR | 800 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 | 4,033 | 115.2 | 3,226,400 |
| AC | SFO | YYZ | 2,260 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 | 6,664 | 190.4 | 15,060,640 |
| AF | SFO | CDG | 5,583 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 12 | 3,625 | 302.1 | 20,238,375 |
| AI | SFO | BLR | 8,691 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 3 | 864 | 288.0 | 7,509,024 |
| AI | SFO | BOM | 8,401 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 4 | 1,152 | 288.0 | 9,677,952 |
| AI | SFO | DEL | 7,706 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 10 | 2,380 | 238.0 | 18,340,280 |
| AM | SFO | GDL | 1,641 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,120 | 160.0 | 1,837,920 |
| AM | SFO | MEX | 1,881 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 3,360 | 160.0 | 6,320,160 |
| AS | SFO | ANC | 2,018 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,189 | 169.9 | 2,399,402 |
| AS | SFO | AUS | 1,504 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,378 | 169.9 | 3,576,512 |
| AS | SFO | BOI | 522 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 532 | 76.0 | 277,704 |
| AS | SFO | BOS | 2,704 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 13 | 2,200 | 169.2 | 5,948,800 |
| AS | SFO | BZN | 807 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 5 | 380 | 76.0 | 306,660 |
| AS | SFO | CUN | 2,408 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 159 | 159.0 | 382,872 |
| AS | SFO | DAL | 1,476 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 6 | 1,049 | 174.8 | 1,548,324 |
| AS | SFO | DCA | 2,442 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,113 | 159.0 | 2,717,946 |
| AS | SFO | EWR | 2,565 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 20 | 3,294 | 164.7 | 8,449,110 |
| AS | SFO | GEG | 732 | 1 | 1 | 1 | 1 | 2 | 1 | 2 | 9 | 684 | 76.0 | 500,688 |
| AS | SFO | HNL | 2,399 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,492 | 178.0 | 5,978,308 |
| AS | SFO | IAD | 2,419 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,660 | 190.0 | 6,434,540 |
| AS | SFO | JAC | 737 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 3 | 228 | 76.0 | 168,036 |
| AS | SFO | JFK | 2,586 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 | 6,078 | 173.7 | 15,717,708 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AS | SFO | LAS | 414 | 4 | 3 | 3 | 4 | 4 | 3 | 3 | 24 | 2,417 | 100.7 | 1,000,638 |
| AS | SFO | LAX | 337 | 8 | 7 | 7 | 8 | 8 | 5 | 5 | 48 | 4,446 | 92.6 | 1,498,302 |
| AS | SFO | MCO | 2,445 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,189 | 169.9 | 2,907,105 |
| AS | SFO | MSO | 768 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 76 | 76.0 | 58,368 |
| AS | SFO | OGG | 2,338 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,246 | 178.0 | 2,913,148 |
| AS | SFO | ORD | 1,846 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 13 | 2,162 | 166.3 | 3,991,052 |
| AS | SFO | PAE | 710 | 4 | 3 | 3 | 4 | 3 | 1 | 2 | 20 | 1,520 | 76.0 | 1,079,200 |
| AS | SFO | PDX | 550 | 5 | 4 | 4 | 5 | 4 | 5 | 4 | 31 | 4,078 | 131.5 | 2,242,900 |
| AS | SFO | PHX | 651 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 532 | 76.0 | 346,332 |
| AS | SFO | PSP | 421 | 3 | 2 | 2 | 3 | 3 | 2 | 2 | 17 | 1,292 | 76.0 | 543,932 |
| AS | SFO | PVR | 1,554 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 8 | 1,405 | 175.6 | 2,183,370 |
| AS | SFO | RDM | 462 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 11 | 836 | 76.0 | 386,232 |
| AS | SFO | SAN | 447 | 9 | 7 | 7 | 9 | 9 | 5 | 6 | 52 | 3,952 | 76.0 | 1,766,544 |
| AS | SFO | SEA | 679 | 11 | 10 | 10 | 11 | 11 | 7 | 10 | 70 | 12,159 | 173.7 | 8,255,961 |
| AS | SFO | SJD | 1,248 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 9 | 1,526 | 169.6 | 1,904,448 |
| AS | SFO | SLC | 599 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 4 | 304 | 76.0 | 182,096 |
| AS | SFO | SNA | 372 | 7 | 7 | 7 | 7 | 7 | 7 | 6 | 48 | 3,648 | 76.0 | 1,357,056 |
