# EXHIBIT D



Automotive | Financial Services | Insurance | All Industries | Log In | Pressroom | Company

PRESS RELEASE

# Despite Record Passenger Volumes, North American Airports Earn Higher Marks for Traveler Satisfaction, J.D. Power Finds

Detroit Metropolitan Wayne County Airport, Tampa International Airport and Indianapolis International Airport Rank Highest in Respective Segments

20 September 2023

Download Press Release

**Media Contacts:**

**Geno Effler**
(714) 621-6224
media.relations@jdpa.com



TROY, Mich.: 20 Sept. 2023 — An amazing thing happened at North American airports, this year. Faced with a potentially crippling combination of record high passenger volumes[1], an ongoing pilot shortage that shrank the number of available flights and countless weather delays and cancellations, overall passenger satisfaction improved. According to the J.D. Power 2023 North America Airport Satisfaction Study,[SM] released today, overall satisfaction improves 3 points (on a 1,000-point scale), driven by improvements in three factors: terminal facilities; food and beverage and retail service; and baggage claim.

"It has not been an easy year for North American airports, but major capital improvements they've made over the last several years and new investments in getting food, beverage and retail operations back up and running at full capacity have helped them manage the crush of passengers," said **Michael Taylor, managing director of travel, hospitality and retail at J.D. Power.** "While airports are doing a good job coping with the current issues, there is still more they could do to improve passenger experience while also improving their own bottom lines. Happy passengers spend a lot more money at the airport, so ongoing efforts to spread passenger volumes throughout the day and deliver superior service at all customer touchpoints will be critical."

Following are some key findings of the 2023 study:

- **Overall satisfaction improves, despite obstacles:** Overall customer satisfaction with North American airports increases 3 points to 780 this year, despite record passenger volume, crowded terminals and a barrage of delays and cancellations. Top-performing airports in the study all saw substantial gains in terminal facilities; food and beverage and retail service; and baggage claim.

- **Satisfied travelers spending more money at the airport:** There is a direct correlation between overall passenger satisfaction and spending at the airport. Passengers classified as "delighted," meaning they rate their airport experience as 10 out of 10, spend an average of $44 in the terminal, while those classified as disappointed (1-5 out of 10) spend just $29. This year, airport passengers spent an average of $3.47 more than last year in the terminal.

- **LaGuardia construction project results in massive jump in passenger satisfaction:** Many of the top-performing airports in the study have one thing in common: recently completed construction and redevelopment projects that have improved passenger flow, parking and terminal facilities. Nowhere is the positive effect of capital improvement clearer than in New York's LaGuardia Airport, which has climbed from dead last in passenger satisfaction in 2019 to reach the large airport segment average, this year.

- **Crowding to remain a challenge for foreseeable future:** While North American airports have managed to keep passengers reasonably satisfied throughout a challenging year, overall satisfaction is still down from the highs seen in 2020 when passenger volumes were dramatically lower due to the pandemic. More than half (60%) of travelers say they experienced severe or moderate crowding within the terminal, a 2-percentage-point

increase this data year.

**Study Rankings**

**Detroit Metropolitan Wayne County Airport** ranks highest in passenger satisfaction among mega airports with a score of 800. **Minneapolis-Saint Paul International Airport** (796) ranks second and **Harry Reid International Airport** (787) ranks third.

**Tampa International Airport** ranks highest among large airports for a second consecutive year, with a score of 832. **John Wayne Airport, Orange County** (829) ranks second and **Salt Lake City International Airport** (825) ranks third.

**Indianapolis International Airport** ranks highest among medium airports for a second consecutive year, with a score of 843. **Southwest Florida International Airport** (839) ranks second and **Ontario International Airport** (834) ranks third.

