# EXHIBIT E

spirit    BOOK   MY TRIPS   CHECK IN   FLIGHT STATUS   FREE SPIRIT   DEALS   English

# Book Low Fare Flights with Spirit starting at $3 or from $1/mo

| Round-trip | 1 passenger | Promo Code |

**From:** Oakland, CA / San Francisco, CA ARE...
**To:** Input destination
*Incorrect destination. This field is required*
**From:** 09/23/2024
**Return:** 09/30/2024

SEARCH FLIGHTS

Home > Flights

**Sign Up For Email Deals**
Get all current deals and offers directly in your email inbox. Sign up now!



FLYING, NOW IN 4 STYLES
Go Big, Go Comfy, Go Savvy or Go with our four new travel options, each with great perks!

## Popular Flight Deals on Spirit

**From:** Input origin
**To:** Input destination
**Budget:** Input max budget



**Detroit (DTW) to Orlando (MCO)**
Depart 09/23/2024
Fares From

**Atlanta (ATL) to Fort Lauderdale, FL (FLL)**
Depart 10/15/2024
Fares From

**Fort Lauderdale, FL (FLL) to Atlanta (ATL)**
Depart 10/08/2024
Fares From

**Atlantic City (ACY) to Orlando (MCO)**
Depart 10/08/2024
Fares From

$49*
or from $5/mo
Viewed 20 mins ago
One Way / Economy
BOOK NOW

$27*
or from $3/mo
Viewed 35 mins ago
One Way / Economy
BOOK NOW

$27*
or from $3/mo
Viewed 2 hours ago
One Way / Economy
BOOK NOW

$46*
or from $5/mo
Viewed 1 hour ago
One Way / Economy
BOOK NOW


Detroit (DTW) to Las Vegas (LAS)
Depart 10/08/2024
Fares From
$43*
or from $4/mo
Viewed 1 hour ago
One Way / Economy
BOOK NOW


New York/Newark (EWR) to Orlando (MCO)
Depart 10/08/2024
Fares From
$39*
or from $4/mo
Viewed 22 mins ago
One Way / Economy
BOOK NOW


New York/Newark (EWR) to Fort Lauderdale, FL (FLL)
Depart 10/09/2024
Fares From
$39*
or from $4/mo
Viewed 24 mins ago
One Way / Economy
BOOK NOW


San Juan (SJU) to Orlando (MCO)
Depart 09/25/2024
Fares From
$67*
or from $6/mo
Viewed 6 mins ago
One Way / Economy
BOOK NOW


Dallas (DFW) to Las Vegas (LAS)
Depart 09/30/2024
Fares From
$39*
or from $4/mo
Viewed 1 hour ago
One Way / Economy
BOOK NOW


Baltimore, MD / Washington DC AREA (BWI) to Orlando (MCO)
Depart 10/15/2024
Fares From
$29*
or from $3/mo
Viewed 2 hours ago
One Way / Economy
BOOK NOW


Philadelphia (PHL) to Orlando (MCO)
Depart 10/08/2024
Fares From
$39*
or from $4/mo
Viewed 2 hours ago
One Way / Economy
BOOK NOW


Houston (IAH) to Las Vegas (LAS)
Depart 10/08/2024
Fares From
$39*
or from $4/mo
Viewed 2 hours ago
One Way / Economy
BOOK NOW


Chicago (ORD) to Fort Lauderdale, FL (FLL)
Depart 10/05/2024
Fares From
$55*
or from $5/mo
Viewed 1 hour ago
One Way / Economy
BOOK NOW


Chicago (ORD) to Las Vegas (LAS)
Depart 10/08/2024
Fares From
$39*
or from $4/mo
Viewed 9 mins ago
One Way / Economy
BOOK NOW


New York (LGA) to Fort Lauderdale, FL (FLL)
Depart 10/08/2024
Fares From
$27*
or from $3/mo
Viewed 37 mins ago
One Way / Economy
BOOK NOW


Baltimore, MD / Washington DC AREA (BWI) to Fort Lauderdale, FL (FLL)
Depart 10/08/2024
Fares From
$39*
or from $4/mo
Viewed 2 hours ago
One Way / Economy
BOOK NOW


Oakland, CA / San Francisco, CA AREA (OAK) to Las Vegas (LAS)
Depart 10/01/2024
Fares From
$26*
or from $3/mo
Viewed 11 hours ago
One Way / Economy
BOOK NOW


Fort Lauderdale, FL (FLL) to New York (LGA)
Depart 10/09/2024
Fares From
$27*
or from $3/mo
Viewed 3 hours ago
One Way / Economy
BOOK NOW


New York (LGA) to Orlando (MCO)
Depart 10/08/2024
Fares From
$39*
or from $4/mo
Viewed 1 hour ago
One Way / Economy
BOOK NOW


Pittsburgh (PIT) to Orlando (MCO)
Depart 10/08/2024
Fares From
$49*
or from $5/mo
Viewed 2 hours ago
One Way / Economy
BOOK NOW

LOAD MORE

*One-way fares displayed above have been collected within the last 48 hours and may no longer be available at the time of booking. Additional baggage fees and fees for other services may apply. Other terms and conditions may apply.

