# EXHIBIT F

https://www.transtats.bts.gov/averagefare/ — September 11, 2024 at 3:40 PM EDT

An official website of the United States government Here's how you know

United States Department of Transportation

# Bureau of Transportation Statistics

Ask-A-Librarian   A-Z Index

Topics and Geography | Statistical Products and Data | National Transportation Library | Newsroom | About BTS

OST-R > BTS

## Average Domestic Airline Itinerary Fares

Related Links:
- About BTS Air Fares

Quarter: Q1   Year: 2024   [Submit] [Download Data]

### Average Domestic Airline Itinerary Fares By Origin City for Q1 2024
### Ranked by Total Number of Domestic Passengers in 2023

Note: To sort the columns found in the table below, click the column header of the desired column.

| 2023 Passenger Rank | Airport Code | City Name | State Name | Average Fare ($) | Inflation Adjusted Average Fare ($) (Base Quarter: Q1-2024) |
|---|---|---|---|---|---|
| 1 | LAX | Los Angeles | CA | 402.12 | 402.12 |
| 2 | ORD | Chicago-O'Hare | IL | 404.95 | 404.95 |
| 3 | DEN | Denver | CO | 353.46 | 353.46 |
| 4 | ATL | Atlanta | GA | 417.79 | 417.79 |
| 5 | EWR | Newark | NJ | 432.68 | 432.68 |
| 6 | BOS | Boston | MA | 389.25 | 389.25 |
| 7 | SEA | Seattle | WA | 389.42 | 389.42 |
| 8 | DFW | Dallas-DFW | TX | 441.04 | 441.04 |
| 9 | MCO | Orlando | FL | 272.93 | 272.93 |
| 10 | SFO | San Francisco | CA | 444.09 | 444.09 |
| 11 | PHX | Phoenix | AZ | 372.56 | 372.56 |
| 12 | LGA | New York-La Guardia | NY | 333.57 | 333.57 |
| 13 | JFK | New York-JFK | NY | 444.19 | 444.19 |
| 14 | LAS | Las Vegas | NV | 292.04 | 292.04 |
| 15 | MSP | Minneapolis | MN | 435.43 | 435.43 |
| 16 | IAH | Houston-Intercontinental | TX | 418.27 | 418.27 |
| 17 | PHL | Philadelphia | PA | 418.76 | 418.76 |
| 18 | FLL | Fort Lauderdale | FL | 271.35 | 271.35 |
| 19 | SAN | San Diego | CA | 369.56 | 369.56 |
| 20 | DTW | Detroit | MI | 456.03 | 456.03 |
| 21 | DCA | Washington-Reagan National | DC | 384.65 | 384.65 |
| 22 | TPA | Tampa | FL | 324.12 | 324.12 |
| 23 | BWI | Baltimore | MD | 364.83 | 364.83 |
| 24 | AUS | Austin | TX | 387.58 | 387.58 |
| 25 | MIA | Miami | FL | 350.44 | 350.44 |
| 26 | PDX | Portland | OR | 411.01 | 411.01 |
| 27 | BNA | Nashville | TN | 354.48 | 354.48 |
| 28 | CLT | Charlotte | NC | 447.92 | 447.92 |
| 29 | SLC | Salt Lake City | UT | 441.86 | 441.86 |
| 30 | RDU | Raleigh/Durham | NC | 383.46 | 383.46 |
| 31 | SMF | Sacramento | CA | 378.71 | 378.71 |
| 32 | HNL | Honolulu | HI | 350.71 | 350.71 |
| 33 | MDW | Chicago-Midway | IL | 319.56 | 319.56 |
| 34 | STL | St. Louis | MO | 403.24 | 403.24 |
| 35 | SJC | San Jose | CA | 330.02 | 330.02 |
| 36 | IAD | Washington-Dulles | DC | 495.93 | 495.93 |
| 37 | MCI | Kansas City | MO | 403.89 | 403.89 |
| 38 | DAL | Dallas-Love Field | TX | 338.88 | 338.88 |
| 39 | IND | Indianapolis | IN | 385.96 | 385.96 |
| 40 | CLE | Cleveland | OH | 361.62 | 361.62 |
| 41 | SNA | Santa Ana | CA | 408.31 | 408.31 |
| 42 | OAK | Oakland | CA | 303.55 | 303.55 |
| 43 | SAT | San Antonio | TX | 389.86 | 389.86 |
| 44 | MSY | New Orleans | LA | 334.90 | 334.90 |
| 45 | PIT | Pittsburgh | PA | 373.35 | 373.35 |
| 46 | SJU | San Juan | PR | 299.24 | 299.24 |

