# EXHIBIT H



https://www.oaklandairport.com/ September 11, 2024 at 3:43 PM EDT

Port of Oakland | Oakland Seaport | San Francisco Bay Oakland International Airport | English

I ✈ OAK

Fly | Park | Visit | Ground Transportation | Business

## Get Flight Status

Arrivals | Departures

Flight, City, Airline

## Book Parking

Entry Date | Entry Time

Exit Date | Exit Time

## Dine and Shop at OAK

OAK has plenty of concession offerings for passengers who are looking to eat, drink, or shop during their time in the airport. Explore our interactive map.

OPEN

See All >

## Where We Fly – Airlines And Destinations

OAK's airlines offer nonstop service to destinations across the United States, as well as Mexico, San Salvador, and seasonal European service. Check out our interactive WhereWeFly route map to learn about all of the places you can go when you Fly the East Bay Way at OAK!

Search Destinations

**New Routes and Airlines**

Sign Up for OAK & About and Parking Deals

Subscribe Now







## San Francisco Bay Oakland International Airport Terminal Modernization And Development Project

Learn more about the proposed terminal development project that would replace and modernize OAK's aging terminal facilities.

Read More




## Media Center

See All >











August 23, 2024

### San Francisco Bay Oakland International Airport expects busy Labor Day weekend

OAK recommends arriving early and reserving on-site parking ahead Oakland, Calif. – August 23, 2024: San Francisco Bay Oakland...

Read More

August 22, 2024

### San Francisco Bay Oakland International Airport kicks off construction on Terminal 1 check-in lobby refresh

Departing passengers will be greeted by a refresh of 1962 terminal facility Oakland, Calif. – August 22, 2024: This week,...

Read More

August 20, 2024

### San Francisco Bay Oakland International Airport completes sustainable ceiling replacement project

Nearly 50,000 pounds of material recycled; new tile composed of recycled material Oakland, Calif. – August 20, 2024: San Francisco...

Read More







Accessibility

Civil Rights

Media Center

Lost & Found

Airport Rules & Regulations

**Contact Us:**
Customer Relations Representative
San Francisco Bay Oakland
International Airport
Aviation Marketing and
Communications
One Airport Drive, Box 45
Oakland, CA 94621

Call Us **(510) 563-3300**

Email Us

**Connect With Us**

**Sign Up for Updates**
to receive the OAK & About Newsletter!

Subscribe Now

Terms of Use and Privacy Policy        © All rights reserved

https://www.instagram.com/iflyoak/?hl=en                                    September 11, 2024 at 3:45 PM EDT

*Instagram*

Log In   Sign Up



iflyoak    Follow    Message    •••

692 posts    4,305 followers    189 following

**San Francisco Bay Oakland International Airport (OAK)**
Airport
Official instagram of San Francisco Bay Oakland Int'l Airport, serving the SF Bay Area. Click to view and subscribe to... more
🔗 www.oaklandairport.com/business/oak-about

📑 POSTS        🎬 REELS        👤 TAGGED

















Related accounts                                                    See all



**flytulsa**
Tulsa Internation...

Follow

**bufairport**
Buffalo Niagara I...

Follow

**abq.sunport**
ABQ Internationa...

Follow

**flysfo** ✓
San Francisco Int...

Follow

**flygeg** ✓
Spokane Internat...

Follow

**ladotra**
LADOT

Folk

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ⌄   © 2024 Instagram from Meta

https://x.com/IFlyOAKland                                                                    September 11, 2024 at 3:47 PM EDT



**San Francisco Bay Oakland International Airpor**
4,429 posts



**San Francisco Bay Oakland International Airport**
@IFlyOAKland

Follow

The Best Way to San Francisco Bay. We're here Monday–Friday, 8:30a–5p. For immediate assistance, call (510) 563-3300.

