# EXHIBIT I



### Trending cities

Book flights to a destination popular with travelers from the United States



**Las Vegas, United States of America**
Flights from Chicago O'Hare International Airport
Sep 17 - Sep 24 · Round-trip



**Miami, United States of America**
Flights from Chicago O'Hare International Airport
Sep 14 - Sep 21 · Round-trip



**Orlando, United States of America**
Flights from Chicago O'Hare International Airport
Sep 17 - Sep 24 · Round-trip



**Los Angeles, United States of America**
Flights from Chicago O'Hare International Airport
Sep 15 - Sep 22 · Round-trip

### Your account, your travel

**All your trip details in one place**
Sign in to book faster and manage your trip with ease

 










