# EXHIBIT J



 Shop travel  Get the app | English | List your property | Support | Trips | Sign in

## Travel Advisory
We are experiencing high call volume and long wait times. If your needs are not urgent, please consider postponing your call to avoid long hold times or visit our Help Center.
Find out more

**Stays** | Flights | Cars | Packages | Things to do | Cruises

oakland ✕ | Dates: Sep 16 – Sep 18 | Travelers: 2 travelers, 1 room | Search

- ✈ Oakland (OAK - Oakland Intl.) — California, United States
- 📍 Oakland — California, United States
- 📍 Oakland — Pittsburgh, Pennsylvania, United States
- 📍 Oakland — Maryland, United States
- 📍 Oakland — Illinois, United States
- 📍 Oakland Park — Florida, United States
- 📍 Oaklandon — Indiana, United States

Unlock instant savings with Member Prices. Also, members save up to 30% when you add a hotel. Sign in · Learn about One Key



## Discover your new favorite stay


Resort


Spa


Cabin


Pet friendly


Hot tub



### Big savings on trips for fall
Experience autumn with a scenic country escape or a charming city stay. Members save more.





https://www.alaskaair.com/ September 11, 2024 at 4:12 PM EDT

- Due to Tropical Storm Francine, a [flexible travel policy](#) is in place for travel to/from New Orleans (MSY).
- [Special travel instructions](#) are in effect for multiple regions.

✕

 

Español   Cart 0   Help center   Sign up   Sign in ▾

**Book**   Manage   Check in   Where we fly   Traveling with us   Mileage Plan

Search 🔍

### Welcome. Let's go somewhere.

| **Book** | Check in | Flight status | Manage trip |

| **Flights** | Hotels | Cars |

☐ One-way    ☐ Use miles

From
`oakla`

To

Bay Area (All Airports)
**Oakla**nd, CA (OAK-**Oakla**nd Intl.)
San Francisco, CA (SFO-San Francisco Intl.)
San Jose, CA (SJC-San Jose Intl.)

Adults: 1 adult
Children ⓘ : 0 children

All search options
Use discount or companion fare code

[ **Find Flights** ]



**THREE DAYS ONLY**

# Adventure Awaits

Choose from hundreds of routes on sale. Book by September 12, 2024 and land fares from

**$49**  or  **4,000**
one way*       miles one way*

[ **Book now** ]

*Discount applies for travel October 1, 2024 – March 5, 2025. Restrictions apply.

| ♿ Accessible services | 🧳 Baggage & optional fees | 🪪 Flying with REAL ID

---



**LIMITED TIME ONLINE OFFER**

## The $0 Companion Fare has landed.

Get a $0 Companion Fare (plus taxes and fees from $23) and 50,000 bonus miles after qualifying purchases made with the Alaska Airlines Visa® card.

[ Apply now ⧉ ]

Must apply here for this offer. Offers vary elsewhere.

---



**Now arriving: 15% off Stays by Alaska Vacations**

Enjoy a 15% discount on over 900,000 hotels and vacation rentals worldwide through October 13, 2024. Terms apply.

[ Search Stays ]



New members, join now and save $25* on your next flight. You don't need to be a frequent flyer to fly like one.

*Restrictions apply

[ Join today ]



**Alaska Airlines and Hawaiian Airlines**

[ Learn more ⧉ ]

⬆

Log in to view points balance | Log in | Create account | Español

# Southwest

FLIGHT | HOTEL | CAR | VACATIONS | CRUISES    SPECIAL OFFERS    RAPID REWARDS®

## OCTOBER TRAVEL INCLUDED

**Wanna Get Away® Sale**

From Chicago (Midway), IL
One-way as low as*
**$49**

[Book now]

*Restrictions, exclusions, and blackout dates apply. 21-day advance purchase required. Seats and days limited. Select markets. Book 9/10-9/19.

---

Cruises    CHECK IN    FLIGHT STATUS    CHANGE/CANCEL

Baggage and optional fees    ● Dollars    ○ Points

**DEPART**
OAK
Oakland, CA - OAK

**ARRIVE**

**DEPART DATE**
9/12
Thu, Sep 12, 2024

**RETURN DATE**
9/15
Sun, Sep 15, 2024

**PASSENGERS**
1

**PROMO CODE** (Optional)

Advanced search    [Search]

### San Francisco Area Airports (dropdown - DEPART)
- ☐ San Francisco Airports
- ☑ **Oak**land, CA - OAK
- ☐ San Francisco, CA - SFO
- ☐ San Jose, CA - SJC

### San Francisco Area Airports (dropdown - ARRIVE)
- ☐ San Francisco Airports
- ☑ **Oak**land, CA - OAK
- ☐ San Francisco, CA - SFO
- ☐ San Jose, CA - SJC

---

## Get rewarded rapidly.

- No blackout dates & points don't expire.
- Redeem points on flights, hotels, cars, & more

All Rapid Rewards® rules and regulations apply and can be found at Southwest.com/rrterms.

[Join for free ›]

### Wanna rake in a trip this fall?
# Earn 50,000 points.

[Learn more ›]

---

## Special Offers

**BOOK A VACATION**
Bundle Southwest® flight + hotel to save big on your next vacation.
[Explore vacations]

**RENT A CAR**
Earn up to 4X points on your next car rental at over 100 locations nationwide.
[Rent a car]

**BOOK A HOTEL**
Earn up to 10,000 points per night on hotel stays.
[Search hotels]

Feedback

