BOBBY GHAJAR (198719)
JOHN HEMANN (165823)
JUDD LAUTER (290945)
COOLEY LLP
3 Embarcardero, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
Email: bghajar@cooley.com
       jhemann@cooley.com
       jlauter@cooley.com

DAVID CHIU (189542)
City Attorney
JESSE SMITH (122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (173594)
Chief Deputy City Attorney
JULIE VEIT (209207)
CHRISTOPHER STUART (262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4700
Facsimile:    (415) 554-4757
Email: Cityattorney@sfcityatty.org
       Jesse.Smith@sfcityatty.org
       Yvonne.Mere@sfcityatty.org
       Julie.Veit@sfcityatty.org
       Christopher.Stuart@sfcityatty.org

Attorneys for Plaintiff and Counterclaim Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-CV-02311-TSH<br><br>**DECLARATION OF CHRIS BIRCH IN SUPPORT OF PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR PRELIMNARY INJUNCTION**<br><br>Date:    October 24, 2024<br>Time:   10:00 AM<br>Dept:   E – 15TH Floor<br>Judge:  Hon. Thomas S. Hixton |

I, Christopher Birch, declare as follows:

1. I am the Director, Guest Experience at San Francisco International Airport ("SFO"). I have been employed by SFO since January 2008. I have personal knowledge of the facts contained in this declaration in support of the City and County of San Francisco's Motion for Preliminary Injunction. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. As Director, Guest Experience, I oversee customer service at SFO. It is an important priority of the airport that our travelers are satisfied with their experience. Travel can be taxing or even frustrating, and so we take great care to ensure that is not the experience of our guests. We are also mindful to be responsive to our guests' concerns. To that end, we have staffed information booths throughout the airport with employees who can provide customer service and answer questions. If there are issues that come up frequently, if staff can't answer a question, or in situations where a guest is upset and demands escalation of a complaint, the staff will contact me.

3. Part of my job is understanding the interactions between guests and our staff and I sometimes even man a support desk myself. Customer inquiries mostly relate to directional information concerning the location of airport tenants, services, and facilities.

4. Following the renaming of the "Oakland International Airport" to "San Francisco Bay Oakland International Airport," SFO has, naturally, been concerned that travelers intending to depart from Oakland will inadvertently show up at SFO. When this type of confusion occurs, travelers may seek assistance from staff at one of our information booths.

5. To better keep track of the problem, I instructed my volunteer staff to create a record to collect as much information as possible from individuals who have mistakenly shown up at SFO intending to depart from Oakland. Some of the individuals are unwilling to provide full contact information. Others have expressed frustration and only provide minimal information. Attached hereto as Exhibit A is a true and correct copy of the daily operation log that we have been maintaining of these incidents.

6. Since we first began keeping track of these incidents in June 2024, our staff has logged 15 instances between June 18th and August 23rd in which a visitor has shown up at our

airport intending to have traveled to Oakland.

7. I understand that the Oakland Airport has so far only partially implemented its rebrand, and is not using the name "San Francisco Bay Oakland International Airport" in every instance, for example the new name does not appear in the search tab for many online travel agencies such as Priceline.com. I believe that if the Oakland airport's rebrand is fully implemented, including across various third-party platforms, the types of confusion incidents that we have been logging will only multiply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of September, 2024 at San Francisco, California.

_____
Christopher Birch