# EXHIBIT A

# SFO INFORMATION DESK - DAILY OPERATION LOG

| | Date | Passenger Name | Contact Information (phone or email) | Comments (Flight #; Destination;Departure Time) |
|---|---|---|---|---|
| | **New OAK Aiport name caused confusion** | | | |
| 1 | 6/18/2024 | Unknown | None | Spirit Airlnes - OAK/ONT |
| 2 | 6/18/2024 | Michelle R | (209) 616- | Volaris Airlines |
| 3 | 6/18/2024 | Venancio G | (209) 509- | Confirm# Y47793 / Dest: MLM/ ETD: 5:30PM |
| 4 | 6/24/2024 | Maria Joe F | None | Spirit |
| 5 | 6/25/2024 | Unknown | None | Dropped off at SFO but flying out of OAK |
| 6 | 7/1/2024 | Rashpiinder B | (209) 918- | Unknown |
| 7 | 7/8/2024 | Erika G | (209) 626- | Volaris Airlines / Out of OAK |
| 8 | 7/9/2024 | Ruel F | (702) 489- | Dropped off at wrong airport |
| 9 | 7/12/2024 | Karla M | (844) 184- | Final destination / Mexico |
| 10 | 7/29/2024 | Pty of two | pax was rushing, didn't have time to leave name | FLT# 4409 |
| 11 | 7/30/2024 | Tavin H | 702-809- | Spirit Airlnes - OAK/SLC; ETD: 1402 |
| 12 | 8/3/2024 | Pty of two | too upset didn't have time to leave names | Spirit Airlines - OAK/LAS |
| 13 | 8/4/2024 | Pty of one | None | Volaris Airlines |
| 14 | 8/21/2024 | Victor G | 310-408- | (Spirit) NK1479/ Destination: San Diego |
| 15 | 8/22/2024 | Elijah F | 401-808- | Unknown |

## SFO INFORMATION DESK - DAILY OPERATION LOG

| 16 | 8/23/2024 | Pty of One | None | Dropped off by Uber to SFO but needed to go to SF Bay Oakland Airport |
|---|---|---|---|---|
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |