1  BOBBY GHAJAR (198719)
   JOHN HEMANN (165823)
2  JUDD LAUTER (290945)
   COOLEY LLP
3  3 Embarcadero, 20th Floor
   San Francisco, California 94111-4004
4  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
5  Email: bghajar@cooley.com
          jhemann@cooley.com
6          jlauter@cooley.com

7  DAVID CHIU (189542)
   City Attorney
8  JESSE SMITH (122517)
   Chief Assistant City Attorney
9  YVONNE R. MERÉ (173594)
   Chief Deputy City Attorney
10 JULIE VEIT (209207)
   CHRISTOPHER STUART (262399)
11 Deputy City Attorneys
   City Hall
12 1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
13 Telephone:    (415) 554-4700
   Facsimile:    (415) 554-4757
14 Email: Cityattorney@sfcityatty.org
          Jesse.Smith@sfcityatty.org
15         Yvonne.Mere@sfcityatty.org
           Julie.Veit@sfcityatty.org
16         Christopher.Stuart@sfcityatty.org

17 Attorneys for Plaintiff and Counterclaim Defendant
   CITY AND COUNTY OF SAN FRANCISCO
18

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22 CITY AND COUNTY OF SAN FRANCISCO,          Case No. 3:24-CV-02311-TSH

23              Plaintiff,                    **DECLARATION OF CHARLES SCHULER IN SUPPORT OF THE CITY'S MOTION FOR PRELIMINARY INJUNCTION**

24        v.

25 CITY OF OAKLAND AND PORT OF                Date:    October 24, 2024
   OAKLAND,                                   Time:    10:00 AM
26                                            Dept:    E – 15TH Floor
                Defendants.                   Judge:   Hon. Thomas S. Hixton
27

28 AND RELATED COUNTERCLAIM

COOLEY LLP
ATTORNEYS AT LAW

I, Charles Schuler, declare as follows:

1.    I am the Director, Marketing & Communications, External Affairs at San Francisco International Airport ("SFO"). I have been employed by SFO since January 2011. I have personal knowledge of the facts contained in this declaration in support of the City and County of San Francisco's Motion for Preliminary Injunction. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2.    As Director, Marketing & Communications, External Affairs for SFO, I am responsible for internal and external marketing and communication strategies to expand brand awareness and reach.

3.    One of my roles at SFO is to manage SFO's Marketing & Communications Budget. In my thirteen years in this position, I have overseen SFO's efforts to promote SFO airport services to a broad constituency including airlines, air travelers, and the travel industry.

4.    The City and County of San Francisco (the "City") owns SFO. Under its Charter, the City, acting through its Airport Commission, has complete authority to use, operate, maintain, manage, regulate, improve, and control SFO. As the owner of SFO, the City has made thoughtful investments in the airport's infrastructure and facilities in order to attract and support airlines, and to ensure that travelers are comfortable and well-served throughout their journey. This includes our attraction of nearly 70 restaurants to the airport, many of which are quick service versions of leading Bay Area establishments and other trendy outlets. These include Boudin Bakery, Portero Grill, Ritual Coffee, Dogpatch Bakehouse and Cafe, and Proper Food, among many others.

5.    SFO also features high-end shopping options to serve its visitors. For example, there are storefronts for Gucci, Hermes, Saint Laurent, and Burberry to L'Occitane, MAC, and Kiehl's, among many others.

6.    Traveler comfort is a priority of ours, and to that end SFO also features several prestigious club lounges such as The Club SFO, the Amex Centurion Lounge, and numerous airline lounges. And numerous international airlines serving SFO have invested in their own lounges, including Emirates, Air France and Air Canada. In addition, the airport developed and constructed

its own on-airport hotel, and partnered with Hyatt Hotels to manage it as the "Grand Hyatt at SFO". In 2020, the Grand Hyatt at SFO received the SkyTrax Passengers' Choice award for "Best Airport Hotel in the US." Attached hereto as **Exhibit A** is a true and correct screenshot of a press release announcing the SkyTrax award. Exhibit A was collected at my and/or the City's direction and I am personally familiar with its contents.

7.       SFO also has a fully accredited museum, which I understand is the first of its kind in an international airport. The museum was created in 1980 as a collaboration between the San Francisco Airport Commission and the Fine Arts Museums of San Francisco, and features exhibits detailing the storied history of SFO in aviation. We are very proud of the museum, which is a popular diversion for travelers waiting for their flights.

