# EXHIBIT A

https://www.flysfo.com/about-sfo/awards/travelers-rank-grand-hyatt-sfo-best-airport-hotel-us                September 11, 2024 at 3:11 PM EDT

PASSENGERS    BUSINESS    ABOUT    19°C 65°F · 12:11 PM    MAP    TRAVEL ALERTS 3



Flights    Transportation    Parking at SFO    Shop/Dine/Relax    Maps    Services    Travel Tips

# Travelers Rank Grand Hyatt at SFO as Best Airport Hotel in the U.S.

About SFO  >  Awards  >  Travelers Rank Grand Hyatt At SFO As Best Airport Hotel In The U.S.

📅 2020

## SkyTrax Passengers' Choice Awards

### Airport scores SkyTrax Passengers' The World's Best Airport Hotels 2020

SFO has received the SkyTrax Passengers' The World's Best Airport Hotels 2020. The Grand Hyatt at SFO was the top-ranked airport hotel in the nation, ahead of Denver.

Conducted annually, the SkyTrax survey is considered the preeminent benchmark of airport quality in the world. The absence of any sponsorship, payment or external influence ensures that the results are fully impartial and credible. As a result, the SkyTrax World Airport Awards are regarded as the most prestigious accolades for the global airport industry, voted for by air travelers in the largest worldwide airport customer satisfaction survey.

For the 2020 awards, SkyTrax compiled millions of survey questionnaires completed by over 100 different customer nationalities from September 2019 to February 2020. The survey evaluated the travel experience from a variety of factors, including check-in, arrivals, departures, transfers, shopping, security and immigration.

The Grand Hyatt at SFO opened in October 2019 and remains open for essential travel. The hotel features 351 soundproofed guest rooms, 24-hour in-room dining, and direct connectivity to the AirTrain light rail system. For more information about the Grand Hyatt at SFO, please visit https://flysfo.com/hotel.

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name
[Name]

Email
[Email]

SFO Museum ↗    Connect with Us:     

| Passengers | Business | About | Accessibility ♿ |
|---|---|---|---|
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |

Community & Noise

Media

Contact

Careers

© SAN FRANCISCO INTERNATIONAL AIRPORT

SFO