# EXHIBIT B

https://www.flysfo.com/about/media/press-releases/sfo-wins-environmental-achievement-award-all-electric-concessions        September 13, 2024 at 8:09 PM EDT

 MAP           WIFI                    TRAVEL ALERTS **2**

                                                                                                     

Immediate Release

# SFO Wins Environmental Achievement Award for All-Electric Concessions Initiative

🏠 > About > Media > Press Releases > SFO Wins Environmental Achievement Award For All-Electric Concessions Initiative

📅 **September 12, 2024** │ San Francisco                                                                        

SF-24-34

## SFO Wins Environmental Achievement Award for All-Electric Concessions Initiative

### *Airport honored by Airports Council International – North America*

SAN FRANCISCO – September 12, 2024 – Airports Council International - North America (ACI-NA), the foremost advocate for airport operators in North America, has honored San Francisco International Airport (SFO) with its Environmental Achievement Award for 2024. In the Mitigation Award Category, SFO was recognized for its "All-Electric Concessions Initiative", which aims to reduce greenhouse gas emissions by eliminating natural gas use and providing adequate electrical capacity for concessions to transition to all-electric equipment.

"Throughout our journey to be the world's most sustainable airport, we've shown the transformational role concessions can have," said Airport Director Ivar C. Satero. "From the elimination of beverages in plastic packaging to compostable foodware, it's clear how significant this impact can be on our goals for the environment. Our All-Electric Concessions Initiative is once again about creating a pathway for SFO tenants to support our mission to deliver an airport experience where people and our planet come first. My thanks go out to the entire team for this award."

Under the All-Electric Concessions Initiative, once a concessionaire's lease expired at SFO, the transition to a new leaseholder triggers the requirement for all-electric equipment. Airport staff work closely with concessionaires to make an all-electric future a reality, as there are 149 concessions, 44 of them using natural gas, with leases spanning a total of 7 to 12 years.

The Initiative is being used to guide buildout of future SFO terminal tenant spaces, match equipment rebates and incentives to electric replacements for existing concessions, and to help define the appropriate level of base building and upstream electrical capacity. For additional information, please refer to SFO's Tenant Electric Service Size peer-reviewed conference paper and SFO's Electrification Action Plan for Existing Buildings.

### About San Francisco International Airport

SFO is committed to providing an extraordinary airport experience, with seamless access, thoughtful amenities, sustainable design and inspiring artwork and exhibits.

For up-to-the-minute departure and arrival information, airport maps and details on shopping, dining, cultural exhibitions, ground transportation and more, visit flysfo.com. Follow us on x.com/flysfo and facebook.com/flysfo.

Contact the Public Information Officer

**Doug Yakel**

Public Information Officer

External Affairs Office

San Francisco International Airport



650.821.4000 ✉ Doug.Yakel@flysfo.com

**Sign Up to Receive Press Releases**

| Name | Email | **Subscribe** |



## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name | Email

| Name | Email | → |

SFO Museum ↗

Connect with Us:    



| Passengers | Business | About | Accessibility ♿ |
| --- | --- | --- | --- |
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |
| | | Community & Noise | |
| | | Media | |
| | | Contact | |
| | | Careers | |

© SAN FRANCISCO INTERNATIONAL AIRPORT

PASSENGERS   BUSINESS   ABOUT                          18°C 65°F · 12:14 PM      MAP              TRAVEL ALERTS 3

About SFO   Land Acknowledgement   Airport Commission   Airport Operations   Finances   Construction   Sustainability

