# EXHIBIT C

MAP | WIFI | 🇺🇸 | TRAVEL ALERTS (2)

# SFO

# Awards

🏠 > About SFO > Awards

## 2024

- Environmental Achievement Award — Airports Council International - North America (ACI-NA)
- SFO Named a Best Airport in the US for Kids — Motherhood
- Fastest Airport Wi-Fi — Ookla
- Overall Human Resources Program Award — Airports Council International for Human Resource Programs
- Gold Winner, Short Web Form Videos — Viddy Awards
- Gold Winner, Directing — Viddy Awards
- SFO Named a Top 10 Airport for Food and Drinks — Food & Wine Magazine
- Award of Excellence — National Association of Telecommunications Officers and Advisors (NATOA) Annual Government Programming Awards

## 2023

- The 10 Best Large U.S. Airports of 2023 — Wall Street Journal
- Gold Winner, Video and Digital Production — Viddy Awards
- Silver Award, General Websites - Transportation — W3 Awards
- Gold Award, Website Features - Best User Experience — W3 Awards
- SFO Sustainability Director Receives National Award for Climate Leadership — Airports Going Green
- SFO Scores Multiple USA Today 10Best Readers' Choice Awards — USA Today
- SFO Wins Partnering Award for Runway Improvement Project — International Partnering Institute
- SFO Ranked the Best Airport for Food in America — Food & Wine
- SFO Wins Award for In-House Development of Tech Innovation to Help Taxi Operations — CIO 100
- SFO Wins Routes Americas Award for Developing New Airlines and Destinations — Routes Americas

## 2022

- Passengers Rank SFO the Best Airport in North America — Airports Council International
- SFO Ranks as the Top U.S. Airport — Wall Street Journal
- SFO Wins Multiple Awards from Airports Council International for HR, Inclusion Initiatives — Airports Council International – North America (ACI-NA)
- SFO Achieves Airport-Wide LEED Platinum Certification, First in the World — U.S. Green Building Council
- Climate Action Award: Harvey Milk Terminal 1 — American Institute of Architects, California
- John L. Martin 2022 Partnered Project of the Year: Harvey Milk Terminal 1 — International Partnering Institute
- First Terminal in the World to Achieve Full WELL Certification: Harvey Milk Terminal 1 — WELL Core
- SFO Achieves Level 4 Carbon Accreditation — Airports Council International
- SFO Receives Multiple Awards for Green Leadership — Airports Going Green®

## 2021

- SFO Earns First Place for Customer Experience Programs (Large Airports) — Airports Council International - North America (ACI-NA)
- SFO Earns First Place for Special Events — Airports Council International - North America (ACI-NA)
- SFO Wins Multiple 2021 NATOA GPAs for Video Communications — National Association of Telecommunications Officers and Advisors (NATOA) Government Programming Awards (GPAs)
- SFO Wins Multiple 2021 STAR Awards for Video Communications — National Association of Telecommunications Officers and Advisors (SCAN NATOA)

SFO Wins Multiple Awards for Marketing, Communications and Customer Service — Airports Council International-North America (ACI-NA)
Harvey Milk Terminal 1 Wins Fitwel "Best in Building Health® 2021" Award — Center for Active Design
SFO on List of Most Innovative Travel Companies for 2021 — Fast Company
Grand Hyatt at SFO Wins Award for Highest Guest Ratings on Hotels.com — Hotels.com

## 2020

SFO Receives Peggy G. Hereford Award of Excellence in Marketing and Communications — Airport Council International - North America
SFO Earns First Place Award for Print Communications — Airports Council International - North America (ACI-NA)
SFO Earns First Place Award for Customer Experience Programs (Large Airports) — Airports Council International - North America (ACI-NA)
SFO Earns First Place Award for Partnering with Concessionaires/Service Providers — Airports Council International - North America (ACI-NA)
AFAR Names SFO as the Top Airport in the Nation — AFAR Travelers' Awards
Grand Hyatt at SFO Named a "Real Estate Deal of the Year" — San Francisco Business Times
Travelers Rank Grand Hyatt at SFO as Best Airport Hotel in the U.S. — SkyTrax Passengers' Choice Awards
Travelers Rank SFO as Best Airport — SkyTrax Passengers' Choice Awards

