# EXHIBIT D



Case 3:24-cv-02311-TSH     Document 39-4     Filed 09/17/24     Page 2 of 4



