# EXHIBIT E

- Terminal 1 Departures Roadway Paving Sept. 10-13 - use alternate drop-off locations
- No parking on curbs or roadways - to wait, use the Free Cell Phone Waiting Lot

PASSENGERS    BUSINESS    ABOUT        15°C 58°F • 11:56 AM    MAP    TRAVEL ALERTS 3

SFO    Flights    Transportation    Parking at SFO    Shop/Dine/Relax    Maps    Services    Travel Tips

# Welcome
TO SAN FRANCISCO INTERNATIONAL AIRPORT

**Flight Status**    Departures ⚬ Arrivals

Enter destination, airline, or flight #

Flight Tracker ›                    All Flights ›

**Book parking early using our online booking system.** Save time, pay online. Enjoy contactless entry and exit.

Ⓟ    Arrival Time  09/11/2024  5:00 PM    Exit Time  09/11/2024  5:00 PM    **Prepay Parking**

*Parking must be booked a minimum of 2 hours in advance.

## Happening at SFO



Expedited Travel Services ›

Vote for SFO in USA Today's 10Best Awards! ›

## Dig Into Delicious and Explore Stores Galore



[Dine] [Shop]

**Terminal**

[- Any -]



| | |
|---|---|
| KLEIN'S DELI | Klein's Deli and Coffee Bar |
| Andalé | Andalé Mexican Kitchen + Bar |
| GATE SIDE MARKET | Gateside Market |
| POTRERO GRILL | Potrero Grill |

[View All]

## Klein's Deli and Coffee Bar

Sandwiches made-to-order, salads, espresso, beer and wine

Terminal 3
E Gates, Near Gate E7

**Monday - Sunday:** 5:00 am-10:00 pm

[More Info]

## Getting to and from SFO is easy and convenient.

[BART Schedule]  [Car Rental]  [Transportation]

**Embarcadero BART departures as of 11:56 AM PDT**

The next BART to SF Airport departs from the Embarcadero at:
12:02 PM | 12:12 PM | 12:20 PM

Next BART departs San Francisco Int'l Airport for Antioch at:
12:08 PM | 12:28 PM

Next BART departs San Francisco Int'l Airport for Pittsburg/Bay Point at:
11:59 AM | 12:19 PM

[Learn More]



## Travel Information

Helpful tips to ensure a smooth journey.

| | |
|---|---|
| Travel Tips | → |
| Getting Around SFO | → |
| Expedited Travel Services | → |
| Late Night Dining Options | → |
| Kids' Spots Play Areas | → |



## Where We Fly



Asia



Canada, Mexico and the Americas



Europe and the Middle East



South Pacific and Oceania



United

### At SFO, you'll enjoy airport services that go above and beyond.

Our entire team is dedicated to passenger service and care.

All Services →



Accessible Travel Needs



Business Travelers



International Travelers



Military Travelers



Transgender / GNC Travelers



Traveling with Kids



Traveling with Pets



SFO Medical Clinic

### Join Our Email List

Stay up to date on new routes, improvement projects, museum exhibitions and much more!

Name

Email



SFO Museum ↗

Connect with Us:     

| Passengers | Business | About | Accessibility |
|---|---|---|---|
| Flights | Doing Business at SFO | About SFO | Sitemap |
| Transportation | Small Business Development | Land Acknowledgement | Privacy & Cookie Use |
| Parking at SFO | Upcoming Opportunities | Airport Commission | Lost & Found |



Shop/Dine/Relax                Current Opportunities             Airport Operations            Public Notices

Maps                           Construction Opportunities        Finances                      Agendas

Services                       Air Services                      Construction                  Careers

Travel Tips                                                      Sustainability                 Contact Us

                                                                 Planning Division              FAQ

                                                                 Community & Noise

                                                                 Media

                                                                 Contact

                                                                 Careers

We use cookies on this site to enhance your user experience

Click here to view our Privacy & Cookie policy.

By clicking the Accept button, you agree to us doing so.

Accept

Proceed without Cookies

© SAN FRANCISCO INTERNATIONAL AIRPORT