# EXHIBIT F



# Small Business | Big Opportunity

SFO offers a range of support to enable small businesses
to compete equitably for business opportunities.

Learn more about big opportunities
for small businesses at SFO:

**flysfo.com/small-business**

Resources | Program Information | Opportunities





**SFO Medical Clinic** | San Francisco International Airport | International Terminal, Level 3, A Side

IS THERE A **DOCTOR** IN THE **HOUSE?**
**Yes!  SFO Medical Clinic.**

Occupational, travel, and urgent medical care.









