# EXHIBIT G

https://www.booking.com/flights/index.html?aid=304142&label=gen173nr-1FCAEoggl46AdlM1gEaJMCiAEBmAExuAEXyAEM2AEB6AE    September 11, 2024 at 4:41 PM EDT
B-AECiAlBqAlDuALagli3BsACAdICJDhmYTZjZjIkLTA0ZWtNGEzZC05ZDJmLTAwZTE1YTA3YWY4MtgCBeACAQ&sid=8d5bd1aa60c24a11172ecaf0c3dbd6a8&from=booking
&



## Trending cities

Book flights to a destination popular with travelers from the United States



**Las Vegas, United States of America**

Flights from Midway International Airport
Sep 17 - Sep 24 · Round-trip



**Miami, United States of America**

Flights from Midway International Airport
Sep 14 - Sep 21 · Round-trip



**Orlando, United States of America**

Flights from Midway International Airport
Sep 17 - Sep 24 · Round-trip



**Los Angeles, United States of America**

Flights from Midway International Airport
Sep 15 - Sep 22 · Round-trip

## Your account, your travel

**All your trip details in one place**

Sign in to book faster and manage your trip with ease

Sign in    Register









≡  **Google**    🧳 Travel    🔍 Explore    ✈ Flights    🛏 Hotels    🏠 Vacation rentals    ☾    ⠿    **Sign in**

# Flights

⇄ Round trip ⌄    👤 1 ⌄    Economy ⌄

| ◯ san francisco, California | + |
| --- | --- |

| 📍 San Francisco, California | ⌃ |
| --- | --- |

✈ San Francisco International Airport  SFO
11 mi to destination

✈ San Francisco Bay Oakland International Airport  OAK
International airport in Alameda County, California

📍 San Francisco Mountain, Arizona   ⌄
Mountain range in Arizona

📍 Don Edwards San Francisco Bay National Wildlife Refuge, California   ⌄
Wildlife refuge in California

📍 San Francisco de Macorís, Dominican Republic   ⌄
City in the Dominican Republic

📅 Departure          Return

🔍 Explore

Explore destinations




**Denver**              $68
Nov 2 — Nov 9
Nonstop · 3 hr 52 min



**Seattle**            $128
Nov 2 — Nov 9
1 stop · 18 hr



**Lisbon**             $446
Oct 28 — Nov 6
1 stop · 11 hr



**Orlando**            $57
Sep 23 — Oct 2
Nonstop · 2 hr 22 min

## Useful tools to help you find the best deals

📅 **Find the cheapest days to fly**
The Date grid and Price graph make it easy to see the best flight deals

## Insightful tools help you choose your trip dates

If your travel plans are flexible, use the form above to start searching for a specific trip. Then, play around with the **Date grid** and **Price graph** options on the Search page to find the cheapest days to get to your destination – and back again for round trips.



📈 **See the whole picture with price insights**
Price history and trend data show you

Special travel instructions are in effect for multiple regions.                                    ✕



Español   Cart 0   Help center   Sign up   Sign in ▼

**Alaska AIRLINES**

Book   Manage   Check in   Where we fly   Traveling with us   Mileage Plan        Search 🔍

## Welcome. Let's go somewhere.

| Book | Check in | Flight status | Manage trip |

| Flights | Hotels | Cars |

☐ One-way    ☐ Use miles

From
san franc

Bay Area (All Airports)
Oakland, CA (OAK-Oakland Intl.)
San Francisco, CA (SFO-San Francisco Intl.)
San Jose, CA (SJC-San Jose Intl.)

To

🗓

1 adult     ▼        0 children     ▼

All search options
Use discount or
companion fare code

**Find Flights**

### LIMITED TIME ONLINE OFFER

## The $0 Companion Fare has landed.

Get a $0 Companion Fare (plus taxes and fees from $23) and 50,000 bonus miles after qualifying purchases made with the Alaska Airlines Visa® card.

**Apply now** ⧉

Must apply here for this offer. Offers vary elsewhere.

| ♿ Accessible services | 🧳 Baggage & optional fees | 🪪 Flying with REAL ID



## YOU'RE GOING PLACES.

### Your next adventure starts here.
### Find flight deals from

$69   or   4,500
one way*        miles one way*

**Book now**

*Restrictions apply



From
$ 99*
Seen: 1 hour ago
One-way, Main
**Book now**

From
$ 119*
Seen: 2 hours ago
One-way, Main
**Book now**

From
$ 189*
Seen: 1 hour ago
One-way, Main
**Book now**

From
$ 205*
Seen: 1 hour ago
One-way, Main
**Book now**



