# EXHIBIT H



Car Rental from Budget, Book Online Now & Save



https://www.enterprise.com/en/car-rental/campaigns/rent-a-car-b.html?gclid=CjwKCAjw_4S3BhAAEiwA_64YhlQf7FRNDBlyfLwVra7DJg_gDSi7efRMtVM7sqFAGGCiHJDn8rWqyRoCObkQAvD_BwE&mcid=paidsearch:33337017&targetid=kwd-101741004&ef_id=CjwKCAjw_4S3BhAAEiwA_64YhlQf7FRNDBlyfLwVra7DJg_gDSi7efRMtVM7sqFAGGCiHJDn8rWqyRoCObkQAvD_BwE:G:s&s_kwcid=AL!4824!3!673560327498!e!!g!!enterprise%20rental!239637853!16945209973&campaignid=239637853&gclsrc=aw.ds&gad_source=1    September 11, 2024 at 5:01 PM EDT

**Help**    **USD ($)**    **USA (English)**    **Find a Location**    SIGN IN / JOIN

**Reservations**    **Vehicles**    **Locations**

**Book with Enterprise**
- Unlimited mileage on most cars
- No cancellation fee
- A large selection of standard to luxury vehicles
- Over 10,000 locations worldwide

## Reserve a Vehicle  or View / Modify / Cancel Reservation

**Error:** Sorry, we're not sure what location you are looking for. Please select a city or location from the drop-down or try searching again.

Pick-up & Return Location (ZIP, City or Airport)*                                    * Required Field

san fran



➤ **Use my current location**

| ✈ AIRPORTS | San Francisco International Airport SFO<br>San Francisco, CA, 94128 US | Select |
|---|---|---|
| | San Francisco Intl. Airport Exotics SFO<br>San Francisco, CA, 94128 US | Select |
| | San Luis Airport LUQ<br>San Luis, 5700 AR | Select |
| 📍 CITIES/AREAS | San Francisco, CA, US | Select |
| | Albuquerque, NM, US | Select |

🚫 **Pay later at pickup** no payment or credit card required to reserve







