# EXHIBIT I

https://brandirectory.com/rankings/airports/2023    September 11, 2024 at 3:01 PM EDT



Rankings  Reports  Soft Power  Research ⌄  About us ⌄  Contact us    🛒  👤    Search

Brandirectory › Rankings › Airports › 2023

# AIRPORTS 25 2023 RANKING

Overview of all years | 2024 | **2023** | 2022 | 2021 | 2020 | 2019

⊞ Table   📊 Chart                                    Show values in: **USD**($)

| 2023 | 2022 | Logo | Name | Country | 2023 | 2022 | 2023 | 2022 |
|---|---|---|---|---|---|---|---|---|
| 1 = | 1 | | Paris Aeroport | 🇫🇷 | $693M | $763M | AA | AA+ |
| 2 = | 2 | Heathrow | Heathrow Airport | 🇬🇧 | $672M | $742M | AA+ | AA |
| 3 = | 3 | CHANGI | Changi Airport | 🇸🇬 | $623M | $603M | AAA | AAA- |
| 4 = | 4 | Incheon Airport | Incheon International Airport | 🇰🇷 | $411M | $478M | AAA- | AAA- |
| 5 = | 5 | | Frankfurt Airport | 🇩🇪 | $311M | $381M | AA- | AA |
| 6 = | 6 | HANEDA | Haneda International Airport | 🇯🇵 | $310M | $379M | AA+ | AA+ |
| 7 ⌃ | 12 | LAX | Los Angeles International Airport | 🇺🇸 | $244M | $215M | AA- | AA- |
| 8 ⌃ | 13 | | Shanghai Airport (Group) | 🇨🇳 | $242M | $196M | AA- | A+ |
| 9 ⌄ | 8 | Schiphol | Schiphol | 🇳🇱 | $228M | $294M | AA | AA+ |
| 10 ⌄ | 7 | | Narita International Airport | 🇯🇵 | $226M | $320M | AA | AA |
| 11 ⌄ | 9 | Zurich Airport | Zürich Airport | 🇨🇭 | 🔒 | 🔒 | 🔒 | 🔒 |
| 12 ⌃ | 14 | | O'Hare International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 13 ⌄ | 11 | M | Munich Airport | 🇩🇪 | 🔒 | 🔒 | 🔒 | 🔒 |
| 14 ⌄ | 10 | BCIA | Beijing Capital International Airport | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 15 ⌃ | 22 | DFW | Dallas/Fort Worth International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 16 ⌃ | 19 | John F. Kennedy | John F. Kennedy International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 17 ⌃ | 18 | | Bangkok Airport | 🇹🇭 | 🔒 | 🔒 | 🔒 | 🔒 |
| 18 ⌄ | 16 | BAIYUNPORT | Guangzhou Baiyun International Airport | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 19 ⌃ | 24 | aena | Madrid-Barajas Airport | 🇪🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 20 ⌃ | 21 | | Hong Kong International Airport | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 21 ⌄ | 15 | | Toronto Pearson International Airport | 🇨🇦 | 🔒 | 🔒 | 🔒 | 🔒 |
| 22 ⌃ | 25 | | San Francisco International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 23 ⌄ | 17 | | Sydney Airport | 🇦🇺 | 🔒 | 🔒 | 🔒 | 🔒 |
| 24 | | DEN | Denver International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |

| 25 | 20 | Gatwick Airport | 🇬🇧 | 🔒 | 🔒 | 🔒 | 🔒 |

25 per page ▾

1 ‹ ›

**Download CSV** ⬇



**SAVIO D'SOUZA**
SENIOR DIRECTOR
+44 2073899421
enquiries@brandfinance.com

Unlock data in this table

## RELATED REPORTS



### AIRLINES 50 2023

The annual report on the most valuable and strongest airlines brands, a supplementary analysis on airport brands

May 2023

© 2024 BRAND FINANCE. ALL RIGHTS RESERVED.

Privacy and cookies    Terms and conditions    Glossary    FAQs
Contact us    Sitemap    Purchase FAQs



Log in    Register

v2.0.0



https://brandirectory.com/rankings/airports/2022                                                                September 16, 2024 at 9:58 PM EDT

