BOBBY GHAJAR (198719)
JOHN HEMANN (165823)
JUDD LAUTER (290945)
COOLEY LLP
3 Embarcadero, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
Email: bghajar@cooley.com
       jhemann@cooley.com
       jlauter@cooley.com

DAVID CHIU (189542)
City Attorney
JESSE SMITH (122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (173594)
Chief Deputy City Attorney
JULIE VEIT (209207)
CHRISTOPHER STUART (262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4700
Facsimile:    (415) 554-4757
Email: Cityattorney@sfcityatty.org
       Jesse.Smith@sfcityatty.org
       Yvonne.Mere@sfcityatty.org
       Julie.Veit@sfcityatty.org
       Christopher.Stuart@sfcityatty.org

Attorneys for Plaintiff and Counterclaim Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants. | Case No. 3:24-CV-02311-TSH<br><br>**DECLARATION OF IVAR SATERO IN SUPPORT OF THE CITY'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    October 24, 2024<br>Time:    10:00 AM<br>Dept:    E - 15TH Floor<br>Judge:   Hon. Thomas S. Hixton |
| AND RELATED COUNTERCLAIM | |

I, Ivar Satero, declare as follows:

1. I am the Airport Director of the San Francisco International Airport ("SFO"). I have been employed by SFO for over 30 years, including as Airport Director for over 8 years. I have personal knowledge of the facts contained in this declaration in support of the City and County of San Francisco's Motion for Preliminary Injunction. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. On March 29, 2024, I received a telephone call from Danny Wan, the Executive Director for Defendant Port of Oakland (the "Port") and Craig Simon, then the Acting Director of Aviation for the Oakland airport. Mr. Wan called to inform me of the Port's plan to imminently announce a rebrand of the Oakland airport from OAKLAND INTERNATIONAL AIRPORT to SAN FRANCISCO BAY OAKLAND INTERNATIONAL AIRPORT. This occurred approximately 30 minutes prior to the Port issuing a press release regarding the same.

3. I was surprised by the Port's plan, disappointed that I was being notified at the last minute, and very concerned about the new name being so similar to SAN FRANCISCO INTERNATIONAL AIRPORT, which is our registered trademark.

4. I expressed to Mr. Wan that I had serious concerns about the name change and asked him to provide me with more information about the Port's plans. Mr. Wan responded that he would do so, but never followed up.

5. On April 1, 2024, I sent a letter to the Port of Oakland, opposing the name change proposal and requesting that Port of Oakland not proceed. A true and correct copy of that letter is attached hereto as **Exhibit A**.

6. On April 8, 2024, I called Mr. Wan to discuss the proposed name change, and to see if we could find a reasonable compromise that both parties were comfortable with. We had a short conversation, but we couldn't reach agreement on a follow-up meeting.

7. On April 10, 2024, the Executive Director of the Bay Area Council emailed me and Mr. Wan to request that the Port of Oakland continue, rather than vote on, the Oakland airport's rebrand. The Bay Area Council is a non-profit organization of large Bay Area employers who are

dedicated to improving work and life in the Bay Area. Both Mr. Wan and I serve on the Executive Committee of the Bay Area Council. The council was making an overture to the parties to engage in a constructive dialogue. Mr. Wan responded that he did not believe a constructive dialogue could occur because the City had threatened litigation if the Port pursued its rebrand. On April 11, 2024, Mr. Wunderman asked Mr. Wan to reconsider, believing that the City did not want to pursue legal action, and having a discussion would be beneficial. As far as I am aware, Mr. Wan did not respond to Mr. Wunderman's follow-up email. A true and correct copy of the parties' email exchange is attached hereto as **Exhibit B**.

Executed on this 13th day of September, 2024 at San Francisco, California.

_____
Ivar Satero