# EXHIBIT A

San Francisco International Airport

April 1, 2024

Barbara Leslie
President, Oakland Board of Port Commissioners
30 Water Street
Oakland, CA 94607

**TRANSMITTED VIA EMAIL**
*bleslie@portoakland.com*

**SUBJECT: Proposed Renaming of Metropolitan Oakland International Airport**

Dear President Leslie:

San Francisco International Airport (SFO) formally objects to the proposed renaming of Metropolitan Oakland International Airport (OAK) to "San Francisco Bay Oakland International Airport" (File ID: 094-24), scheduled for consideration at the April 11, 2024 meeting of the Oakland Board of Port Commissioners.

As you know, SFO is among the largest airports in the United States, having served over 50 million passengers in 2023, and has operated under the name "San Francisco Airport" or "San Francisco International Airport" since 1927 — making it immediately recognizable to customers. We have built on this brand success for decades and are opposed to OAK using any form of the historic and geographically significant name "San Francisco" in its name.

SFO is owned and operated by the City and County of San Francisco, and San Francisco owns U.S. federal registrations for the marks SAN FRANCISCO INTERNATIONAL AIRPORT (Reg. No. 4,189,396) and the code SFO together with the Airport's logo or design (Reg. No. 3,329,780). Given this legal brand standing and the associated name recognition in air transportation, we anticipate the proposed change considered by the Port of Oakland Commission for OAK will cause confusion for the public, either through a misunderstanding of its physical location or relationship to SFO.

SFO formally requests that you not proceed with any name change for OAK that would use the name "San Francisco".

Very truly yours,

Ivar C. Satero
Airport Director

cc:  Mayor London N. Breed, City and County of San Francisco
     Mayor Sheng Thao, City of Oakland
     San Francisco Airport Commissioners
     Oakland Board of Port Commissioners
     Danny Wan, Executive Director, Port of Oakland
     Craig Simon, Interim Aviation Director, Port of Oakland

---

AIRPORT COMMISSION   CITY AND COUNTY OF SAN FRANCISCO

| LONDON N. BREED | MALCOLM YEUNG | EVERETT A. HEWLETT, JR. | JANE NATOLI | JOSE F. ALMANZA | MARK BUELL | IVAR C. SATERO |
|---|---|---|---|---|---|---|
| MAYOR | PRESIDENT | VICE PRESIDENT | | | | AIRPORT DIRECTOR |

Post Office Box 8097   San Francisco, California 94128   Tel 650.821.5000   Fax 650.821.5005   www.flysfo.com