# EXHIBIT B

# Ivar Satero (AIR)

| | |
|---|---|
| **From:** | Jim Wunderman <jim@bayareacouncil.org> |
| **Sent:** | Thursday, April 11, 2024 8:09 AM |
| **To:** | Danny Wan |
| **Cc:** | Ivar Satero (AIR); Kristina D. Lawson; John Grubb |
| **Subject:** | Re: [EXTERNAL] Re: Peace in the Air |

Hi Danny,

Thanks for responding and considering.

Please note BAC will use our leverage with S.F. to curtail the imposition of a litigation response if the Port of Oakland agrees to engage with SFO in deliberating an effective solution set. I have already conveyed this to the folks in S.F. I believe the city of S.F. and SFO are not seeking a legal battle with the Port and City of Oakland.

Let's jointly work on a name change that gets the job done. Before going further down the current path, it should at least be explored. OAK has held its current name for a long time - a few more weeks or months shouldn't deter an honest well intended collaboration by both parties to arrive at a win win solution. I think a lot of good can come from this effort, more than just the name change.

Please consider.

Jim
Sent from my iPhone

> On Apr 10, 2024, at 10:34 PM, Danny Wan <dwan@portoakland.com> wrote:
>
> Jim and Ivar:
>
> I will convey both of your messages to the Board, along with many feedback pro, con, and conciliatory.
>
> I must note that the very public and corresponded threats of litigation seem to leave little room for the kind of problem solving you are suggesting. So, any discussion will have to be structured with those threats of litigation as a reference.
>
> Also, I would hope that such discussion would not start with the assumption that a name that places OAK on the Bay in Oakland would cause any real confusion. The name change in fact is to MEET the needs of the traveling public by giving them options to use the most convenient airport among airports located right on the Bay.
>
> Danny

**From:** Ivar Satero (AIR) <Ivar.Satero@flysfo.com>
**Sent:** Wednesday, April 10, 2024 5:36 PM
**To:** Jim Wunderman <jim@bayareacouncil.org>; Danny Wan <dwan@portoakland.com>
**Cc:** Kristina D. Lawson <KLawson@hansonbridgett.com>; John Grubb <jgrubb@bayareacouncil.org>; Cathy Widener (AIR) <Cathy.Widener@flysfo.com>; Doug Yakel (AIR) <Doug.Yakel@flysfo.com>
**Subject:** [EXTERNAL] Re: Peace in the Air

The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Thanks for your note Jim.  I agree that we should jointly be able to come to a naming proposal that both respects the needs of Oakland airport, but also the needs of the traveling public.  I would welcome the opportunity to work together to find such a solution.

Ivar

Get [Outlook for iOS](#)

**From:** Jim Wunderman <jim@bayareacouncil.org>
**Sent:** Wednesday, April 10, 2024 4:38:24 PM
**To:** Danny Wan <dwan@portoakland.com>; Ivar Satero (AIR) <Ivar.Satero@flysfo.com>
**Cc:** Kristina D. Lawson <KLawson@hansonbridgett.com>; John Grubb <jgrubb@bayareacouncil.org>
**Subject:** Peace in the Air

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Hi Danny and Ivar,

I was away for a week but of course monitored the increasing tension between SFO and OAK over the proposed name change.

I have to say the decision to move ahead seems rushed, especially in the face of what we at BAC (of which you are both well serving Executive Committee members) see as an opportunity to enter a new era of mutual cooperation and improved public service that brings regional benefits.  I have to believe there are ways that SFO can be helpful to OAK in solving the actual problems, and if indeed a name change needs to be part of the solution, one can be identified that doesn't amplify further confusion for travelers.  Of course, BAC, as regional steward, is happy to help as we stand for the success of both airports, as well as San Jose Airport.

Danny, would you please share with your Board and encourage them to continue the matter in the spirit of cooperation with a win-win scenario set as the key goal?  Ivar, are you supportive of this concept and willing to engage in such a collaboration?

2

Thanks for your consideration, both.

Jim Wunderman

Sent from my iPhone

3