BOBBY GHAJAR (198719)
JOHN HEMANN (165823)
JUDD LAUTER (290945)
COOLEY LLP
3 Embarcardero, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
Email:  bghajar@cooley.com
        jhemann@cooley.com
        jlauter@cooley.com

DAVID CHIU (189542)
City Attorney
JESSE SMITH (122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (173594)
Chief Deputy City Attorney
JULIE VEIT (209207)
CHRISTOPHER STUART (262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4700
Facsimile:    (415) 554-4757
Email:  Cityattorney@sfcityatty.org
        Jesse.Smith@sfcityatty.org
        Yvonne.Mere@sfcityatty.org
        Julie.Veit@sfcityatty.org
        Christopher.Stuart@sfcityatty.org

Attorneys for Plaintiff and Counterclaim Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-CV-02311-TSH<br><br>**DECLARATION OF DOUG YAKEL IN SUPPORT OF THE CITY'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    October 24, 2024<br>Time:   10:00 AM<br>Dept:   E – 15TH Floor<br>Judge:  Hon. Thomas S. Hixton |

I, Doug Yakel, declare as follows:

1. I am the Public Information Officer of the San Francisco International Airport ("SFO"). I have been employed by SFO for over 14 years, including as Public Information Officer for over 11 years. I have personal knowledge of the facts contained in this declaration in support of the City and County of San Francisco's Motion for Preliminary Injunction. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. As the Public Information Officer for SFO, I serve as SFO's primary spokesperson for internal and external communications and represent SFO at various community outreach forums. In my role, I have been closely following the Port of Oakland's (the "Port" or "Oakland") efforts to change the name of the Oakland airport, as well as the public response.

3. Following the Port's announcement that it was changing the name of the Oakland airport from OAKLAND INTERNATIONAL AIRPORT to SAN FRANCISCO BAY OAKLAND INTERNATIONAL AIRPORT, many letters and emails were sent to the Port opposing, or at least expressing serious reservations about the proposal. These, include, but not limited to, letters and public comments from public and city officials, travel agencies, and airlines. I am informed and believe that despite the many different constituencies urging the Port to reconsider its name change proposal, nothing came of those efforts.

### Responses from Public and City Officials

4. Attached hereto as **Exhibit A** is a true and correct copy of an April 2, 2024 resolution adopted by the San Francisco Board of Supervisors opposing the Port's proposed name change. Exhibit A was collected at my and/or the City's direction and I am personally familiar with its contents.

5. Attached hereto as **Exhibit B** is a true and correct copy of an April 3, 2024 letter from California State Senator Scott Weiner and Assemblymember Philip Ting expressing concern that the Port's name change would "will cause significant confusion." Exhibit B was collected at my and/or the City's direction and I am personally familiar with its contents.

6. Attached hereto as **Exhibit C** is a true and correct copy of an April 3, 2024 letter

from California State Assemblymember Diane Papan in which she states that "[a]dding San Francisco to the name of Oakland International Airport would only serve to confuse travelers." Exhibit C was collected at my and/or the City's direction and I am personally familiar with its contents.

7. Attached hereto as **Exhibit D** is a true and correct copy of an April 8, 2024 letter from San Francisco Mayor London Breed to the Port of Oakland opposing the proposal. Mayor Breed explained that the Port's "misguided proposal will cause confusion for the public." Exhibit D was collected at my and/or the City's direction and I am personally familiar with its contents.

8. That same day, San Francisco City Attorney David Chiu sent a letter to the Port demanding that it cancel its plan to approve the name change. Mr. Chiu invited the Port to discuss alternatives with SFO. A true and correct copy of Mr. Chiu's letter is attached hereto as **Exhibit E**. Exhibit E was collected at my and/or the City's direction and I am personally familiar with its contents.

9. Attached hereto as **Exhibit F** is a true and correct copy of an April 9, 2024 letter from U.S. Congressman Kevin Mullin to the President of the Oakland Board of Port Commissioners, in which he expressed concern that the name change "could create significant confusion." Exhibit F was collected at my and/or the City's direction and I am personally familiar with its contents.

10. Attached hereto as **Exhibit G** is a true and correct copy of an April 9, 2024 resolution adopted by the San Mateo Board of Supervisors opposing the Port's proposed name change on the ground that it "has the potential to cause significant confusion for the travelling public and others." Exhibit G was collected at my and/or the City's direction and I am personally familiar with its contents.

