# EXHIBIT A

FILE NO. 240329   RESOLUTION NO. 177-24

[Opposing Proposed Renaming of the Metropolitan Oakland International Airport]

**Resolution opposing the proposed renaming of the Metropolitan Oakland International Airport to "San Francisco Bay Oakland International Airport" and urging the Port of Oakland Commission to reject any name change that would use the name "San Francisco."**

WHEREAS, The Port of Oakland Commission will be considering an ordinance to approve the renaming of "Metropolitan Oakland International Airport" (OAK) to "San Francisco Bay Oakland International Airport" on April 11, 2024, which they unexpectedly announced the Friday before spring break when many students would be flying, and also without any advance notice to San Francisco officials who will be on legislative recess next week; and

WHEREAS, The San Francisco International Airport (SFO) is owned by the City and County of San Francisco, and is among the largest airports in the United States, having served over 50 million passengers in 2023; and

WHEREAS, SFO has operated since 1927, and has used the name "San Francisco Airport" or "San Francisco International Airport" for most of its history, making it immediately recognizable to customers; and

WHEREAS, San Francisco owns U.S. federal registrations for the marks SAN FRANCISCO INTERNATIONAL AIRPORT (Reg. No. 4,189,396) and the code SFO together with the Airport's logo or design (Reg. No. 3,329,780); and

WHEREAS, Given this long history of SFO ownership, and the strong associated name and brand recognition in air transportation, the proposal to rename OAK to "San Francisco Bay Oakland International Airport" will cause significant confusion for the travelling public and

others, as well as potential economic impacts for businesses that have products delivered by plane, either through a misunderstanding of its physical location or relationship to SFO; and

WHEREAS, As a major international gateway, this concern is heightened when considering the large number of international travelers who do not speak or read English, potentially compounding the confusion; now, therefore, be it

RESOLVED, That the Board of Supervisors of the City and County of San Francisco is opposed to the renaming of OAK to "San Francisco Bay Oakland International Airport;" and, be it

FURTHER RESOLVED, That the Board of Supervisors urgently requests that the Port of Oakland Commission reject any name change for OAK that would use the historically and geographically significant name "San Francisco" in any way; and, be it

FURTHER RESOLVED, That the Board of Supervisors is committed to collaborating across the Bay to uplift the collective and mutual best interests of all its Bay Area neighboring cities, including Oakland and San Jose; and, be it

FURTHER RESOLVED, That the Clerk of the Board of Supervisors is directed to transmit copies of this resolution to the Port of Oakland's Board of Commissioners, as an expression of San Francisco's strong opposition to the proposed renaming.



# City and County of San Francisco
## Tails
## Resolution

City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4689

**File Number:** 240329                **Date Passed:** April 02, 2024

Resolution opposing the proposed renaming of the Metropolitan Oakland International Airport to "San Francisco Bay Oakland International Airport" and urging the Port of Oakland Commission to reject any name change that would use the name "San Francisco."

April 02, 2024 Board of Supervisors - ADOPTED
Ayes: 11 - Chan, Dorsey, Engardio, Mandelman, Melgar, Peskin, Preston, Ronen, Safai, Stefani and Walton

File No. 240329

**I hereby certify that the foregoing Resolution was ADOPTED on 4/2/2024 by the Board of Supervisors of the City and County of San Francisco.**

*Angela Calvillo*
Clerk of the Board

Unsigned
**London N. Breed**
**Mayor**

04/12/2024
**Date Approved**

I hereby certify that the foregoing resolution, not being signed by the Mayor within the time limit as set forth in Section 3.103 of the Charter, or time waived pursuant to Board Rule 2.14.2, became effective without her approval in accordance with the provision of said Section 3.103 of the Charter or Board Rule 2.14.2.

*Angela Calvillo*
**Clerk of the Board**

04/12/2024
**Date**