# EXHIBIT B



April 3, 2024

Board of Commissioners
Port of Oakland
530 Water Street
Oakland, CA 94607

**Re: Proposed Renaming of Metropolitan Oakland International Airport**

Dear Port of Oakland Board Commissioners:

We thank you for your service to the great City of Oakland.

We write today to urge you to reject the proposed renaming of Metropolitan Oakland International Airport (OAK) to "San Francisco Bay Oakland International Airport" (File ID: 094-24), scheduled for consideration at your April 11 meeting. This proposed name change will create significant confusion for the traveling public and, frankly, is not appropriate. It more or less lifts San Francisco International Airport's (SFO) name for use by Oakland. We ask you not to go down this path.

SFO — an agency of the City and County of San Francisco — has operated under the name "San Francisco Airport" or "San Francisco International Airport" since 1927, making it immediately recognizable to customers. SFO has built on this brand success for decades, and we are opposed to OAK using any form of the historic and geographically significant name "San Francisco" in its title.

Given the long history of SFO as a San Francisco agency, and the internationally associated name and brand recognition in air transportation, the proposal to rename OAK will cause significant confusion for the traveling public and others, particularly considering the large number of international travelers who do not speak or read English.

SFO is committed to collaborating with its partners in the East Bay to uplift the collective and mutual best interests of our region. This proposed renaming of OAK does not serve this purpose, and we urge you to reject the proposal before you.

Board of Commissioners, Port of Oakland
April 3, 2024
Page 2


Thank you for your consideration, and please do not hesitate to reach out should you have any questions.

Sincerely,

**Scott Wiener**
Senator, 11th District

**Philip Y. Ting**
Assemblymember, 19th District


cc:  Mayor London N. Breed, City and County of San Francisco
Mayor Sheng Thao, City of Oakland
San Francisco Airport Commissioners
Danny Wan, Executive Director, Port of Oakland
Craig Simon, Interim Aviation Director, Port of Oakland