# EXHIBIT C



# Assembly
# California Legislature

## DIANE PAPAN
ASSEMBLYMEMBER, TWENTY-FIRST DISTRICT

STATE CAPITOL
P.O. BOX 942849
SACRAMENTO, CA 94249-0021
(916) 319-2021
FAX (916) 319-2121

April 3, 2024

Barbara Leslie
President, Oakland Board of Port Commissioners
30 Water Street
Oakland, CA 94607

**RE: Proposed Renaming of Metropolitan Oakland International Airport**

Dear President Leslie:

I am writing to you to in opposition to the proposed renaming of Metropolitan Oakland International Airport (OAK) to "San Francisco Bay Oakland International Airport" (File ID: 094-24), scheduled for consideration at the April 11, 2024 meeting of the Oakland Board of Port Commissioners.

San Francisco International Airport (SFO) is one of the largest employers in San Mateo County, the county I represent in the State Assembly, and is a significant driver of economic activity in my district. SFO is one of the largest airports in the United States, having served over 50 million passengers in 2023, and operated under the name San Francisco International Airport since 1927.

The airport is well known internationally and is an established destination for travelers. Adding San Francisco to the name of Oakland International Airport would only serve to confuse travelers and undermine the nearly century-old profile of a vital regional asset.

I strongly urge you to not to proceed with the renaming of OAK as currently proposed.

Thank you for your consideration.

Sincerely,

Assemblymember Diane Papan