# EXHIBIT F

**KEVIN MULLIN**
15TH DISTRICT, CALIFORNIA

1528 SOUTH EL CAMINO REAL
SUITE 307
SAN MATEO, CA 94402
(650) 342-0300

1404 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0515
(202) 225-3531

kevinmullin.house.gov
Twitter.com/RepKevinMullin
Facebook.com/CongressmanKevinMullin
Instragram.com/repkevinmullin

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0515

**COMMITTEE ON NATURAL RESOURCES**
SUBCOMMITTEE ON ENERGY AND MINERAL RESOURCES
SUBCOMMITTEE ON WATER, WILDLIFE, AND FISHERIES

**COMMITTEE ON SCIENCE, SPACE, AND TECHNOLOGY**
SUBCOMMITTEE ON RESEARCH AND TECHNOLOGY
SUBCOMMITTEE ON INVESTIGATIONS AND OVERSIGHT

April 9, 2024
Barbara Leslie
President, Oakland Board of Port Commissioners
30 Water Street
Oakland, CA 94607

Dear President Leslie:

San Francisco International Airport (SFO), which is located in my Congressional District, has advised me that the Oakland Board of Port Commissioners are proposing to rename Oakland International Airport (OAK) the San Francisco Bay Oakland International Airport with an item on the April 11, 2024 meeting agenda. SFO has shared the letter sent by Airport Director, Ivar Satero, expressing his opposition to this change with me and I concur with his position.

SFO has operated on the Peninsula for close to a hundred years and has an established brand. While I can appreciate the interest in enhancing search engine results and increasing the number of travelers using OAK by capitalizing on the name recognition, the concerns of SFO are valid.

I am opposed to the proposed name change, which could create significant confusion and be especially burdensome to international travelers or those unfamiliar with our region. It could be quite difficult if a passenger who expected to arrive on the San Francisco Peninsula, happened to arrive in Oakland. Gound transportation options and other travel plans could be negatively impacted as a result of that confusion. Ultimately it may create negative travel experiences, which will of course be broadcast on travel websites, potentially defeating the intent of this initiative. The entire region can benefit from welcoming more travelers in a coordinated manner.

Our three Bay Area international airports have managed to coexist relatively peacefully. Each has established its market and niche. I understand the need for growth and sustainability, and healthy competition is part of that process. If search engine results are really a part of the concern, there are many experts that could be hired to assist with improving those search engine results without involving a name change.

Thank you for your consideration of my position. I know that each of us has a responsibility to our constituents and while I appreciate your creative approach, I do believe there are other ways to achieve your goal that are less confusing to the consumer.

Sincerely,

*Kevin Mullin*

Kevin Mullin
Member of Congress
KM:SK