# EXHIBIT G

# RESOLUTION NO. _____

## BOARD OF SUPERVISORS, COUNTY OF SAN MATEO, STATE OF CALIFORNIA

\* \* \* \* \* \*

## RESOLUTION OPPOSING THE PROPOSED RENAMING OF THE METROPOLITAN OAKLAND INTERNATIONAL AIRPORT TO "SAN FRANCISCO BAY OAKLAND INTERNATIONAL AIRPORT"

_____

**RESOLVED,** by the Board of Supervisors of the County of San Mateo, State of California, that

**WHEREAS,** on April 11, 2024, the Board of Oakland Port Commissioners will consider an ordinance to rename the Metropolitan Oakland International Airport (OAK) to "San Francisco Bay Oakland International Airport;" and

**WHEREAS**, the San Francisco International Airport (SFO), while owned by the City and County of San Francisco, is located in unincorporated San Mateo County; and

**WHEREAS,** SFO is among the largest airports in the United States, having served over 50 million passengers in 2023; and

**WHEREAS,** SFO has operated since 1927, and has used the name "San Francisco Airport" or "San Francisco International Airport" for most of its history, making it immediately recognizable to customers; and

**WHEREAS,** SFO is a critical economic driver for San Mateo County, being one of the top five employers in the County with approximately 10,000 on-airport employees earning almost $1 billion in FY 2021; total business revenue impacts of more than $6 billion; and $98 million in direct tax impacts; and

**WHEREAS,** given the strong associated name and brand recognition in air transportation, the proposal to rename Metropolitan Oakland International Airport to "San Francisco Bay Oakland International Airport" has the potential to cause significant confusion for the travelling public and others, as well as to cause adverse economic impacts for businesses that have products delivered by plane; and

**NOW, THEREFORE, BE IT RESOLVED** that the Board of Supervisors hereby expresses its opposition to the renaming of OAK to "San Francisco Bay Oakland International Airport."

**BE IT FURTHER RESOLVED** that the Clerk of the Board of Supervisors is directed to communicate this Board's strong opposition to the proposed renaming by transmitting copies of this resolution to members of the Board of Oakland Port Commissioners.

\* \* \* \* \* \*