# EXHIBIT H

**Public Comment Item 6.2**

| | |
|---|---|
| **From:** | Timo Kohlenberg |
| **To:** | Port of Oakland Board Commissioners |
| **Subject:** | [EXTERNAL] Re: Important - OAK Airport Rename |
| **Date:** | Tuesday, April 9, 2024 1:15:59 AM |

---

The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Hi Annette,

Thank you for sharing this update regarding OAK Airport's proposed name change. We understand and support SFO's concerns about potential confusion for passengers and the impact on SFO's longstanding brand.

Our statement in support of SFO's position: "As a key tour operator partner, we believe maintaining the clarity and integrity of airport names is crucial for the convenience and confidence of travelers. We support SFO in their efforts to maintain their distinguished brand identity."

Best regards, Timo

**Timo Kohlenberg · Geschäftsführer, CEO**

———————————————————————

**America Unlimited GmbH**
USA & Kanada Reisen
Leonhardtstr. 10
30175 Hannover
Germany

Tel. +49 (0) 511 374 447 52
E-Mail: timo.kohlenberg@america-unlimited.de
Web: america-unlimited.de
Facebook: facebook.com/americaunlimited

**My YouTube Travel Channel**
**My Travel Podcast on Spotify**
**My Travel Podcast on Apple Podcasts**

———————————————————————

AG Hannover HRB 200811 · Ust-Id-Nr.: DE249367305
Geschäftsführung: Julia Kurz, Timo Kohlenberg

_____

Dear Timo,

I'm just reaching out to you following the announcement from OAK Airport, that they are hoping to change their airport name to **San Francisco Bay Oakland Airport**. As you might imagine, SFO is hoping to fight this.

Our main concern with this as San Francisco Travel and SFO (our key partner), is that it will be confusing and misleading for passengers, but also damaging for SFO's brand which has existed for around 100 years.

As a key tour operator partner driving volume from the German market, we would massively appreciate your support in the form of a personal statement. If you're happy to send me a note with your thoughts and feedback as soon as you have a moment (sorry for the urgency!), that would be incredible please. The Oakland Board of Commissioners will vote next week **(April 11)** to change the name of OAK to San Francisco Bay Area Oakland Airport.
Attached you will find:
1.  Letter from SFO Airport Director Ivar Satero to the Oakland Board of Port Commissioners explaining SFO's position
2.  SFO Press release re: OAK renaming

We've also been monitoring public opinion on social media, e.g. locally in the Bay Area [here](#).

Example:
**Breeze Airways** is not in favor of the proposed renaming of Metropolitan Oakland International Airport to San Francisco Bay Area/Oakland International Airport due to the confusion it could create for travelers - and therefore the subsequent issues that would create for airlines like Breeze - that operate from SFO

Thank you so much for your ongoing support!

**Annette Kalthoff**
Marketing and Trade Relations Director (Germany)
aka@globalspot.eu
+49 151 580299 23 mobile


<image001.png>


c/o Global Spot GmbH · Oberbrunner Str. 4 · 81475 München · Germany



<SFO Ltr - Proposed Renaming of Metropolitan Oakland
International Airport 4-1-24.pdf><OAK press release.docx>