# EXHIBIT I

| | |
|---|---|
| **From:** | Anna Pearson |
| **To:** | Port of Oakland Board Commissioners |
| **Subject:** | [EXTERNAL] OAK Airport Rename - Statement |
| **Date:** | Tuesday, April 9, 2024 1:51:33 AM |

> The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Hi there,

I've been told to email my statement regarding the proposal of changing OAK airport. Please see below.

*To whom it may concern,*

*Changing the name of Oakland Airport to include "San Francisco Bay" could lead to confusion, especially among tourists unfamiliar with the region's geography. San Francisco International Airport (SFO) already holds a prominent place in travellers' minds as the primary airport serving the Bay Area. Introducing a similar-sounding name for Oakland Airport could create unnecessary ambiguity and logistical challenges for visitors navigating transportation links.*

*Furthermore, such a change may dilute Oakland Airport's distinct identity and the unique role it plays in the region's transportation infrastructure. Any alterations to its name should be carefully considered to avoid undermining its established position and causing confusion among travellers. Instead, efforts should focus on enhancing signage, communication, and transportation options to streamline the travel experience for all passengers.*

*We hope this statement provides our feedback and concern from a leading UK and Ireland tour operator operating for over 20 years.*

*Kindest regards,*
*Anna Pearson*
*Product Manager – USA and Canada*
*American Sky*

----

Kind regards,

Anna Pearson
*(Née Connacher)*

**Product Manager – USA & Canada**

American Sky | Canadian Sky
T: 01342 310592 ext 5802

E: [anna.pearson@tropicalsky.co.uk](mailto:anna.pearson@tropicalsky.co.uk)

Tropical House, Garland Road, East Grinstead, West Sussex, RH19 1NJ

   

   

