# EXHIBIT J



April 09, 2024

Distinguished Oakland Board of Commissioners,

We have been operating for more than 30 years in the international tourism industry by sending our passengers all over the world, for that time we've been notably operating with San Francisco International Airport (SFO). I strongly believe SFO is a well-established name and Brand, very well-known with our customers and travelers around the world; rebranding it to San Francisco Bay Oakland Airport will surely cause confusion, and this may significantly affect tourism business in the region. I am very concerned that this unnecessary change may have a negative influence and impact for us all; I strongly ask you to reconsider and evade any foreseeable bewilderment among many different types of travelers in the area, concerning numerous logistics incidents. I expect you understand.

Best Regards,

Carlo Ferrara
**FERRARA VIAJES**