# EXHIBIT K

| | |
|---|---|
| **From:** | Pia Hambrock - CRD Touristik |
| **To:** | Port of Oakland Board Commissioners |
| **Subject:** | [EXTERNAL] Statement renaming of airport |
| **Date:** | Tuesday, April 9, 2024 1:40:38 AM |
| **Attachments:** | image001.png |

> The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Dear team,

I hope this message finds you well.

Please find our statement regarding the renaming of the airport below:
We advise highly against renaming Oakland International Airport in San Francisco Bay Oakland Airport as SFO is one of the best-known airports in the US and one of the most important ones for our international customers. Customers would not be able to understand the difference between both airports and would be very confused. They might also have problems planning their routes or returning rentals cars etc.

Thank you
Pia Hambrock

Pia Hambrock
COO / stellv. Geschäftsführerin



**CRD Touristik GmbH**
Im stilwerk Hamburg
Große Elbstraße 68
22767 Hamburg / Germany

Tel: +49 (0)40 300 616 48
Mobil: +49 (0)171 1603757
Email: p.hambrock@crd.de

**www.crd.de**

Handelsregister HRB 163370, Amtsgericht Hamburg, Geschäftsführer: Tobias Büttner
Unsere AGB finden Sie hier, unsere Datenschutzbestimmungen finden Sie hier