# EXHIBIT L

| | |
|---|---|
| **From:** | TAKAHASHI TORU (JALI SFOBOZ) |
| **To:** | Port of Oakland Board Commissioners |
| **Cc:** | Katayama Stephen (JALI WSTSSU); Lau Junnie_Wai_Fong (JALI SFOKKU); HONDA CHIKAHIRO (JALI SFOBOG) |
| **Subject:** | [EXTERNAL] RE: Proposed Name Change of Metropolitan Oakland International Airport to San Francisco Bay Area Oakland International Airport |
| **Date:** | Friday, April 5, 2024 1:46:48 PM |

> The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Dear Oakland Board of Port Commissioners,

I am writing to you on behalf of Japan Airlines to express our concern regarding the proposed name change of Metropolitan Oakland International Airport to San Francisco Bay Area Oakland International Airport.

**Japan Airlines** has proudly connected passengers traveling between Japan, Asia, and the San Francisco Bay Area for the last 70 years via San Francisco International Airport. We are deeply concerned about the proposed name change of Metropolitan Oakland International Airport to San Francisco Bay Area Oakland International Airport, as it may confuse our international travelers, particularly those connecting to their flights. Therefore, we respectfully request the authorities to reconsider this proposal to avoid inconveniencing our valuable passengers.

Thank you very much for your attention to this important matter.

Best regards,,
Toru Takahashi

----
Vice President
Western Region, U.S.A
JAPAN AIRLINES Co.,Ltd.
I-5-075B P.O.Box 280025 San Francisco Int'l Airport
San Francisco, CA 94128-0025
TEL 650-821-1227