# EXHIBIT M

DocuSign Envelope ID: BB9F8EE5-E035-4B8B-A2A0-2884F87CADFC



April 8, 2024

Port Commission
Oakland, CA

Dear Port of Oakland Board of Commissioners,

On behalf of United Airlines, I am writing to express our firm opposition to the proposed name change of Oakland International Airport to San Francisco Bay Oakland International Airport.

United Airlines, as you are aware, operates a major hub at San Francisco International Airport. Our hub in San Francisco is a critical component of our operations, serving as a gateway for countless travelers to and from destinations around the world. Over the years, we have invested significant resources in developing and maintaining our presence at San Francisco International Airport, ensuring that our passengers receive the highest level of service and convenience.

The proposed name change to San Francisco Bay Oakland International Airport would undoubtedly create unnecessary confusion for travelers. While we understand the desire to highlight the airport's proximity to the San Francisco Bay, we believe that such a change could lead to misunderstanding among passengers, particularly those who are unfamiliar with the geography of the region. Travelers may mistakenly assume that San Francisco Bay Oakland International Airport is located in San Francisco itself, leading to potential confusion and inconvenience.

Furthermore, renaming Oakland International Airport in this manner could dilute the distinct identity and brand recognition that the airport has worked hard to establish over the years. Oakland International Airport serves as an important transportation hub in its own right, offering convenient access to the East Bay region and beyond. We believe that it is essential to preserve and promote the unique identity of Oakland International Airport, rather than subsuming it under the umbrella of San Francisco.

In conclusion, United Airlines respectfully opposes the proposed name change of Oakland International Airport to San Francisco Bay Oakland International Airport. We urge the Oakland International Airport Authority to reconsider this decision and to maintain the current name of the airport. Doing so will help to prevent confusion among travelers and preserve the identity of Oakland International Airport as a vital transportation hub in its own right.

Thank you for considering our perspective on this matter. We remain committed to working collaboratively with Oakland leaders the to ensure the continued success and growth of the airport.

Sincerely,

Papia Gambelin

Papia Gambelin
Managing Director, State & Local West Region
Government Affairs
United Airlines