# EXHIBIT N

| | |
|---|---|
| From: | Ha Minh Quang-US GM |
| To: | Port of Oakland Board Commissioners |
| Subject: | [EXTERNAL] Worries over Oakland airport name change |
| Date: | Monday, April 8, 2024 10:12:13 PM |

> The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Dear Sirs and Madams,

Greetings from Vietnam Airlines.

From different sources, I am amazed about the fact that Oakland Airport's is proposing a name change which, to my experience and knowledge in the field, will result in negative impact on the customers.

San Francisco International Airport (SFO) has always been known for its reputation as one of the main gateways to the USA. This was also one of the main reasons why Vietnam Airlines launched our first ever direct flight to the US, connecting Ho Chi Minh City and SFO. It is of great concern that the Metropolitan Oakland International Airport is considering changing its name to San Francisco Bay Area Oakland International Airport, which will create huge confusions, especially to our travelers.

We hope this input is of contribution to your decision and respectfully ask relevant authorities to seriously consider this proposal, foremost, to protect the passengers' benefits.

Best regards,
Quang Ha
Country General Manager - US

*CẢNH BÁO BẢO MẬT: Thông tin trong thư điện tử, bao gồm cả tập tin đính kèm là bảo mật, độc quyền và được pháp luật bảo vệ. Nếu bạn không đúng là người nhận hay đại diện của người đó, hoặc bạn nhận được do nhầm lẫn, vui lòng thông báo ngay lập tức cho người gửi, xóa thư điện tử và các tập tin đính kèm; đồng thời không sử dụng, lưu trữ thư điện tử và các tập tin đính kèm hay tiết lộ, phát tán, sao chép cho bất kỳ bên thứ ba nào khác. Trân trọng cảm ơn!*
*CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the*

*intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Thank you for your cooperation and understanding.*