# EXHIBIT O

**Public Comment Item 6.2**

| | |
|---|---|
| **From:** | Ivan Beacom |
| **To:** | Port of Oakland Board Commissioners |
| **Subject:** | [EXTERNAL] OAK |
| **Date:** | Tuesday, April 9, 2024 2:07:12 PM |
| **Attachments:** | image001.png |

> The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Aer Lingus are concerned that the proposed name change at OAK may lead to confusion among our customers intending to use SFO from where we currently operate.

In addition, it is our experience that operational challenges (e.g. repatriation of bags etc.) can and do materialise at other North American Airports where similar names are a feature

Regards
Ivan

**Ivan Beacom**
Business Development Manager UK/Ireland Leisure Sales

M +353 86 853 1101


**Ivan Beacom**
Business Development Manager UK/Ireland Leisure Sales

M +353 86 853 1101
aerlingus.com

Aer Lings Head Office, Hangar Six, 3rd Floor. Dublin Airport

Dublin, Ireland K67 W9P2



*I have sent this email at a time that is convenient for me. I do not expect you to respond to it outside of your usual working hours*


..For low fares and great deals on hotels, car hire and travel insurance visit http://www.aerlingus.com
*****************************************************************************
*** This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Any review, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.If you have received this email in error please notify the sender immediately and delete the material.
*****************************************************************************
*** Aer Lingus Limited Registered in Ireland Company Number 9215 Registered Office at Dublin Airport, Dublin,Ireland.