# EXHIBIT P

| | |
|---|---|
| **From:** | Michael Perkins |
| **To:** | Port of Oakland Board Commissioners |
| **Subject:** | [EXTERNAL] Potential OAK Name Change |
| **Date:** | Wednesday, April 10, 2024 7:37:54 AM |

> The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Good Morning,

I wanted to reach out to voice our position as it relates to the discussions ongoing related to the potential name change to OAK airport. WestJet is not in favor of the proposed name change of Metropolitan Oakland International Airport to San Francisco Bay Area/Oakland International Airport. This will cause confusion amongst some of our guests and would pose missed flight opportunities for our guests travelling out of SFO. We want to ensure that Oakland International Airport does not include reference to San Francisco in its name and maintains a distinct and unique name to ensure guests do not confuse the airports.

Please let me know if you have any questions or need additional information on our position.

Thanks,
Mike

==================================
**Michael Perkins**
Sr. Manager Airport Affairs
**WestJet Airlines Ltd** | c - 403.390-7382
22 Aerial Place NE | Calgary, AB Canada T2E 3J1