# EXHIBIT Q

| | |
|---|---|
| **From:** | Joyce Pan 潘虹君 |
| **To:** | Port of Oakland Board Commissioners; bleslie@portoakland.com |
| **Subject:** | [EXTERNAL] Proposed Renaming of OAK |
| **Date:** | Wednesday, April 10, 2024 11:10:03 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

> The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Dear President Leslie,

STARLUX Airlines has been serving the San Francisco Bay Area since 2023. As a member of the aviation community, we support the growth of all airports. However, we are concerned that the proposed name change to San Francisco Bay Area Oakland International Airport may cause confusion to international travelers. Therefore, we respectfully ask the authorities to gather more input from the stakeholders before making the final decision. Thank you for your consideration.

Joyce Pan
San Francisco Branch



T： +1-650-309-4578

www.starlux-airlines.com

  

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please inform the sender and then delete it and destroy any printout thereof. 本訊息及其所有附件所含之資訊均屬機密，僅供特定收件人使用 若您並非特定之收件人，請勿就本訊息之任何部分為揭露 重製 散布或其他使用 若您並非特定之收件人，請即通知寄件人並完全刪除本訊息及全部複本  This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please inform the sender and then delete it and destroy any printout thereof. 本訊息及其所有附件所含之資訊均屬機密，僅供特定收件人使用 若您並非特定之收件人，請勿就本訊息之任何部分為揭露 重製 散布或其他使用 若您並非特定之收件人，請即通知寄件人並完全刪除本訊息及全部複本