# EXHIBIT R

| | |
|---|---|
| **From:** | Craig Simon |
| **Sent:** | Tuesday, April 2, 2024 4:45 PM |
| **To:** | Kaley Skantz |
| **Subject:** | RE: [EXTERNAL] Kaley Skantz left a comment in "San Francisco Bay Oakland International Airport" |
| **Categories:** | Reference |

Kaley,

Lippincott:2022
Viva Aerobus
Southwest
Volaris
Spirit
Hawaiian
IAG (International Airlines Group)

Landor: 2013
Alaska
Allegiant
British Airways
Hawaiian
Norwegian
Southwest

**From:** Craig Simon
**Sent:** Tuesday, April 2, 2024 2:41 PM
**To:** Kaley Skantz <kskantz@portoakland.com>
**Subject:** RE: [EXTERNAL] Kaley Skantz left a comment in "San Francisco Bay Oakland International Airport"

Excellent question, I know it wasn't Alaska....let me check.

**From:** Kaley Skantz <no-reply@sharepointonline.com>
**Sent:** Tuesday, April 2, 2024 2:02 PM
**To:** Craig Simon <csimon@portoakland.com>
**Subject:** [EXTERNAL] Kaley Skantz left a comment in "San Francisco Bay Oakland International Airport"

The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

1

 **San Francisco Bay Oakland International Airport.docx**



**Kaley Skantz** added a comment

Which airlines were included in this survey?

...tional Airline at OAK believes having San Franciso Bay at the front of the name will provide travelers from destinations they serve to better understand the location of OAK to the greater San Franciso Bay.
•In the 2022 Lippincott study, all the airlines surveyed were unanimous that San Francisco should be included at the beginning of the name as part of a SEO (Search Engine Optimization) strategy.
•Adding San Francisco Bay to the front of OAK's name increases the likelihood of correlation with ...

**Go to comment**

Why am I receiving this notification from Office?

    Privacy Statement | Notification Settings