BOBBY GHAJAR (198719)
JOHN HEMANN (165823)
JUDD LAUTER (290945)
COOLEY LLP
3 Embarcardero, 20th Floor
San Francisco, California 94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222
Email: bghajar@cooley.com
       jhemann@cooley.com
       jlauter@cooley.com

DAVID CHIU (189542)
City Attorney
JESSE SMITH (122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (173594)
Chief Deputy City Attorney
JULIE VEIT (209207)
CHRISTOPHER STUART (262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4700
Facsimile:     (415) 554-4757
Email: Cityattorney@sfcityatty.org
       Jesse.Smith@sfcityatty.org
       Yvonne.Mere@sfcityatty.org
       Julie.Veit@sfcityatty.org
       Christopher.Stuart@sfcityatty.org

Attorneys for Plaintiff and Counterclaim Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-CV-02311-TSH<br><br>**DECLARATION OF SARAH BUTLER IN SUPPORT OF THE CITY'S MOTION FOR PRELIMINARY INJUNCTION [CONFUSION STUDY + EXHIBITS]**<br><br>Date:     October 24, 2024<br>Time:     10:00 AM<br>Dept:     E – 15TH Floor<br>Judge:    Hon. Thomas S. Hixton |

I, Sarah Butler, declare as follows:

1. I am Senior Managing Director at NERA Economic Consulting. I was retained by Plaintiff and Counterclaim Defendant City and County of San Francisco to offer my opinions on certain issues that relate to use of the trademark "SAN FRANCISCO BAY OAKLAND INTERNATIONAL AIRPORT" by Defendants the City of Oakland and Port of Oakland. I submit this declaration in support of the City and County of San Francisco's Motion for Preliminary Injunction. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following:

2. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Sarah Butler, dated June 27, 2024, which I prepared in connection with this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of September, 2024 at San Francisco, California.

_____
SARAH BUTLER