UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-02311-TSH<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is currently scheduled for a case management conference on October 17, 2024. However, as there is a pending motion for preliminary injunction, the case management conference and related deadlines are **VACATED**. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: September 17, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge