UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-02311-TSH<br><br>**ORDER REQUESTING CHAMBERS COPIES**<br><br>Re: Dkt. Nos. 35-42 |

On September 17, 2024, Plaintiff City and County of San Francisco filed a Motion for Preliminary Injunction (ECF No. 35) and supporting documents (ECF Nos. 36-42). Given the large number of documents, Plaintiff is directed to submit two sets of printed copies to chambers. These copies shall include (1) the ECF running header (case number, docket number, date, and ECF page number) at the top of each page and (2) if the filing includes exhibits, clearly-delineated tabbed dividers. These printed copies shall be marked "Chambers Copy" and submitted to the Clerk's Office (not chambers), in an envelope marked with "Magistrate Judge Hixson," the case name and number, and "Chambers Copy."

For all subsequent filings related to Plaintiff's motion (e.g., opposition, reply, declarations), the parties are directed to submit two sets of printed copies in compliance with this order.

**IT IS SO ORDERED.**

Dated: September 17, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge