| | |
|---|---|
| 1 | Mary C. Richardson (Bar No. 208586)<br>Port Attorney |
| 2 | mrichrdson@portoakland.com<br>Kimberly I. McIntyre (Bar No. 184648) |
| 3 | Deputy Port Attorney<br>kmcintyre@portoakland.com |
| 4 | **PORT OF OAKLAND**<br>530 Water Street |
| 5 | Oakland, California  94607<br>Tel: (510) 627-1572 / (510) 627-1205 |
| 6 | |
| 7 | Eugene M. Pak (Bar No. 168699)<br>epak@fennemorelaw.com |
| 8 | **FENNEMORE WENDEL**<br>1111 Broadway, 24th Floor |
| 9 | Oakland, California  94607<br>Tel: (510) 834-6600 / Fax: (510) 834-1928 |
| 10 | Stephen C. Willey (Bar No. 209164) |
| 11 | swilley@fennemorelaw.com<br>Brandi B. Balanda (*Pro Hac Vice*) |
| 12 | bbalanda@fennemorelaw.com<br>Christopher J. Lindemeier (*Pro Hac Vice*) |
| 13 | clindemeier@fennemorelaw.com<br>**FENNEMORE CRAIG, P.C.** |
| 14 | 1425 Fourth Avenue, Suite 800<br>Seattle, Washington  98101 |
| 15 | Tel: (206) 749-0500 / Fax: (206) 749-0500 |
| 16 | Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and |
| 17 | through its Board of Port Commissioners (Port of Oakland) |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-02311-TSH<br><br>**DECLARATION OF BRANDI B. BALANDA** |

CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND),

        Counterclaimant,

v.

CITY AND COUNTY OF SAN FRANCISCO,

        Counterclaim Defendant.

I, Brandi B. Balanda, declare as follow:

1. I am over the age of 18 years old and am competent to testify. I make this declaration based on personal knowledge unless otherwise stated herein. I am a Director at Fennemore Craig, P.C., counsel for the City of Oakland, a Municipal Corporation, acting by and through its Board of Port Commissioners (Port of Oakland).

2. I submit this declaration pursuant to Local Rule 6-2(a) in support of the parties' Stipulation and [Proposed] Order to Enlarge Time for Briefing and to Continue Hearing Regarding Plaintiff's Motion for Preliminary Injunction, filed concurrently herewith ("Stipulation").

3. On September 17, 2024, the City and County of San Francisco (the "City") filed a Motion for Preliminary Injunction against the Port of Oakland and the City of Oakland on September 17, 2024 (ECF No. 35) ("PI Motion").

4. Under LR 7.3(a), the Port of Oakland's Opposition to the City's PI Motion is due on October 1, 2024, and the City's reply is due on October 8, 2024. The hearing is noted for October 24, 2024.

5. Given the volume of materials the City submitted with its PI Motion and nature of the relief the City is seeking in that motion, I asked the City's counsel if they would agree

to a modification of the briefing schedule to provide the Port of Oakland with one week of additional time for its briefing, with additional time for the City's reply brief.

6. On September 19, 2024, the City and the Port agreed to the following schedule for the City's PI Motion to be set forth in a stipulation to be submitted to the Court:

- October 8, 2024 – Deadline for the Port of Oakland and City of Oakland's Opposition
- October 22, 2024 – Deadline for the City's Reply
- November 7, 2024 – Hearing (or the soonest date available)

7. As set forth in the Stipulation, there has been one previous time modification in this case: a continuance of the initial case management deadlines for 90 days to conserve judicial resources while the parties participated in settlement discussions to potentially resolve their dispute. (*See* ECF Nos. 31-32.)

8. This request does not impact any other case deadlines and no Rule 16 Scheduling Order has been issued yet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of September, 2024 at Seattle, Washington.

              *s/ Brandi B. Balanda*
              Brandi B. Balanda

## CERTIFICATE OF SERVICE

I, Xiaoshi Zhang, hereby certify that on this 25th day of September, 2024, a copy of the foregoing:

**DECLARATION OF BRANDI B. BALANDA**

was served via ECF, on the following:

| | |
|---|---|
| David Chiu, City Attorney<br>Jesse Smith, Chief Asst. City Attorney<br>Yvonne R. Mere, Chief Deputy City Attorney<br>Julie Veit, Deputy City Attorney<br>Christopher Stuart, Deputy City Attorney<br>City Hall, 1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA 94102 | *Attorneys for Plaintiff and Counterclaim Defendant* City and County of San Francisco<br>Tel: (415) 554-4700<br>cityattorney@sfcityatty.org;<br>jesse.smith@sfcityatty.org;<br>yvonne.mere@sfcityatty.org;<br>juli.veit@sfcityatty.org;<br>christopher.stuart@sfcityatty.org |
| Michael E. Dergosits, Esq.<br>Igor Shoiket, Esq.<br>Dergosits & Noah LLP<br>One Embarcadero Center, Suite 720<br>San Francisco, CA 94111 | *Attorneys for Plaintiff and Counterclaim Defendant* City and County of San Francisco<br>Tel: (415) 705-6377<br>mdergosits@dergnoah.com;<br>ishoiket@dergnoah.com |
| Bobby Ghajar, Esq.<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401 | *Attorneys for Plaintiff and Counterclaim Defendant* City and County of San Francisco<br>Tel: (310) 883-6400<br>bghajar@cooley.com |
| Judd Lauter, Esq.<br>John Hemann, Esq.<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111 | *Attorneys for Plaintiff and Counterclaim Defendant* City and County of San Francisco<br>Tel: (415) 693-2000<br>jlauter@cooley.com<br>jhemann@cooley.com |
| Barbara J. Parker, City Attorney<br>Maria Bee, Chief Assistant City Attorney<br>Christina Lum, Deputy City Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612 | *Attorneys for Defendant* City of Oakland<br>Tel: (510) 238-4483<br>clum@oaklandcityattorney.org |

　　　　　　　　　　　　　　　　　　　*s/ Xiaoshi Zhang*
　　　　　　　　　　　　　　　　　　　Xiaoshi Zhang

FENNEMORE WENDEL
FENNEMORE CRAIG, P.C.
OAKLAND/SEATTLE

CERTIFICATE OF SERVICE                             CASE NO. 3:24-CV-02311-TSH