Mary C. Richardson (Bar No. 208586)
Port Attorney
mrichrdson@portoakland.com
Kimberly I. McIntyre (Bar No. 184648)
Deputy Port Attorney
kmcintyre@portoakland.com
**PORT OF OAKLAND**
530 Water Street
Oakland, California 94607
Tel: (510) 627-1572 / (510) 627-1205

Eugene M. Pak (Bar No. 168699)
epak@fennemorelaw.com
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928

Stephen C. Willey (Bar No. 209164)
swilley@fennemorelaw.com
Brandi B. Balanda (*Pro Hac Vice*)
bbalanda@fennemorelaw.com
Christopher J. Lindemeier (*Pro Hac Vice*)
clindemeier@fennemorelaw.com
**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Tel: (206) 749-0500 / Fax: (206) 749-0500

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendant. | Case No. 3:24-cv-02311-TSH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE TIME FOR BRIEFING AND TO CONTINUE HEARING REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND),

    Counterclaimant,

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Counterclaim Defendant.

## I.    STIPULATION

Pursuant to Local Civil Rule 6-2 and Local Civil Rule 7-7(a)(1), Plaintiff and Counterclaim Defendant CITY AND COUNTY OF SAN FRANCISCO (the "City"), Defendant CITY OF OAKLAND, A MUNICIPAL CORPORATION (the "City of Oakland"), and Defendant and Counterclaim Plaintiff CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND) (the "Port of Oakland"), submit for the Court's consideration this Stipulation and [Proposed] Order to Enlarge Time for Briefing and to Continue Hearing Regarding the City's Motion for Preliminary Injunction.

1.    WHEREAS, the City filed a Complaint in this action on April 18, 2024 (ECF No. 1) and a First Amended Complaint in this action on May 3, 2024 (ECF No. 12).

2.    WHEREAS, the Port of Oakland disagrees with the City's allegations, and filed an Answer and Counterclaim on May 9, 2024 (ECF No. 15).

3.    WHEREAS, the City and the Port of Oakland agreed to engage in settlement discussions to potentially resolve their dispute with (Ret.) Honorable Elizabeth LaPorte on August 27, 2024.

4.    WHEREAS, the Parties entered into a stipulation to allow for those early settlement discussions and to conserve judicial resources. As part of that stipulation, the Parties

agreed to a continuance of the initial case management deadlines for 90 days and that the 90-day continuance could "not be used against any Party for any reason in the litigation including in seeking and/or opposing preliminary injunctive relief." (ECF No. 31.) The Court granted the stipulation on June 26, 2024 (ECF No. 32).

5. WHEREAS, the Parties participated in the mediation with (Ret.) Honorable Elizabeth LaPorte on August 27, 2024. That mediation did not resolve this action.

6. WHEREAS, thereafter, on September 17, 2024, the City filed a Notice of Motion and Motion for Preliminary Injunction against the Port of Oakland and the City of Oakland (ECF No. 35) ("PI Motion"). The PI Motion was noticed for a hearing on October 24, 2024.

7. WHEREAS, the briefing schedule for the City's PI Motion is currently as follows:

- October 1, 2024 – Deadline for the Port of Oakland and City of Oakland's Opposition
- October 8, 2024 – Deadline for the City's Reply
- October 24, 2024 – Hearing

8. WHEREAS, the Port of Oakland has requested a modification of the schedule to allow for one week of additional time for its briefing. The City is agreeable to that modification along with a one week extension of the City's reply deadline, in turn requiring a brief continuance of the existing hearing date to allow the Court time to consider the papers after the PI Motion is fully briefed.

The Parties THEREFORE stipulate and jointly request that the Court enter the following deadlines and new hearing date regarding the City's PI Motion:

- October 8, 2024 – Deadline for the Port of Oakland and City of Oakland's Opposition
- October 22, 2024 – Deadline for the City's Reply
- November 7, 2024 – Hearing (or the soonest date available)

This request does not impact any other case deadlines and no Rule 16 Scheduling Order has been issued yet.

Dated: September 25, 2024              FENNEMORE WENDEL

                                       By: s/ Eugene M. Pak
                                       Eugene M. Pak
                                       Attorneys for Defendant and
                                       Counterclaimant City of Oakland, a
                                       municipal corporation, acting by and
                                       through its Board of Port Commissioners
                                       (Port of Oakland)

Dated: September 25, 2024

                                       By: s/ Christina Lum*
                                       Christina Lum
                                       Attorneys for Defendant City of Oakland,
                                       acting by and through its City Council
                                       (CITY OF OAKLAND)

Dated: September 25, 2024              COOLEY LLP

                                       By: s/ Bobby A. Ghajar*
                                       Bobby A. Ghajar
                                       John Hemann
                                       Judd D. Lauter

                                       Attorneys for Plaintiff
                                       CITY AND COUNTY OF SAN
                                       FRANCISCO

*With Email Authorization

## II. ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION of the Parties, the Court hereby orders that the following dates be set for the City's Motion for Preliminary Injunction against the Port of Oakland on September 17, 2024 (ECF No. 35):

- October 8, 2024 – Deadline for the Port of Oakland and City of Oakland's Opposition
- October 22, 2024 – Deadline for the City's Reply
- November 7, 2024 – Hearing (or the soonest date available)

**IT IS SO ORDERED**

Dated: __September 26__, 2024.

By: _____
THOMAS S. HIXSON
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Xiaoshi Zhang, hereby certify that on this 25th day of September, 2024, a copy of the foregoing was served via ECF, on the following:

| | |
|---|---|
| David Chiu, City Attorney<br>Jesse Smith, Chief Asst. City Attorney<br>Yvonne R. Mere, Chief Deputy City Attorney<br>Julie Veit, Deputy City Attorney<br>Christopher Stuart, Deputy City Attorney<br>City Hall, 1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA 94102 | *Attorneys for Plaintiff and Counterclaim Defendant* City and County of San Francisco<br>Tel: (415) 554-4700<br>cityattorney@sfcityatty.org;<br>jesse.smith@sfcityatty.org;<br>yvonne.mere@sfcityatty.org;<br>juli.veit@sfcityatty.org;<br>christopher.stuart@sfcityatty.org |
| Michael E. Dergosits, Esq.<br>Igor Shoiket, Esq.<br>Dergosits & Noah LLP<br>One Embarcadero Center, Suite 720<br>San Francisco, CA 94111 | *Attorneys for Plaintiff and Counterclaim Defendant* City and County of San Francisco<br>Tel: (415) 705-6377<br>mdergosits@dergnoah.com;<br>ishoiket@dergnoah.com |
| Bobby Ghajar, Esq.<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401 | *Attorneys for Plaintiff and Counterclaim Defendant* City and County of San Francisco<br>Tel: (310) 883-6400<br>bghajar@cooley.com |
| Judd Lauter, Esq.<br>John Hemann, Esq.<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111 | *Attorneys for Plaintiff and Counterclaim Defendant* City and County of San Francisco<br>Tel: (415) 693-2000<br>jlauter@cooley.com |
| Barbara J. Parker, City Attorney<br>Maria Bee, Chief Assistant City Attorney<br>Christina Lum, Deputy City Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612 | *Attorneys for Defendant* City of Oakland<br>Tel: (510) 238-4483<br>clum@oaklandcityattorney.org |

                                                      *s/ Xiaoshi Zhang*
                                                     Xiaoshi Zhang