BARBARA J. PARKER, City Attorney, SBN 069722
MARIA BEE, Chief Assistant City Attorney, SBN 167716
JOHN A. BURKE, Supervising Deputy City Attorney, SBN 148385
CHRISTINA LUM, Deputy City Attorney, SBN 278324
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-4483; Fax:  (510) 238-6500
Email: clum@oaklandcityattorney.org
X05557/3375487v1

Attorneys for Defendant,
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY and COUNTY of SAN FRANCISCO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY of OAKLAND and PORT OF OAKLAND,<br><br>　　　　　Defendants. | Case No. 3:24-cv-02311-TSH<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 7, 2024<br>Time: 10:00 AM<br>Courtroom: E – 15th Floor<br>Trial Date: (None Set) |

Pursuant to Federal Rule of Evidence 201(b)(2), Defendant City of Oakland respectfully requests that the Court take judicial notice of the following city ordinance identified below in support of its Motion to Dismiss Plaintiffs' Complaint:

1. City of Oakland Ordinance No. 3825 N.S., dated February 14, 1927 (Declaration of Christina Lum ("Lum Decl."), Ex. 1);
2. City of Oakland Ordinance No. 3826 N.S., dated February 14, 1927 (Lum Decl., Ex. 2);
3. Article VII of the Charter of the City of Oakland (Lum Decl., Ex. 3);
4. "Property Owned by the Port of Oakland," from Port of Oakland, Land Surveys and Mapping, 530 Water Street, Oakland California, dated September 4, 2012 (Lum Decl., Ex. 4);
5. "Order Granting in Part and Denying in Part Motion to Dismiss," from United States District Court, Northern District of California, case no. 18-CV-03353-KAW, dated October 5, 2018 (Lum Decl., Ex. 5).

Under Rule 201 of the Federal Rules of Evidence, the court may judicially notice "official acts of the legislative, executive, and judicial departments of the United States", and facts and propositions that are not reasonably subject to dispute and are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy." *Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F.Supp.3d 1011, 1020 (2015). The court may also take judicial notice of matters of public record. *Vasserman v. Henry Mayo Newhall Memorial Hosp.*, 65 F.Supp.3d 932, 942 (2014); see also *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986). For these reasons, judicially notice should be taken of the foregoing documents.

Dated: October 8, 2024        BARBARA J. PARKER, City Attorney

By: _____
Christina Lum, Deputy City Attorney
Attorneys for Defendant,
CITY OF OAKLAND