Mary C. Richardson (Bar No. 208586)
Port Attorney
mrichrdson@portoakland.com
Kimberly I. McIntyre (Bar No. 184648)
Deputy Port Attorney
kmcintyre@portoakland.com
**PORT OF OAKLAND**
530 Water Street
Oakland, California 94607
Tel: (510) 627-1572 / (510) 627-1205

Eugene M. Pak (Bar No. 168699)
epak@fennemorelaw.com
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928

Stephen C. Willey (Bar No. 209164)
swilley@fennemorelaw.com
Brandi B. Balanda (*Pro Hac Vice*)
bbalanda@fennemorelaw.com
Christopher J. Lindemeier (*Pro Hac Vice*)
clindemeier@fennemorelaw.com
**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Tel: (206) 749-0500 / Fax: (206) 749-0500

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants. | Case No. 3:24-cv-02311-TSH<br><br>**PORT OF OAKLAND'S [PROPOSED] ORDER DENYING CITY'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 7, 2024<br>Time: 10:00 AM<br>Courtroom: E – 15th Floor<br>Trial Date: (None Set) |

| | |
|---|---|
| CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND), | |
| Counterclaimant, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Counterclaim Defendant. | |

The Court, having considered Plaintiff City and County of San Francisco's Motion for Preliminary Injunction (the "Motion"), the Declarations and exhibits filed in support thereof, the Opposition to the Motion filed by Defendant City of Oakland, a Municipal Corporation, acting by and through its Board of Port Commissioners, the Declarations and exhibits filed in support thereof, the Complaint, Answer and Counterclaims, all other papers and briefing submitted in reply to or in support of the Opposition, and the parties' respective argument at the hearing on this matter, and good cause appearing, **THE COURT HEREBY ORDERS** as follows: **THE MOTION IS DENIED.**

    **IT IS SO ORDERED.**

Dated: _____, 2024.   By:_____
                                                                                              Magistrate Judge Thomas S. Hixson

FENNEMORE WENDEL
FENNEMORE CRAIG, P.C.
OAKLAND/SEATTLE

[PROPOSED] ORDER DENYING CITY'S
MOTION FOR PRELIMINARY INJUNCTION - 2

CASE NO. 3:24-CV-02311-TSH