Mary C. Richardson (Bar No. 208586)
Port Attorney
mrichrdson@portoakland.com
Kimberly I. McIntyre (Bar No. 184648)
Deputy Port Attorney
kmcintyre@portoakland.com
**PORT OF OAKLAND**
530 Water Street
Oakland, California 94607
Tel: (510) 627-1572 / (510) 627-1205

Eugene M. Pak (Bar No. 168699)
epak@fennemorelaw.com
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928

Stephen C. Willey (Bar No. 209164)
swilley@fennemorelaw.com
Brandi B. Balanda (*Pro Hac Vice*)
bbalanda@fennemorelaw.com
Christopher J. Lindemeier (*Pro Hac Vice*)
clindemeier@fennemorelaw.com
**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Tel: (206) 749-0500 / Fax: (206) 749-0500

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendant. | Case No. 3:24-cv-02311-TSH<br><br>**DECLARATION OF JENNIFER BRIDIE**<br><br>Date: TBD<br>Time: 10:00 AM<br>Courtroom: E – 15th Floor<br>Trial Date: (None Set) |

CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND),

       Counterclaimant,

v.

CITY AND COUNTY OF SAN FRANCISCO,

       Counterclaim Defendant.

I, Jennifer Bridie, declare as follow:

1. I am over the age of 18 and am competent to testify. I make this declaration based upon personal knowledge unless otherwise stated herein.

2. I am Jennifer Bridie, the VP Marketing for Southwest Airlines ("Southwest").

3. Based on my almost 11 years at Southwest, I am familiar with the market for commercial air travel. I am also familiar with the ways that Southwest sells airline tickets to consumers, including the information that Southwest displays regarding flight routes and in the ticket purchasing process.

4. Southwest was founded in the 1970s, and is committed to providing friendly, reliable, and low-cost air travel.

5. Southwest has flights to over 100 destinations in 42 states across the country.

6. Southwest destinations include flights to major metropolitan areas or regions that are served by more than one airport. For example, Southwest serves both Chicago Midway International Airport (MDW) and Chicago O'Hare International Airport (ORD) in Chicago; Washington Dulles International Airport (IAD), Ronald Regan Washington National Airport (DCA), and Baltimore/Washington International Thurgood Marshall Airport (BWI) in the Washington, D.C. area; all of the following in the Los Angeles area: Los Angeles International Airport (LAX), Hollywood Burbank Airport (BUR), Long Beach Airport (LGB), John Wayne

1  Airport (SNA), and Ontario International Airport (ONT); and the three main airports in the San
2  Francisco Bay Area – San Francisco International Airport (SFO), San Francisco Bay Oakland
3  International Airport (OAK), and San José Mineta International Airport (SJC).

4      7.    Airline tickets may be purchased directly from Southwest online, through the
5  Southwest mobile application ("App"), over the phone with a Southwest Representative, or at a
6  Southwest ticket counter.

7      8.    Southwest's main webpage is located at https://www.southwest.com/
8  ("Website").

9      9.    When consumers enter a metropolitan area or an airport's IATA code into the
10 booking search boxes for "Depart" or "Arrive" on Southwest's Website, the display shown lists
11 the city in which the airport is located (or the name of the city that owns the airport, such as in
12 the case of the San Francisco International Airport, which is located in San Mateo County), and
13 the airport's IATA code.

14     10.    In cases where multiple airports serve the same metropolitan area or region,
15 Southwest shows either: (a) the airport's IATA code and the city in which it is located (or the
16 city that owns the airport); or (b) the airport's IATA code and other unique identifying
17 information.

18     11.    For example, this is an accurate screenshot of what is displayed when "San
19 Fran…" is typed into the "Depart" box:



12. This same drop down menu appears if "San Fran…" is typed into the "Arrive" search box.

13. Below is a screenshot of what is then displayed when "San Francisco Area Airports" is clicked after entering an arrival destination \:



14. Each of the airport options is identified using the airport's IATA code.

15. As with the initial search, on the results page, San Francisco Bay Area airports are identified solely by IATA code and with city information.

16. Southwest does not include any airport's full legal name on the search display for "Depart" or "Arrive" or on the results page.

17. As another example, below is an accurate screenshot of what is displayed when "Los Angeles" is typed into the "Depart" box:



18. This same drop down menu appears if "Los Angeles" is typed into the "Arrive" search box.

19. Again, Southwest does not include any airport's full legal name on the search display for "Depart" or "Arrive" or on the results page.

20. As another example, below is an accurate screenshot of what is displayed when "Washington" is typed into the "Depart" box:

21. This same drop down menu appears if "Washington" is typed into the "Arrive" search box.

22. Again, Southwest does not include any airport's full legal name on the search display for "Depart" or "Arrive" or on the results page.

23. When booking on Southwest's App, a search likewise shows airport IATA codes, city information, and metropolitan areas – not full airport names.

24. For example, below is an accurate depiction of the information displayed on Southwest's App when "San Francisco" is entered, "Los Angeles" is entered, and "Washington" is entered:







25. Southwest has no current plans to alter the type of information that it displays when searching for flights, as shown above, on its Website or its App to show full airport names.

26. In this regard, the three San Francisco Bay Area airports – SFO, SFC, and OAK – have been and continue to be identified by the airport's IATA code and include the city in which they are located (or the city that owns the airport, as is the case with SFO).

27. Southwest has not and does not plan to alter the information displayed when searching for flights, as shown above, on its Website or its App to show a full airport name for one airport that serves a metropolitan area or region, but display the IATA code and city information for the other airports that serve that metropolitan area or region.

28. It is standard industry practice to use and include airport IATA codes in the information that is displayed to potential purchasers of airline tickets to identify arrival and destination airports.

29. The airport's IATA code is also shown on Southwest's electronic and printed tickets for its flights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of October, 2024 at 12:04, PM.

_____
DECLARANT