# EXHIBIT D

Case 3:24-cv-02311-TSH     Document 54-4     Filed 10/08/24     Page 1 of 3

| | |
|---|---|
| **From:** | Ivar Satero (AIR) <Ivar.Satero@flysfo.com> |
| **Sent:** | Tuesday, April 9, 2024 12:09 PM |
| **To:** | Danny Wan; Craig Simon |
| **Subject:** | RE: [EXTERNAL] Studies |

OK, understood.

**From:** Danny Wan <dwan@portoakland.com>
**Sent:** Tuesday, April 9, 2024 12:02 PM
**To:** Ivar Satero (AIR) <Ivar.Satero@flysfo.com>; Craig Simon <csimon@portoakland.com>
**Subject:** RE: [EXTERNAL] Studies

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Ivar

Given the context of a very public threat to sue, I believe our attorney has already received requests for records in a litigation context. In any case, I am advised that any exchange of documents is probably bettered handled through our attorneys' offices given the context.

**Danny Wan**
Executive Director
Port of Oakland – *Everyone's Port*
530 Water Street
Oakland, CA 94607
desk: 510-627-1212
www.portofoakland.com



**Everyone's Port**
The Port of Oakland oversees the Oakland Seaport, Oakland International Airport, and nearly 20 miles of waterfront including Jack London Square. Port and related operations generate nearly 100,000 middle-class jobs. The Port and its partners operate the most convenient airport in the Bay Area, deliver consumer goods to store shelves, provide waterfront visitor attractions and open space and generate community benefits while reducing environmental impacts. Connect with the Port of Oakland and Oakland International Airport through Facebook, or with the Port on Twitter, YouTube, and at www.portofoakland.com.

**From:** Ivar Satero (AIR) <Ivar.Satero@flysfo.com>
**Sent:** Tuesday, April 9, 2024 8:18 AM
**To:** Danny Wan <dwan@portoakland.com>; Craig Simon <csimon@portoakland.com>
**Subject:** [EXTERNAL] Studies

> The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Good morning Danny/Craig…are you able to send over the studies and surveys for our reference?

Thanks,
Ivar



**Ivar C. Satero** (he/him/his)
Airport Director
San Francisco International Airport | P.O. Box 8097 | San Francisco, CA 94128
Office: 650-821-5004
Email: ivar.satero@flysfo.com