# EXHIBIT E

## What others are saying - Business, Community and Elected leaders

### Jennifer Bridie, Senior Vice President of Marketing, Southwest Airlines

*"We first anchored in the East Bay at Oakland's convenient and easy airport 35 years ago this spring and Southwest since has invested decades of growth, with now nearly three thousand locally based People making us one of Oakland's top employers, and its largest air carrier,"* said Jennifer Bridie, Vice President of Marketing Communications & Strategy at Southwest Airlines. *"Oakland helped put us on the map in California and we're wholeheartedly supportive of this rebranding that acknowledges OAK's economic position and influence in the San Francisco Bay area while staying true to its Oakland roots. With a more relevant and contemporary naming convention, Oakland's international airfield sitting closest both to major population centers and a density of corporate employers has a newfound regional draw and instantly gains even more visibility among those around the world shopping for air travel to the Bay Area on travel sites including Southwest.com, the online home of California's largest air carrier, Southwest."*

### John Kirby, Vice President of Network Planning, Spirit Airlines

*"Spirit Airlines is proud to have a long history of serving OAK. As the airport's second largest carrier, we fully support the Board of Port Commissioners' proposal to rename the airport in a way that highlights its proximity to San Francisco while staying true to its Oakland heritage. We believe this change will help our Guests better understand their options to reach the Bay Area with our affordable flights and explore everything the region has to offer. We look forward to giving our Guests More Go with new, nonstop service to Hollywood-Burbank (BUR) starting April 10."*

### Holger Blankenstein, Executive Vice President, Volaris

*"Embracing change is not merely about adapting to new circumstances; it's about pioneering a path towards progress. Volaris recognizes the significance of Oakland Airport's geographical location within the vibrant tapestry of the Bay Area. Our support for the proposed name change reflects our commitment to clarity and accessibility for travelers navigating this dynamic region. At Volaris, we embrace the challenge of navigating the unique geography of the Bay Area. As we soar through the skies, we recognize the importance of clarity and accessibility for our passengers, and we support efforts to make the Oakland Airport more identifiable within the vibrant San Francisco Bay region. Just as Volaris connects people to their destinations seamlessly, we understand the significance of clear branding for airports. We commend the proposal to rename OAK to San Francisco Bay Oakland International Airport, aligning its identity with the iconic Bay Area it serves."*

**Mayor Sheng Thao, City of Oakland**

*"Oakland Airport serves as a vital economic driver, providing 30,000 local jobs and contributing a staggering $1.6 billion to our economy. Considering a name modification to highlight our location within the vibrant San Francisco Bay Area could offer several benefits. Notably, it could support the airport's efforts to secure more direct flights to additional destinations, enhancing convenience for travelers and potentially boosting tourism in Oakland. This adjustment isn't just about signage—it's about inviting travelers to discover all that Oakland and the region have to offer. From our local dining scene to unique shopping spots and cozy hotels, there's something here for everyone. Let's work together to ensure that Oakland Airport continues to serve as a welcoming gateway for visitors and a source of pride for our community."*

**Councilmember Treva Reid, City of Oakland, District 7**

*"#IFlyOAK is going further and farther! I fully support modifying the Oakland Airport's name. It will widen its reach to welcome more visitors, boost our regional economy, increase workforce development and trade opportunities, and secure more direct flight destinations through the most transit-accessible airport in the Bay Area. The Oakland Airport is a billion-dollar regional asset to protect, invest in, and uplift. As the city prioritizes deepening investments and resources in the Hegenberger/Airport Area Corridor, we must leverage the power of the expanded name to drive more tourism through this regional gateway to strengthen our local economy."*

**Stephen Baiter, Executive Director, East Bay Economic Development Alliance**

*"The airport plays a critical role for the entire San Francisco Bay Area region and is a key economic engine for the local economy. Many businesses, especially those here in the East Bay, rely on it and would like to see more destinations offered. The East Bay Economic Development Alliance believes this proposal from the Board of Port Commissioners will help to keep Oakland first and enhance its profile as the airport will be more easily found by travelers here in the US and abroad."*

**Greg Bonato, President, Building and Construction Trades Council of Alameda County**

*"The Building and Construction Trades Council of Alameda County represents the hard-working union trades men and women throughout the region and has been a longstanding partner with the Port of Oakland and OAK to advance major projects and deliver good paying jobs and opportunities for our members and affiliated unions. The Airport is an asset for the entire San Francisco Bay Area and we support the efforts by OAK to modify its name and bring more visitors and economic vitality to Oakland and Alameda County.*

**Tracy Farhad, CEO, Visit Tri Valley**

*"Visit Tri-Valley represents Livermore, Danville, Pleasanton, and – California's fastest growing city- Dublin. Together they welcome over 2 million visitors each year, generating over $770 million in visitor spending and supporting 7,396 local jobs. Visibility in the various online travel booking platforms is an ongoing challenge that we as a DMO and the airport have in common. An airport name that clearly identifies its geographic location in a more recognizable way will help visitors find and use OAK when they fly here and that is great because OAK is by far the closest airport to the cities we represent. This is a smart move for the airport, and we support it."*

