# EXHIBIT F



**OFFICE OF THE MAYOR**

April 11, 2024

To the Honorable Board of Port Commissioners:

Please accept this letter of my personal support for renaming the Oakland International Airport to the San Francisco Bay Area Oakland International Airport.

As Mayor of El Cerrito, I recognize the importance OAK Airport has on both our community and our region. We have residents who work at OAK Airport, and many residents utilize the Airport frequently. Renaming the Airport with a more recognizable regional name will help increase geographic awareness and will help both domestic and international travelers make more informed decisions.

Since OAK Airport is the closest airport for 58% of the Bay Area population (El Cerrito included), I believe this name change will ultimately help travelers make a choice which positively impacts the entire East Bay region.

Thank you,

Sincerely,

Tessa Rudnick
Mayor, City of El Cerrito