# EXHIBIT H

BOARD OF PORT COMMISSIONERS
CITY OF OAKLAND

PORT ORDINANCE NO. 882

Introduced by                       Seconded by

AN ORDINANCE CHANGING THE NAME OF THE AIRPORT OF THE CITY OF OAKLAND FROM "OAKLAND MUNICIPAL AIRPORT" TO "METROPOLITAN OAKLAND INTERNATIONAL AIRPORT."

BE IT ORDAINED by the Board of Port Commissioners of the City of Oakland as follows:

Section 1. The name of the airport of the City of Oakland shall be and is hereby changed from "OAKLAND MUNICIPAL AIRPORT" to "METROPOLITAN OAKLAND INTERNATIONAL AIRPORT."

Section 2. Wherever in any ordinance or resolution adopted by this Board, or in any contract, lease, agreement, stipulation or other document to which this Board is a party, the name "OAKLAND MUNICIPAL AIRPORT" appears or is used, it shall be deemed and construed to refer to the METROPOLITAN OAKLAND INTERNATIONAL AIRPORT.

Section 3. This ordinance supersedes any previous action taken by this Board to name the airport of the City of Oakland.

Adopted at a regular meeting held April 5, 1954

By the following Vote:

Ayes: Commissioners Clark, Levy, Tulloch and President Estep -4-

Noes: None

Absent: Commissioner Galliano -1-

_____ President.

Attest _____ Secretary.

Approved as to form and legality:

_____
Port Attorney

In Board of Port Commissioners, Oakland, California, March 15, 1954. Passed to print for one day by the following vote: Ayes: Commissioners Galliano, Levy, Tulloch and President Estep -4-. Noes: None. Absent: Commissioner Clark -1-.