# EXHIBIT I

# BOARD OF PORT COMMISSIONERS
# CITY OF OAKLAND

## PORT ORDINANCE NO. 4746

**ORDINANCE APPROVING THE RENAMING OF "METROPOLITAN OAKLAND INTERNATIONAL AIRPORT" TO "SAN FRANCISCO BAY OAKLAND INTERNATIONAL AIRPORT".**

---

**WHEREAS,** the Board of Port Commissioners of the City of Oakland ("Board") has reviewed and evaluated the Agenda Report for Agenda Item 6.2, dated April 11, 2024, and related agenda materials ("Agenda Report"), has received the expert testimony of Port of Oakland ("Port") staff, and has provided opportunities for and taken public comment; and

**WHEREAS,** the proposed action complies with Administrative Policy 14 (Naming of Port Facilities), which establishes standards and procedures for the naming of Port facilities; and

**WHEREAS,** in acting upon this matter, the Board has exercised its independent judgment based on substantial evidence in the record and adopts and relies upon the facts, data, analysis, and findings set forth in the Agenda Report and in testimony received; now, therefore

**BE IT ORDAINED** by the Board of Port Commissioners of the City of Oakland as follows:

**Section 1.** The Board hereby finds and determines that the proposed action is not subject to the California Environmental Quality Act ("CEQA") because the proposed action does not involve an activity that may cause either a direct physical change in the environment or a reasonably foreseeable indirect physical change in the environment as further defined in Section 21065 of the Public Resources Code.

**Section 2.** The Board hereby approves the renaming of the Metropolitan Oakland International Airport to **"San Francisco Bay Oakland International Airport"** and authorizes the Executive Director to take all actions necessary to effectuate this renaming, consistent with the Agenda Report.

**Section 3.** This Ordinance is not evidence of and does not create or constitute (a) a contract, or the grant of any right, entitlement or property interest, or (b) any obligation or liability on the part of the Board or any officer or employee of the Port. Unless and until a separate written agreement is duly executed on behalf of the Board as authorized by this Ordinance, is signed as approved as to form and legality by the Port Attorney, and is delivered to the other contracting party, there shall be no valid or effective agreement.

**Section 4.** This Ordinance shall take effect on the date of its final adoption; provided, however, that if a petition protesting the adoption of this Ordinance is timely and duly submitted to the elections official of the City of Oakland in the manner required under California Elections Code § 9237, the effective date of this Ordinance shall be suspended, and all actions authorized by this Ordinance shall be null and void.

The Board of Port Commissioners, Oakland, California, April 11, 2024. Passed to print for one day by the following vote: Ayes: Commissioners Cluver, Colbruno, Dominguez Walton, Lee, Martinez, Myres, and President Leslie – 7. Noes: – 0.

Daria Edgerly,

Secretary of the Board

Adopted at a Regular Meeting held May 9, 2024
by the following vote:

Ayes: Commissioners Cluver, Colbruno, Dominguez Walton, Lee, Martinez, Myres, and President Leslie – 7
Noes: 0

_____ President.
Attest: _____ Secretary.

Approved as to form and legality:

_____
Port Attorney