# EXHIBIT A

## FLY OAKLAND

... *It's The Easy Way Around San Francisco Bay.*



## Metropolitan Oakland International Airport



Metropolitan Oakland International Airport combines convenience to the population and business centers of the San Francisco Bay Area and Northern California with modern, easy-to-use terminal facilities.

The terminal complex includes a glass-fronted ticketing and baggage claim building, just a few steps from a lobby and mezzanine with a coffee shop, snack bar, gift shop and newsstand, duty free shop, cocktail lounges, dining and meeting rooms, barber shop, insurance counter, observation decks and an elevator to the eighth floor Tower Lounge with its panoramic view of the Bay Area.

The lobby leads to a concourse serving eight scheduled airlines.

Oakland International's main runway is 10,000 feet long on the shore of San Francisco Bay with completely unobstructed overwater approaches at each end.

Other airport facilities include an air cargo center, customs, immigration and public health, foreign monetary exchange and 24 clocks, viewed from the lobby, which tell the time in each of the world's time zones.



PORT OF OAKLAND
66 Jack London Square
Oakland, California 94607