# EXHIBIT C



# Metropolitan Oakland International Airport

**SAN FRANCISCO BAY AREA**

## OAK
Provides 30,000 direct jobs and $1.6 Billion in economic impact

## 7 Million
Total Bay Area population

## Gained 54
New destinations since 2008

## Lost 39

## Local travelers
Expressed a desire for direct destinations domestically, internationally





## MAJORITY OF SAN FRANCISCO BAY AREA POPULATION CLOSEST TO OAK

### BAY AREA: POPULATION SHARE







Note: East Bay includes Alameda and Costa County; Wine Country includes Solano, Napa, Sonoma and Marin Counties; Contra Source: US Census Bureau July 2022 Population Estimates

**OAK IS THE POPULAR CHOICE;**

**THERE IS UNIQUE AND SUBSTANTIAL DEMAND FOR MORE DESTINATIONS NOW**

**65%** said LACK OF NONSTOP FLIGHTS to their destination is the reason they don't fly OAK

**78%** use OAK.
42% primarily, 36% in combo with other airports

**83%** have a FAVORABLE opinion of OAK

Q: What would you say are three words that best describe Oakland International Airport?
Here are the top responses:

Efficient
Good service
Easy access
Welcoming
Nice
Fast
Friendly
Convenient
Manageable
Close
Simple


Source: Oakland Airport Brand Survey conducted May 31 – June 7, 2023 by FM3 Research of 616 Adults in Alameda and Contra Costa Counties



# TOP 20 UNSERVED DOMESTIC MARKETS FROM OAK



Existing Logo



Proposed Logo



