# EXHIBIT D

🇺🇸 An official website of the United States government Here's how you know ⌄

United States Department of Transportation



# Aeronautical Data Team Cut-Off Dates

Data changes must be received by the Aeronautical Data Team as soon as possible but not later than the "cut-off" dates listed below to assure publication on the desired effective date.

**NOTE:** If this submission will drive Instrument Approach Procedure (RNAV, GPS, ILS, SID, STAR, etc.) updates, changes should be coordinated with the FAA regional Flight Procedures Team (FPT) 18-24 months prior to estimated project completion. *Database updates must be received 6-9 months prior to planned publication. Contact the FPT to determine latest submission cut-offs:*

- Central Service Area
- Eastern Service Area
- Western Service Area

**ALERT:** Critical information such as equipment malfunction, abnormal field conditions, hazards to flight, etc., should be reported as soon as possible.

| Effective Date | Airport Info Cut-Off | Airspace Info Cut-Off |
|---|---|---|
| 05-Sep-24 | 24-Jul-24 | 09-Jul-24 |
| 31-Oct-24 | 18-Sep-24 | 03-Sep-24 |
| 26-Dec-24 | 13-Nov-24 | 29-Oct-24 |
| 20-Feb-25 | 08-Jan-25 | 24-Dec-24 |
| 17-Apr-25 | 05-Mar-25 | 18-Feb-25 |
| 12-Jun-25 | 30-Apr-25 | 15-Apr-25 |
| 07-Aug-25 | 25-Jun-25 | 10-Jun-25 |
| 02-Oct-25 | 20-Aug-25 | 05-Aug-25 |
| 27-Nov-25 | 15-Oct-25 | 30-Sep-25 |
| 22-Jan-26 | 10-Dec-25 | 25-Nov-25 |
| 19-Mar-26 | 04-Feb-26 | 20-Jan-26 |
| 14-May-26 | 01-Apr-26 | 17-Mar-26 |
| 09-Jul-26 | 27-May-26 | 12-May-26 |
| 03-Sep-26 | 22-Jul-26 | 07-Jul-26 |
| 29-Oct-26 | 16-Sep-26 | 01-Sep-26 |
| 24-Dec-26 | 11-Nov-26 | 27-Oct-26 |
| 18-Feb-27 | 06-Jan-27 | 22-Dec-26 |
| 15-Apr-27 | 03-Mar-27 | 16-Feb-27 |
| 10-Jun-27 | 28-Apr-27 | 13-Apr-27 |
| 05-Aug-27 | 23-Jun-27 | 08-Jun-27 |
| 30-Sep-27 | 18-Aug-27 | 03-Aug-27 |
| 25-Nov-27 | 13-Oct-27 | 28-Sep-27 |
| 20-Jan-28 | 08-Dec-27 | 23-Nov-27 |

Page last modified: January 27, 2021 10:42:52 AM EST

**U.S. DEPARTMENT OF TRANSPORTATION**

Federal Aviation Administration

800 Independence Avenue, SW

Washington, DC 20591

866.835.5322 (866-TELL-FAA)

Contact Us