# EXHIBIT E



**OAKLAND INTERNATIONAL AIRPORT**
**MONTHLY ACTIVITY REPORT**
**CALENDAR YEAR**

| | JUL 24 | JUL 23 | YEAR TO YEAR INC/DEC | CALENDAR YEAR-TO-DATE 2024 | 2023 | INC/DEC |
|---|---|---|---|---|---|---|
| **PASSENGER TOTALS** | | | | | | |
| ENPLANING | 481,779 | 484,567 | 0.58% | 3,064,551 | 3,239,742 | 5.72% |
| INTERNATIONAL ENPLANING | 28,049 | 25,261 | -9.94% | 163,074 | 140,742 | -13.69% |
| DEPLANING | 486,025 | 500,830 | 3.05% | 3,075,377 | 3,264,703 | 6.16% |
| INTERNATIONAL DEPLANING | 42,371 | 27,566 | -34.94% | 191,496 | 157,599 | -17.70% |
| TOTAL | 1,038,224 | 1,038,451 | 0.02% | 6,494,498 | 6,504,445 | 0.15% |
| **LANDED WEIGHTS (M lbs)** | | | | | | |
| PAX CARRIERS | 570,138 | 597,810 | -4.63% | 3,708,992 | 3,879,774 | -4.40% |
| CARGO CARRIERS | 266,155 | 243,621 | 9.25% | 1,784,675 | 1,896,526 | -5.90% |
| TOTAL | 836,293 | 841,431 | -0.61% | 5,493,667 | 5,776,300 | -4.89% |
| **AIRCRAFT MOVEMENTS** | 19,653 | 20,106 | -2.25% | 128,384 | 127,422 | 0.75% |
| **AVIATION FUEL (GALS)** | | | | | | |
| GENERAL AVIATION | 498,942 | 499,724 | -0.16% | 4,749,840 | 4,555,298 | 4.27% |
| CONTRACT SALES | 9,028,389 | 7,731,325 | 16.78% | 56,859,021 | 55,705,383 | 2.07% |
| TOTAL | 9,527,331 | 8,231,049 | 15.75% | 61,608,861 | 60,260,681 | 2.24% |
| **AIR MAIL (M lbs)** | | | | | | |
| MAIL IN | 1,130 | 309 | 265.70% | 3,922 | 4,635 | -15.38% |
| MAIL OUT | 1,073 | 150 | 615.33% | 3,080 | 4,509 | -31.69% |
| TOTAL | 2,203 | 459 | 379.96% | 7,002 | 9,144 | -23.43% |
| **FREIGHT (M lbs)** | | | | | | |
| FREIGHT IN | 45,593 | 43,585 | 4.61% | 307,950 | 314,325 | -2.03% |
| FREIGHT OUT | 44,675 | 43,078 | 3.71% | 305,093 | 301,254 | 1.27% |
| TOTAL | 90,268 | 86,663 | 4.16% | 613,043 | 615,579 | -0.41% |
| **AIR MAIL & FREIGHT (M lbs)** | | | | | | |
| IN | 46,723 | 43,894 | 6.45% | 311,872 | 318,960 | -2.22% |
| OUT | 45,748 | 43,228 | 5.83% | 308,173 | 305,763 | 0.79% |
| TOTAL | 92,471 | 87,122 | 6.14% | 620,045 | 624,723 | -0.75% |
| **CONCESSIONS** | | | | | | |
| SHOPS | 1,728,472 | 1,985,520 | -12.95% | 11,207,011 | 12,469,716 | -10.13% |
| RESTAURANT/BAR | 3,726,207 | 2,576,241 | 44.64% | 22,467,121 | 21,186,740 | 6.04% |
| TOTAL REVENUE ($) | $ 5,454,679 | $ 4,561,761 | 19.57% | $ 33,674,132 | $ 33,656,456 | 0.05% |
| **CAR RENTALS REVENUE ($)** | $ 8,900,774 | $ 8,907,166 | -0.07% | $ 48,891,122 | $ 52,202,691 | -6.34% |
| **PARKING LOT** | | | | | | |
| DAILY EXITS | 23,910 | 27,630 | -13.46% | 192,885 | 197,919 | -2.54% |
| PREMIER LOT EXITS | 7,273 | 7,584 | -4.10% | 57,533 | 56,274 | 2.24% |
| HOURLY EXITS | 28,767 | 28,446 | 1.13% | 161,960 | 158,908 | 1.92% |
| ECONOMY EXITS | 11,026 | 10,651 | 3.52% | 76,512 | 71,371 | 7.20% |
| **PARKING LOT REVENUE ($)** | $3,381,654 | $3,312,207 | 2.10% | $22,740,317 | $21,318,718 | 6.67% |
| **TNC ACTIVITY** | | | | | | |
| TNC TRIP COUNT | 134,185 | 120,924 | 10.97% | 932,259 | 856,804 | 8.81% |
| **TOTAL TNC REVENUE ($)** | $472,907 | $447,419 | 5.70% | $3,289,212 | $3,170,175 | 3.75% |
| **BART CONNECTOR RIDERS** | | | | | | |
| TO AIRPORT | 20,497 | 19,465 | 5.30% | 133,059 | 130,349 | 2.08% |
| TO BART | 17,775 | 15,897 | 11.81% | 114,598 | 110,347 | 3.85% |

**ROLLING 12 MONTH PASSENGER TOTALS**

| | | |
|---|---|---|
| AUG 1, 2023 THRU JUL 31, 2024 | | 11,229,128 |
| AUG 1, 2022 THRU JUL 31, 2023 | | 11,487,507 |
| | | -2.25% |