# EXHIBIT F



**OAKLAND INTERNATIONAL AIRPORT**
**MONTHLY ACTIVITY REPORT**
**CALENDAR YEAR**

|  | AUG 24 | AUG 23 | INC/DEC | 2024 | 2023 | INC/DEC |
|---|---|---|---|---|---|---|
| **PASSENGER TOTALS** | | | | | | |
| ENPLANING | 442,490 | 462,408 | -4.31% | 3,507,041 | 3,561,358 | -1.53% |
| INTERNATIONAL ENPLANING | 22,232 | 18,468 | 20.38% | 185,306 | 159,260 | 16.35% |
| DEPLANING | 441,093 | 470,922 | -6.33% | 3,516,470 | 3,578,026 | -1.72% |
| INTERNATIONAL DEPLANING | 28,289 | 25,528 | 10.82% | 219,785 | 183,127 | 20.02% |
| TOTAL | 934,104 | 977,326 | -4.42% | 7,428,602 | 7,481,771 | -0.71% |
| **LANDED WEIGHTS (M lbs)** | | | | | | |
| PAX CARRIERS | 543,312 | 588,946 | -7.75% | 4,252,304 | 4,468,720 | -4.84% |
| CARGO CARRIERS | 277,023 | 273,830 | 1.17% | 2,061,698 | 2,170,356 | -5.01% |
| TOTAL | 820,335 | 862,776 | -4.92% | 6,314,002 | 6,639,076 | -4.90% |
| **AIRCRAFT MOVEMENTS** | 17,804 | 19,586 | -9.10% | 146,188 | 147,008 | -0.56% |
| **AVIATION FUEL (GALS)** | | | | | | |
| GENERAL AVIATION | 535,848 | 588,897 | -9.01% | 5,285,688 | 5,144,194 | 2.75% |
| CONTRACT SALES | 8,145,842 | 8,468,414 | -3.81% | 65,004,863 | 64,173,797 | 1.30% |
| TOTAL | 8,681,690 | 9,057,311 | -4.15% | 70,290,551 | 69,317,991 | 1.40% |
| **AIR MAIL (M lbs)** | | | | | | |
| MAIL IN | 1,670 | 196 | 752.04% | 5,592 | 4,831 | 15.75% |
| MAIL OUT | 1,747 | 130 | 1243.85% | 4,827 | 4,638 | 4.08% |
| TOTAL | 3,417 | 326 | 948.16% | 10,419 | 9,469 | 10.03% |
| **FREIGHT (M lbs)** | | | | | | |
| FREIGHT IN | 40,061 | 49,772 | -19.51% | 348,011 | 364,097 | -4.42% |
| FREIGHT OUT | 42,329 | 49,916 | -15.20% | 347,422 | 351,170 | -1.07% |
| TOTAL | 82,390 | 99,688 | -17.35% | 695,433 | 715,267 | -2.77% |
| **AIR MAIL & FREIGHT (M lbs)** | | | | | | |
| IN | 41,731 | 49,968 | -16.48% | 353,603 | 368,928 | -4.15% |
| OUT | 44,076 | 50,046 | -11.93% | 352,249 | 355,808 | -1.00% |
| TOTAL | 85,807 | 100,014 | -14.21% | 705,852 | 724,736 | -2.61% |
| **CONCESSIONS** | | | | | | |
| SHOPS | 1,511,281 | 1,769,798 | -14.61% | 12,718,292 | 14,239,515 | -10.68% |
| RESTAURANT/BAR | 3,457,384 | 2,961,111 | 16.76% | 25,924,504 | 24,147,850 | 7.36% |
| TOTAL REVENUE ($) | $ 4,968,665 | $ 4,730,909 | 5.03% | $ 38,642,796 | $ 38,387,365 | 0.67% |
| **CAR RENTALS REVENUE ($)** | $ 8,221,641 | $ 9,169,450 | -10.34% | $ 57,112,764 | $ 61,372,140 | -6.94% |
| **PARKING LOT** | | | | | | |
| DAILY EXITS | 23,561 | 28,794 | -18.17% | 216,446 | 226,713 | -4.53% |
| PREMIER LOT EXITS | 7,168 | 7,943 | -9.76% | 64,701 | 64,217 | 0.75% |
| HOURLY EXITS | 23,220 | 24,648 | -5.79% | 185,180 | 183,556 | 0.88% |
| ECONOMY EXITS | 10,545 | 10,428 | 1.12% | 87,057 | 81,799 | 6.43% |
| **PARKING LOT REVENUE ($)** | $3,040,277 | $3,163,874 | -3.91% | $25,780,594 | $24,482,592 | 5.30% |
| **TNC ACTIVITY** | | | | | | |
| TNC TRIP COUNT | 132,175 | 129,148 | 2.34% | 1,064,434 | 985,952 | 7.96% |
| **TOTAL TNC REVENUE ($)** | $465,619 | $477,848 | -2.56% | $3,754,832 | $3,648,023 | 2.93% |
| **BART CONNECTOR RIDERS** | | | | | | |
| TO AIRPORT | 21,130 | 20,453 | 3.31% | 154,189 | 150,802 | 2.25% |
| TO BART | 18,848 | 17,961 | 4.94% | 133,446 | 128,308 | 4.00% |

**ROLLING 12 MONTH PASSENGER TOTALS**

| | | |
|---|---|---|
| SEP 1, 2023 THRU AUG 31, 2024 | | 11,185,906 |
| SEP 1, 2022 THRU AUG 31, 2023 | | 11,378,235 |
| | | -1.69% |

Prepared by Port of Oakland Finance Division