# EXHIBIT A



HOME    MY ACCOUNT

**AWARDS**

William E. Downes Jr. Memorial Award

    Past Winners

Excellence in Airport Concessions Awards

    Concessions Person of the Year

    2019 Concessions Award Winners

Categories

2018 Concessions Award Winners

Excellence in Airport Marketing, Communications, and Customer Experience

    MarComCX Categories

    2023 Winners and Finalists

Enter the 2024 contest

Ted Bushelman Legacy Award for Creativity and Excellence

    Nomination Form

Finance Professional of the Year Awards

    FAQs

Past Winners

Excellence in Visionary Leadership Award

    Past Winners

Human Resources Excellence Recognition Program

Inclusion Champion Awards

    Leon C. Watkins "Guardian Award" for Excellence In Business Diversity

Past Inclusion Champion Award Winners

    Past Leon Watkins Guardian Award Winners

Environmental
Achievement Awards

Risk Management
Professional of the Year
Award

ACI-NA Educational
Foundation Scholarships

# Ted Bushelman Legacy Award for Creativity and Excellence

In June 2008, the Marketing, Communications and Customer Experience Committee launched the Ted Bushelman Legacy Award for Creativity and Excellence to be presented at the annual ACI-NA Marketing & Communications Conference. The award is named for its first recipient, Ted Bushelman, who served as Senior Director of Communications, Cincinnati-Northern Kentucky International Airport for 40 years.

The award will go to an individual nominated and selected by his or her peers in the airport industry. This special award recognizes the values, accomplishments and creativity of airport marketing, communications and customer experience professionals who also share those talents and contribute to the legacy of professionalism experienced throughout our meetings and programs. The Committee reserves the right to withhold the award any year when there are not suitable nominees. **Nominations must be submitted by 5 PM Eastern Time on Wednesday, September 4, 2024.**

## CRITERIA

The following criteria will be used as guidance when selecting an award winner. The recipient of this award must have a minimum of 15 years experience in one or more of the disciplines represented by the Marketing, Communications and Customer Experience Committee. Those disciplines include:

- media relations
- community relations
- aviation education
- customer experience
- marketing
- air service development

In addition, the individual who is selected must have a record of demonstrating his or her skills, expertise, and professionalism in some or all of the following areas:

- Promotes the professionalism of the marketing, communications and customer experience disciplines within the airport industry;
- Has a history of generating and embracing new ideas to promote and support his or her airport's programs and services;
- Actively shares his or her knowledge and experience with other marketing, communications and customer experience professionals within the airport industry;
- Participates in the ACI-NA Marketing, Communications and Customer Experience Committee and attends its programs; and
- Promotes the importance, and advances the understanding, of airports and aviation within the broader community.

## AWARD WINNERS

- 2008 - Ted Bushelman, Cincinnati-Northern Kentucky International Airport
- 2009 - Michael Conway, Detroit Metropolitan Airport
- 2010 - Jerry Staples, Halifax International Airport
- 2011 - Tara Hamilton, Metropolitan Washington Airports Authority
- 2012 - Patricia Rowe, Milwaukee's General Mitchell International Airport
- 2013 - Not awarded
- 2014 - Lucinda Harshman, Pittsburgh International Airport
- 2015 - Carolyn Fennell, Greater Orlando Aviation Authority
- 2016 - Dickie Davis, Miami International Airport
- 2017 - Not awarded

- 2018-  Not awarded
- 2019 - Brad Martin, MassPort
- 2020 - Karen Ellis, San Antonio Airport System
- 2021 - Myrna White, Hartsfield-Jackson Atlanta International Airport
- 2022 - John Albrecht, Port of Oakland
- 2023 - Krista Kealey, Ottawa International Airport Authority

**Click here to submit your nomination for the Ted Bushelman Legacy Award for Creativity and Excellence >>**

---

Contact ACI-NA        About ACI-NA

LOGIN | JOIN US | FOLLOW US



© 2018 Airports Council International - North America
1615 L Street NW, Suite 300 / Washington, DC 20036
Phone 202-293-8500 / Fax 202-331-1362