# EXHIBIT C

Free Harbor Tours

Learn More

# BART to Oakland International Airport

November 22, 2014

# Press Release

For Immediate Release
November 22, 2014

## BART to Oakland International Airport

### The Fast Easy Way to OAK is Now Open

*Oakland, CA – Nov. 22, 2014* – The start of the busy holiday travel season at Oakland International Airport (OAK) kicks off with the much anticipated arrival of San Francisco Bay Area Rapid Transit (BART) service between the Coliseum BART station and the OAK BART station on Saturday, November 22, 2014.

While the public had an opportunity to learn about the new rail system and experience the ride on BART to OAK at a celebration November 21, travelers will experience the new scheduled service starting at 6:00 a.m. Saturday morning.

"We couldn't be more pleased that the completion of this project comes in time for the busy holiday travel season at OAK. Whether traveling within the USA or to one of the growing number of international destinations served from OAK, travelers in BART's rail network will enjoy a faster, easier and more efficient ride," said Deborah Ale Flint, Director of Aviation for the Port of Oakland. "At long last Bay Area residents can experience the ease, convenience and certainty of using BART with the same values they appreciate when making OAK their airport of choice," Ale Flint added.

This is a significant moment in the 87-year history of the airport, the Port of Oakland, BART and for everyone that travels to and from Oakland International Airport to work or to fly. OAK is the second California airport to have a direct rail connection to its metropolitan rail transit system. The opening of the new rail link adds ease of use and certainty for travelers arriving and departing from OAK, pairing well with the convenience and reliability that travelers have come to expect when they use OAK.

Sample one-way fares between four popular BART Stations and OAK are as follows:

| Oakland Airport Station | Regular Adult | Youth, Senior |
| --- | --- | --- |
| Powell Street SF | $10.05 | $3.75 |
| Downtown Berkeley | $8.50 | $3.15 |
| Oakland | $8.15 | $3.05 |
| Fremont | $9.85 | $3.65 |

Complete fare listings are now shown on BART's website at:
**http://www.bart.gov/tickets/calculator**

**About the Port of Oakland**
The Port of Oakland oversees the Oakland seaport and Oakland International Airport. The Port's jurisdiction includes 20 miles of waterfront from the Bay Bridge through Oakland International Airport. The Oakland seaport is the fifth busiest container port in the U.S.; Oakland International Airport is the second largest San Francisco Bay Area

airport offering over 300 daily passenger and cargo flights; and the Port's real estate includes commercial developments such as Jack London Square and hundreds of acres of public parks and conservation areas. Together, through Port operations and those of its tenants and users, the Port supports more than 73,000 jobs in the region and nearly 827,000 jobs across the United States. The Port of Oakland was established in 1927 and is an independent department of the City of Oakland. Connect with the **Port of Oakland** and **Oakland International Airport** through Facebook, or with the Port on Twitter, YouTube, and at **www.portofoakland.com**.

## Media Contact:

Mona Hernandez,
Aviation Marketing and Communications
510-563-2892
510-563-6500 (after hours)

**mhernandez@portoakland.com**

‹ Back to All

Media & Newsroom

Press Releases (News)

Videos

Photos

Newsletter Signup

Contact Us

Not sure who to contact or have a general question? Use our contact form to route your request

**Contact Form**

# Website renaissance: new Airport technology takes off

July 29, 2016

**Oakland, CA** – *(July 29, 2016)*: Visitors to the Oakland International Airport website today will be welcomed by a brightly colored, interactive homepage. Today, the Airport announces that it has completely redesigned its website at **www.iflyoak.com**. The site's bold new homepage features bright, scrolling graphics, clickable icons for all destinations reachable by OAK, and graphic tiles for travelers' most requested information.

The Airport said the new website provides a cleaner design, better functionality, intuitive navigation, and coordinated branding with the Port of Oakland, which operates the Airport. "The Airport's website upgrade provides visitors with an entirely new user experience," said Port of Oakland Director of Aviation, Bryant L. Francis. "The new site allows the Airport to modernize its digital footprint while providing direct access into the range of information, opportunities, and activities happening at OAK."

The home page features a social media quilt that provides an at-a-glance view of the Airport's robust social media activity. With the Airport's ongoing growth into international markets, the new site allows language translation to better serve its global customers. Other features include: Enhanced viewing on various devices (desktop, mobile phone, tablet), easier and more intuitive navigation, and cleaner and simplified graphical interface for the end user.

**ABOUT OAKLAND INTERNATIONAL AIRPORT** Oakland International is the fourth busiest airport in California and second busiest in the San Francisco Bay Area. Serving over 11 million travelers each year, OAK is the closest airport to the region's top tourism and entertainment venues. It is also the closest airport for most local residents. Beginning October 6th, OAK customers can fly nonstop to El Paso, Texas, bringing Oakland's air service roster to over 50 destinations on 12 different airline brands – seven of which operate with OAK as their sole gateway into the San Francisco Bay region.

