Mary C. Richardson (Bar No. 208586)
Port Attorney
mrichrdson@portoakland.com
Kimberly I. McIntyre (Bar No. 184648)
Deputy Port Attorney
kmcintyre@portoakland.com
**PORT OF OAKLAND**
530 Water Street
Oakland, California  94607
Tel: (510) 627-1572 / (510) 627-1205

Eugene M. Pak (Bar No. 168699)
epak@fennemorelaw.com
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California  94607
Tel: (510) 834-6600 / Fax: (510) 834-1928

Stephen C. Willey (Bar No. 209164)
swilley@fennemorelaw.com
Brandi B. Balanda (*Pro Hac Vice*)
bbalanda@fennemorelaw.com
Christopher J. Lindemeier (*Pro Hac Vice*)
clindemeier@fennemorelaw.com
**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101
Tel: (206) 749-0500 / Fax: (206) 749-0500

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>                    Defendants. | Case No. 3:24-cv-02311-TSH<br><br>**DECLARATION OF TIFFANY YAMASAKI**<br><br>Date: November 7, 2024<br>Time: 10:00 AM<br>Courtroom: E – 15th Floor<br>Trial Date: (None Set) |

| | |
|---|---|
| | CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND), |
| | Counterclaimant, |
| | v. |
| | CITY AND COUNTY OF SAN FRANCISCO, |
| | Counterclaim Defendant. |

I, Tiffany Yamasaki, declare as follows:

1. I am over eighteen years of age and am competent to testify. I make this declaration based on personal knowledge unless otherwise stated herein.

2. I am a Paralegal at Fennemore Craig, P.C., counsel for the City of Oakland, a Municipal Corporation, acting by and through its Board of Port Commissioners (Port of Oakland), Defendant and Counterclaimant in the above captioned matter.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an image of a historical map of the San Francisco Bay Metropolitan Area, dated 1912, that I obtained from the following web address: https://www.historicpictoric.com/products/historic-map-san-francisco-bay-metropolitan-area-1935-vintage.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the book titled, *The San Francisco Bay Area, A Metropolis In Perspective*, by Mel Scott, with a publication date of 1959, from pages 5, 138, 177, 185, 190, and 282 of that book.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a portion of a website for the State of California that I obtained from the following web address: https://scc.ca.gov/projects/san-francisco-bay/.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a portion of a website for the State of California that I obtained from the following web address: https://climateresilience.ca.gov/regions/sf-bay-area.html.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot of a webpage from the Metropolitan Transportation Commission website that I obtained from the following web address: http://www.bayareacensus.ca.gov/-:~:text=Selected%20Census%20data%20from%20the%20San.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the federal trademark registration for Reg. No. 6,122,118 that I obtained from the United States Patent and Trademark Office ("USPTO") online database.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the federal trademark registration for Reg. No. 6,122,119 that I obtained from the USPTO online database.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the federal trademark registration for Reg. No. 6,122,120 that I obtained from the USPTO online database.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document my office received from the City and County of San Francisco (the "City") in response to a California Public Records Act ("CPRA"), numbered CCSF (PRA)-001521 – CCSF (PRA)-1528.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document that my office received from the City in response to a CPRA request, numbered CCSF (PRA)-1509 – CCSF (PRA)-1510.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document that my office received from the City in response to a CPRA request, numbered CCSF (PRA)-001577 – CCSF (PRA)-001583.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a document that my office received from the City in response to a CPRA request, numbered CCSF (PRA)-001519 – CCSF (PRA)-001520.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document that my office received from the City in response to a CPRA request, numbered CCSF (PRA)-001506 – CCSF (PRA)-1508.

16. My understanding from a review of CPRA requests made by our office and responses received from the City is that there continue to be outstanding requests or incomplete responses to them.

17. Attached hereto as **Exhibit 14** is a true and correct copy of screenshots I took as I navigated through part of the flight-booking process on the Alaska Airlines' website, which can be accessed with the following link: https://www.alaskaair.com/.

18. Attached hereto as **Exhibit 15** is a true and correct copy of screenshots I took as I navigated through part of the flight-booking process on the Delta Air Lines' website, which can be accessed with the following link: https://www.delta.com/.

19. Attached hereto as **Exhibit 16** is a true and correct copy of screenshots I took of the Booking.com website, which can be accessed with the following link: https://www.booking.com/.

20. Attached hereto as **Exhibit 17** is a true and correct copy of screenshots I took of the following websites, which can be accessed at the links indicated therewith:

   a. Expedia: https://www.expedia.com/Flights;
   b. Tripadvisor: https://www.tripadvisor.com/CheapFlightsHome;
   c. Google Flights: https://www.google.com/travel/flights/;
   d. Agoda: https://www.agoda.com/flights?ds=gPZi%2F1wjr6Vziy75;
   e. Skyscanner: https://www.skyscanner.com/flights;
   f. Kayak: https://www.kayak.com/flights;
   g. Skiplagged: https://skiplagged.com/ - :~:text=Skiplagged%20is%20an%20airfare%20search%20engine;
   h. Hopper: https://www.hopper.com/;
   i. Hotwire: https://www.hotwire.com/flights/;

  j. Lastminute.com: https://www.lastminute.com/;

  k. Enterprise: https://www.enterprise.com/en/home.html;

  l. Budget: https://www.budget.com/en/home;

  m. Uber: https://www.uber.com/.

