# EXHIBIT 1



### San Francisco Bay Metropolitan Area (Comprising the Nine Counties Bordering on the Bay)







THE GOLDEN GATE BRIDGE AT SAN FRANCISCO



SAN FRANCISCO-OAKLAND BAY BRIDGE