# EXHIBIT 2

The San Francisco
Bay Area

MEL SCOTT

# The San Francisco
# Bay Area

# A METROPOLIS IN PERSPECTIVE

UNIVERSITY OF CALIFORNIA PRESS

BERKELEY AND LOS ANGELES    1959

UNIVERSITY OF CALIFORNIA PRESS
BERKELEY AND LOS ANGELES

CAMBRIDGE UNIVERSITY PRESS
LONDON, ENGLAND

© COPYRIGHT, 1959, BY
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

LIBRARY OF CONGRESS CATALOG CARD NUMBER: 59-12537

PRINTED IN THE UNITED STATES OF AMERICA

710.1
5co 855

SEP 1 1966

APR 12 1960

R917.946



**Counties of the San Francisco Bay Area**

County Seats ⊙



*Cover of Promotional Booklet of the Oakland Chamber of Commerce, 1910.
Photograph courtesy of Bancroft Library.*



**San Francisco Bay Area**
and Related Regions

**1920**

State Highways ——————
Proposed Highways - - - -
County Highways ——————

0        10        20        30
Scale

### The Conjunction of Events

In the San Francisco Bay Area the members of the City Planning Section of the Commonwealth Club spearheaded the movement for a regional planning organization. And it is perhaps significant that their first important meeting on the subject of regional planning was held in September, 1923, about the time that the physical knitting together of the Bay Area began. The key figures in the San Francisco City Hall and leaders in the North Bay had recently revived the agitation for construction of a bridge across the Golden Gate, and the state legislature had just enacted permissive legislation under which a federation of counties, by forming a bridge and highway district, could construct the proposed mile-long span. In the spring of that year the American Toll Bridge Company had started construction of a high-level span across Carquinez Strait, thereby heralding the day when there would be uninterrupted automobile travel between the East Bay and the North Bay. In May the voters of Alameda County had approved a bond issue of $4,496,000 for the construction of a tube under the estuary between Alameda and Oak-

*Proposed Bay Bridge from San Francisco to Alameda, 1925*





Map Used in Publications of the Regional Plan Association, 1925. The Association
predicted that the San Francisco Bay Area would have 3,175,000 residents in 1950.
The Bureau of the Census reported in 1950 that 2,681,322 persons were living in
the nine counties of the area in April of that year.



**San Francisco Bay Area**
and Related Regions

**1959**

Freeways
Major Highways
County Highways

0       10       20       30
Scale