# EXHIBIT 5

    

Home  |  Contact

California  |  Bay Area  |  Counties  |  Cities  |  Tracts/Blocks
Transportation  |  Historical Data  |  Maps  |  Links  |  FAQ

**This site is no longer being updated.** For 2020 Census data, please see the US Census Bureau website



Selected Census data from the San Francisco Bay Area -- provided by the **Metropolitan Transportation Commission** and the **Association of Bay Area Governments**.

Featuring Census data from 1860-2010.

Spanning from the wine country to Silicon Valley, the Bay Area has a population of over 7 million people in nine counties and 101 cities.

---

California  |  Bay Area  |  Counties  |  Cities  |  Tracts/Blocks  |  Transportation

Historical Data  |  Maps  |  Links  |  FAQ  |  Home  |  Contact  |  MTC  |  ABAG

MTC-ABAG Library, 375 Beale Street, Suite 800, San Francisco, CA 94105
415-778-5236, library@mtc.ca.gov