# EXHIBIT 13

| | |
|---|---|
| From: | Ivar Satero (AIR) <Ivar.Satero@flysfo.com> |
| Sent: | Saturday, March 30, 2024 5:33 PM |
| To: | SFO-Senior and Management Staff |
| Subject: | Re: [EXTERNAL] Follow-up |

There's been much activity this morning regarding this, and we've got a lot of support in our fight against this. We intend on taking a similarly aggressive position opposing this proposal as we did with Stockton a few years back when they tried something similar.

Get Outlook for iOS

**From:** Ivar Satero (AIR) <Ivar.Satero@flysfo.com>
**Sent:** Saturday, March 30, 2024 10:16:03 AM
**To:** SFO-Senior and Management Staff <SFOSeniorandManagementStaff@flysfo.com>
**Subject:** Fwd: [EXTERNAL] Follow-up

Fyi

Get Outlook for iOS

**From:** Danny Wan <dwan@portoakland.com>
**Sent:** Friday, March 29, 2024 4:29:35 PM
**To:** Ivar Satero (AIR) <Ivar.Satero@flysfo.com>
**Cc:** Craig Simon <csimon@portoakland.com>
**Subject:** RE: [EXTERNAL] Follow-up

Attached is the public agenda report for the 4/11/2024 Board of Port Commissioners item we discussed today. Thought I'd just send it to you.


**Danny Wan**
Executive Director
Port of Oakland – *Everyone's Port*
530 Water Street
Oakland, CA 94607
desk: 510-627-1212
www.portofoakland.com



**Everyone's Port**
The Port of Oakland oversees the Oakland Seaport, Oakland International Airport, and nearly 20 miles of waterfront including Jack London Square. Port and related operations generate nearly 100,000 middle-class jobs. The Port and its partners operate the most convenient airport in the Bay Area, deliver consumer goods to store shelves, provide waterfront visitor attractions and open space and generate community benefits while reducing environmental impacts. Connect with the Port of Oakland and Oakland International Airport through Facebook, or with the Port on Twitter, YouTube, and at www.portofoakland.com.

1

**From:** Ivar Satero (AIR) <Ivar.Satero@flysfo.com>
**Sent:** Friday, March 29, 2024 2:37 PM
**To:** Danny Wan <dwan@portoakland.com>; Craig Simon <csimon@portoakland.com>
**Subject:** RE: [EXTERNAL] Follow-up

Sounds good Danny, much appreciated.

Ivar

**From:** Danny Wan <dwan@portoakland.com>
**Sent:** Friday, March 29, 2024 2:35 PM
**To:** Ivar Satero (AIR) <Ivar.Satero@flysfo.com>; Craig Simon <csimon@portoakland.com>
**Subject:** RE: [EXTERNAL] Follow-up

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Thanks for the follow up. I will gather up the analysis and surveys and send it over to you. Give me a couple of days to get them together. As we discussed, let's continue discussing any question or thoughts you may have.

**Danny Wan**
Executive Director
Port of Oakland – *Everyone's Port*
530 Water Street
Oakland, CA 94607
desk: 510-627-1212
www.portofoakland.com



**Everyone's Port**
The Port of Oakland oversees the Oakland Seaport, Oakland International Airport, and nearly 20 miles of waterfront including Jack London Square. Port and related operations generate nearly 100,000 middle-class jobs. The Port and its partners operate the most convenient airport in the Bay Area, deliver consumer goods to store shelves, provide waterfront visitor attractions and open space and generate community benefits while reducing environmental impacts. Connect with the Port of Oakland and Oakland International Airport through Facebook, or with the Port on Twitter, YouTube, and at www.portofoakland.com.

**From:** Ivar Satero (AIR) <Ivar.Satero@flysfo.com>
**Sent:** Friday, March 29, 2024 2:22 PM
**To:** Danny Wan <dwan@portoakland.com>; Craig Simon <csimon@portoakland.com>
**Subject:** [EXTERNAL] Follow-up

2

CCSF (PRA)-001507

> The sender of this message is external to the **Port of Oakland**. Do not open links or attachments from untrusted sources.

Danny/Craig, thanks for the call today.

Can you share any analysis, surveys, etc. that supported the renaming?

Thx,
Ivar



**Ivar C. Satero** (he/him/his)
Airport Director
San Francisco International Airport | P.O. Box 8097 | San Francisco, CA 94128
Office: 650-821-5004
Email: ivar.satero@flysfo.com