# EXHIBIT 14

**Alaska Airlines:**





















| | | | Saver | Main | Premium | First |
|---|---|---|---|---|---|---|
| AS 1226 | | 2h 13m | $84 | $119 | $134 | $174 |
| 6:39 am | ——— | 8:52 am | | | | |
| SEA | | SJC | | | | |
| Details  Seats | | | | | | |
| AS 1166 | | 2h 12m | $139 | $174 | $191 | $234 |
| 7:04 am | ——— | 9:16 am | | | | only 4 left |
| SEA | | SFO | | | | |
| Details  Seats | | | | | | |
| AS 2005 | | 2h 11m | $109 | $144 | $154 | $199 |
| 7:15 am | ——— | 9:26 am | | | | |
| SEA | | OAK | | | | |
| AS 2005 — Operated by Horizon Air as AlaskaHorizon | | | | | | |
| Details  Seats | | | | | | |
| AS 1080 | | 2h 13m | $135 | $170 | $218 | $260 |
| 9:14 am | ——— | 11:27 am | | | | |
| SEA | | SJC | | | | |
| Details  Seats | | | | | | |
| AS 1132 | | 2h 12m | $139 | $174 | $191 | $264 |
| 9:36 am | ——— | 11:48 am | | | | only 6 left |
| SEA | | SFO | | | | |
| Details  Seats | | | | | | |
| AS 1284 | | 2h 12m | $164 | $199 | $220 | $289 |
| 11:20 am | ——— | 1:32 pm | | | | |
| SEA | | SFO | | | | |



AS 1284                              2h 12m
11:20 am ————————————— 1:32 pm
SEA                                    SFO
[Details] [Seats]

| Saver | Main | Premium | First |
| $164 | $199 | $220 | $289 |
| | ⊘ only 1 left | ⊘ only 1 left | ⊘ only 6 left |

AS 1240                              2h 6m
11:41 am ————————————— 1:47 pm
SEA                                    OAK
[Details] [Seats]

| Saver | Main | Premium | First |
| $144 | $179 | $196 | $269 |
| | ⊘ only 5 left | ⊘ only 5 left | ⊘ only 5 left |

AS 1085                              2h 13m
11:59 am ————————————— 2:12 pm
SEA                                    SJC
[Details] [Seats]

| Saver | Main | Premium | First |
| $202 | $237 | $252 | $327 |
| | | | ⊘ only 5 left |

AS 1304                              2h 12m
1:36 pm ————————————— 3:48 pm
SEA                                    SFO
[Details] [Seats]

| Saver | Main | Premium | First |
| $202 | $237 | $280 | $327 |
| | | | ⊘ only 4 left |

AS 1084                              2h 6m
2:55 pm ————————————— 5:01 pm
SEA                                    SJC
[Details] [Seats]

| Saver | Main | Premium | First |
| $164 | $199 | $242 | $289 |
| | ⊘ only 1 left | ⊘ only 1 left | |

AS 1140                              2h 9m
3:50 pm ————————————— 5:59 pm
SEA                                    SFO
[Details] [Seats]

| Saver | Main | Premium | First |
| $202 | $237 | $268 | $327 |



https://www.alaskaair.com/search/results?A=1&C=0&L=0&O=SEA&D=BA3&OD=2024-11-11&DD=2024-11-14&RT=true

| AS 1140 | 2h 9m | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 3:50 pm ———— 5:59 pm | | $202 | $237 | $268 | $327 |
| SEA | SFO | | | | |
| Details  Seats | | | | | |

| AS 341 | 2h 4m | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 5:00 pm ———— 7:04 pm | | $164 | $199 | $216 | $874 |
| SEA | SJC | | only 1 left | only 1 left | only 4 left |
| Details  Seats | | | | | |

| AS 2242 | 2h 3m | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 5:36 pm ———— 7:39 pm | | $164 | $199 | $209 | $269 |
| SEA | OAK | | only 6 left | only 6 left | only 6 left |
| AS 2242 — Operated by Horizon Air as AlaskaHorizon | | | | | |
| Details  Seats | | | | | |

| AS 1318 | 2h 9m | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 5:59 pm ———— 8:08 pm | | $241 | $276 | $297 | $464 |
| SEA | SFO | | | | only 6 left |
| Details  Seats | | | | | |

| AS 1014 | 2h 9m | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 7:58 pm ———— 10:07 pm | | $202 | $237 | $252 | $304 |
| SEA | SFO | | | | only 4 left |
| Details  Seats | | | | | |

| AS 1310 | 2h 7m | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 8:47 pm ———— 10:54 pm | | $109 | $144 | $161 | $269 |
| SEA | SJC | | | | |





https://www.alaskaair.com/search/results?A=1&C=0&L=0&O=SEA&D=BA3&OD=2024-11-11&DD=2024-11-14&RT=true

