# EXHIBIT 15

**Delta Air Lines:**





