# EXHIBIT 16

**Booking.com:**



