# EXHIBIT 17

**Expedia:**



**Tripadvisor:**



**Google Flights:**



**Agoda:**



**Skyscanner:**



**Kayak:**



**Skiplagged:**



**Hopper:**



**Hotwire:**



**Lastminute.com:**



**Enterprise:**



**Budget:**



**Uber:**