| AS | SFO | ZIH | 1,872 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 178 | 178.0 | 333,216 |
| AV | SFO | SAL | 2,639 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,520 | 180.0 | 6,650,280 |
| AZ | SFO | FCO | 6,264 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 5 | 1,670 | 334.0 | 10,460,880 |
| B6 | SFO | BOS | 2,704 | 5 | 5 | 4 | 5 | 5 | 3 | 5 | 32 | 5,088 | 159.0 | 13,757,952 |
| B6 | SFO | FLL | 2,583 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,226 | 159.0 | 5,749,758 |
| B6 | SFO | JFK | 2,586 | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 41 | 6,525 | 159.1 | 16,873,650 |
| B6 | SFO | LAX | 337 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,268 | 162.0 | 764,316 |
| BA | SFO | LHR | 5,368 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 5,233 | 373.8 | 28,090,744 |
| BF | SFO | ORY | 5,592 | 1 | 1 | 0 | 2 | 0 | 2 | 0 | 6 | 2,466 | 411.0 | 13,789,872 |
| BF | SFO | PPT | 4,188 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 3 | 1,233 | 411.0 | 5,163,804 |
| BR | SFO | TPE | 6,469 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 6,993 | 333.0 | 45,237,717 |
| CI | SFO | TPE | 6,469 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 9 | 3,118 | 346.4 | 20,170,342 |
| CM | SFO | PTY | 3,320 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,162 | 166.0 | 3,857,840 |
| CX | SFO | HKG | 6,927 | 1 | 1 | 2 | 0 | 1 | 1 | 2 | 8 | 2,504 | 313.0 | 17,345,208 |
| DE | SFO | FRA | 5,699 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 6 | 1,860 | 310.0 | 10,600,140 |
| DL | SFO | ATL | 2,139 | 8 | 6 | 6 | 9 | 8 | 6 | 8 | 51 | 9,907 | 194.3 | 21,191,073 |
| DL | SFO | BOS | 2,704 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,716 | 194.0 | 7,344,064 |
| DL | SFO | DTW | 2,079 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 | 5,418 | 193.5 | 11,264,022 |
| DL | SFO | JFK | 2,586 | 7 | 7 | 7 | 7 | 7 | 5 | 7 | 47 | 8,308 | 176.8 | 21,484,488 |

| Carrier | Origin | Dest | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 | Col14 | Col15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DL | SFO | LAX | 337 | 7 | 6 | 6 | 7 | 7 | 5 | 7 | 45 | 7,218 | 160.4 | 2,432,466 |
| DL | SFO | MSP | 1,589 | 5 | 4 | 4 | 5 | 5 | 4 | 5 | 32 | 5,976 | 186.8 | 9,495,864 |
| DL | SFO | SEA | 679 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 | 4,546 | 129.9 | 3,086,734 |
| DL | SFO | SLC | 599 | 5 | 5 | 5 | 5 | 5 | 4 | 5 | 34 | 5,223 | 153.6 | 3,128,577 |
| EI | SFO | DUB | 5,098 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,191 | 313.0 | 11,169,718 |
| EK | SFO | DXB | 8,101 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 3,388 | 484.0 | 27,446,188 |
| F8 | SFO | YVR | 800 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 4 | 756 | 189.0 | 604,800 |
| F9 | SFO | ATL | 2,139 | 1 | 1 | 1 | 0 | 2 | 1 | 1 | 7 | 1,340 | 191.4 | 2,866,260 |
| F9 | SFO | CLE | 2,161 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 4 | 832 | 208.0 | 1,797,952 |
| F9 | SFO | DEN | 967 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,736 | 195.4 | 2,645,712 |
| F9 | SFO | DFW | 1,464 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,302 | 186.0 | 1,906,128 |
| F9 | SFO | DTW | 2,079 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 3 | 656 | 218.7 | 1,363,824 |
| F9 | SFO | LAS | 414 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,692 | 192.3 | 1,114,488 |
| F9 | SFO | MCO | 2,445 | 2 | 0 | 1 | 1 | 1 | 2 | 0 | 7 | 1,626 | 232.3 | 3,975,570 |
| F9 | SFO | MDW | 1,854 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,302 | 186.0 | 2,413,908 |
| F9 | SFO | ONT | 363 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,390 | 198.6 | 504,570 |
| F9 | SFO | PHX | 651 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 8 | 1,576 | 197.0 | 1,025,976 |
| FJ | SFO | NAN | 5,457 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 4 | 1,080 | 270.0 | 5,893,560 |