The 2023 North America Airport Satisfaction Study measures overall traveler satisfaction with mega, large and medium North American airports by examining six factors (in order of importance): terminal facilities; airport arrival/departure; baggage claim; security check; check-in/baggage check; and food, beverage and retail. Mega airports are defined as those with 33 million or more passengers per year; large airports with 10 to 32.9 million passengers per year; and medium airports with 4.5 to 9.9 million passengers per year.

Now in its 18th year, the study is based on 27,147 completed surveys from U.S. or Canadian residents who traveled through at least one U.S. or Canadian airport and covers both departure and arrival experiences (including connecting airports) during the past 30 days. Travelers evaluated either a departing or arriving airport from their round-trip experience. The study was fielded from August 2022 through July 2023.

For more information about the North America Airport Satisfaction Study, visit http://www.jdpower.com/resource/north-america-airport-satisfaction-study.

**About J.D. Power}**
**J.D. Power** is a global leader in consumer insights, advisory services and data and analytics. A pioneer in the use of big data, artificial intelligence (AI) and algorithmic modeling capabilities to understand consumer behavior, J.D. Power has been delivering incisive industry intelligence on customer interactions with brands and products for more than 50 years. The world's leading businesses across major industries rely on J.D. Power to guide their customer-facing strategies.

J.D. Power has offices in North America, Europe and Asia Pacific. To learn more about the company's business offerings, visit JDPower.com/business. The J.D. Power auto shopping tool can be found at JDPower.com.

**Media Relations Contacts**
Geno Effler, J.D. Power; West Coast; 714-621-6224; media.relations@jdpa.com
John Roderick; East Coast; 631-584-2200; john@jroderick.com

**About J.D. Power and Advertising/Promotional Rules:** www.jdpower.com/business/about-us/press-release-info

[1] TSA, "TSA Checkpoint Travel Numbers," https://www.tsa.gov/travel/passenger-volumes



J.D. Power
2023 North America Airport Satisfaction Study℠
Overall Customer Satisfaction Index Ranking
(based on a 1,000-point scale)
Mega Airports





### 2024 North America Third-Party Hotel Management Guest Satisfaction Benchmark

04 September 2024 • TRAVEL AND HOSPITALITY

Read More →

### 2024 North America Hotel Guest Satisfaction Index (NAGSI) Study

16 July 2024 • TRAVEL AND HOSPITALITY

Read More →

### 2024 North America Airline Satisfaction Study

08 May 2024 • TRAVEL AND HOSPITALITY

Read More →

## Questions?

Looking to join our mailing list? You can do so here >

If you have questions about our products and/or solutions, complete the form below and a representative will contact you as soon as possible.

**Business Email Address***

Please direct all media inquiries to J.D. Power's Corporate

If you do not have a business email address, please connect with us

Please direct all requests for information to J.D. Power's Corporate Communications Department is you do not want your email address, as provided below, shared with us here.

To join the J.D. Power mailing list, please fill out this form.

For all other inquiries, you can contact us here.

**J.D. Power**
Corporate Communications
media.relations@jdpa.com

First Name*

Last Name*

I am a...*
Please Select

Job Role*
Please Select

Job Title*

Company name*

Industry*
Please Select

Phone Number*

Country*
Please select

To help us respond to you promptly, please let us know any questions you have.*

J.D. Power Marketing is committed to protecting and respecting your privacy, and we'll only use your personal information to administer your account and to provide the products and services you requested from us. From time to time, we would like to contact you about our products and services, as well as other content that may be of interest to you. If you consent to us contacting you for this purpose, please tick below to say how you would like us to contact you:

☐ I agree to receive other communications from J.D. Power Marketing.

You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our Privacy Policy.

By clicking submit below, you consent to allow J.D. Power Marketing to store and process the personal information submitted above to provide you the content requested.

[protected by reCAPTCHA - Privacy - Terms]

SUBMIT

---

**J.D. POWER**




©2024 J.D. Power. All Rights Reserved

About Us
Careers
Contact Us
Privacy Policy
Terms of Use