## Lowest Flight Offers From Spirit

From: Input origin

To: Input destination

Budget: $ Input max budget

**Detroit (DTW) to**
**Orlando (MCO)**
Depart 11/12/2024
One Way / Economy
Fares From $49*
or from $5/mo
Viewed 4 hours ago

**Atlanta (ATL) to**
**Fort Lauderdale, FL (FLL)**
Depart 10/22/2024
One Way / Economy
Fares From $27*
or from $3/mo
Viewed 2 hours ago

**Fort Lauderdale, FL (FLL) to**
**Atlanta (ATL)**
Depart 10/23/2024
One Way / Economy
Fares From $27*
or from $3/mo
Viewed 2 hours ago

**Atlantic City (ACY) to**
**Orlando (MCO)**
Depart 10/29/2024
One Way / Economy
Fares From $45*
or from $5/mo
Viewed 2 hours ago

**Detroit (DTW) to**
**Las Vegas (LAS)**
Depart 10/22/2024
One Way / Economy
Fares From $33*
or from $3/mo
Viewed 46 mins ago

**New York/Newark (EWR) to**
**Orlando (MCO)**
Depart 10/22/2024
One Way / Economy
Fares From $39*
or from $4/mo
Viewed 21 mins ago

**New York/Newark (EWR) to**
**Fort Lauderdale, FL (FLL)**
Depart 10/23/2024
One Way / Economy
Fares From $39*
or from $4/mo
Viewed 19 mins ago

**San Juan (SJU) to**
**Orlando (MCO)**
Depart 10/22/2024
One Way / Economy
Fares From $56*
or from $5/mo
Viewed 32 mins ago

**Dallas (DFW) to**
**Las Vegas (LAS)**
Depart 10/23/2024
One Way / Economy
Fares From $39*
or from $4/mo
Viewed 39 mins ago

**Baltimore, MD / Washington DC AREA (BWI) to**
**Orlando (MCO)**
Depart 10/28/2024
One Way / Economy
Fares From $29*
or from $3/mo
Viewed 3 hours ago

**Philadelphia (PHL) to**
**Orlando (MCO)**
Depart 10/22/2024
One Way / Economy
Fares From $39*
or from $4/mo
Viewed 2 hours ago

**Houston (IAH) to**
**Las Vegas (LAS)**
Depart 10/22/2024
One Way / Economy
Fares From $33*
or from $3/mo
Viewed 34 mins ago

**Detroit (DTW) to**
**Fort Lauderdale, FL (FLL)**
Depart 12/03/2024
One Way / Economy
Fares From $49*
or from $5/mo
Viewed 11 hours ago

**Chicago (ORD) to**
**Fort Lauderdale, FL (FLL)**
Depart 11/05/2024
One Way / Economy
Fares From $55*
or from $5/mo
Viewed 4 hours ago

**Chicago (ORD) to**
**Las Vegas (LAS)**
Depart 10/30/2024
One Way / Economy
Fares From $50*
or from $5/mo
Viewed 2 hours ago

**New York (LGA) to**
**Fort Lauderdale, FL (FLL)**
Depart 10/23/2024
One Way / Economy
Fares From $27*
or from $3/mo
Viewed 4 hours ago

**Baltimore, MD / Washington DC AREA (BWI) to**
**Fort Lauderdale, FL (FLL)**
Depart 10/30/2024
One Way / Economy
Fares From $39*
or from $4/mo
Viewed 2 hours ago

**Oakland, CA / San Francisco, CA AREA (OAK) to**
**Las Vegas (LAS)**
Depart 10/16/2024
One Way / Economy
Fares From $26*
or from $3/mo
Viewed 9 hours ago

**Fort Lauderdale, FL (FLL) to**
**New York (LGA)**
Depart 10/23/2024
One Way / Economy
Fares From $27*
or from $3/mo
Viewed 9 mins ago

**Detroit (DTW) to**
**Fort Myers (RSW)**
Depart 01/22/2025
One Way / Economy
Fares From $39*
or from $4/mo
Viewed 6 hours ago

LOAD MORE

*One-way fares displayed have been collected within the last 48 hours and may no longer be available at the time of booking. Additional baggage fees and fees for other services may apply. Other terms and conditions may apply.