| # | Code | City | State | Value | | Value |
|---|------|------|-------|-------|---|-------|
| 47 | CVG | Cincinnati | OH | 365.88 | | 365.88 |
| 48 | CMH | Columbus | OH | 398.73 | | 398.73 |
| 49 | HOU | Houston-Hobby | TX | 342.33 | | 342.33 |
| 50 | RSW | Fort Myers | FL | 336.09 | | 336.09 |
| 51 | BDL | Hartford | CT | 373.35 | | 373.35 |
| 52 | PBI | West Palm Beach/Palm Beach | FL | 364.76 | | 364.76 |
| 53 | JAX | Jacksonville | FL | 408.43 | | 408.43 |
| 54 | ONT | Ontario | CA | 373.69 | | 373.69 |
| 55 | MKE | Milwaukee | WI | 393.87 | | 393.87 |
| 56 | BUR | Burbank | CA | 308.72 | | 308.72 |
| 57 | RIC | Richmond | VA | 401.14 | | 401.14 |
| 58 | CHS | Charleston | SC | 379.69 | | 379.69 |
| 59 | OMA | Omaha | NE | 420.35 | | 420.35 |
| 60 | BUF | Buffalo | NY | 360.87 | | 360.87 |
| 61 | MEM | Memphis | TN | 411.39 | | 411.39 |
| 62 | BOI | Boise | ID | 420.94 | | 420.94 |
| 63 | ABQ | Albuquerque | NM | 399.41 | | 399.41 |
| 64 | ORF | Norfolk | VA | 419.79 | | 419.79 |
| 65 | SDF | Louisville | KY | 379.54 | | 379.54 |
| 66 | ELP | El Paso | TX | 403.16 | | 403.16 |
| 67 | OKC | Oklahoma City | OK | 437.71 | | 437.71 |
| 68 | GRR | Grand Rapids | MI | 406.82 | | 406.82 |
| 69 | OGG | Kahului | HI | 280.83 | | 280.83 |
| 70 | ANC | Anchorage | AK | 543.54 | | 543.54 |
| 71 | GEG | Spokane | WA | 442.10 | | 442.10 |
| 72 | PVD | Providence | RI | 349.49 | | 349.49 |
| 73 | RNO | Reno | NV | 389.93 | | 389.93 |
| 74 | TUS | Tucson | AZ | 437.36 | | 437.36 |
| 75 | LGB | Long Beach | CA | 301.98 | | 301.98 |
| 76 | DSM | Des Moines | IA | 409.30 | | 409.30 |
| 77 | SYR | Syracuse | NY | 360.04 | | 360.04 |
| 78 | SRQ | Sarasota/Bradenton | FL | 325.34 | | 325.34 |
| 79 | TUL | Tulsa | OK | 444.25 | | 444.25 |
| 80 | ALB | Albany | NY | 438.31 | | 438.31 |
| 81 | BHM | Birmingham | AL | 496.88 | | 496.88 |
| 82 | SAV | Savannah | GA | 418.59 | | 418.59 |
| 83 | ROC | Rochester | NY | 405.94 | | 405.94 |
| 84 | HPN | White Plains | NY | 369.57 | | 369.57 |
| 85 | KOA | Kona | HI | 290.60 | | 290.60 |
| 86 | TYS | Knoxville | TN | 456.02 | | 456.02 |
| 87 | GSP | Greenville-Spartanburg | SC | 485.13 | | 485.13 |
| 88 | PNS | Pensacola | FL | 416.25 | | 416.25 |
| 89 | LIH | Lihue | HI | 264.34 | | 264.34 |
| 90 | COS | Colorado Springs | CO | 379.93 | | 379.93 |
| 91 | MYR | Myrtle Beach | SC | 323.00 | | 323.00 |
| 92 | FAT | Fresno | CA | 423.85 | | 423.85 |
| 93 | LIT | Little Rock | AR | 468.56 | | 468.56 |
| 94 | PWM | Portland | ME | 437.67 | | 437.67 |
| 95 | MSN | Madison | WI | 498.12 | | 498.12 |
| 96 | AVL | Asheville | NC | 325.17 | | 325.17 |
| 97 | BZN | Bozeman | MT | 438.85 | | 438.85 |
| 98 | PSP | Palm Springs | CA | 413.88 | | 413.88 |
| 99 | XNA | Fayetteville | AR | 492.74 | | 492.74 |
| 100 | SFB | Sanford | FL | 125.09 | | 125.09 |
| 101 | PIE | St. Petersburg | FL | 129.08 | | 129.08 |
| 102 | EUG | Eugene | OR | 396.82 | | 396.82 |
| 103 | ICT | Wichita | KS | 437.25 | | 437.25 |
| 104 | GSO | Greensboro/High Point | NC | 477.51 | | 477.51 |
| 105 | CID | Cedar Rapids/Iowa City | IA | 414.74 | | 414.74 |
| 106 | MDT | Harrisburg | PA | 454.57 | | 454.57 |
| 107 | AZA | Phoenix | AZ | 158.46 | | 158.46 |
| 108 | HVN | New Haven | CT | 197.04 | | 197.04 |
| 109 | HSV | Huntsville | AL | 523.27 | | 523.27 |
| 110 | FSD | Sioux Falls | SD | 420.38 | | 420.38 |
| 111 | ISP | Islip | NY | 268.64 | | 268.64 |
| 112 | MHT | Manchester | NH | 423.14 | | 423.14 |
| 113 | BTV | Burlington | VT | 520.72 | | 520.72 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114 | PGD | Punta Gorda | FL | 155.12 | | 155.12 |