📍 Oakland, CA   🔗 oaklandairport.com   📅 Joined April 2009

**767** Following   **10.6K** Followers

| Posts | Replies | Media |
|---|---|---|

**San Francisco Bay Oakland International Airpc** @IFlyOAKlan· Mar 29 ···
On April 11th, the Port of Oakland will consider modifying the airport's name to San Francisco Bay Oakland International Airport. The code OAK and visual brand will not change. Hear from Port Board President Barbara Leslie, and read the full release here: oaklandairport.com/port-of-oaklan...



I'm Barbara Leslie,

2:08

💬 1       ↻ 360        ♡ 73        ⑃ 652K

**San Francisco Bay Oakland International Ai** @IFlyOAKl· Apr 14, 2022 ···
Congratulations, @crankyflier and @hharteveldt for completing the California Corridor Challenge! #OAKCCC These two flew @SouthwestAir, @Delta, @flyjsx, and @SpiritAirlines and touched @SanDiegoAirport, @flyLAXairport, @flyONT, @fly_BUR, @LGBAirport, and @JohnWayneAir. Well done!



Gate 15
2901
Oakland

**New to X?**
Sign up now to get your own personalized timeline!



🅖 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**

SFO  San Francisco Internation    Follow
     @flySFO

SJC  San José Mineta Internat     Follow
     @FlySJC

     Gulfport Airport             Follow
     @FlyGPT

Show more

Something went wrong. Try reloading.

🔄 Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.



**San Francisco Bay Oakland International A** @IFlyOAKl · Sep 30, 2022 ···
Good luck, @CalFootball! #GoBears

> 🐻 **Cal Football** ✓ @CalFootball · Sep 30, 2022
> Wheels up to Wazzu 🐻
>
> #GoBears

💬    🔁 2    ♡ 44    ⬤

**San Francisco Bay Oakland International A** @IFlyOAKl · May 12, 2022 ···
We have a special furry visitor coming to OAK! Tomorrow, from 12:30-1:30 PM, Oski the Bear from @CalAthletics will be here to see off @UCBerkeley student travelers for summer break. If you're Flying the East Bay Way tomorrow, come say hi to Oski!

💬    🔁 10    ♡ 44    ⬤

**San Francisco Bay Oakland International A** @IFlyOAKl · Nov 26, 2019 ···
Attention customers. Currently there is a power outage affecting the airport. OAK staff are working to resolve the issue. Please check with your airline for flight status. Updates to this issue will be made as information is received.

💬 15    🔁 61    ♡ 41    ⬤

**San Francisco Bay Oakland International Ai** @IFlyOAKla · Oct 4, 2021 ···
Welcome back to OAK! @BlueAngels are here flying their new jets, F-18 Super Hornets, in preparation for @FleetWeekSF October 8-10th.



**San Francisco Bay Oakland International Airpc** @IFlyOAKland · Mar 29 ···
Replying to @IFlyOAKland
The purpose is to increase geographic awareness of the airport among inbound travelers, which will increase airline route profitability and expand route options. This will protect the over 30,000 direct jobs and $1.6 billion in economic impact generated by the airport.

〇  ⇄ 45    ♡ 40    ᐧ|ᐧ 38K    🔖  ⬆

**San Francisco Bay Oakland International A** @IFlyOAKl⫶ · Nov 26, 2019 ···
UPDATE: Flights, both arrivals and departures, are operating at this time. Power has been restored to majority of the terminal but sporadic outages remain. Screening checkpoints are open. Please check with your airline for flight updates. We apologize for this inconvenience.

〇 12    ⇄ 20    ♡ 37    ᐧ|ᐧ    🔖  ⬆

**San Francisco Bay Oakland International Ai** @IFlyOAKl⫶ · Jan 27, 2021 ···
OAK first U.S. airport to sell COVID test kits in vending machines
oaklandairport.com/oak-first-u-s-...