8.       The quality of our airport services has been widely recognized across a variety of metrics. Examples of SFO's awards over the last five years include:

### 2024

- **Environmental Achievement Award** – Airports Council International - North America (ACI-NA)
- **Best Airport in the US for Kids –** Motherhood
- **Fastest Airport Wi-Fi –** Ookla
- **Top 10 Airport for Food and Drinks** – Food & Wine Magazine

### 2023

- **Top 10 Best Large U.S. Airports –** Wall Street Journal
- **Silver Award, General Websites - Transportation** – W3 Awards
- **Gold Award, Website Features - Best User Experience** – W3 Awards
- **National Award for Climate Leadership** –Airports Going Green
- **Multiple USA Today 10Best Readers' Choice Awards** – USA Today
- **Best Airport for Food in America** – Food & Wine
- **Poppy Award** – Visit California
- **Routes Americas Award for Developing New Airlines and Destinations** – Routes Americas

### 2022

- **Best Airport in North America** – Airports Council International
- **Top U.S. Airport –** Wall Street Journal
- **Multiple Awards from Airports Council International for HR, Inclusion Initiatives –** Airports Council International – North America (ACI-NA)
- **First in the World, Airport-Wide LEED Platinum Certification** – U.S. Green Building Council
- **Climate Action Award: Harvey Milk Terminal 1** – American Institute of Architects, California

- **John L. Martin 2022 Partnered Project of the Year: Harvey Milk Terminal 1** – International Partnering Institute
- **First Terminal in the World to Achieve Full WELL Certification: Harvey Milk Terminal 1** – WELL Core
- **Multiple Awards for Green Leadership** – Airports Going Green®

### 2021

- **First Place for Customer Experience Programs (Large Airports)** – Airports Council International - North America (ACI-NA)
- **First Place for Special Events** – Airports Council International - North America (ACI-NA)
- **Multiple 2021 NATOA GPAs for Video Communications** – National Association of Telecommunications Officers and Advisors (NATOA) Government Programming Awards (GPAs)
- **Multiple 2021 STAR Awards for Video Communications** – National Association of Telecommunications Officers and Advisors (SCAN NATOA)
- **Harvey Milk Terminal 1 Wins Fitwel "Best in Building Health® 2021" Award** – Center for Active Design
- **Most Innovative Travel Companies for 2021** – Fast Company

### 2020

- **Peggy G. Hereford Award of Excellence in Marketing and Communications** – Airport Council International - North America
- **First Place Award for Print Communications** – Airports Council International - North America (ACI-NA)
- **First Place Award for Customer Experience Programs (Large Airports)** – Airports Council International - North America (ACI-NA)
- **First Place Award for Partnering with Concessionaires/Service Providers** – Airports Council International - North America (ACI-NA)
- **Top Airport in the Nation** – AFAR Travelers' Awards
- **Best Airport** – SkyTrax Passengers' Choice Awards

### 2019

- **First Place Award for Overall Public Relations Program (Large Airports)** – Airports Council International - North America (ACI-NA)
- **First Place Award for Community Newsletter** – Airports Council International - North America (ACI-NA)
- **First Place Award for High School Education Curriculum** – Airports Council International - North America (ACI-NA)
- **Top Spot for US Airports in AFAR Travelers' Choice Awards** – AFAR Travelers' Choice Awards
- **Multiple First-Place Awards for Concession Concepts** – Airports Council International - North America (ACI-NA)
- **Environmental Award for the World's First Zero Net Energy Airport Facility** – Airports Council International - North America (ACI-NA)
- **Poppy Award** – Visit California

Attached hereto as **Exhibit B** are true and correct screenshots of representative press releases for awards and recognitions received by SFO over the past five years. Exhibit B was collected at my and/or the City's direction and I am personally familiar with its contents.

9.      Attached hereto as **Exhibit C** is a true and correct screenshot of the webpage located on the SFO website at https://www.flysfo.com/about-sfo/awards, which details the airports awards and recognitions dating back to 2006.  Exhibit C was collected at my and/or the City's direction and I am personally familiar with its contents.