Planning Division   Community & Noise   Media   Contact   Careers

Immediate Release

# SFO Named a Best Airport in the US for Kids

🏠 > About > Media > Press Releases > SFO Named A Best Airport In The US For Kids

**Contact the Public Information Officer**

## Doug Yakel

Public Information Officer

External Affairs Office

San Francisco International Airport

650.821.4000

✉ Doug.Yakel@flysfo.com

### Sign Up to Receive Press Releases

Name

Email

**Subscribe**

📅 July 18, 2024 | San Francisco                                                🖨

SF-24-30

## SFO Named a Best Airport in the US for Kids

### *Airport earns 2024 award from maternity retailer Motherhood*

**SAN FRANCISCO** – July 18, 2024 – The San Francisco International Airport (SFO) has been named one of the best airports in the U.S. for kids. In their 2024 Motherhood Loves Community Award, SFO was honored as a "Best Kid-Friendly US Airport" by the maternity retailer. The award noted that SFO "offers five interactive and colorful Kids Spots (some decorated by the SFO Museum) where kids can play and burn energy. Older kids can check out exhibitions by the SFO Museum, tour the Aviation Museum & Library, or watch a film in the Video Arts Room. Six nursing rooms are spread throughout the terminals, and you can purchase child-friendly necessities from various shops as well as rent car seats."

For the full award listing, please visit: motherhood.com/blogs/motherhood-loves-community-awards/best-family-friendly-airport-2024.

## About San Francisco International Airport

SFO is committed to providing an extraordinary airport experience, with seamless access, thoughtful amenities, sustainable design and inspiring artwork and exhibits.

For up-to-the-minute departure and arrival information, airport maps and details on shopping, dining, cultural exhibitions, ground transportation and more, visit www.flysfo.com. Follow us on x.com/flysfo and facebook.com/flysfo.

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name

Name

Email

Email

→

SFO Museum ↗                                Connect with Us:   

**Passengers**                **Business**               **About**                    Accessibility ♿

Flights                        Doing Business at SFO       About SFO                    Sitemap

| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| --- | --- | --- | --- |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |
| | | Community & Noise | |
| | | Media | |
| | | Contact | |
| | | Careers | |

© SAN FRANCISCO INTERNATIONAL AIRPORT



https://www.flysfo.com/about-sfo/awards/sfo-wins-top-spot-us-airports-afar-travelers-choice-awards

September 13, 2024 at 8:11 PM EDT

**MAP**   **WIFI**   **TRAVEL ALERTS** 2

SF**O**

# SFO Wins Top Spot for US Airports in AFAR Travelers' Choice Awards

> About SFO > Awards > SFO Wins Top Spot For US Airports In AFAR Travelers' Choice Awards

📅 2019

## AFAR Travelers' Choice Awards

### Readers of the world's leading travel media brand rank Airport as top in the nation for 2019

SFO has been named the top airport in the United States by readers of AFAR, the world's leading travel media brand. In their 2019 Travelers' Choice Award, SFO was the winner in the "U.S. Airport" category, which also ranked international airports, airlines, and onboard products. AFAR cited SFO's unique amenities, such as the Wag Brigade of certified therapy animals, and locally-sourced food & beverage concepts, such as Gott's Roadside and Tartine Bakery.

"We are absolutely thrilled to be named the top U.S. airport in the AFAR Travelers' Choice Awards," said Airport Director Ivar C. Satero. "Our goal is to revolutionize the airport experience, and being honored by the experienced travelers who read AFAR is the ultimate validation of our efforts."

The Travelers' Choice Award is conducted annually and is now in its fourth year. While the Hospitality Group section previously covered only hotels and cruises, the 2019 awards now include air travel categories for the first time. Over 200,000 votes were cast for this year's awards.

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name

Email

| Name | Email | → |

**SFO Museum** 

Connect with Us:   𝕏  f  ⓞ  ▶  in  ⓖ

| Passengers | Business | About | Accessibility |
|---|---|---|---|
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |
| | | Community & Noise | |



Media

Contact

Careers

© SAN FRANCISCO INTERNATIONAL AIRPORT

https://www.flysfo.com/about-sfo/awards/afar-names-sfo-top-airport-nation

September 13, 2024 at 8:15 PM EDT

 MAP  📶 WIFI    TRAVEL ALERTS 2

**SF🔴**  ☰

# AFAR Names SFO as the Top Airport in the Nation

🏠 > About SFO > Awards > AFAR Names SFO As The Top Airport In The Nation

📅 2020

## AFAR Travelers' Awards

For the second year in a row, readers of *AFAR*, the world's leading travel media brand, named SFO as the top airport in the nation. In their 2020 Travelers' Awards, SFO was the winner in the "U.S. Airport" category, which also ranked international airports, airlines, and onboard products. AFAR cited SFO's ongoing terminal upgrades and locally sourced dining options.