## 2019

SFO Earns First Place Award for its Overall Public Relations Program (Large Airports) — Airports Council International - North America (ACI-NA)
SFO Receives First Place Award for its Community Newsletter — Airports Council International - North America (ACI-NA)
SFO Scores First Place Award for its High School Education Curriculum — Airports Council International - North America (ACI-NA)
SFO Wins Top Spot for US Airports in AFAR Travelers' Choice Awards — AFAR Travelers' Choice Awards
SFO Earns Multiple First-Place Awards for its Concession Concepts — Airports Council International - North America (ACI-NA)
SFO Earns Environmental Award for the World's First Zero Net Energy Airport Facility — Airports Council International - North America (ACI-NA)

## 2018

SFO Receives Travel Weekly Magellan award for its AirFare Video Series — Travel Weekly Magellan award
SFO Receives Travel Weekly Magellan award for its Spring 2018 SFO Campaign "Your Airport. Your World" — Travel Weekly Magellan Silver award
SFO Receives Gold Level Award for Marketing Campaign — dotCOMM's Web Creativity + Digital Communications award
SFO Receives Platinum Level Award for Interactive Map — dotCOMM's Web Creativity + Digital Communications award
Travelers Rank SFO Airport Staff as the Best in North America — SkyTrax 2018 Passengers' Choice Awards
SFO Wins Governor's Environmental and Economic Leadership Award — Governor's Environmental and Economic Leadership Award

## 2017

SFO Recognized as National Innovator in Use of Analytics — The Drexel LeBow Analytics 50
SFO Taxi App Wins "Best of California" Award — The Center for Digital Government
SFO is a Repeat Winner in CIO Magazine's Annual "CIO 100" Awards — IDG
SFO Concessions Management Team Honored by Airport Revenue News — Airport Revenue News
SFO Receives 2017 Acterra Award for Sustainability — Acterra

## 2016

SFO Wins National Award for Excellence in Print Media — Airports Council International-North America
SFO Chief Information Officer Wins National Award For Innovation — American Association of Airport Executives
SFO Recognized for Excellence in Disclosure — National Federation of Municipal Analysts (NFMA)
New Control Tower at SFO Honored as Top Engineering Project in America — American Council of Engineering Companies (ACEC)
New SFO Airport Traffic Control Tower Receives Engineering Award — American Council of Engineering Companies (ACEC)

## 2015

Silver Winner - Social Media Trivia Contest and Visually Impaired Nav App — W3 Awards
Best of California - In-House App Development — Center for Digital Government
Best Airport in the Americas — Frequent Business Traveler
Best Concession Management Team — Airport Revenue News
Amenities Program – Large Airport — Airport Revenue News

- Best Overall Concessions Program — Airport Revenue News
- Best Airport Staff in North America — SkyTrax

## 2014

- Gold Winner, Government Websites — W3 Awards
- Gold Winner, Online Travel Services — Magellan Awards
- Environmental Achievement Award — Airports Council International-North America (ACI-NA)
- First Place - Creative Innovations – Technology for "The SFO Flight Deck" in T3, Boarding Area E — Airports Council International–North America (ACI-NA)
- First Place - Websites (Traditional) for the re-launched flysfo.com — Airports Council International–North America (ACI-NA)
- Peggy G. Hereford Award of Excellence in Marketing and Communications — Airports Council International–North America (ACI-NA)
- Best in Class, flysfo Website — Interactive Media AwardsTM
- 3rd Place - Best Airport Worldwide (40 million to 50 million passengers) — SkyTrax
- Best Airport — Outside Magazine

## 2013

- Best in Class, Museum Website — Interactive Media Awards
- Richard A. Griesbach Award of Excellence for Overall Concession Program — Airports Council International–North America (ACI-NA)
- Recognized for Sustainable Planning, Design and Construction Guidelines — Chicago Department of Aviation
- Best Airports for Health & Wellness — FlipKey
- Excellence in Business for Economic Development — San Francisco Chamber of Commerce
- Disadvantaged Business Enterprise (DBE) Advocate and Partner — Federal Aviation Administration (FAA)
- Airport With the Most Unique Services, Single Terminal Division — Airport Revenue News (ARN)
- Airport With the Best Overall Concession Program, Single Terminal Division — Airport Revenue News (ARN)
- Airport With the Best Concessions Management Team — Airport Revenue News (ARN)
- Environmental Achievement Award — Airports Council International-North America (ACI-NA)
- Best Single Social Media Promotion by a U.S. Airport — Travel + Leisure Social Media in Travel + Tourism (SMITTY)
- Airport With the Best Overall Concession Program — Airport Revenue News