Brandirectory > Rankings > Airports > 2022

# AIRPORTS 25 2022 RANKING

Overview of all years | 2024 | 2023 | **2022** | 2021 | 2020 | 2019

**Table** | **Chart**                                         Show values in: **USD** ($)

| 2022 | 2021 | Logo | Name | Country | 2022 | 2021 | 2022 | 2021 |
|------|------|------|------|---------|------|------|------|------|
| 1 = | 1 | | Paris Aeroport | 🇫🇷 | $763M | $594M | AA+ | AA |
| 2 ∧ | 3 | | Heathrow Airport | 🇬🇧 | $742M | $449M | AA | AA |
| 3 ∨ | 2 | | Changi Airport | 🇸🇬 | $603M | $481M | AAA- | AAA- |
| 4 = | 4 | | Incheon International Airport | 🇰🇷 | $478M | $358M | AAA- | AAA- |
| 5 ∧ | 6 | | Frankfurt Airport | 🇩🇪 | $381M | $301M | AA | AA- |
| 6 ∨ | 5 | | Haneda International Airport | 🇯🇵 | $379M | $315M | AA+ | AA+ |
| 7 ∧ | 8 | | Narita International Airport | 🇯🇵 | $320M | $223M | AA | AA- |
| 8 ∧ | 10 | | Schiphol | 🇳🇱 | $294M | $180M | AA+ | AA |
| 9 ∧ | 12 | | Zürich Airport | 🇨🇭 | $231M | $157M | AA | AA- |
| 10 ∧ | 11 | | Beijing Capital International Airport | 🇨🇳 | $223M | $167M | AA- | A+ |
| 11 ∨ | 9 | | Munich Airport | 🇩🇪 | 🔒 | 🔒 | 🔒 | 🔒 |
| 12 ∧ | 13 | | Los Angeles International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 13 ∨ | 7 | | Shanghai Airport (Group) | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 14 ∧ | 23 | | O'Hare International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 15 ∧ | 20 | | Toronto Pearson International Airport | 🇨🇦 | 🔒 | 🔒 | 🔒 | 🔒 |
| 16 ∨ | 15 | | Guangzhou Baiyun International Airport | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 17 ∨ | 16 | | Sydney Airport | 🇦🇺 | 🔒 | 🔒 | 🔒 | 🔒 |
| 18 ∨ | 14 | | Bangkok Airport | 🇹🇭 | 🔒 | 🔒 | 🔒 | 🔒 |
| 19 = | 19 | | John F. Kennedy International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 20 ∧ | 21 | | Gatwick Airport | 🇬🇧 | 🔒 | 🔒 | 🔒 | 🔒 |
| 21 ∨ | 17 | | Hong Kong International Airport | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 22 = | 22 | | Dallas/Fort Worth International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 23 | | | Istanbul Grand Airport | 🇹🇷 | 🔒 | 🔒 | 🔒 | 🔒 |
| 24 ∨ | 18 | | Madrid-Barajas Airport | 🇪🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 25 = | 25 | | San Francisco International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |

25 per page                                                                                        1 | ‹ | ›

**Download CSV** ⬇



**SAVIO D'SOUZA**
SENIOR DIRECTOR
+44 2073899421
enquiries@brandfinance.com

Unlock data in this table

## RELATED REPORTS



### AIRLINES 50 2022

The annual report on the most valuable and strongest airlines brands, a supplementary analysis on airport brands

May 2022

© 2024 BRAND FINANCE. ALL RIGHTS RESERVED.

Privacy and cookies     Terms and conditions     Glossary     FAQs
Contact us     Sitemap     Purchase FAQs



Log In     Register

v2.0.0



https://brandirectory.com/rankings/airports/2021    September 16, 2024 at 9:59 PM EDT

Brandirectory > Rankings > Airports > 2021

# AIRPORTS 25 2021 RANKING

Overview of all years | 2024 | 2023 | 2022 | **2021** | 2020 | 2019

**Table** | Chart

Show values in: **USD** ($)

| 2021 | 2020 | Logo | Name | Country | 2021 | 2020 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Paris Aeroport | 🇫🇷 | $594M | $0M | AA | |
| 2 | 2 | | Changi Airport | 🇸🇬 | $481M | $756M | AAA- | AAA |
| 3 | 1 | | Heathrow Airport | 🇬🇧 | $449M | $853M | AA | AA+ |
| 4 | 3 | | Incheon International Airport | 🇰🇷 | $358M | $713M | AAA- | AAA |
| 5 | 4 | | Haneda International Airport | 🇯🇵 | $315M | $561M | AA+ | AAA- |
| 6 | 6 | | Frankfurt Airport | 🇩🇪 | $301M | $431M | AA- | AA |
| 7 | 7 | | Shanghai Airport (Group) | 🇨🇳 | $284M | $401M | A | A+ |
| 8 | 8 | | Narita International Airport | 🇯🇵 | $223M | $389M | AA- | AA |
| 9 | 9 | | Munich Airport | 🇩🇪 | $188M | $354M | AA | AA |
| 10 | 11 | | Schiphol | 🇳🇱 | $180M | $281M | AA | AA |
| 11 | 15 | | Beijing Capital International Airport | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 12 | 24 | | Zürich Airport | 🇨🇭 | 🔒 | 🔒 | 🔒 | 🔒 |
| 13 | 13 | | Los Angeles International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 14 | 12 | | Bangkok Airport | 🇹🇭 | 🔒 | 🔒 | 🔒 | 🔒 |
| 15 | 14 | | Guangzhou Baiyun International Airport | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 16 | 17 | | Sydney Airport | 🇦🇺 | 🔒 | 🔒 | 🔒 | 🔒 |
| 17 | 10 | | Hong Kong International Airport | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 18 | 25 | | Madrid-Barajas Airport | 🇪🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 19 | 19 | | John F. Kennedy International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 20 | 16 | | Toronto Pearson International Airport | 🇨🇦 | 🔒 | 🔒 | 🔒 | 🔒 |
| 21 | 18 | | Gatwick Airport | 🇬🇧 | 🔒 | 🔒 | 🔒 | 🔒 |
| 22 | 20 | | Dallas/Fort Worth International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 23 | 23 | | O'Hare International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 24 | | | Barcelona-El Prat Airport | 🇪🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 25 | 21 | | San Francisco International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |

25 per page

| 1 | < | > |

**Download CSV** ⬇

**SAVIO D'SOUZA**
SENIOR DIRECTOR
+44 2073899421
enquiries@brandfinance.com

Unlock data in this table

© 2024 BRAND FINANCE. ALL RIGHTS RESERVED.

Privacy and cookies     Terms and conditions     Glossary     FAQs

Contact us     Sitemap     Purchase FAQs



Log In     Register

v2.0.0



https://brandirectory.com/rankings/airports/2020/table September 16, 2024 at 10:00 PM EDT



**Brand Finance** Brandirectory

Rankings | Reports | Soft Power | Research ▾ | About us ▾ | Contact us

Brandirectory › Rankings › Airports › 2020 › Ranking

# AIRPORTS 25 2020 RANKING

Overview of all years | 2024 | 2023 | 2022 | 2021 | 2020 | 2019

📄 Report | 🟩 Table | 📊 Chart     Show values in: **USD** ($)

| 2020 | 2019 | Logo | Name | Country | 2020 | 2019 | 2020 | 2019 |
|------|------|------|------|---------|------|------|------|------|
| 1 = | 1 | | Heathrow Airport | 🇬🇧 | $853M | $919M | AA+ | AA+ |
| 2 = | 2 | | Changi Airport | 🇸🇬 | $756M | $754M | AAA | AAA |
| 3 = | 3 | | Incheon International Airport | 🇰🇷 | $713M | $737M | AAA | AAA |
| 4 ⌃ | 6 | | Haneda International Airport | 🇯🇵 | $561M | $461M | AAA- | AAA- |
| 5 = | 5 | | Paris - Charles De Gaulle | 🇫🇷 | $460M | $544M | AA | AA |
| 6 ⌄ | 4 | | Frankfurt Airport | 🇩🇪 | $431M | $547M | AA | AA |
| 7 = | 7 | | Shanghai Airport (Group) | 🇨🇳 | $401M | $385M | A+ | A+ |
| 8 = | 8 | | Narita International Airport | 🇯🇵 | $389M | $354M | AA | AA |
| 9 | | **M** Munich Airport | Munich Airport | 🇩🇪 | $354M | $0M | AA | |
| 10 ⌄ | 9 | | Hong Kong International Airport | 🇨🇳 | $321M | $330M | AAA | AAA |
| 11 ⌄ | 10 | | Schiphol | 🇳🇱 | 🔒 | 🔒 | 🔒 | 🔒 |
| 12 ⌃ | 16 | | Bangkok Airport | 🇹🇭 | 🔒 | 🔒 | 🔒 | 🔒 |
| 13 ⌄ | 12 | | Los Angeles International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 14 ⌃ | 15 | | Guangzhou Baiyun International Airport | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 15 ⌄ | 13 | | Beijing Capital International Airport | 🇨🇳 | 🔒 | 🔒 | 🔒 | 🔒 |
| 16 ⌃ | 21 | | Toronto Pearson International Airport | 🇨🇦 | 🔒 | 🔒 | 🔒 | 🔒 |
| 17 ⌄ | 14 | | Sydney Airport | 🇦🇺 | 🔒 | 🔒 | 🔒 | 🔒 |
| 18 = | 18 | | Gatwick Airport | 🇬🇧 | 🔒 | 🔒 | 🔒 | 🔒 |
| 19 = | 19 | | John F. Kennedy International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 20 = | 20 | | Dallas/Fort Worth International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 21 ⌃ | 22 | | San Francisco International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 22 ⌃ | 24 | | Paris - ORLY | 🇫🇷 | 🔒 | 🔒 | 🔒 | 🔒 |
| 23 = | 23 | | O'Hare International Airport | 🇺🇸 | 🔒 | 🔒 | 🔒 | 🔒 |
| 24 ⌄ | 17 | | Zürich Airport | 🇨🇭 | 🔒 | 🔒 | 🔒 | 🔒 |
| 25 = | 25 | | Madrid-Barajas Airport | 🇪🇸 | 🔒 | 🔒 | 🔒 | 🔒 |

25 per page     **1** | ‹ | ›

**Download CSV** ⬇



**SAVIO D'SOUZA**
SENIOR DIRECTOR
+44 2073899421
enquiries@brandfinance.com

Unlock data in this table

© 2024 BRAND FINANCE. ALL RIGHTS RESERVED.

Privacy and cookies    Terms and conditions    Glossary    FAQs

Contact us    Sitemap    Purchase FAQs



Log In    Register

v2.0.0