### Responses from Tour Operators

11. Attached hereto as **Exhibit H** is a true and correct copy of an email from tour operator America Unlimited GmbH, expressing "support SFO in their efforts to maintain their distinguished brand identity" and "concerns about potential confusion for passengers." Exhibit H was collected at my and/or the City's direction and I am personally familiar with its contents.

12. Similarly, American Sky submitted an email to the Port on April 9, 2024, stating that "Changing the name of Oakland Airport to include 'San Francisco Bay' could lead to confusion," and asking the Port to carefully consider its proposal before proceeding. A true and correct copy of that email is attached hereto as **Exhibit I**. Exhibit I was collected at my and/or the City's direction and I am personally familiar with its contents.

13. The luxury tour operator Ferrara Viajes also voiced objections to the name change. In an April 9, 2024 letter, a true and correct copy of which is attached hereto as **Exhibit J**, it stated that the rebrand "will surely cause confusion." Exhibit J was collected at my and/or the City's direction and I am personally familiar with its contents.

14. Attached hereto as **Exhibit K** is a true and correct copy of an April 9, 2024 email from CRD Touristik GmbH "advis[ing] advise highly against renaming Oakland International Airport in San Francisco Bay Oakland Airport as SFO is one of the best-known airports in the US" and explaining that '[c]ustomers would not be able to understand the difference between both airports and would be very confused." Exhibit K was collected at my and/or the City's direction and I am personally familiar with its contents.

### Responses from Airlines

15. Attached hereto as **Exhibit L** is a true and correct copy of an April 5 email on behalf of Japan Airlines to the Port, asking the Port to reconsider its name change proposal out of concern that it "may confuse [] international travelers." Exhibit L was collected at my and/or the City's direction and I am personally familiar with its contents.

16. Attached hereto as **Exhibit M** is a true and correct copy of an April 8, 2024 letter from United Airlines to the Port, in which United states that "[t]he proposed name change to San Francisco Bay Oakland International Airport would undoubtedly create unnecessary confusion for travelers" and urged the Port to reconsider. Exhibit M was collected at my and/or the City's direction and I am personally familiar with its contents.

17. Attached hereto as **Exhibit N** is a true and correct copy of an April 8, 2024 email on behalf of Vietnam Airlines to the Port, stating that "[i]t is of great concern that the Metropolitan Oakland International Airport is considering changing its name to San Francisco Bay Area Oakland

International Airport, which will create huge confusions, especially to our travelers." Exhibit N was collected at my and/or the City's direction and I am personally familiar with its contents.

18. Attached hereto as **Exhibit O** is a true and correct copy of an April 9, 2024 email from the Irish airline Aer Lingus to the Port, stating that the "proposed name change at OAK may lead to confusion among our customers." Exhibit O was collected at my and/or the City's direction and I am personally familiar with its contents.

19. Attached hereto as **Exhibit P** is a true and correct copy of an April 10, 2024 an email from WestJet Airlines to the Port, expressing that "WestJet is not in favor of the proposed name change of Metropolitan Oakland International Airport to San Francisco Bay Area/Oakland International Airport" because "[t]his will cause confusion amongst some of our guests." Exhibit P was collected at my and/or the City's direction and I am personally familiar with its contents.

20. Attached hereto as **Exhibit Q** a true and correct copy of an April 10, 2024 email from Starlux Airlines to the Port, urging the Port to gather more input from stakeholders before proceeding with the name change out of concern that it "may cause confusion." Exhibit Q was collected at my and/or the City's direction and I am personally familiar with its contents.

### Sunshine Requests

21. Following the City's lawsuit against the Port, the Port has been making public records requests of SFO concerning our marketing efforts, instances of confusion, and other issues they may perceive as related to the parties' dispute. We have made public records requests of our own, but the Port has generally not been forthcoming in its responses.

22. However, the Port recently produced the document attached hereto as **Exhibit R**, which indicates that in early April 2024, the Port desired to have "San Francisco" at the beginning of its new airport name for search engine optimization purposes. The document also states that "Adding San Francisco Bay to the front of OAK's name increases the likelihood of correlation with…," with the rest of the sentence appearing to be cut off.

Executed on this 16th day of September, 2024 at San Francisco, California.

_____
Doug Yakel