**Peter Gamez, CEO, Visit Oakland**

*"This change will increase online search visibility for OAK and in turn, bring more visitors to Oakland. This means more people will experience the beauty of Oakland, creating positive economic impact as they stay in our hotels and support our local businesses and attractions."*

**Nicole Hankton, Executive Vice President, Visit Walnut Creek**

*"Walnut Creek is a growing visitor destination for both business and leisure travelers. Although we are 25 miles outside of San Francisco, most visitors outside of California are not aware of Oakland airport's easy accessibility to Walnut Creek. As a result, we observe OAK could be overlooked as the closest airport, unless there is an indication of "San Francisco Bay Area" to align with our messaging about us being a San Francisco Bay Area destination. The change will certainly help make it clearer for visitors and we support it as a measure to get more destinations from what is largely considered to be the 'go-to airport' for residents here in Walnut Creek."*

**Barbara Hillman, CEO, Visit Berkeley**

*"Berkeley is fortunate to have visitors from all over the world. The San Francisco Bay Area is globally recognized, and Berkeley, because of the University and the various research labs, are well-known to be part of it. Over the years, it's been our observation, particularly outside the region, that many travelers simply do not understand the proximity of Oakland International Airport within the San Francisco Bay Area. It makes good sense to align the airport name with the globally recognized geographic area where it is located. This will make it easier for air travelers to find and use O-A-K when they plan their travel and that, in turn, will help support more nonstop destinations which is a definite plus for all of us."*

**Cathy Adams, President & CEO, Oakland African-American Chamber of Commerce**

*"The Oakland African-American Chamber of Commerce has been a longtime supporter of Oakland Airport. Oakland Airport provides 30,000 local jobs and it has a $1.6 billion economic impact on our region. A name modification will help Oakland visitors understand that our airport is located within the San Francisco Bay Area. It will help bring visitors to our great city where they can dine, shop and stay at local hotels. We applaud the Port of Oakland's efforts in creating greater awareness of our favorite Airport."*

**Joe Partida, President, Oakland Latino Chamber of Commerce**

*"The proposed name modification will help visitors understand that our airport is located within the San Francisco Bay Area. It will help bring visitors to Oakland, and especially to businesses in the Fruitvale neighborhood where visitors can dine and shop locally. This is an exciting time for our Airport and all the businesses throughout Oakland."*

**Francis Lan, Board President, Chinatown Chamber of Commerce**

*"Oakland Chinatown Chamber of Commerce has been a longtime supporter of the Port of Oakland. We support their efforts to modify the name of the airport and attract more travelers to Oakland. More travelers means more business and more opportunities."*

**Katie Marcel, CEO, Innovation Tri-Valley Leadership Group**

*"Innovation Tri-Valley Leadership Group (ITV) connects the region's diverse business sector, research laboratories, government leaders, educational institutions, and non-profits, who drive a thriving economy powered by innovation and a vibrant quality of life. Representing the municipalities of Danville, Dublin, Livermore, Pleasanton and San Ramon, OAK is our region's closest international airport and plays a pivotal role in facilitating the Tri-Valley's global reach. Coming from the Tri-Valley, using OAK is efficient and a timesaver. Embracing a name that includes the geographic area recognized worldwide amplifies the region's global impact."*

**Ken Maxey, Board Chair, Oakland Metropolitan Chamber of Commerce**

*"OAK is an economic powerhouse for the region in terms of jobs and business activity. The airport provides 30,000 good-paying direct local jobs and it has a $1.6 billion economic impact. We support efforts to help visitors better understand how OAK is located so conveniently within the San Francisco Bay Area, with all that the region has to offer, and will encourage more visitors to Oakland where they can dine at local restaurants, shop at local retailers and stay in our hotels. We're excited for OAK and the businesses throughout the City of Oakland that stand to benefit."*

**Louis Knox, Hegenberger Corridor Owners & Operators**

*"The businesses along the City of Oakland's Hegenberger Corridor rely heavily on Oakland Airport's continued success in terms of local jobs and economic activity. The proposed name modification will help travelers understand that our airport is located within the San Francisco Bay Area. The result would be greater activation of the visitor-serving businesses along the Hegenberger Corridor. We're very excited about this."*

**Dhriv Patel, President, Ridgemont Hospitality**

*"Ridgemont Hospitality owns and operates 6 hotels, 3 of the properties are in the vicinity of the airport. We support this move by the Port of Oakland Board of Commissioners to increase visibility of the airport among travelers both here in the US and internationally. It will help create more visibility for our hotels as well." said Dhruv Patel, President of Ridgemont Hospitality which operates the H2 Alameda Oakland Airport, Hampton Inn Alameda Oakland Airport, Holiday Inn Express Oakland Airport and Hampton Inn Oakland Downtown.*

**Sima Patel, CEO, Ridgemont Hospitality**

*"As the CEO of Oakland's longest standing hotelier group, Ridgemont Hospitality, and through my tenure on the Board of Visit California, we've seen the Port work aggressively to gain new routes and have partnered with the airport team in support of many of these. We have seen first-hand the positive results that more destinations bring; but we've also seen that many routes don't last. This move will work to improve the prominence of Oakland as a regional gateway by aligning the airport name with its geographic location. More destinations will bring increased economic vitality to Oakland."*