The vision of Oakland International Airport is to offer customers a world-class experience and be the airport of choice for Bay Area residents and visitors alike. OAK is operated by the Port of Oakland, which also oversees the Oakland seaport and 20 miles of waterfront. Together with its business partners, the Port supports more than 73,000 jobs in the region and nearly 827,000 jobs across the United States. For up-to-the-minute departure and arrival information, airport maps, and details on shopping, dining, transportation, and more, visit **www.iflyoak.com**. Don't forget to follow us on Facebook, Twitter, and Instagram.

**Media Contact** Phone: 510-563-6500 Email: **keonnis.taylor@portoakland.com**

‹ **Back to All**

Media & Newsroom

Press Releases (News)

Videos

Photos

Newsletter Signup

Contact Us

Not sure who to contact or have a general question? Use our contact form to route your request

**Contact Form**

Free Harbor Tours

Learn More

# 'Philadelphia Freedom' for the East Bay as Spirit Airlines adds OAK daily nonstop

December 7, 2021

*Oakland, Calif.* – December 7, 2021: The Port of Oakland is proud to announce that beginning May 18, 2022, Spirit Airlines will commence nonstop service between Oakland International Airport (OAK) and Philadelphia International Airport (PHL) allowing the over 700 East Bay travelers that make the trip on a typical day to *Fly the East Bay Way*. Philadelphia travelers to the San Francisco Bay area will arrive at OAK in the heart of the Bay area closer to where they want to be. OAK is the airport nearest to most Bay area tourism and entertainment venues, employers, and resident population.

The flight will operate daily using Spirit's new, fuel-efficient Airbus 320neo fleet featuring lower carbon emissions holding 8 "Big Front" and 174 "Deluxe Leather" seats. Flights are on-sale now at Spirit.com.

"Spirit's growth at OAK is aligned with the growing sentiment among East Bay travelers to opt for the reliability and convenience of their close-in and convenient home airport," says Bryant L. Francis, Director of Aviation at the Port of Oakland. "Those that live here know, and visitors to the

San Francisco Bay area quickly learn, of the many advantages when they Fly the East Bay Way. Spirit's service to Philadelphia lands perfectly amid many great opportunities for air service between OAK and top destinations around the world."

"Oakland (OAK) is Spirit's San Francisco Bay area gateway and we are excited to add a brand-new destination for our valued East Bay guests," said John Kirby, Spirit Airlines' Vice President Network Planning. "With our growing list of new nonstop destination like Orange County (SNA) and now Philadelphia, savvy Bay area residents can enjoy more of Spirit's unique value proposition."

Spirit has served OAK for more than a decade, growing along the way, offering low-cost, nonstop service to popular destinations across the United States. Philadelphia is the seventh destination served and brings the total to 11 peak-day departures from OAK. Other destinations include Las Vegas, Los Angeles, Orange County, Chicago-O'Hare, Houston-Bush, and Detroit.

The highly successful ultra low-cost carrier offers a unique array of products preferred by Bay area travelers including the popular 2 by 2 "Big Seat Up Front", assigned seats, extra legroom, carry-on and checked baggage options, the "À La Smarte Sips + Snacks" onboard menu allowing passengers to choose from a variety of beverages as well as snacks and combo packs.

**About Oakland International Airport**
Oakland International is the main airport for the greater East Bay, the most populated area in the metropolitan San Francisco Bay area. It is the closest airport to most Bay Area employers. By roadway and BART air-rail, OAK enables excellent access to all of the region's business, entertainment and tourism venues. The vision of Oakland International Airport is to be the airport of choice for San Francisco Bay Area residents and visitors alike. OAK is operated by the Port of Oakland, which also oversees the Oakland seaport and 20 miles of East Bay waterfront. Together with its business partners, the Port supports more than 84,000 jobs in the region with more than a $130 billion economic impact. Updates about travel during the COVID19 pandemic, current departure and arrival information, airport maps, and details about on-airport parking, shopping and dining and more, can be found at **www.iflyoak.com**. Follow us on Facebook, Twitter, and Instagram.

**Media contact**
Roberto Bernardo, Airport spokesperson
Oakland International Airport
**Click here to contact Robert Bernardo**

OAK 24-hour media only hotline: 510-563-6500

###

**About Oakland International Airport**
Oakland International is the main airport for the greater East Bay, the most populated area in the metropolitan San Francisco Bay area. It is the closest airport to most Bay Area employers. By roadway and BART air-rail, OAK enables excellent access to all of the region's business, entertainment and tourism venues. The vision of Oakland International

Airport is to be the airport of choice for San Francisco Bay Area residents and visitors alike. OAK is operated by the Port of Oakland, which also oversees the Oakland seaport and 20 miles of East Bay waterfront. Together with its business partners, the Port supports more than 84,000 jobs in the region with more than a $130 billion economic impact. Updates about travel during the COVID19 pandemic, current departure and arrival information, airport maps, and details about on-airport parking, shopping and dining and more, can be found at **www.iflyoak.com**. Follow us on Facebook, Twitter, and Instagram.

**Media contact**
Roberto Bernardo, Airport spokesperson
Oakland International Airport
**Click here to contact Robert Bernardo**

OAK 24-hour media only hotline: 510-563-6500

###

‹ **Back to All**

Media & Newsroom

Press Releases (News)

Videos

Photos

Newsletter Signup

Contact Us

Not sure who to contact or have a general question? Use our contact form to route your request

**Contact Form**