21. Attached hereto as **Exhibit 18** is a true and correct copy of an article titled "Average flight costs: Travel, airfare and flight statistics 2024", dated April 18, 2024 published by USA Today, that I obtained from the following web address: https://www.usatoday.com/money/blueprint/travel-insurance/flight-statistics/ -:~:text=The%20average%20airfare%20for%20a%20roundtrip.

22. Attached hereto as **Exhibit 19** is a true and correct copy of Average Domestic Airline Itinerary Fares by Origin City for Q1 2024 Ranked by Total Number of Domestic Passengers in 2023, that I obtained from the website for the United States Department of Transportation, which shows that the average fare ($) for SFO is $444.09, and that the average fare ($) for OAK is $303.55, and can be accessed with the following link: https://www.transtats.bts.gov/AverageFare/.

23. Attached hereto as **Exhibit 20** is a true and correct copy of screenshots I took of the Delta Air Lines website after I selected a flight from SFO to ACK, which shows a total ticket price of $5,213.76.

24. Attached hereto as **Exhibit 21** is a true and correct copy of screenshots I took of the Delta Air Lines website after I selected a flight from SFO to PWM, which shows a total ticket price of $5,495.96.

25. Attached hereto as **Exhibit 22** is a true and correct copy of an SFO Comparative Traffic Report for September 2023, that I obtained from the following web address: https://www.flysfo.com/sites/default/files/2023-11/Sep 2023 and CYTD SFO Air Traffic Summary.pdf.

26. Attached hereto as **Exhibit 23** is a true and correct copy of an SFO Comparative Traffic Report for May 2024, that I obtained from the following web address:

1  https://www.flysfo.com/sites/default/files/2024-07/May 2024 and FYTD SFO Air Traffic
2  Summary.pdf.

3  27.  Attached hereto as **Exhibit 24** is a true and correct copy of an SFO Comparative
4  Traffic Report for June 2024, that I obtained from the following web address:
5  https://www.flysfo.com/sites/default/files/2024-07/Jun 2024 and FYTD SFO Air Traffic
6  Summary.pdf.

7  28.  Attached hereto as **Exhibit 25** is a true and correct copy of an SFO Comparative
8  Traffic Report for July 2024, that I obtained from the following web address:
9  https://www.flysfo.com/sites/default/files/2024-08/Jul 2024 and CYTD SFO Air Traffic
10 Summary.pdf.

11 29.  Attached hereto as **Exhibit 26** is a true and correct copy of an SFO Comparative
12 Traffic Report for August 2024, that I obtained from the following web address:
13 https://www.flysfo.com/sites/default/files/2024-09/Aug 2024 and CYTD SFO Air Traffic
14 Summary.pdf

15 30.  Attached hereto as **Exhibit 27** is a true and correct copy of an OAK Monthly
16 Activity Report for September 2023, that I obtained from the following web address:
17 https://www.iflyoak.com/wp-content/uploads/2024/01/CY2023-Summary-Page-Sep-2023.pdf.

18 31.  Attached hereto as **Exhibit 28** is a true and correct copy of an OAK Monthly
19 Activity Report for May 2024, that I obtained from the following web address:
20 https://www.iflyoak.com/wp-content/uploads/2024/07/CY2024-Summary-Page-May-
21 2024.pdf.

22 32.  Attached hereto as **Exhibit 29** is a true and correct copy of an OAK Monthly
23 Activity Report for June 2024, that I obtained from the following web address:
24 https://www.iflyoak.com/wp-content/uploads/2024/08/CY2024-Summary-Page-June-
25 2024.pdf.

26 33.  Attached hereto as **Exhibit 30** is a true and correct copy of a screenshot I took of
27 the United States Census Bureau website (that I accessed at the following web address:

1  https://data.census.gov/), which states that it is showing Annual Estimates of the Resident
2  Population from July 1, 2019 to April 1, 2020.
3      34.   Attached hereto as **Exhibit 31** is a true and correct copy of a screenshot that I
4  took of SFO's website, which is located at the following web address:
5  https://www.flysfo.com/.
6      35.   Attached hereto as **Exhibit 32** is a true and correct copy of a screenshot that I
7  took of OAK's website, which is located at the following web address:
8  https://www.iflyoak.com/.
9      I declare under penalty of perjury under the laws of the United States of America that the
10 foregoing is true and correct.
11     Executed on this 8th day of October, 2024 at Seattle, Washington.

   By: *s/ Tiffany Yamasaki*
       Tiffany Yamasaki, Paralegal
       Fennemore Craig, P.C.
       1425 4th Ave., Suite 800
       Seattle, WA 98101
       Email: tyamasaki@fennemorelaw.com