ADP Sign-In  |  Citrix Gateway  |  Notaries public | Wa...  |  Westlaw  |  PACER: Login  |  PACER: Training  |  JAMS Access  |  CourtAlert CM/ECF  |  BOX  |  Everlaw  |  TLOxp - Advanced  |  KCSC - Transcription...  |  DISCO  |  SharePoint

| | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| Multiple flights | 4h 59m | $108 | $148 | $168 | $238 |
| 9:46 am —●— 2:45 pm | | | only 4 left | only 4 left | only 4 left |
| SEA   GEG   SFO | | | | | |
| 1h 37m | | | | | |
| AS 2375 — Operated by Horizon Air as AlaskaHorizon: GEG to SFO | | | | | |
| Details   Seats | | | | | |

| | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| Multiple flights | 5h 18m | $108 | $148 | $194 | $398 |
| 6:35 am —●— 11:53 am | | | | | only 6 left |
| SEA   PDX   SFO | | | | | |
| 2h 32m | | | | | |
| AS 2111 — Operated by Horizon Air as AlaskaHorizon: SEA to PDX | | | | | |
| Details   Seats | | | | | |

| | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| Multiple flights | 4h 18m | $161 | $226 | $272 | $398 |
| 7:35 am —●— 11:53 am | | | | | only 4 left |
| SEA   PDX   SFO | | | | | |
| 1h 32m | | | | | |
| AS 2114 — Operated by Horizon Air as AlaskaHorizon: SEA to PDX | | | | | |
| Details   Seats | | | | | |

| | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| Multiple flights | 5h 10m | $181 | $246 | $276 | $1,314 |
| 7:00 am —●— 12:10 pm | | | | | only 3 left |
| SEA   LAX   SJC | | | | | |
| 1h 3m | | | | | |
| AS 2254 — Operated by Horizon Air as AlaskaHorizon: LAX to SJC | | | | | |
| Details   Seats | | | | | |

| | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| Multiple flights | 5h 16m | $181 | $246 | $276 | $393 |
| 4:58 pm —●— 10:14 pm | | | | | |
| SEA   LAX   SJC | | | | | |
| 1h 19m | | | | | |



https://www.alaskaair.com/search/results?A=1&C=0&L=0&O=SEA&D=BA3&OD=2024-11-11&DD=2024-11-14&RT=true

ADP Sign-In    Citrix Gateway    Notaries public | Wa...    Westlaw    PACER: Login    PACER: Training    JAMS Access    CourtAlert CM/ECF    BOX    Everlaw    TLOxp - Advanced    KCSC - Transcription...    DISCO    SharePoint

| Multiple flights | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 4:58 pm — 5h 16m — 10:14 pm | | $181 | $246 | $276 | $393 |
| SEA  LAX  SJC | | | only 6 left | only 6 left | |
| 1h 19m | | | | | |
| AS 3387 — Operated by SkyWest Airlines as AlaskaSkyWest: LAX to SJC | | | | | |
| Details  Seats | | | | | |

| Multiple flights | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 7:00 pm — 4h 59m — 11:59 pm | | $182 | $247 | $277 | $403 |
| SEA  LAS  SFO | | | | | |
| 58m | | | | | |
| Details  Seats | | | | | |

| Multiple flights | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 6:00 pm — 5h 59m — 11:59 pm | | $182 | $247 | $277 | $403 |
| SEA  LAS  SFO | | | | | |
| 2h 0m | | | | | |
| Details  Seats | | | | | |

| Multiple flights | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 8:40 am — 6h 21m — 3:01 pm | | $189 | $229 | $252 | $319 |
| SEA  PDX  SFO | | | | | only 2 left |
| 3h 35m | | | | | |
| AS 2184 — Operated by Horizon Air as AlaskaHorizon: SEA to PDX | | | | | |
| Details  Seats | | | | | |

| Multiple flights | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| 6:45 pm — 3h 46m — 10:31 pm | | $201 | $266 | $289 | $696 |
| SEA  PDX  SFO | | | only 4 left | only 4 left | only 4 left |
| 1h 9m | | | | | |
| AS 2225 — Operated by Horizon Air as AlaskaHorizon: SEA to PDX | | | | | |
| Details  Seats | | | | | |



https://www.alaskaair.com/search/results?A=1&C=0&L=0&O=SEA&D=BA3&OD=2024-11-11&DD=2024-11-14&RT=true