| HA | SFO | HNL | 2,399 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,946 | 278.0 | 4,668,454 |
| HA | SFO | OGG | 2,338 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,323 | 189.0 | 3,093,174 |
| IB | SFO | BCN | 5,970 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 4 | 1,152 | 288.0 | 6,877,440 |
| IB | SFO | MAD | 5,812 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 3 | 864 | 288.0 | 5,021,568 |
| JL | SFO | HND | 5,161 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,708 | 244.0 | 8,814,988 |
| JL | SFO | NRT | 5,124 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,365 | 195.0 | 6,994,260 |
| KE | SFO | ICN | 5,659 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 9 | 2,505 | 278.3 | 14,175,795 |
| KL | SFO | AMS | 5,473 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,226 | 318.0 | 12,182,898 |
| LH | SFO | FRA | 5,699 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,548 | 364.0 | 14,521,052 |
| LH | SFO | MUC | 5,879 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,051 | 293.0 | 12,057,829 |
| LX | SFO | ZRH | 5,841 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 6 | 1,920 | 320.0 | 11,214,720 |
| MX | SFO | CVG | 2,036 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 2 | 252 | 126.0 | 513,072 |
| MX | SFO | PVU | 601 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 826 | 118.0 | 496,426 |
| MX | SFO | RIC | 2,449 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 3 | 378 | 126.0 | 925,722 |
| MX | SFO | SBD | 377 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 826 | 118.0 | 311,402 |
| MX | SFO | SDF | 1,989 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 252 | 126.0 | 501,228 |
| NH | SFO | HND | 5,161 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,484 | 212.0 | 7,658,924 |
| NH | SFO | NRT | 5,124 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,484 | 212.0 | 7,604,016 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NZ | SFO | AKL | 6,516 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 5 | 1,710 | 342.0 | 11,142,360 |
| OZ | SFO | ICN | 5,659 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,177 | 311.0 | 12,319,643 |
| PR | SFO | MNL | 6,987 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,590 | 370.0 | 18,096,330 |
| QF | SFO | SYD | 7,417 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 3 | 708 | 236.0 | 5,251,236 |
| QR | SFO | DOH | 8,084 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,289 | 327.0 | 18,504,276 |
| SK | SFO | CPH | 5,487 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,834 | 262.0 | 10,063,158 |
| SQ | SFO | SIN | 8,440 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,898 | 207.0 | 24,459,120 |
| SY | SFO | MSP | 1,589 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 15 | 2,790 | 186.0 | 4,433,310 |
| TK | SFO | IST | 6,705 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 4,688 | 334.9 | 31,433,040 |
| TP | SFO | LIS | 5,681 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 5 | 1,490 | 298.0 | 8,464,690 |
| TS | SFO | YUL | 2,538 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 3 | 594 | 198.0 | 1,507,572 |
| UA | SFO | ABQ | 896 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 882 | 126.0 | 790,272 |
| UA | SFO | ACV | 250 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 20 | 1,412 | 70.6 | 353,000 |
| UA | SFO | AKL | 6,516 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 3 | 828 | 276.0 | 5,395,248 |
| UA | SFO | AMS | 5,473 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,799 | 257.0 | 9,845,927 |
| UA | SFO | ANC | 2,018 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,253 | 179.0 | 2,528,554 |
| UA | SFO | ASE | 847 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 490 | 70.0 | 415,030 |
| UA | SFO | ATL | 2,139 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,303 | 164.5 | 4,926,117 |
| UA | SFO | AUS | 1,504 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 25 | 3,459 | 138.4 | 5,202,336 |