| 115 | MAF | Midland/Odessa | TX | 426.38 | | 426.38 |
| 116 | VPS | Valparaiso | FL | 409.21 | | 409.21 |
| 117 | LEX | Lexington | KY | 467.68 | | 467.68 |
| 118 | JAN | Jackson/Vicksburg | MS | 494.81 | | 494.81 |
| 119 | ITO | Hilo | HI | 199.27 | | 199.27 |
| 120 | MFE | Mission/McAllen/Edinburg | TX | 416.61 | | 416.61 |
| 121 | ILM | Wilmington | NC | 517.97 | | 517.97 |
| 122 | SGF | Springfield | MO | 461.53 | | 461.53 |
| 123 | SBA | Santa Barbara | CA | 439.67 | | 439.67 |
| 124 | DAY | Dayton | OH | 483.82 | | 483.82 |
| 125 | CAE | Columbia | SC | 514.10 | | 514.10 |
| 126 | ATW | Appleton | WI | 414.38 | | 414.38 |
| 127 | FAR | Fargo | ND | 494.29 | | 494.29 |
| 128 | RDM | Bend/Redmond | OR | 452.48 | | 452.48 |
| 129 | ECP | Panama City | FL | 437.04 | | 437.04 |
| 130 | LBB | Lubbock | TX | 438.19 | | 438.19 |
| 131 | ABE | Allentown/Bethlehem/Easton | PA | 285.24 | | 285.24 |
| 132 | MFR | Medford | OR | 434.76 | | 434.76 |
| 133 | CHA | Chattanooga | TN | 517.13 | | 517.13 |
| 134 | FAI | Fairbanks | AK | 528.11 | | 528.11 |
| 135 | HRL | Harlingen/San Benito | TX | 336.87 | | 336.87 |
| 136 | PSC | Pasco/Kennewick/Richland | WA | 496.25 | | 496.25 |
| 137 | SBN | South Bend | IN | 388.64 | | 388.64 |
| 138 | ACY | Atlantic City | NJ | 139.14 | | 139.14 |
| 139 | BQN | Aguadilla | PR | 234.25 | | 234.25 |
| 140 | FWA | Fort Wayne | IN | 424.50 | | 424.50 |
| 141 | PVU | Provo | UT | 125.22 | | 125.22 |
| 142 | MSO | Missoula | MT | 549.62 | | 549.62 |
| 143 | TTN | Trenton | NJ | 152.65 | | 152.65 |
| 144 | CAK | Akron | OH | 261.17 | | 261.17 |
| 145 | BIL | Billings | MT | 505.51 | | 505.51 |
| 146 | TLH | Tallahassee | FL | 553.81 | | 553.81 |
| 147 | PIA | Peoria | IL | 364.17 | | 364.17 |
| 148 | STT | Charlotte Amalie | VI | 404.59 | | 404.59 |
| 149 | AMA | Amarillo | TX | 423.17 | | 423.17 |
| 150 | PAE | Everett | WA | 383.53 | | 383.53 |
| 151 | BLI | Bellingham | WA | 279.06 | | 279.06 |
| 152 | BTR | Baton Rouge | LA | 524.87 | | 524.87 |
| 153 | FNT | Flint | MI | 266.50 | | 266.50 |
| 154 | FCA | Kalispell | MT | 537.87 | | 537.87 |
| 155 | ROA | Roanoke | VA | 531.95 | | 531.95 |
| 156 | CRP | Corpus Christi | TX | 499.94 | | 499.94 |
| 157 | BGR | Bangor | ME | 400.90 | | 400.90 |
| 158 | STS | Santa Rosa | CA | 292.59 | | 292.59 |
| 159 | GRB | Green Bay | WI | 545.49 | | 545.49 |
| 160 | CHO | Charlottesville | VA | 503.40 | | 503.40 |
| 161 | SBP | San Luis Obispo | CA | 512.03 | | 512.03 |
| 162 | SHV | Shreveport | LA | 520.65 | | 520.65 |
| 163 | TVC | Traverse City | MI | 508.71 | | 508.71 |
| 164 | RAP | Rapid City | SD | 493.68 | | 493.68 |
| 165 | MLI | Moline | IL | 425.04 | | 425.04 |
| 166 | AGS | Augusta | GA | 539.97 | | 539.97 |
| 167 | DAB | Daytona Beach | FL | 475.28 | | 475.28 |
| 168 | JAC | Jackson | WY | 594.21 | | 594.21 |
| 169 | BIS | Bismarck/Mandan | ND | 491.80 | | 491.80 |
| 170 | GNV | Gainesville | FL | 541.04 | | 541.04 |
| 171 | IDA | Idaho Falls | ID | 489.33 | | 489.33 |
| 172 | EYW | Key West | FL | 440.04 | | 440.04 |
| 173 | GPT | Gulfport/Biloxi | MS | 464.18 | | 464.18 |
| 174 | JNU | Juneau | AK | 509.40 | | 509.40 |
| 175 | MOB | Mobile | AL | 542.63 | | 542.63 |
| 176 | GJT | Grand Junction | CO | 521.93 | | 521.93 |
| 177 | LFT | Lafayette | LA | 598.13 | | 598.13 |
| 178 | MRY | Monterey | CA | 460.70 | | 460.70 |
| 179 | MLB | Melbourne | FL | 477.54 | | 477.54 |
| 180 | TRI | Bristol/Johnson City/Kingsport | TN | 607.84 | | 607.84 |