〇 5    ⇄ 30    ♡ 40    ᐧ|ᐧ    🔖  ⬆

**San Francisco Bay Oakland International Ai** @IFlyOAKl⫶ · Apr 8, 2022 ···
OAK announces the Oakland California Corridor Challenge! On 4/12, two travel experts will kick off from OAK and fly as many intra-California flights as they can in a 72-hour period. Follow along on their journey using #OAKCCC! @crankyflier @hharteveldt oaklandairport.com/oak-presents-t...

〇 1    ⇄ 16    ♡ 34    ᐧ|ᐧ    🔖  ⬆

**San Francisco Bay Oakland International A** @IFlyOAKl⫶ · Nov 26, 2019 ···
UPDATE: Power has been restored to the majority of the terminal complex





**San Francisco Bay Oakland International Airport** @IFlyOAKland · Feb 6 ···
Oakland International Airport renews advertising agreement with @oaklandrootssc! OAK will once again be the Official Airport of Oakland Roots for 2024 season. #oakland #sports #soccer Click here to read more: oaklandairport.com/oakland-airpor...

I ✈ OAK

💬 1    ↻ 7    ♡ 26    ↟ 1.7K    🔖    ⬆

**San Francisco Bay Oakland International Ai** @IFlyOAKla · Mar 4, 2022 ···
Oakland International Airport stands with the people of Ukraine.

💬    ↻ 3    ♡ 26    ↟    🔖    ⬆

**San Francisco Bay Oakland International Ai** @IFlyOAKla · Nov 3, 2017 ···
Southwest Airlines Announces Four New Nonstop Destinations at OAK Orlando, Minneapolis, Indianapolis, San Antonio from OAK in Summer 2018

💬 1    ↻ 13    ♡ 24    ↟    🔖    ⬆

**San Francisco Bay Oakland International Ai** @IFlyOAKla · Jul 25, 2018 ···
SURPRISE!! Kevin Durant @AlaskaAir plane lands at OAK to pick up 2 East Bay youth basketball teams with KD onboard! Off to Vegas for tournament. #iflyoakland #Nike

💬 1    ↻ 9    ♡ 26    ↟    🔖    ⬆

**San Francisco Bay Oakland International Ai** @IFlyOAKla · Apr 3, 2023 ···
Press Release: Oakland International Airport announces advertising partnership with Oakland Roots Sports Club @oaklandrootssc - The

San Francisco Bay Oakland International Airport or Oakland Roots SC. Read more here:
oaklandairport.com/oakland-intern...

↩ 💬  ⟲ 8  ♡ 25  ⫿⫿ 3K  🔖  ⬆

**San Francisco Bay Oakland International Air** @IFlyOAKla · Jan 9, 2019 ···
A big thank you and our sincere appreciation goes to the wonderful law enforcement organizations that keep OAK safe and secure! @ACSOSheriffs @TSA @CBP #LawEnforcementAppreciationDay

💬 1  ⟲ 5  ♡ 26  ⫿⫿  🔖  ⬆

**San Francisco Bay Oakland International Ai** @IFlyOAKlz · Sep 17, 2017 ···
On September 17, 1927, Oakland Airport was officially dedicated. Happy Birthday, OAK!!
vimeo.com/232922214

vimeo.com
Oakland Airport - Here for 90 Years
This is "Oakland Airport - Here for 90 Years" by Together Pictures on Vimeo, the home for high ...