### SFO Marketing &
### the SAN FRANCISCO INTERNATIONAL AIRPORT Trademark

10.      As a result of our marketing efforts and the recognitions SFO has received for its services, and based on my years of experience working in the air travel industry, the name and trademark SAN FRANCISCO INTERNATIONAL AIRPORT is widely known among air travelers and within the travel industry.

11.      This may be due in part to the fact that travelers making their way through SFO encounter the trademark SAN FRANCISCO INTERNATIONAL AIRPORT in some form.  This could occur when searching online for flights, airport parking, or other airport related services. Our trademark also appears on various signs within and around the airport. Representative images reflecting actual displays of the SAN FRANCISCO INTERNATIONAL AIRPORT trademark, and variations thereof, are attached hereto as **Exhibit D**.  The images in Exhibit D were collected at my and/or the City's direction and I am personally familiar with their contents.

12.      Our trademark is also displayed in advertising materials promoting the airport.  The City invests millions of dollars annually to promote its airport services under the SAN FRANCISCO INTERNATIONAL AIRPORT trademark.  Based on a review of our marketing contracts and expenditures, our annual marketing and promotion investment combined with our aviation marketing investment over the last 10 years has totaled just over approximately $34,000,000, as follows:

| | |
|---|---|
| FY13/14 | $3,213,617 |
| FY14/15 | $2,754,351 |
| FY15/16 | $1,912,080 |
| FY16/17 | $2,743,488 |
| FY17/18 | $3,847,260 |

| | |
|---|---|
| FY18/19 | $2,549,638 |
| FY19/20 | $4,715,859 |
| FY20/21 | $1,557,268 |
| FY21/22 | $2,039,182 |
| FY22/23 | $3,665,356 |
| FY23/24 | $5,095,979 |

13.    We also prominently display the SAN FRANCISCO INTERNATIONAL AIRPORT trademark on our website located at www.flysfo.com, a true and correct screenshot of which is attached hereto as **Exhibit E**.  This screenshot was collected at my and/or the City's direction and I am personally familiar with its contents.  Our website receives nearly a half million unique visitors per month, on average.

14.    Our advertising spend extends to commercial print and digital advertising, radio, connected tv, as well as advertising on social media, and at public outreach events.  Notably, our radio ads expressly refer to our airport by its full name, SAN FRANCISCO INTERNATIONAL AIRPORT.  True and correct images of representative examples of our marketing under the SAN FRANCISCO INTERNATIONAL AIRPORT trademark are attached hereto as **Exhibit F**.  The images in Exhibit F were collected at my and/or the City's direction and I am personally familiar with their contents.

15.    The SAN FRANCISCO INTERNATIONAL AIRPORT trademark also receives significant indirect promotion by third-parties who utilize the mark to facilitate their own services.  For example, on their own websites and apps, airlines and online travel agencies ("OTAs") such as Booking.com display departures and destinations by airport name, including SAN FRANCISCO INTERNATIONAL AIRPORT. True and correct screenshots of representative examples of these third-party uses of our mark are attached hereto as **Exhibit G**.  The screenshots in Exhibit G were collected at my and/or the City's direction and I am personally familiar with their contents.

16.    Similarly, the SAN FRANCISCO INTERNATIONAL AIRPORT trademark is displayed in the search features for many car rental services, rideshare apps, and navigation apps, as well as on materials for many hotels and other services that are a part of the airport's economy.

1    True and correct screenshots of representative examples of these third-party other uses of our mark

2    are attached hereto as **Exhibit H**.  The screenshots in Exhibit H were collected at my and/or the

3    City's direction and I am personally familiar with their contents.

4         17.    The SAN FRANCISCO INTERNATIONAL AIRPORT trademark is an important

5    and valuable asset of the airport and the City.  It embodies all of the goodwill that we have built up

6    in our name over decades of hard work making SFO a first class airport and one of the best in the

7    world.  Notably, the SAN FRANCISCO INTERNATIONAL AIRPORT brand is routinely ranked

8    among the top 25 airport brands by Brand Finance, a respected independent evaluator of

9    international brands.  True and correct screenshots of Brand Finance's rankings of SFO are attached

10   hereto as **Exhibit I**.  The screenshots in Exhibit I were collected at my and/or the City's direction

11   and I am personally familiar with their contents.

12

13        Executed on this _16_ th day of September, 2024 at San Francisco, California.

14

15                                                    _____

16                                                    Charles Schuler

17

18

19

20

21

22

23

24

25

26

27

28