"We are so grateful to once again be named the top U.S. airport in the *AFAR* Travelers' Awards," said Airport Director Ivar C. Satero. "To be recognized during such an unprecedented time in air travel demonstrates the resilience and commitment of our team to keep delivering an airport experience that resonates with our customers. I thank our entire SFO team for achieving this honor."

The *AFAR* Travelers' Awards are conducted annually and are now in the fifth year. Over 150,000 votes were cast for this year's awards, gathered from the period of March 3 – August 20, 2020.

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name

Email

| Name | Email | → |

SFO Museum 🗗

Connect with Us:    

| **Passengers** | **Business** | **About** | Accessibility ♿ |
|---|---|---|---|
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |
| | | Community & Noise | |
| | | Media | |
| | | Contact | |

Careers

© SAN FRANCISCO INTERNATIONAL AIRPORT



https://www.flysfo.com/about-sfo/awards/travelers-rank-sfo-best-airport                                          September 13, 2024 at 8:17 PM EDT

📍 MAP                            📶 WIFI                                          TRAVEL ALERTS  2

                                                                                                    ☰

# Travelers Rank SFO as Best Airport

🏠 > About SFO > Awards > Travelers Rank SFO As Best Airport

📅 **2020**

## SkyTrax Passengers' Choice Awards

### Airport scores SkyTrax Passengers' Choice Awards for 2020

SFO has received the SkyTrax Passengers' Choice Awards for 2020. In the category "Best Airports 2020: 50 to 60 million passengers," SFO was the highest-rated airport in the United States, ranking third overall behind airports in Toronto and Barcelona, and ahead of other U.S. airports in this category, including Seattle, Charlotte, Las Vegas and Orlando. In the category "The World's Best Airport Hotels 2020".

Conducted annually, the SkyTrax survey is considered the preeminent benchmark of airport quality in the world. The absence of any sponsorship, payment or external influence ensures that the results are fully impartial and credible. As a result, the SkyTrax World Airport Awards are regarded as the most prestigious accolades for the global airport industry, voted for by air travelers in the largest worldwide airport customer satisfaction survey.

For the 2020 awards, SkyTrax compiled millions of survey questionnaires completed by over 100 different customer nationalities from September 2019 to February 2020. The survey evaluated the travel experience from a variety of factors, including check-in, arrivals, departures, transfers, shopping, security and immigration.

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

| Name | Email |
| --- | --- |
| Name | Email |

→

**SFO Museum** ↗                                        Connect with Us:  𝕏  f  ◎  ▶  in  ⑥

| Passengers | Business | About | Accessibility ♿ |
| --- | --- | --- | --- |
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |
| | | Community & Noise | |



Media

Contact

Careers

© SAN FRANCISCO INTERNATIONAL AIRPORT

https://www.flysfo.com/about-sfo/awards/sfo-earns-first-place-customer-experience-programs-large-airports                    September 13, 2024 at 8:19 PM EDT

**♥ MAP**          **📶 WIFI**                    **🇺🇸▾**                    **TRAVEL ALERTS 2**

                                                                                    ☰

# SFO Earns First Place for Customer Experience Programs (Large Airports)

♠ > About SFO > Awards > SFO Earns First Place For Customer Experience Programs (Large Airports)

📅 **2021**

## Airports Council International - North America (ACI-NA)

**Airport takes top prize for Special Events in annual Airports Council International-North America Awards**

Airports Council International-North America (ACI-NA), the foremost advocate for airport operators in North America, awarded San Francisco International Airport (SFO) first place in the Customer Experience Programs (Large Airport) category of its 2021 Excellence in Airport Marketing, Communications and Customer Experience Awards. The winner in this category best demonstrates how new elements to current programs or new programs developed in the customer service arena have significantly enhanced the overall passenger experience at the airport. This award is given in three categories: Large Airport, Medium Airport and Small Airport.