## 2012

- Terminal with the Best Concession Management Team (Terminal 2), Single Terminal Division — Airport Revenue News
- Terminal with the Best Customer Service (Terminal 2), Single Terminal Division — Airport Revenue News
- Terminal with the Best Program Design (Terminal 2), Single Terminal Division — Airport Revenue News
- Airport with Best Overall Concessions Program, Large Airports — Airport Revenue News
- Airport with Most Unique Services, Large Airports — Airport Revenue News
- Airport with Best Concession Program Design, Large Airports — Airport Revenue News
- SFO's Terminal 2 Named "Best Infrastructure" — San Francisco Business Times
- 4th Place - Best Terminal in the World (Terminal 2) — Skytrax
- 3rd Place - Best Airport in North America — Skytrax
- 2nd Place - Best Regional (U.S.) Airport — Skytrax
- Best Airport Staff in North America — Skytrax
- Best Single Social Media Promo — Travel + Leisure Social Media in Travel + Tourism Awards (SMITTYs)
- Silver Award: Airport - Overall - Social Media — Travel Weekly 2012 Magellan Awards
- Best Airport in the Americas — Frequent Business Traveler Globe Runner Awards
- Gold Award: Airport - Overall - Eco-Friendly "Green" Airport — Travel Weekly 2012 Magellan Awards
- Recognized for Employee Wellness Program — 2012 Airports Going Green Award

## 2011

- Best Airport in North America — Business Traveller Germany
- Best Concessions Design, Large Airport (tie) — Airport Revenue News
- Best Overall Concession Program, Large Airport (three-way tie) — Airport Revenue News
- Public Managerial Excellence Award to Cheryl Nashir, SFO Associate Deputy Airport Director for Revenue Development and Management — Municipal

Fiscal Advisory Council

**Airports Council International North America Excellence in Airport Marketing & Communications Contest, 3rd Place, Social Media Campaigns** — San Francisco Business Times

**Healthiest workplace for large companies (500 to 1,999 employees) in the Bay Area** Francisco Business Times

**Leading Edge Award for Terminal 2** — Executive Travel Magazine

## 2010

**Second, Best Airports 2010** — eDreams

**Best Overall Concessions Program, Large Airport** — Airport Revenue News

**Airport Safety Award** — Federal Aviation Administration

## 2009

**Best Airport Restaurants in the Country** — poll, Airport Revenue News

**One of top Five US Airport Websites** — aviation.com

**Silver Medal for Best Airport Website** — flightglobal.com

**Best of Decade for International Terminal** — San Francisco Chronicle

**Best Airport Terminal in the United States** — Dwell Magazine

## 2008

**Environmental Programs Award** — U.S. Environmental Protection Agency Region 9

**Nomination for Best Government Website, flysfo.com** — Webby Awards

**Fit Business Award** — California Task Force on Youth and Workplace Wellness

**Best Airport in North America** — Skytrax

## 2006

**Best Airport in North America** — Business Traveller Germany

**Herman C. Bliss Airports Partnership Award** — Federal Aviation Administration

**Best Airport in North America** — Skytrax

**Best Airport in North America** — CityBloc.com

---

## Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

| Name | Email |
|---|---|
| Name | Email |

SFO Museum ↗                Connect with Us:    

---

### Passengers
- Flights
- Transportation
- Parking at SFO
- Shop/Dine/Relax
- Maps
- Services
- Travel Tips

### Business
- Doing Business at SFO
- Small Business Development
- Upcoming Opportunities
- Current Opportunities
- Construction Opportunities
- Air Services

### About
- About SFO
- Land Acknowledgement
- Airport Commission
- Airport Operations
- Finances
- Construction
- Sustainability

### Accessibility
- Sitemap
- Privacy & Cookie Use
- Lost & Found
- Public Notices
- Agendas
- Careers
- Contact Us
- FAQ

Planning Division

Community & Noise

Media

Contact

Careers

© SAN FRANCISCO INTERNATIONAL AIRPORT

SFO