ADP Sign-In    Citrix Gateway    Notaries public | Wa...    Westlaw    PACER: Login    PACER: Training    JAMS Access    CourtAlert CM/ECF    BOX    Everlaw    TLOxp - Advanced    KCSC - Transcription...    DISCO    SharePoint:

| | | | | | Saver | Main | Premium | First |
|---|---|---|---|---|---|---|---|---|
| Multiple flights | | | 3h 46m | | | | | |
| 6:45 pm | | PDX | 10:31 pm | | $201 | $266 | $289 | $696 |
| SEA | | 1h 9m | SFO | | | only 4 left | only 4 left | only 4 left |
| AS 2225 — Operated by Horizon Air as AlaskaHorizon: SEA to PDX | | | | | | | | |
| Details   Seats | | | | | | | | |

| Multiple flights | | | 4h 56m | | | | | |
| 4:58 pm | | LAX | 9:54 pm | | $207 | $272 | $302 | $403 |
| SEA | | 47m | SFO | | | | | |
| AS 3353 — Operated by SkyWest Airlines as AlaskaSkyWest: LAX to SFO | | | | | | | | |
| Details   Seats | | | | | | | | |

| Multiple flights | | | 5h 28m | | | | | |
| 6:00 am | | LAX | 11:28 am | | $207 | $272 | $302 | $403 |
| SEA | | 1h 12m | SFO | | | only 1 left | only 1 left | only 5 left |
| AS 3411 — Operated by SkyWest Airlines as AlaskaSkyWest: LAX to SFO | | | | | | | | |
| Details   Seats | | | | | | | | |

| Multiple flights | | | 5h 26m | | | | | |
| 4:59 pm | | SAN | 10:25 pm | | $227 | $292 | $324 | $717 |
| SEA | | 1h 14m | SJC | | | | | only 4 left |
| Details   Seats | | | | | | | | |

| Multiple flights | | | 4h 50m | | | | | |
| 5:48 pm | | SNA | 10:38 pm | | $231 | $296 | $326 | $403 |
| SEA | | 45m | SFO | | | only 3 left | only 3 left | only 1 left |
| AS 3451 — Operated by SkyWest Airlines as AlaskaSkyWest: SNA to SFO | | | | | | | | |





https://www.alaskaair.com/search/results?A=1&C=0&L=0&O=SEA&D=BA3&OD=2024-11-11&DD=2024-11-14&RT=true

ADP Sign-In | Citrix Gateway | Notaries public | Wa... | Westlaw | PACER: Login | PACER: Training | JAMS Access | CourtAlert CM/ECF | BOX | Everlaw | TLOxp - Advanced | KCSC - Transcription... | DISCO | SharePoint

| | | Saver | Main | Premium | First |
|---|---|---|---|---|---|
| Multiple flights | 5h 2m | $241 | $306 | $341 | $856 |
| 4:16 pm | 9:18 pm | | | | only 6 left |
| SEA | LAS | SFO | | | |
| | 55m | | | | |
| Details  Seats | | | | | |
| Multiple flights | 3h 35m | $251 | $308 | $338 | $398 |
| 11:26 am | 3:01 pm | | | | only 6 left |
| SEA | PDX | SFO | | | |
| | 46m | | | | |
| Details  Seats | | | | | |
| Multiple flights | 5h 5m | $257 | $322 | $352 | $562 |
| 9:08 am | 2:13 pm | | | | only 4 left |
| SEA | SAN | SJC | | | |
| | 41m | | | | |
| AS 3429 — Operated by SkyWest Airlines as AlaskaSkyWest: SAN to SJC | | | | | |
| Details  Seats | | | | | |
| Multiple flights | 4h 47m | $266 | $331 | $361 | $459 |
| 11:40 am | 4:27 pm | | | | only 4 left |
| SEA | LAX | SFO | | | |
| | 32m | | | | |
| AS 3329 — Operated by SkyWest Airlines as AlaskaSkyWest: LAX to SFO | | | | | |
| Details  Seats | | | | | |
| Multiple flights | 4h 5m | $268 | $308 | $324 | $771 |
| 6:45 pm | 10:50 pm | | only 4 left | only 4 left | only 3 left |
| SEA | PDX | SJC | | | |
| | 1h 23m | | | | |
| AS 2225 — Operated by Horizon Air as AlaskaHorizon: SEA to PDX | | | | | |
| AS 3493 — Operated by SkyWest Airlines as AlaskaSkyWest: PDX to SJC | | | | | |