| UA | SFO | BFL | 239 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 1,010 | 72.1 | 241,390 |
| UA | SFO | BIH | 221 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 490 | 70.0 | 108,290 |
| UA | SFO | BNA | 1,968 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,399 | 171.4 | 4,721,232 |
| UA | SFO | BNE | 7,063 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 3 | 771 | 257.0 | 5,445,573 |
| UA | SFO | BOI | 522 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 | 2,407 | 86.0 | 1,256,454 |
| UA | SFO | BOS | 2,704 | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 41 | 6,999 | 170.7 | 18,925,296 |
| UA | SFO | BUR | 326 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 | 2,062 | 73.6 | 672,212 |
| UA | SFO | BWI | 2,457 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,386 | 170.4 | 5,862,402 |
| UA | SFO | BZN | 807 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 882 | 126.0 | 711,774 |
| UA | SFO | CDG | 5,583 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,932 | 276.0 | 10,786,356 |
| UA | SFO | CLE | 2,161 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,415 | 172.5 | 5,218,815 |
| UA | SFO | CMH | 2,121 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 882 | 126.0 | 1,870,722 |
| UA | SFO | CUN | 2,408 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,506 | 179.0 | 6,034,448 |
| UA | SFO | DCA | 2,442 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,162 | 166.0 | 2,837,604 |
| UA | SFO | DEN | 967 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 63 | 14,106 | 223.9 | 13,640,502 |
| UA | SFO | DFW | 1,464 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 1,764 | 126.0 | 2,582,496 |
| UA | SFO | EUG | 451 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 2,573 | 122.5 | 1,160,423 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UA | SFO | EWR | 2,565 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 56 | 15,225 | 271.9 | 39,052,125 |
| UA | SFO | FAT | 158 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 27 | 1,860 | 68.9 | 293,880 |
| UA | SFO | FCA | 844 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 490 | 70.0 | 413,560 |
| UA | SFO | FCO | 6,264 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,932 | 276.0 | 12,102,048 |
| UA | SFO | FLL | 2,583 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,253 | 179.0 | 3,236,499 |
| UA | SFO | FRA | 5,699 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 4,900 | 350.0 | 27,925,100 |
| UA | SFO | GEG | 732 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 1,022 | 73.0 | 748,104 |
| UA | SFO | HKG | 6,927 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 12 | 4,200 | 350.0 | 29,093,400 |
| UA | SFO | HND | 5,161 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,932 | 276.0 | 9,971,052 |
| UA | SFO | HNL | 2,399 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 | 11,347 | 324.2 | 27,221,453 |
| UA | SFO | IAD | 2,419 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 42 | 9,996 | 238.0 | 24,180,324 |
| UA | SFO | IAH | 1,635 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 63 | 13,105 | 208.0 | 21,426,675 |
| UA | SFO | ICN | 5,659 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 3,731 | 266.5 | 21,113,729 |
| UA | SFO | IND | 1,944 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,162 | 166.0 | 2,258,928 |
| UA | SFO | JAC | 737 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 906 | 129.4 | 667,722 |
| UA | SFO | KIX | 5,413 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,932 | 276.0 | 10,457,916 |
| UA | SFO | KOA | 2,367 | 2 | 2 | 2 | 2 | 2 | 3 | 2 | 15 | 3,970 | 264.7 | 9,396,990 |
| UA | SFO | LAS | 414 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 42 | 7,232 | 172.2 | 2,994,048 |
| UA | SFO | LAX | 337 | 9 | 9 | 9 | 9 | 9 | 8 | 7 | 60 | 10,066 | 167.8 | 3,392,242 |
| UA | SFO | LHR | 5,368 | 3 | 2 | 3 | 3 | 3 | 3 | 3 | 20 | 5,387 | 269.4 | 28,917,416 |