| | Code | City | State | Fare | | Fare |
|---|---|---|---|---|---|---|
| 181 | BRO | Brownsville | TX | 394.79 | | 394.79 |
| 182 | BLV | Belleville | IL | 152.07 | | 152.07 |
| 183 | LCK | Columbus | OH | 156.23 | | 156.23 |
| 184 | AVP | Scranton/Wilkes-Barre | PA | 531.13 | | 531.13 |
| 185 | BFL | Bakersfield | CA | 543.48 | | 543.48 |
| 186 | CRW | Charleston/Dunbar | WV | 530.75 | | 530.75 |
| 187 | ILG | Wilmington | DE | 192.87 | | 192.87 |
| 188 | FAY | Fayetteville | NC | 505.65 | | 505.65 |
| 189 | BMI | Bloomington/Normal | IL | 485.64 | | 485.64 |
| 190 | GTF | Great Falls | MT | 474.16 | | 474.16 |
| 191 | ASE | Aspen | CO | 678.52 | | 678.52 |
| 192 | DRO | Durango | CO | 567.84 | | 567.84 |
| 193 | PSE | Ponce | PR | 192.95 | | 192.95 |
| 194 | MGM | Montgomery | AL | 524.78 | | 524.78 |
| 195 | RFD | Rockford | IL | 202.07 | | 202.07 |
| 196 | EVV | Evansville | IN | 582.98 | | 582.98 |
| 197 | MTJ | Montrose/Delta | CO | 430.81 | | 430.81 |
| 198 | STX | Christiansted | VI | 357.23 | | 357.23 |
| 199 | MOT | Minot | ND | 454.54 | | 454.54 |
| 200 | LRD | Laredo | TX | 408.48 | | 408.48 |
| 201 | OAJ | Jacksonville/Camp Lejeune | NC | 525.86 | | 525.86 |
| 202 | ORH | Worcester | MA | 325.34 | | 325.34 |
| 203 | SCE | State College | PA | 630.11 | | 630.11 |
| 204 | DLH | Duluth | MN | 578.94 | | 578.94 |
| 205 | SGU | St. George | UT | 601.53 | | 601.53 |
| 206 | ACV | Arcata/Eureka | CA | 446.55 | | 446.55 |
| 207 | USA | Concord | NC | 110.60 | | 110.60 |
| 208 | HDN | Hayden | CO | 398.63 | | 398.63 |
| 209 | LAN | Lansing | MI | 427.58 | | 427.58 |
| 210 | LNK | Lincoln | NE | 562.06 | | 562.06 |
| 211 | GRK | Killeen | TX | 578.98 | | 578.98 |
| 212 | SAF | Santa Fe | NM | 560.62 | | 560.62 |
| 213 | HTS | Ashland | WV | 320.28 | | 320.28 |
| 214 | EGE | Eagle | CO | 668.70 | | 668.70 |
| 215 | GFK | Grand Forks | ND | 515.26 | | 515.26 |
| 216 | XWA | Williston | ND | 640.98 | | 640.98 |
| 217 | AZO | Kalamazoo | MI | 460.24 | | 460.24 |
| 218 | COU | Columbia | MO | 649.87 | | 649.87 |
| 219 | LBE | Latrobe | PA | 138.91 | | 138.91 |
| 220 | ELM | Elmira/Corning | NY | 360.98 | | 360.98 |
| 221 | SWF | Newburgh/Poughkeepsie | NY | 177.75 | | 177.75 |
| 222 | MLU | Monroe | LA | 606.17 | | 606.17 |
| 223 | BET | Bethel | AK | 409.70 | | 409.70 |
| 224 | KTN | Ketchikan | AK | 526.26 | | 526.26 |
| 225 | PBG | Plattsburgh | NY | 224.73 | | 224.73 |
| 226 | MBS | Saginaw/Bay City/Midland | MI | 587.71 | | 587.71 |
| 227 | ACK | Nantucket | MA | 714.62 | | 714.62 |
| 228 | AEX | Alexandria | LA | 611.17 | | 611.17 |
| 228 | RDD | Redding | CA | 440.69 | | 440.69 |
| 230 | LCH | Lake Charles | LA | 478.60 | | 478.60 |
| 231 | CPR | Casper | WY | 610.29 | | 610.29 |