💬 1  ⟲ 3  ♡ 22  ⫿⫿  🔖  ⬆

**San Francisco Bay Oakland International Ai** @IFlyOAKlz · Apr 12, 2022 ···
Today is the day! @crankyflier and @hharteveldt are kicking off their 72-hour journey throughout the state of California. First stop - @SanDiegoAirport! #OAKCCC





♡ 20      🔖      📤

**San Francisco Bay Oakland International Ai** @IFlyOAKl₂ · Jun 10, 2022 ···
Big news for international travel! Beginning Sunday, pre-departure COVID tests will no longer be required for passengers arriving in the United States. Learn more here:

US drops COVID testing requirement for international flyers
From usatoday.com

💬 1      ↻ 9      ♡ 21      📊      🔖      📤

**San Francisco Bay Oakland International Ai** @IFlyOAKl₂ · Jun 8, 2018 ···
WARRIORS! CONGRATULATIONS! BACK TO BACK CHAMPIONS

**Golden State Warriors** ✓ @warriors · Jun 8, 2018
HOW MANY, KLAY?!

0:02

💬       ↻ 1      ♡ 18      📊      🔖      📤

**San Francisco Bay Oakland International Ai** @IFlyOAKl₂ · Jan 19, 2022 ···
Be sure to snap a pic with your favorite @oaklandrootssc players at their installation located pre-security in Terminal 1 next time you fly OAK!

**Oakland Roots** ✓ @oaklandrootssc · Jan 19, 2022
Welcome to Oakland.

Whether you're landing back in The Town or flying out on a bidness trip, stop by our installation at @IFlyOAKland International Airport (Terminal 1) and snap a photo with your Oakland Roots players....
Show more

💬       ↻ 7      ♡ 20      📊      🔖      📤

**San Francisco Bay Oakland International Ai** @IFlyOAKl₂ · Apr 12, 2022 ···
Welcome back to home base @hharteveldt and @crankyflier! These two are taking a pit stop before their next quick and easy flight to @flyLAXairport.
We hope you keep following along with us on the Oakland California

Corridor Challenge throughout the week! #OAKCCC #FlyTheEastBayWay



💬    ↻ 3          ♡ 19                                         🔖 ↗

**San Francisco Bay Oakland International A** @IFlyOAKl · Mar 30, 2017 ···
Ribbon is cut! THANK YOU @PortofOakland Pres Michael Colbruno & Mayor
Libby Schaaf & Commissioners! #BritishAirways @MikeOpera
@LibbySchaaf

> 🧑 **Michael Colbruno** 🅰 ✓ @MikeOpera · Mar 30, 2017
> Mayor @LibbySchaaf welcomed @British_Airways to @IFlyOAKland
> along with Aviation Dir. Bryant Francis and Comm. Ces Butner and Joan
> Story.
>
> 

💬 2    ↻ 5          ♡ 17                                       🔖 ↗

**San Francisco Bay Oakland International A** @IFlyOAKl · Nov 30, 2018 ···
Congrats to @UCImbb on their win against Saint Mary's. Safe travels home
gentlemen! And thanks for flying thru OAK! 🏀





♡ 4    ♡ 18

**San Francisco Bay Oakland International A** @IFlyOAKl₁ · Dec 26, 2022 · · ·
Southwest Airlines said it is "experiencing disruptions across our network as a result of the winter storm's lingering effects on the totality of our operation." On behalf of Southwest and the the team at OAK we thank you for your patience and apologize for the delays

💬 3    ↻ 4    ♡ 18    �Ill 4.5K

**San Francisco Bay Oakland International A** @IFlyOAKl₁ · Sep 19, 2022 · · ·
It's official – Tay Ho Oakland at OAK is now open! This new restaurant is based on the beloved Oakland Chinatown eatery and offers Vietnamese classics like pho, vermicelli bowls, and banh mi sandwiches. Enjoy a fresh and healthy meal at Tay Ho next time you #FlyTheEastBayWay!



💬    ↻ 5    ♡ 17    Ill

**San Francisco Bay Oakland International Ai** @IFlyOAKla · Feb 4, 2021 · · ·
Welcome to Flying the East Bay Way @FlyFrontier! OAK's newest airline will offer nonstop service to Denver, Las Vegas and Phoenix. #iflyoak



💬 1    ↻ 7    ♡ 16    Ill

**San Francisco Bay Oakland International Ai** @IFlyOAKl₁ · Apr 12, 2022 · · ·
@crankyflier and @hharteveldt's journey this morning started with a quick and easy ride on the @SFBART Oakland Airport connector, followed by an interview with @abc7newsbayarea! #OAKCCC #FlyTheEastBayWay



**San Francisco Bay Oakland International Air** @IFlyOAKla · Jun 7, 2017 ···
Today, @Fly_Norwegian commences nonstop twice-weekly service between @IFlyOAKland and #Barcelona on its beautiful 787 Dreamliner aircraft.