ACI-NA honored the SFO team with the top spot for its Travel Well Ambassador program, launched in July 2020 to educate passengers about SFO's mask mandate and social distancing protocols. The program was comprised of over 100 employees who volunteered for weekly shifts. Identifiable by specially designed blue vests, ambassadors walked airport terminals distributing free masks and cards explaining health and safety protocols.

SFO also earned first place in the 2021 awards' Special Events category.

In 2020, ACI-NA awarded SFO with its highest honor, the prestigious Peggy G. Hereford Award, after receiving the most first-place wins and honorable mentions across all categories in its 2020 Excellence in Airport Marketing, Communications and Customer Experience Awards. SFO previously received the Peggy G. Hereford award in 2014.

In 2019, SFO achieved three first-place finishes in the awards for Community Education and Outreach, Overall Public Relations Programs and Newsletters.

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name | Email
Name | Email | →

**SFO Museum** ⬚                          Connect with Us:      

| **Passengers** | **Business** | **About** | Accessibility ♿ |
|---|---|---|---|
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |

Services

Travel Tips

Air Services

Construction

Sustainability

Planning Division

Community & Noise

Media

Contact

Careers

Careers

Contact Us

FAQ

© SAN FRANCISCO INTERNATIONAL AIRPORT



 MAP     WIFI        TRAVEL ALERTS 2

SF    ≡

# SFO on List of Most Innovative Travel Companies for 2021

🏠 > About SFO > Awards > SFO On List Of Most Innovative Travel Companies For 2021

📅 2021

## Fast Company

Fast Company, the world's leading business media brand, has named SFO on its list of Most Innovative Companies for 2021. In the "travel" category, SFO was honored for the environmentally friendly, human-centric design of Harvey Milk Terminal 1. Fast Company noted:

"Originally built in the 1960s, Harvey Milk Terminal 1 is in the final stages of a $2.4 billion renovation that not only reconsiders how to get people through an airport safely and efficiently, but also makes the experience healthier and more enjoyable. Working closely with Gensler, the architect behind the project, the SFO team focused on creating an environmentally friendly and human-centric space. They designed radiant ceilings for heating and cooling, used toxin-free furniture and carpeting, planned an art gallery in the central concourse, and carved out outdoor spaces, interactive kid zones, and lactation stations. As a result of these efforts and more, Harvey Milk Terminal 1 is the world's first airport terminal to earn a Fitwel certification, a building rating system for healthier buildings. With the rise of the COVID-19 pandemic, as well as growing public awareness of how indoor environments affect health, Terminal 1 is poised to be a blueprint for airports to come."

In 2020, SFO's Harvey Milk Terminal 1 has become the first airport terminal in the world to achieve Fitwel certification, a building rating system that provides guidelines on how to design and operate healthier buildings. SFO was awarded a two-star rating under the system for the Terminal 1 Center project, part of the $2.4B Harvey Milk Terminal 1 Redevelopment Program.

Other companies named in the Fast Company list of Most Innovative Travel Companies of 2021 include Delta Airlines, AirBnB and Hopper.

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name

Email

Name

Email    →

**SFO Museum** ⬀

Connect with Us:    ▶ 

| Passengers | Business | About | Accessibility ♿ |
|---|---|---|---|
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |

Community & Noise

Media

Contact

Careers

© SAN FRANCISCO INTERNATIONAL AIRPORT

SFO

**♀ MAP**      **🛜 WIFI**      🇺🇸˅      **TRAVEL ALERTS** 2



☰

# SFO Ranks as the Top U.S. Airport

♠ > About SFO > Awards > SFO Ranks As The Top U.S. Airport

📅 **2022**

## Wall Street Journal

### Wall Street Journal Ranks SFO as the Top U.S. Airport

The Wall Street Journal today named the San Francisco International Airport (SFO) as the top large U.S. airport in their annual ranking, comprised of multiple measurements, including on-time performance, security checkpoint line waits and customer satisfaction scores from J.D. Power.

"I'm proud that San Francisco Airport is being recognized for the world-class experience we are providing for both residents and visitors," said San Francisco Mayor London Breed. "We know that tourism is central to our recovery, and making sure people feel welcomed from the moment they land in San Francisco is an essential part of that experience. This recognition is a testament to everyone who has made SFO a success, including the workers who are there every day helping airport visitors get to their destinations."