| UA | SFO | LIH | 2,447 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,324 | 166.0 | 5,686,828 |
| UA | SFO | LIR | 2,946 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 166 | 166.0 | 489,036 |
| UA | SFO | MCI | 1,498 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 976 | 139.4 | 1,462,048 |
| UA | SFO | MCO | 2,445 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,506 | 179.0 | 6,127,170 |
| UA | SFO | MEL | 7,853 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,799 | 257.0 | 14,127,547 |
| UA | SFO | MEX | 1,881 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 2,814 | 134.0 | 5,293,134 |
| UA | SFO | MFR | 329 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 2,190 | 104.3 | 720,510 |
| UA | SFO | MIA | 2,585 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,253 | 179.0 | 3,239,005 |
| UA | SFO | MRY | 77 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 980 | 70.0 | 75,460 |
| UA | SFO | MSO | 768 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 502 | 71.7 | 385,536 |
| UA | SFO | MSP | 1,589 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,188 | 169.7 | 1,887,732 |
| UA | SFO | MSY | 1,911 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,050 | 150.0 | 2,006,550 |
| UA | SFO | MUC | 5,879 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,932 | 276.0 | 11,358,228 |
| UA | SFO | NRT | 5,124 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,450 | 350.0 | 12,553,800 |
| UA | SFO | OGG | 2,338 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 6,349 | 302.3 | 14,843,962 |
| UA | SFO | OMA | 1,433 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,047 | 149.6 | 1,500,351 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UA | SFO | ONT | 363 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 20 | 2,417 | 120.8 | 877,371 |
| UA | SFO | ORD | 1,846 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 77 | 18,477 | 240.0 | 34,108,542 |
| UA | SFO | OTH | 412 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 532 | 76.0 | 219,184 |
| UA | SFO | PDX | 550 | 5 | 5 | 5 | 5 | 5 | 4 | 5 | 34 | 4,931 | 145.0 | 2,712,050 |
| UA | SFO | PHL | 2,521 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,175 | 167.9 | 2,962,175 |
| UA | SFO | PHX | 651 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 3,185 | 151.7 | 2,073,435 |
| UA | SFO | PIT | 2,253 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,415 | 172.5 | 5,440,995 |
| UA | SFO | PPT | 4,188 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 5 | 1,285 | 257.0 | 5,381,580 |
| UA | SFO | PSC | 620 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 882 | 63.0 | 546,840 |
| UA | SFO | PSP | 421 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 1,190 | 56.7 | 500,990 |
| UA | SFO | PVG | 6,151 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 4 | 1,400 | 350.0 | 8,611,400 |
| UA | SFO | PVR | 1,554 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 10 | 1,500 | 150.0 | 2,331,000 |
| UA | SFO | RDD | 199 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 20 | 1,000 | 50.0 | 199,000 |
| UA | SFO | RDM | 462 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 | 1,934 | 92.1 | 893,508 |
| UA | SFO | RDU | 2,400 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,415 | 172.5 | 5,796,000 |
| UA | SFO | RNO | 192 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 | 2,014 | 71.9 | 386,688 |
| UA | SFO | SAN | 447 | 7 | 7 | 7 | 7 | 7 | 6 | 7 | 48 | 7,140 | 148.8 | 3,191,580 |
| UA | SFO | SAT | 1,482 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 882 | 126.0 | 1,307,124 |
| UA | SFO | SBA | 262 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 26 | 2,242 | 86.2 | 587,404 |
| UA | SFO | SBP | 191 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 | 1,836 | 65.6 | 350,676 |
| UA | SFO | SEA | 679 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 | 5,143 | 146.9 | 3,492,097 |
| UA | SFO | SIN | 8,440 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 3,598 | 257.0 | 30,367,120 |