OST-R > BTS

## Average Domestic Airline Itinerary Fares

Related Links:
- About BTS Air Fares

Quarter: Q1   Year: 2024   Submit   Download Data

### Average Domestic Airline Itinerary Fares By Origin City for Q1 2024
### Ranked by Total Number of Domestic Passengers in 2023

Note: To sort the columns found in the table below, click the column header of the desired column.

| 2023 Passenger Rank | Airport Code | City Name | State Name | Average Fare ($) | Inflation Adjusted Average Fare ($) (Base Quarter: Q1-2024) |
|---|---|---|---|---|---|
| 1 | LAX | Los Angeles | CA | 402.12 | 402.12 |
| 2 | ORD | Chicago-O'Hare | IL | 404.95 | 404.95 |
| 3 | DEN | Denver | CO | 353.46 | 353.46 |
| 4 | ATL | Atlanta | GA | 417.79 | 417.79 |
| 5 | EWR | Newark | NJ | 432.68 | 432.68 |

Overview
Local Outreach
Jobs and Internships
Legislative Mandates
BTS Strategic Plan
Staff Directory
Advisory Council on Transportation Statistics
Port Performance Working Group
History of BTS

| | | | | | |
|---|---|---|---|---|---|
| 6 | BOS | Boston | MA | 389.25 | 389.25 |
| 249 | ADQ | Kodiak | AK | 562.36 | 562.36 |
| 250 | HHH | Hilton Head | SC | 434.69 | 434.69 |
| 251 | FSM | Fort Smith | AR | 700.01 | 700.01 |
| 252 | FLG | Flagstaff | AZ | 642.87 | 642.87 |
| 253 | CLL | College Station/Bryan | TX | 515.51 | 515.51 |
| 254 | TYR | Tyler | TX | 576.34 | 576.34 |
| 255 | SPI | Springfield | IL | 223.40 | 223.40 |
| 256 | ITH | Ithaca/Cortland | NY | 507.84 | 507.84 |
| 257 | MVY | Martha's Vineyard | MA | 576.71 | 576.71 |
| 258 | EWN | New Bern/Morehead/Beaufort | NC | 653.20 | 653.20 |
| 259 | ERI | Erie | PA | 554.18 | 554.18 |
| 260 | SBY | Salisbury | MD | 745.67 | 745.67 |
| 261 | ACT | Waco | TX | 564.68 | 564.68 |
| 262 | SJT | San Angelo | TX | 758.09 | 758.09 |
| 263 | MHK | Manhattan/Ft. Riley | KS | 534.78 | 534.78 |
| 264 | CSG | Columbus | GA | 606.55 | 606.55 |
| 265 | TXK | Texarkana | AR | 532.25 | 532.25 |
| 266 | CKB | Clarksburg/Fairmont | WV | 205.45 | 205.45 |
| 267 | LAW | Lawton/Fort Sill | OK | 523.42 | 523.42 |
| 268 | BGM | Binghamton | NY | 348.21 | 348.21 |
| 269 | ROW | Roswell | NM | 563.56 | 563.56 |
| 270 | VLD | Valdosta | GA | 676.99 | 676.99 |