♡ 1    ↺ 10    ♡ 14    �ᵢₗₗ    🔖 ⬆

**San Francisco Bay Oakland International Ai** @IFlyOAKla · Jan 11, 2019 ···
Replying to @IFlyOAKland
All day Federal Employee Appreciation Event at OAK. We are thanking our partners before/after shifts and during breaks for keeping our airport operating and safe!

♡    ↺ 4    ♡ 16    ᵢₗₗ    🔖 ⬆

**San Francisco Bay Oakland International Airpo** @IFlyOAKlan · Feb 27 ···
Did you know that OAK has a super convenient BART station right on-site at the airport? Take the airport connector from the Coliseum station, and the terminals are just a crosswalk away! @SFBART #FlyTheEastBayWay #IFlyOAK

♡    ↺ 6    ♡ 16    ᵢₗₗ 18K    🔖 ⬆

**San Francisco Bay Oakland International A** @IFlyOAKl · Mar 24, 2022 ···
Press Release: Spirit adds daily nonstop between OAK and Newark Liberty Airport serving metropolitan New York City. #FlyTheEastBayWay
oaklandairport.com/spirit-adds-da...

♡ 9    ↺ 5    ♡ 15    ᵢₗₗ    🔖 ⬆

**San Francisco Bay Oakland International Ai** @IFlyOAKl · Jan 22, 2021 ···

Bernie, the East Bay way!



♡ 14

**San Francisco Bay Oakland International Ai** @IFlyOAKli · Apr 17, 2023 ···
Did you know that OAK now has nonstop flights to San Salvador on Volaris El Salvador? Book your travel at volaris.com! @flyvolaris
#FlyTheEastBayWay #IFlyOAK #ElSalvador #Oakland #SanFrancisco #SFBayArea



♡ 15     ᶦᶦᶦ 9.7K

**San Francisco Bay Oakland International Ai** @IFlyOAKli · Apr 13, 2022 ···
On their last OAK stop of the day, @crankyflier and @hharteveldt met up with Oakland International Airport Aviation Director, Bryant L. Francis! Brett and Henry, we hope you get some rest before #OAKCCC Day 3 tomorrow.
#FlyTheEastBayWay





**San Francisco Bay Oakland International Airpor** @IFlyOAKlant · May 9 ···
Press Release: 'San Francisco Bay Oakland International Airport' name official – Unanimous final vote by Oakland Board of Port Commissioners. Click here to read the full release: oaklandairport.com/san-francisco-...
#iflyoak #BestWayToSanFranciscoBay

💬        ⟲ 16        ♡ 15        ᵢₗᵢ 2.8K        🔖        ↥

**San Francisco Bay Oakland International A** @IFlyOAKl· · Feb 25, 2022 ···
Friendly reminder - face coverings are still required at OAK.

> **TSA_Pacific** @TSA_Pacific · Feb 25, 2022
> Spotted this sign in the @TSA security checkpoint @ANCairport this morning. In case you were wondering, the mask requirement remains in place. We will continue to assess the duration of the requirement in consultation with @CDCgov.