The Wall Street Journal ranked the 50 largest U.S. airports by nineteen measures of operations, including on-time performance, security checkpoint wait times, ticket prices, and the J.D. Power 2022 North America Airport Satisfaction Study. Airports were further divided into the 20 largest and the remaining 30.

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name

| Name |

Email

| Email |

→

**SFO Museum** ⬈

Connect with Us:   𝕏   f   ◉   ▶   in   ⑥

| Passengers | Business | About | Accessibility ♿ |
|---|---|---|---|
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |
| | | Community & Noise | |
| | | Media | |



Contact

Careers

© SAN FRANCISCO INTERNATIONAL AIRPORT



📍 MAP    📶 WIFI    ⬛▾    TRAVEL ALERTS ②

SF⬤    ☰

# Passengers Rank SFO the Best Airport in North America

🏠 > About SFO > Awards > Passengers Rank SFO The Best Airport In North America

📅 **2022**

## Airports Council International

### Airports Council International announces winners of annual Airport Service Quality survey

Airports Council International (ACI), the foremost advocate for airport operators around the world, today named SFO the Best Airport in North America in their 2022 Awards for Airport Service Quality (ASQ) Awards, recognizing the best airports for customer experience as selected by passengers. SFO achieved this award in the category covering North American airports serving over 40 million annual passengers.



## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name
Email

| Name | Email | → |

SFO Museum ↗    Connect with Us:  𝕏  f  ⃝  ▶  in  ⑧



**Passengers**
Flights
Transportation
Parking at SFO
Shop/Dine/Relax
Maps
Services
Travel Tips

**Business**
Doing Business at SFO
Small Business Development
Upcoming Opportunities
Current Opportunities
Construction Opportunities
Air Services

**About**
About SFO
Land Acknowledgement
Airport Commission
Airport Operations
Finances
Construction
Sustainability
Planning Division
Community & Noise
Media
Contact
Careers

Accessibility ♿
Sitemap
Privacy & Cookie Use
Lost & Found
Public Notices
Agendas
Careers
Contact Us
FAQ

© SAN FRANCISCO INTERNATIONAL AIRPORT



🗺 MAP     📶 WIFI     🇺🇸⌄     TRAVEL ALERTS ②

SF●

# SFO Ranked the Best Airport for Food in America

🏠 > About SFO > Awards > SFO Ranked The Best Airport For Food In America

📅 2023

## Food & Wine

### *Airport honored by readers of Food & Wine magazine*

The San Francisco International Airport (SFO) has been named the Best Airport for Food in America by the readers of Food & Wine magazine. In their 2023 Global Tastemakers Awards, SFO received the highest ranking in a top 10 list that included airports in Nashville, New Orleans, Austin, and Seattle. The ranking noted "nearly 80 dining options that are representative of the Bay Area's vibrant culinary scene," and highlighted locations such as Cat Cora's Kitchen in Terminal 2 and Napa Farms Market in multiple locations.



## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name

Email

| Name | | Email | | → |

SFO Museum ☒     Connect with Us: 𝕏 f ⓞ ▶ in ⑧

| Passengers | Business | About | Accessibility ♿ |
|---|---|---|---|
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |
| | | Community & Noise | |
| | | Media | |
| | | Contact | |
| | | Careers | |

© SAN FRANCISCO INTERNATIONAL AIRPORT





📍 MAP                                   📶 WIFI                              ▭▾                              TRAVEL ALERTS 

# SFO Scores Multiple USA Today 10Best Readers' Choice Awards

🏠 > About SFO > Awards > SFO Scores Multiple USA Today 10Best Readers' Choice Awards

📅 **2023**

## USA Today

The San Francisco International Airport (SFO) scored multiple awards for its food and beverage programs in the annual USA Today Readers' Choice Awards. SFO was named among the 10 best airports for shopping and in the "Best Airport Grab-And-Go Food" category, SFO's Napa Farms Market, with locations in the International Terminal and Terminal 2, was honored as a 10Best winner. The Airport also earned an award in the "Best Airport Lounge" category for the Virgin Atlantic Clubhouse, located in the International Terminal.