| UA | SFO | SJD | 1,248 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 2,100 | 150.0 | 2,620,800 |
| UA | SFO | SLC | 599 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 | 2,744 | 98.0 | 1,643,656 |
| UA | SFO | SMF | 86 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 20 | 1,308 | 65.4 | 112,488 |
| UA | SFO | SNA | 372 | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 41 | 4,746 | 115.8 | 1,765,512 |
| UA | SFO | SUN | 587 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 490 | 70.0 | 287,630 |
| UA | SFO | SYD | 7,417 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,450 | 350.0 | 18,171,650 |
| UA | SFO | TLV | 7,421 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,450 | 350.0 | 18,181,450 |
| UA | SFO | TPA | 2,392 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,162 | 166.0 | 2,779,504 |
| UA | SFO | TPE | 6,469 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 2,450 | 350.0 | 15,849,050 |
| UA | SFO | TUS | 751 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 1,064 | 76.0 | 799,064 |
| UA | SFO | YVR | 800 | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 41 | 5,629 | 137.3 | 4,503,200 |
| UA | SFO | YYC | 1,018 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,253 | 179.0 | 1,275,554 |
| UA | SFO | YYZ | 2,260 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,162 | 166.0 | 2,626,120 |
| UA | SFO | ZRH | 5,841 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,932 | 276.0 | 11,284,812 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VN | SFO | SGN | 7,837 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 4 | 1,256 | 314.0 | 9,843,272 |
| VS | SFO | LHR | 5,368 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 | 4,151 | 296.5 | 22,282,568 |
| WN | SFO | BUR | 326 | 5 | 5 | 5 | 5 | 5 | 2 | 3 | 30 | 4,290 | 143.0 | 1,398,540 |
| WN | SFO | DEN | 967 | 5 | 5 | 5 | 5 | 5 | 3 | 3 | 31 | 5,169 | 166.7 | 4,998,423 |
| WN | SFO | LAS | 414 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 27 | 4,149 | 153.7 | 1,717,686 |
| WN | SFO | LAX | 337 | 6 | 6 | 6 | 6 | 6 | 3 | 3 | 36 | 5,436 | 151.0 | 1,831,932 |
| WN | SFO | MDW | 1,854 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 175 | 175.0 | 324,450 |
| WN | SFO | PHX | 651 | 2 | 2 | 2 | 2 | 2 | 3 | 2 | 15 | 2,177 | 145.1 | 1,417,227 |
| WN | SFO | SAN | 447 | 5 | 5 | 5 | 5 | 5 | 4 | 3 | 32 | 5,376 | 168.0 | 2,403,072 |
| WS | SFO | YVR | 800 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | 1,134 | 162.0 | 907,200 |
| WS | SFO | YYC | 1,018 | 2 | 3 | 3 | 2 | 3 | 3 | 3 | 19 | 2,928 | 154.1 | 2,980,704 |
| Z0 | SFO | LGW | 5,392 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 3 | 1,014 | 338.0 | 5,467,488 |
| ZG | SFO | NRT | 5,124 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 5 | 1,450 | 290.0 | 7,429,800 |
| | | | TOTAL | 528 | 512 | 519 | 532 | 531 | 498 | 508 | **3,628** | 625,573 | 172.4 | 1,577,581,131 |

**Schedule Weekly Summary Report run on September 13, 2024 by SFOJH with Parameters:**

| | | |
|---|---|---|
| Marketing Airlines | | |
| Operating Airlines | | |
| Trip Origin | SFO | |
| Trip Destination | | |
| Markets | | |
| Stage Length | 0 To 25000 Miles | |
| Stops | 0 | |
| Seats Lower Bound | 0 Seats Upper Bound 999 | |
| Show Marketing Airlines? | Yes | |
| Show Operating Airlines? | No | |
| Show Origins? | Yes | |
| Show Destinations? | Yes | |
| Show Manufacturers? | No | |
| Show Major Types? | No | |
| Show Aircraft Families? | No | |
| Show Aircraft Types? | No | |

| Show Equipment Codes? | | | No | | | | | |
|---|---|---|---|---|---|---|---|---|
| Include Restricted Flights? | | | No | | | | | |
| Include Both Directions? | | | No | | | | | |
| Use Data Loaded | | | This Week | | | | | |
| Service Type | | | Passenger (Air - All) | | | | | |
| Travel Period | | | in August 2023 | | | | | |
| Show overlapping markets in both dir | | | No (Half Alpha) | | | | | |
| | | | | | | | | |
| Source: | CIRIUM | Diio Mi | | | | | | |