| 271 | HGR | Hagerstown | MD | 135.56 | 135.56 |
| 272 | OME | Nome | AK | 530.50 | 530.50 |
| 273 | VRB | Vero Beach | FL | 177.49 | 177.49 |
| 274 | LSE | La Crosse | WI | 695.45 | 695.45 |
| 275 | MQT | Marquette | MI | 650.51 | 650.51 |
| 276 | BPT | Beaumont/Port Arthur | TX | 474.04 | 474.04 |
| 277 | GGG | Longview | TX | 522.30 | 522.30 |
| 278 | OTZ | Kotzebue | AK | 506.04 | 506.04 |
| 279 | GTR | Columbus | MS | 664.45 | 664.45 |
| 280 | SWO | Stillwater | OK | 533.49 | 533.49 |
| 281 | PPG | Pago Pago | TT | 1,249.15 | 1,249.15 |
| 282 | LWS | Lewiston | ID | 504.94 | 504.94 |
| 283 | BRW | Barrow | AK | 488.54 | 488.54 |
| 284 | PGV | Greenville | NC | 533.49 | 533.49 |
| 285 | ABY | Albany | GA | 759.68 | 759.68 |
| 286 | COD | Cody | WY | 595.87 | 595.87 |
| 287 | DHN | Dothan | AL | 817.69 | 817.69 |
| 288 | STC | St. Cloud | MN | 260.71 | 260.71 |
| 289 | SPS | Wichita Falls | TX | 523.77 | 523.77 |
| 290 | GUC | Gunnison | CO | 588.66 | 588.66 |
| 291 | GCC | Gillette | WY | 657.67 | 657.67 |
| 292 | BJI | Bemidji | MN | 698.96 | 698.96 |
| 293 | EAT | Wenatchee | WA | 566.23 | 566.23 |
| 294 | SCC | Deadhorse | AK | 524.89 | 524.89 |
| 295 | DIK | Dickinson | ND | 574.90 | 574.90 |
| 296 | SBD | San Bernardino | CA | 119.34 | 119.34 |
| 297 | CIU | Sault Ste. Marie | MI | 710.92 | 710.92 |
| 298 | SHR | Sheridan | WY | 714.85 | 714.85 |
| 299 | GCK | Garden City | KS | 632.06 | 632.06 |
| 300 | BQK | Brunswick | GA | 622.94 | 622.94 |
| 301 | ART | Watertown | NY | 344.82 | 344.82 |
| 302 | ABR | Aberdeen | SD | 782.30 | 782.30 |
| 303 | ALW | Walla Walla | WA | 507.62 | 507.62 |
| 304 | DLG | Dillingham | AK | 550.85 | 550.85 |
| 305 | FLO | Florence | SC | 535.40 | 535.40 |
| 306 | HOB | Hobbs | NM | 444.00 | 444.00 |
| 307 | DBQ | Dubuque | IA | 245.58 | 245.58 |
| 308 | YKM | Yakima | WA | 573.43 | 573.43 |
| 309 | RHI | Rhinelander | WI | 758.20 | 758.20 |
| 310 | TWF | Twin Falls | ID | 748.71 | 748.71 |
| 311 | PLN | Pellston | MI | 757.43 | 757.43 |
| 312 | IMT | Iron Mountain/Kingsfd | MI | 660.60 | 660.60 |
| 313 | EAU | Eau Claire | WI | 228.82 | 228.82 |
| 314 | SPN | Saipan | TT | 656.87 | 656.87 |