💬        ⟲ 2        ♡ 14        ᵢₗᵢ        🔖        ↥

**San Francisco Bay Oakland International Ai** @IFlyOAKla · Feb 6, 2018 ···
Viva Roma! Oakland to Rome Link Launches with Norwegian Nonstop

💬        ⟲ 1        ♡ 12        ᵢₗᵢ        🔖        ↥

**San Francisco Bay Oakland International Ai** @IFlyOAKl· · Nov 27, 2019 ···
UPDATE: Terminal 2 TSA screening has reopened

💬 1        ⟲ 6        ♡ 13        ᵢₗᵢ        🔖        ↥

**San Francisco Bay Oakland International Ai** @IFlyOAKl· · Jun 18, 2021 ···
Here's to a Happy 50 years and Cheers to 50 more!!! 🎊🥂 @SouthwestAir
#Southwest50

💬 2        ⟲ 3        ♡ 14        ᵢₗᵢ        🔖        ↥



**San Francisco Bay Oakland International Ai** @IFlyOAKI · Jan 26, 2023 ···
The @oakzoo has a new display up in pre-security Terminal 1. Lucha the jaguar and Rainer the white-handed gibbon are looking great! #airports #wildlife #travel #tourism

💬 4       ↻ 1       ♡ 13       📊 1.3K       🔖  ⬆️

**San Francisco Bay Oakland International A** @IFlyOAKI · May 18, 2022 ···
Today, @SpiritAirlines launches their new flight to @PHLAirport! We encourage our community to Fly the East Bay way nonstop to Philadelphia to support this exciting new service. Book now at spirit.com

💬       ↻ 3       ♡ 14       ⬛       🔖  ⬆️

**San Francisco Bay Oakland International Ai** @IFlyOAKI · Aug 16, 2019 ···
Why do planes hide at the airport?
To hide in plane sight.🤣
#NationalTellAJokeDay  #airporttwitter

💬 3       ↻ 1       ♡ 13       ⬛       🔖  ⬆️

**San Francisco Bay Oakland International Air** @IFlyOAKI · Jul 3, 2018 ···
When you fly to Azores from OAK you may get to travel on this beauty.
#TravelTuesday @_azoresairlines @visitingazores

💬       ↻ 3       ♡ 14       ⬛       🔖  ⬆️

**San Francisco Bay Oakland International Ai** @IFlyOAKI · Oct 6, 2022 ···
Press Release: OAK Airport hosts the U.S. Navy Blue Angels for SF Fleet Week 2022. This will be the 8th year that the @BlueAngels & other military & general aviation performers have used OAK as their home base for the event. @FleetWeekSF #FleetWeekSF oaklandairport.com/oakland-airpor



♡ 1    ⟲ 4    ♡ 12    📊

**San Francisco Bay Oakland International A**i @IFlyOAKL· · Mar 18, 2019 ···
Southwest Airlines' First Flight to Hawaii a Success from Oakland:  It's an
Aloha Monday at Oakland International after the first Southwest Airlines
flight to the Hawaiian Islands arrived in Honolulu Sunday evening

♡ 1    ⟲ 1    ♡ 13    📊

**San Francisco Bay Oakland International Airport** @IFlyOAKland · Jul 1 ···
OAK welcomes new airline @VivaAerobus for new nonstop service to
Monterrey, Mexico! To celebrate, we held a ribbon-cutting event at the gate,
a mariachi band performance in the terminal, and food courtesy of Cancun
Sabor Mexicano! Book now at vivaaerobus.com #iflyoak

💬    ⟲ 7    ♡ 13    📊 9K

**San Francisco Bay Oakland International Ai** @IFlyOAKL· · Aug 11, 2022 ···
#ThrowbackThursday to May of this year when we were visited by our very
favorite bear, Oski! @CalAthletics @UCBerkeley #TBT #FlyTheEastBayWay

💬    ⟲ 4    ♡ 13    📊

**San Francisco Bay Oakland International Airpo** @IFlyOAKland · Mar 14 ···
We're proud to be the official airport of the @oaklandrootssc and are
excited about the season beginning again this past weekend. Keep an eye
out for our logo on the team's 2024 USL Championship League jerseys!





Don't miss what's happening
People on X are the first to know.