10Best Readers' Choice Awards highlight the best of the best in contests covering categories such as destinations, food and drink, hotels, and things to do. Nominees in all categories are submitted by a panel of experts. The final set of nominees are selected by 10Best editors before being presented to the public for voting.

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name

Email

| Name | Email | → |

SFO Museum ⬚                              Connect with Us:     

| Passengers | Business | About | Accessibility ♿ |
|---|---|---|---|
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |
| | | Community & Noise | |
| | | Media | |
| | | Contact | |
| | | Careers | |

© SAN FRANCISCO INTERNATIONAL AIRPORT





**MAP**  　　　　　**WIFI**  　　　　　　　　**TRAVEL ALERTS** 2

# SFO

≡

# The 10 Best Large U.S. Airports of 2023

🏠 > About SFO > Awards > The 10 Best Large U.S. Airports Of 2023

🗓 2023

## Wall Street Journal

SFO ranked as one of the 10 Best Large U.S. Airports by the Wall Street Journal in 2023.



## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name | Email

Name | Email | →

**SFO Museum** ↗                    Connect with Us:  𝕏  f  ◎  ▶  in  ⑤

**Passengers**          **Business**                    **About**                    Accessibility ♿

Flights                 Doing Business at SFO          About SFO                    Sitemap

Transportation          Small Business Development     Land Acknowledgement         Privacy & Cookie Use

Parking at SFO          Upcoming Opportunities         Airport Commission           Lost & Found

Shop/Dine/Relax         Current Opportunities          Airport Operations           Public Notices

Maps                    Construction Opportunities     Finances                     Agendas

Services                Air Services                   Construction                 Careers

Travel Tips                                            Sustainability               Contact Us

                                                       Planning Division            FAQ

                                                       Community & Noise

                                                       Media

                                                       Contact

                                                       Careers

© SAN FRANCISCO INTERNATIONAL AIRPORT

**♀ MAP**                    **⌃ WIFI**                    ▆▆ ⌄                    **TRAVEL ALERTS** **2**

                                                                    ≡

Immediate Release

# SFO Named a Top 10 Airport for Food and Drinks

♠ > About > Media > Press Releases > SFO Named A Top 10 Airport For Food And Drinks

> This content has not been updated in more than 90 days and may be outdated. Last edited: April 3rd, 2024.

📅 **April 03, 2024 | San Francisco**                                          🖨

SF-24-09

## Airport honored by Global Tastemakers panel from Food & Wine magazine

**SAN FRANCISCO –** April 3, 2024 – The San Francisco International Airport (SFO) has been named as one of the top 10 airports in the world for food and drinks, according to a panel of experts assembled by *Food & Wine* magazine. In their 2024 Global Tastemakers panel, SFO ranked among the 10 best in a list that included airports such as Singapore-Changi, Tokyo-Narita, Dubai, and London-Heathrow.

The ranking noted SFO offerings like Napa Farms Market "epitomizes California's farm-to-table vibe" and also highlighted organic dining options like The Plant Café Organic, located in Terminal 2.

"We are honored to be named a top 10 airport in the world by the experts at *Food & Wine* magazine," said Airport Director Ivar C. Satero. "Our goal is to create an extraordinary dining experience, and our dedicated concessions team has crafted a wide range of options for our global customer base to enjoy. Earning this ranking for the second consecutive year is the ultimate validation of our efforts."

For a full listing of winners, please visit: foodandwine.com/global-tastemakers-best-airports-food-drink-2024-8620209.

## About Food & Wine

Food & Wine celebrates the global epicurean experience with authoritative content across our magazine, website, social platforms, premium events such as the Food & Wine Classic in Aspen, and accolades like our annual Best New Chef awards. Our New York City — and Birmingham, Alabama — based editors are committed to our core values of inclusivity and hospitality, and we strive to offer a welcoming, informative, entertaining, and respectful experience for all people. With rigorously tested recipes and the most trusted restaurant, drinks, culinary travel, and home coverage, we inspire and empower people everywhere to discover, create, and devour the best in food and wine.