| | | | | | |
|---|---|---|---|---|---|
| 315 | PQI | Presque Isle/Houlton | ME | 524.36 | 524.36 |
| 316 | PIH | Pocatello | ID | 768.17 | 768.17 |
| 317 | SUX | Sioux City | IA | 487.52 | 487.52 |
| 318 | PSG | Petersburg | AK | 498.42 | 498.42 |
| 319 | CMX | Hancock/Houghton | MI | 717.54 | 717.54 |
| 320 | RKS | Rock Springs | WY | 601.38 | 601.38 |
| 321 | AKN | King Salmon | AK | 589.92 | 589.92 |
| 322 | LAR | Laramie | WY | 553.98 | 553.98 |
| 323 | BRD | Brainerd | MN | 742.28 | 742.28 |
| 324 | RIW | Riverton/Lander | WY | 597.19 | 597.19 |
| 325 | BTM | Butte | MT | 583.67 | 583.67 |
| 326 | HYA | Hyannis | MA | 402.31 | 402.31 |
| 327 | CYS | Cheyenne | WY | 563.55 | 563.55 |
| 328 | ESC | Escanaba | MI | 571.77 | 571.77 |
| 329 | SMX | Santa Maria | CA | 87.33 | 87.33 |
| 330 | LBF | North Platte | NE | 489.24 | 489.24 |
| 331 | HIB | Hibbing | MN | 656.88 | 656.88 |
| 332 | VEL | Vernal | UT | 509.63 | 509.63 |
| 333 | CDV | Cordova | AK | 517.31 | 517.31 |
| 334 | EAR | Kearney | NE | 687.16 | 687.16 |
| 335 | EKO | Elko | NV | 785.74 | 785.74 |
| 336 | ALO | Waterloo | IA | 591.18 | 591.18 |
| 337 | MEI | Meridian | MS | 538.54 | 538.54 |
| 338 | OTH | North Bend/Coos Bay | OR | 452.32 | 452.32 |
| 339 | WRG | Wrangell | AK | 532.03 | 532.03 |
| 340 | CDC | Cedar City | UT | 541.73 | 541.73 |
| 341 | JST | Johnstown | PA | 483.20 | 483.20 |
| 342 | PIR | Pierre | SD | 710.03 | 710.03 |
| 343 | VCT | Victoria | TX | 503.55 | 503.55 |
| 344 | PRC | Prescott | AZ | 543.91 | 543.91 |
| 345 | BFF | Scottsbluff | NE | 491.86 | 491.86 |
| 346 | CNY | Moab | UT | 499.74 | 499.74 |
| 347 | BFM | Mobile | AL | 103.57 | 103.57 |
| 348 | DEC | Decatur | IL | 520.28 | 520.28 |
| 349 | SLE | Salem | OR | 156.35 | 156.35 |
| 350 | INL | International Falls | MN | 725.50 | 725.50 |
| 351 | APN | Alpena | MI | 686.92 | 686.92 |
| 352 | SLN | Salina | KS | 426.26 | 426.26 |
| 353 | OWB | Owensboro | KY | 558.13 | 558.13 |
| 354 | ATY | Watertown | SD | 602.19 | 602.19 |
| 355 | PAH | Paducah | KY | 698.97 | 698.97 |
| 356 | JLN | Joplin | MO | 487.69 | 487.69 |
| 357 | PIB | Hattiesburg/Laurel | MS | 518.36 | 518.36 |
| 358 | JMS | Jamestown | ND | 506.82 | 506.82 |
| 359 | LBL | Liberal | KS | 408.44 | 408.44 |
| 360 | SHD | Staunton | VA | 599.84 | 599.84 |
| 361 | ALS | Alamosa | CO | 641.74 | 641.74 |
| 362 | BIH | Bishop | CA | 478.86 | 478.86 |
| 363 | YAK | Yakutat | AK | 658.63 | 658.63 |
| 364 | HYS | Hays | KS | 443.79 | 443.79 |
| 365 | CVN | Clovis | NM | 644.28 | 644.28 |
| 366 | DVL | Devils Lake | ND | 484.98 | 484.98 |
| 367 | DDC | Dodge City | KS | 432.04 | 432.04 |
| 368 | BKW | Beckley | WV | 596.66 | 596.66 |
| 369 | OGS | Ogdensburg | NY | 539.40 | 539.40 |
| 370 | MWA | Marion/Herrin | IL | 503.72 | 503.72 |
| 371 | IPL | El Centro | CA | 437.71 | 437.71 |
| 371 | LWB | Lewisburg | WV | 566.71 | 566.71 |
| 373 | LEB | Lebanon-Hanover | NH | 448.45 | 448.45 |
| 374 | FOD | Fort Dodge | IA | 453.00 | 453.00 |
| 375 | DUT | Unalaska | AK | 1,295.78 | 1,295.78 |
| 376 | PUB | Pueblo | CO | 448.21 | 448.21 |
| 377 | CGI | Cape Girardeau | MO | 484.11 | 484.11 |
| 378 | MKG | Muskegon | MI | 535.38 | 535.38 |
| 378 | TBN | Fort Leonard Wood | MO | 466.52 | 466.52 |
| 380 | MBL | Manistee/Ludington | MI | 480.93 | 480.93 |
| 381 | MCW | Mason City | IA | 427.27 | 427.27 |