Log in     Sign up

https://www.google.com/search?q=oakland+airport&sca_esv=450070a99877800c&sxsrf=ADLYWILd2dRcrvUdJiggrmvO_XDbufvGaw% September 11, 2024 at 3:47 PM EDT
3A1726072348270&source=hp&ei=HMbhZor1DZS4kPIPvpeK6Ao&iflsig=AL9hbdgAAAAAZuHULNIAd8woFF0xrF_6X2wsVOZwbu7r&ved=0ahUKEwiK87DJqLuIAxUUHEQIHb
6LAq0Q4dUDCBg&uact=5&oq=oakland+airport&gs_lp=Egdnd3Mtd2l6Ig9vYWtsYW5kIGFpcnBvcnQyChAjGIAEGCcYigUyBBAjGCcyBBAjGCcyExAuGIAEGLEDGEMYxwEYig
UYrwEyChAAGIAEGEMYigUyDRAAGIAEGLEDGBQYhwIyBRAAGIAEMgcQABiABBgUGIcCMgUQABiABDIFEAAYgARI1DFQAFj6MHAGeACQAQGYAY4CoAH-DKoBBTUuO
C4xuAEDyAEA-AEBmAIToAK7C6gCCsICChAuGIAEGEMYigXCAggQABiABBixA8ICEBAuGIAEGEMYxwEYigUYrwHCAgUQLhiABMICDhAuGIAEGMcBGI4FGK8BwgITEC4Y
gAQYFBiHAhjHARiOBRivAcICDhAuGIAEGLEDGIMBGNQCwgIHECMYJxjqAsICEBAuGMcBGCcY6gIYjgUYrwHCAhAQLhiABBixAxiDARgUGIcCwgIOEC4YgAQYsQMY0QMY
xwHCAg4QLhiABBixAxjHARivAcICDhAAGIAEGLEDGIMBGIoFmAMDkgcEMTAuOaAHptoB8&sclient=gws-wiz

Google

oakland airport

Sign in

All Maps News Images Videos Shopping Web ⋮ More Tools

oaklandairport.com
https://www.oaklandairport.com ⋮

Homepage - San Francisco Bay Oakland International Airport

San Francisco Bay **Oakland** International **Airport** is an international **airport** 25 minutes from downtown San Francisco in the heart of the Bay Area.

Airlines and Destinations
select a destination or an airline from the dropdowns below to ...

Get Flight Status
View live flight status for flights arriving to and departing from ...

Parking Information
Book parking at San Francisco Bay Oakland International Airport ...

Dining, Shopping, & Amenities
Food, beverage, concessions, and retail spaces available in ...

Buy Tickets
Find links to buy tickets for airlines operating from the San ...

More results from oaklandairport.com »

Wikipedia
https://en.wikipedia.org › wiki › San_Francisco_Bay_Oa... ⋮

San Francisco Bay Oakland International Airport

The **airport** is located 7 miles (11 km) south of Downtown **Oakland** and 12 miles (19 km) east of San Francisco, serving the East Bay of the San Francisco Bay Area.

People also ask ⋮

Is Oakland airport experiencing delays?

What happened to Oakland Airport?

How early should I arrive at Oakland Airport?

How many terminals are at Oakland Airport?

Feedback

Facebook · San Francisco Bay Oakland International Airport
57.3K+ followers ⋮

San Francisco Bay Oakland International Airport

San Francisco Bay **Oakland** International **Airport** is closest to most of the region's population and employers. By roadway and air-rail (BART) it offers superb ...