## About San Francisco International Airport

SFO is committed to providing an extraordinary airport experience, with seamless access, thoughtful amenities, sustainable design and inspiring artwork and exhibits.

For up-to-the-minute departure and arrival information, airport maps and details on shopping, dining, cultural exhibitions, ground transportation and more, visit www.flysfo.com. Follow us on twitter.com/flysfo and facebook.com/flysfo.

Contact the Public Information Officer

**Doug Yakel**
Public Information Officer



External Affairs Office

San Francisco International Airport

650.821.4000 ✉ Doug.Yakel@flysfo.com

**Sign Up to Receive Press Releases**

| Name | Email | **Subscribe** |



## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

| Name | Email |
| Name | Email | → |

SFO Museum ⬈                                     Connect with Us:  𝕏  f  ⊙  ▶  in  ⑥



| Passengers | Business | About | Accessibility ♿ |
|---|---|---|---|
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |
| Shop/Dine/Relax | Current Opportunities | Airport Operations | Public Notices |
| Maps | Construction Opportunities | Finances | Agendas |
| Services | Air Services | Construction | Careers |
| Travel Tips | | Sustainability | Contact Us |
| | | Planning Division | FAQ |
| | | Community & Noise | |
| | | Media | |
| | | Contact | |
| | | Careers | |

© SAN FRANCISCO INTERNATIONAL AIRPORT

SFO



**MAP**      **WIFI**      **TRAVEL ALERTS** (2)

**SFO**

Immediate Release

# The Fastest Airport Wi-Fi in the World is Still at SFO

↟ > About > Media > Press Releases > The Fastest Airport Wi-Fi In The World Is Still At SFO

📅 June 21, 2024 | San Francisco

## The Fastest Airport Wi-Fi in the World is Still at SFO

### *Airport remains the top spot for upload and download speeds, according to Ookla*

**SAN FRANCISCO** – June 21, 2024 – The fastest free airport Wi-Fi in the world can once again be found at the San Francisco International Airport (SFO), according to a new ranking published by broadband and mobile network testing company Ookla. The analysis focuses on Wi-Fi over mobile connections on free Wi-Fi provided by the individual airports and Wi-Fi at selected airport lounges.

On the top of the list of the fastest free Wi-Fi in airports, SFO showed a median download speed of 173.55 Mbps in measurements made during the first quarter 2024, followed by Newark Liberty International Airport, John F. Kennedy International Airport, Phoenix Sky Harbor International Airport, and Seattle-Tacoma International Airport. In case of video calls, upload speeds are even faster than downloads, and SFO had the fastest uploads on the list.

For the full ranking, visit: ookla.com/articles/global-airport-wifi-performance-q1-2024

### About San Francisco International Airport

SFO is committed to providing an extraordinary airport experience, with seamless access, thoughtful amenities, sustainable design and inspiring artwork and exhibits.

For up-to-the-minute departure and arrival information, airport maps and details on shopping, dining, cultural exhibitions, ground transportation and more, visit www.flysfo.com. Follow us on x.com/flysfo and facebook.com/flysfo.

Contact the Public Information Officer

**Doug Yakel**

Public Information Officer

External Affairs Office

San Francisco International Airport

650.821.4000 ✉ Doug.Yakel@flysfo.com

**Sign Up to Receive Press Releases**

| Name | Email | **Subscribe** |
|------|-------|---------------|

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name

Email

Name

Email

→

SFO Museum ⬀

Connect with Us:    

**Passengers**

Flights

Transportation

Parking at SFO

Shop/Dine/Relax

Maps

Services

Travel Tips

**Business**

Doing Business at SFO

Small Business Development

Upcoming Opportunities

Current Opportunities

Construction Opportunities

Air Services

**About**

About SFO

Land Acknowledgement

Airport Commission

Airport Operations

Finances

Construction

Sustainability

Planning Division

Community & Noise

Media

Contact

Careers

Accessibility ♿

Sitemap

Privacy & Cookie Use

Lost & Found

Public Notices

Agendas

Careers

Contact Us

FAQ

© SAN FRANCISCO INTERNATIONAL AIRPORT