| Rank | Code | City | State | Fare | Fare |
|---|---|---|---|---|---|
| | AUG | Augusta/Waterville | ME | 563.79 | 563.79 |
| 382 | TEX | Telluride | CO | 759.30 | 759.30 |
| 384 | BHB | Bar Harbor | ME | 487.76 | 487.76 |
| 384 | PKB | Parkersburg | WV | 587.56 | 587.56 |
| 386 | IWD | Ironwood | MI | 496.97 | 496.97 |
| 387 | CEZ | Cortez | CO | 529.04 | 529.04 |
| 388 | UIN | Quincy | IL | 453.76 | 453.76 |
| 389 | RKD | Rockland | ME | 581.58 | 581.58 |
| 390 | DUJ | DuBois | PA | 415.03 | 415.03 |
| 391 | MGW | Morgantown | WV | 601.46 | 601.46 |
| 392 | TUP | Tupelo | MS | 505.89 | 505.89 |
| 392 | RUT | Rutland | VT | 483.20 | 483.20 |
| 394 | LNS | Lancaster | PA | 443.96 | 443.96 |
| 395 | PVC | Provincetown | MA | 432.33 | 432.33 |
| 396 | BRL | Burlington | IA | 472.59 | 472.59 |
| 397 | PGA | Page | AZ | 470.93 | 470.93 |
| 398 | AIA | Alliance | NE | 718.96 | 718.96 |
| 399 | AOO | Altoona | PA | 548.20 | 548.20 |
| 400 | IRK | Kirksville | MO | 539.39 | 539.39 |
| 401 | TVF | Thief River Falls | MN | 609.94 | 609.94 |
| 401 | SDY | Sidney | MT | 472.44 | 472.44 |
| 403 | HOM | Homer | AK | 654.40 | 654.40 |
| 404 | MSL | Muscle Shoals | AL | 547.60 | 547.60 |
| 405 | GLH | Greenville | MS | 602.77 | 602.77 |
| 406 | BFD | Bradford | PA | 729.44 | 729.44 |
| 407 | SLK | Saranac Lake/Lake Placid | NY | 492.76 | 492.76 |
| 408 | MCK | McCook | NE | 523.33 | 523.33 |
| 409 | VQS | Vieques | PR | 627.44 | 627.44 |
| 410 | CDR | Chadron | NE | 529.00 | 529.00 |
| 411 | ADK | Adak Island | AK | 761.00 | 761.00 |
| 412 | SOW | Show Low | AZ | 610.50 | 610.50 |
| 413 | MSS | Massena | NY | 622.60 | 622.60 |
| 414 | MAZ | Mayaguez | PR | 642.92 | 642.92 |
| 415 | ELD | El Dorado | AR | 395.75 | 395.75 |
| 415 | HRO | Harrison | AR | 484.67 | 484.67 |
| 417 | HOT | Hot Springs | AR | 632.67 | 632.67 |
| 417 | MKK | Hoolehua | HI | 528.90 | 528.90 |
| 419 | MKL | Jackson | TN | 460.25 | 460.25 |
| 420 | VDZ | Valdez | AK | 678.50 | 678.50 |
| 421 | OLF | Wolf Point | MT | 858.50 | 858.50 |
| 422 | GDV | Glendive | MT | 810.14 | 810.14 |
| 423 | PDT | Pendleton | OR | 478.67 | 478.67 |
| 424 | GGW | Glasgow | MT | 852.00 | 852.00 |
| 425 | CPX | Culebra | PR | 478.40 | 478.40 |
| 426 | JBR | Jonesboro | AR | 397.25 | 397.25 |
| 427 | LNY | Lanai | HI | 590.50 | 590.50 |
| 428 | JHM | Kapalua | HI | 1,267.00 | 1,267.00 |
| 429 | OGD | Ogden | UT | 103.58 | 103.58 |
| **National Average** | | | | **387.94** | **387.94** |

Source: Bureau of Transportation Statistics, Airline Origin & Destination Survey (10% Sample), DB1B_Ticket where bulk fare equals zero, itinerary fare is greater than or equal to fifty dollars ($50) and itinerary yield is less than or equal to three dollars ($3).

Itinerary Fare: Average fares are based on domestic itinerary fares, round-trip or one-way for which no return is purchased. Fares are based on the total ticket value which consists of the price charged by the airlines plus any additional taxes and fees levied by an outside entity at the time of purchase. Fares include only the price paid at the time of the ticket purchase and do not include other fees, such as baggage fees, paid at the airport or onboard the aircraft. Averages do not include frequent-flyer or 'zero fares' or a few abnormally high reported fares. Airports* ranked by U.S. originating domestic passengers in 2023.

U.S. DEPARTMENT OF TRANSPORTATION

Bureau of Transportation Statistics

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

800-853-1351

Subscribe To Email Updates

   

About    Resources    Policies, Rights and Legal

## About

- About BTS
- Contact Us
- FAQs
- Jobs and Internships
- DOT Research and Technology (OST-R)

- Ask a Librarian
- BTS Open Data Catalog
- National Transportation Library
- Search for On-Time Flight Data
- Acronym Guide

## Policies and Legal

- About DOT
- Budget and Performance
- Civil Rights
- Ethics
- FOIA
- Information Quality
- No FEAR Act
- Office of Inspector General
- Privacy Policy
- USA.gov
- Web Policies and Notices
- Web Standards