★★★★ Rating: 3.9 · 1,165 votes

Top stories ⋮

Simple Flying

"Infringing New Name": Bay Area Passengers Are Going To The Wrong Airport After OAK Name Change

3 days ago

## San Francisco Bay Oakland International Airport

4.2 ★★★★ 6,803 Google reviews ⋮

International airport in Alameda County, California

Website Directions Save

Share Call

San Francisco Bay Oakland International Airport is an international airport in Oakland, California. The airport is located 7 miles south of Downtown Oakland and 12 miles east of San Francisco, serving the East Bay of the San Francisco Bay Area. Wikipedia

**Departments:** OAK Official Daily Parking · OAK Official Hourly Parking · OAK Official Premier Parking

**Address:** 1 Airport Dr, Oakland, CA 94621

**Code:** OAK

**Servicing airlines:** Southwest Airlines

**Hub for:** Southwest Airlines, JetBlue, JSX, FedEx Express, MORE

**Elevation:** 9.843′

**Phone:** (510) 563-3300

Suggest an edit · Own this business?

Popular times

MON TUE WED THU FRI SAT SUN

Live: A little busy

Profiles

Facebook YouTube Instagram

People also search for





**SFGATE**

OAK flyers are mistakenly going to SFO following airport rebrand

6 days ago

More news →

 

| Oakland Int'l Airport | Oakland Airport Information | Oakland Internatio... Airport | Oakland Internatio... High Sch... |
|---|---|---|---|
| Transport interchan... | Information services | Bus station | High school |

---


airport.guide
https://www.airport.guide › koak ⋮

**Oakland Airport (OAK) | Terminal maps | Airport guide**

The **airport** consists of two main passenger terminals, Terminal 1 and Terminal 2, designed with passenger convenience in mind. The terminals offer a wide variety ...

**d.** Dollar Car Rental
https://www.dollar.com › ... › California › Oakland ⋮

**Car Rental - Oakland International Airport**

Start your family getaway in **Oakland** with Dollar when you book a great rental car at a great car rental rate at **Oakland** International **Airport**.

★★★☆ Rating: 3.5 · 4 votes


iflyoak.com
https://book.iflyoak.com › book › OAK › Parking ⋮

**Official Parking at OAK**

Convenient, prepaid parking with touchless lot entry and exit. Enter your dates of travel to see options available to pre-book. Simply book and pay.

Signature Aviation
https://www.signatureaviation.com › fbo-pages ⋮

**Fixed Base Operator (FBO) at Oakland Int'l Airport**

Signature **OAK** offers private and general aviation ground handling, including jet aircraft fueling, at **Oakland** Int'l **Airport**.

### People also search for ⋮

     

| San Jose Mineta... | San Francisco Internationa... | Ontario International... | Los Angeles International... | John Wayne Airport | Sacramento International... |
|---|---|---|---|---|---|

Feedback

| | | | |
|---|---|---|---|
| Oakland airport **address** 🔍 | | Oakland Airport **map** 🔍 | |
| Oakland Airport **arrivals** 🔍 | | Oakland Airport **parking** 🔍 | |
| Oakland airport **Departures** 🔍 | | Oakland airport **name change** 🔍 | |
| Oakland airport **name** 🔍 | | Oakland Airport **food** 🔍 | |



Goooooooooogle ›

1 2 3 4 5 6 7 8 9 10    Next

---

### Questions & answers

**Q:** (Translated by Google) Which room to go   [Ask a question]
to in Acutalajara on Volaris?...

**A:** Yes to Guadalajara on Volaris airlines!
See all questions (203)

### Reviews
Reviews from the web

| Facebook | Flightradar24 |
|---|---|
| **3.9/5** | **75%** |
| 1,165 votes | 605 reviews |

### Google reviews ⓘ   [Write a review]  [Add a photo]

Airport featuring a range of artwork, with a golf course & an aviation museum nearby. - Google


"Super friendly **staff** and awesome local restaurant and **coffee options**."
★★★★★


"Fast, convenient, and nice **selection** of **food** and **drinks** while u wait."
★★★★★


"Some reasonably priced **food choices** and overall, a small **place** which is nice."
★★★★★

View all Google reviews

---

● Chicago, Illinois - Based on your past activity - Update location