# EXHIBIT 18



TRAVEL INSURANCE                                                    Advertiser Disclosure

# Average flight costs: Travel, airfare and flight statistics 2024

**Timothy Moore**   and   **Heidi Gollub**

BLUEPRINT

Updated 3:28 a.m. UTC April 18, 2024

 

Editorial Note: Blueprint may earn a commission from affiliate partner links featured here on our site. This commission does not influence our editors' opinions or evaluations. Please view our full <u>advertiser disclosure policy</u>.



*Murat4art, Getty Images*

# Key points

- Flight costs at major U.S. airports have increased an average of 29% since 2021.
- Of the 100 busiest airports in the U.S., Orlando Sanford International Airport has the cheapest flights.



The United States has 19,969 airports, according to the most recent data from the Bureau of Transportation Statistics.[1] Of those, 5,193 are for public use and 14,776 are private airports.[2] Below, we'll break down important airfare and flight statistics across these major airports, with a particular focus on:

- Flight costs and how they've changed in recent years.
- The cheapest airports to fly out of.
- The most expensive airports to fly out of.
- The busiest airports and times to travel.
- How to find the cheapest flights.

## What are the cheapest and most expensive airports in the U.S.?

Of the nearly 450 major U.S. airports tracked by the United States Department of Transportation, the most expensive airport is Guam International Airport. Airline tickets there cost an average of **$1,725.11**.[1]

The cheapest airport to fly out of in the United States is Mobile International Airport in Mobile, Alabama, where ticket costs average **$78.65**.[1]

However, if we narrow down our analysis to major airports only — the 100 busiest by passenger volume — then the cheapest airport in the U.S. is Orlando Sanford International Airport in Sanford, Florida, where the average flight costs **$126.48**.[1]

And of those 100 busiest airports, Ted Stevens Anchorage International in Anchorage, Alaska, is the most expensive airport. Here, the average ticket costs **$516.95**.[1]

## Average flight costs at major airports

The average airfare for a roundtrip flight within the U.S. is **$367.79**.[1] But the airport you choose can have a major impact on how much you'll spend on a flight.

The table below shows the average cost of airfare at the 100 busiest airports in the U.S.



| Airport | Average airfare | Passenger volume rank |
|---|---|---|
| Ted Stevens Anchorage International | $516.95 | 70 |
| Dane County Regional-Truax Field | $492.89 | 94 |
| Birmingham-Shuttlesworth International | $473.47 | 81 |
| Washington Dulles International | $466.31 | 42 |
| Tucson International | $449.16 | 74 |
| Greenville-Spartanburg International | $443.03 | 88 |
| Bill and Hillary Clinton Nat Adams Field | $432.30 | 93 |
| Palm Springs International | $427.46 | 96 |
| McGhee Tyson | $426.72 | 85 |
| Will Rogers World | $424.58 | 68 |
| Charlotte Douglas International | $423.28 | 29 |
| Albany International | $422.42 | 80 |
| Bozeman Yellowstone International | $419.80 | 97 |
| San Francisco International | $419.02 | 11 |
| Tulsa International | $418.78 | 77 |

Search in table

Page 1 of 7　›

Source: Bureau of Transportation Statistics • Get the data • Embed





# expensive flights?

Of the 1,000 largest city-pair markets in the 48 contiguous states, the most expensive average fare is for the flight from Eagle, Colorado, to Miami, Florida, which costs an average of **$676.89**.[3]

The cheapest flight goes from Orlando, Florida, to Trenton, New Jersey, and costs an average of **$78.73** per ticket.[3]

The longest flight in the contiguous U.S. is Miami, Florida, to Seattle, Washington, at 2,724 miles. The shortest major flight in the contiguous U.S. is Portland, Oregon, to Seattle, Washington, at only 129 miles.[3]

There are more than 45,000 daily flights in the U.S., according to the Federal Aviation Administration (FAA).[4] When looking at domestic flights, here are the 25 cheapest flights and the 25 most expensive flights by average ticket price.[3]



Page 1 of 2 >

| Origin | Destination | Average airfare | Daily passengers |
|---|---|---|---|
| Orlando, FL | Trenton, NJ | $78.73 | 456 |
| Asheville, NC | Sanford, FL | $81.75 | 195 |
| Los Angeles, CA (Metropolitan Area) | Provo, UT | $84.83 | 310 |
| Tampa, FL (Metropolitan Area) | Trenton, NJ | $85.00 | 236 |
| Knoxville, TN | Sanford, FL | $86.07 | 396 |
| New Haven, CT | Raleigh/Durham, NC | $86.36 | 244 |
| Belleville, IL | Valparaiso, FL | $86.78 | 224 |
| Phoenix, AZ | Provo, UT | $86.89 | 333 |
| Atlantic City, NJ | Orlando, FL | $90.10 | 401 |
| Allentown/Bethlehem/Easton, PA | Sanford, FL | $90.39 | 432 |
| Latrobe, PA | Orlando, FL | $93.08 | 223 |
| Cincinnati, OH | Sanford, FL | $93.88 | 292 |
| Fort Myers, FL | New Haven, CT | $96.81 | 230 |
| Atlantic City, NJ | Miami, FL (Metropolitan Area) | $97.16 | 246 |
| New Haven, CT | West Palm Beach/Palm Beach, FL | $98.46 | 225 |

Source: Bureau of Transportation Statistics • Get the data • Embed

 



Search in table

Page 1 of 2 >

| Origin | Destination | Average airfare | Daily passengers |
|---|---|---|---|
| Eagle, CO | Miami, FL (Metropolitan Area) | $676.89 | 202 |
| Aspen, CO | New York City, NY (Metropolitan Area) | $614.10 | 242 |
| Eagle, CO | New York City, NY (Metropolitan Area) | $555.65 | 390 |
| Jackson, WY | New York City, NY (Metropolitan Area) | $549.64 | 254 |
| New York City, NY (Metropolitan Area) | San Francisco, CA (Metropolitan Area) | $504.32 | 5,320 |
| Philadelphia, PA | San Francisco, CA (Metropolitan Area) | $481.35 | 793 |
| Raleigh/Durham, NC | San Francisco, CA (Metropolitan Area) | $473.21 | 659 |
| Boston, MA (Metropolitan Area) | San Francisco, CA (Metropolitan Area) | $471.55 | 3,391 |
| Charlotte, NC | Seattle, WA | $466.19 | 447 |
| Norfolk, VA (Metropolitan Area) | San Diego, CA | $465.65 | 300 |
| Raleigh/Durham, NC | San Diego, CA | $465.35 | 303 |
| Philadelphia, PA | Portland, OR | $462.38 | 223 |
| Albany, NY | Los Angeles, CA (Metropolitan Area) | $460.14 | 217 |
| Atlanta, GA (Metropolitan Area) | Portland, OR | $458.34 | 505 |
| San Francisco, CA (Metropolitan Area) | Washington, DC (Metropolitan Area) | $456.84 | 3,454 |



| Philadelphia, PA | San Diego, CA | $454.95 | 584 |
| Fayetteville, AR | New York City, NY (Metropolitan Area) | $454.60 | 187 |
| New York City, NY (Metropolitan Area) | Seattle, WA | $453.51 | 964 |
| Los Angeles, CA (Metropolitan Area) | New York City, NY (Metropolitan Area) | $451.42 | 13,206 |

Source: Bureau of Transportation Statistics • Get the data • Embed



# How have flight prices changed in recent years?

Since 2021, the average price of a roundtrip ticket has increased **29%,** meaning people are paying **$86** more than they were just a few years ago.[1]

What's behind these airfare increases? Greater demand, higher fuel prices and airline capacity issues are the main reasons for the increase in flight costs. However, price hikes have hit some airports harder than others.

Minneapolis-St. Paul Regional Airport has experienced the biggest increase in average airfare by origin city at **48%**. In all, flight prices have increased at 97 of the nation's 100 busiest airports.



Page 1 of 7 >

| Airport | Average airfare in 2023 | % change since 2021 | $ change since 2021 |
|---|---|---|---|
| Minneapolis-St. Paul International | $422 | 48% | $136 |
| Spokane International | $451 | 46% | $142 |
| Chicago O'Hare International | $391 | 43% | $118 |
| Philadelphia International | $420 | 43% | $126 |
| Pensacola International | $435 | 42% | $130 |
| Southwest Florida International | $367 | 42% | $109 |
| Boise Air Terminal | $421 | 42% | $125 |
| Detroit Metro Wayne County | $429 | 41% | $126 |
| Miami International | $346 | 41% | $100 |
| Bozeman Yellowstone International | $434 | 41% | $125 |
| Dane County Regional-Truax Field | $548 | 40% | $157 |
| Seattle/Tacoma International | $410 | 40% | $117 |
| Tucson International | $475 | 39% | $133 |
| Reno/Tahoe International | $419 | 39% | $117 |
| Palm Springs International | $441 | 39% | $123 |

Scroll through the pages for data on 100 busiest airports

Source: Bureau of Transportation Statistics • Get the data • Embed

USA TODAY | Blueprint



States?

Atlanta's Hartsfield-Jackson International Airport is the busiest airport in the United States, with 61,226,507 passenger seats available in 2023.[5] The table below showcases the top 10 busiest airports in the U.S. last year.

## Busiest airport in the U.S.

| 2023 Ranking | Airport Name | Passenger volume |
|:---:|:---|:---:|
| 1 | Atlanta Hartsfield-Jackson Intl Apt | 61,226,507 |
| 2 | Dallas Dallas/Fort Worth Intl Apt | 48,083,921 |
| 3 | Denver Intl Apt | 46,743,622 |
| 4 | Los Angeles International Apt | 44,482,633 |
| 5 | Chicago O'Hare International Apt | 43,708,796 |
| 6 | New York J F Kennedy International Apt | 37,775,533 |
| 7 | Las Vegas Harry Reid Intl | 35,251,098 |
| 8 | Orlando International Apt | 34,505,145 |
| 9 | Charlotte | 31,613,846 |
| 10 | Miami International Apt | 30,175,956 |

Source: USA TODAY Blueprint via OAG • Get the data • Embed

USA TODAY | Blueprint

# What is the busiest airport in the world?

Atlanta's Hartsfield-Jackson International Airport isn't only the busiest airport in the United States, it's also the busiest airport in the *world*. Dubai International and Tokyo International round out the top three, but in all, five of the 10 busiest airports in the world are located in the U.S.[5]



| 2023 Ranking | Airport Name | Passenger volume |
|:---:|:---:|:---:|
| 1 | Atlanta Hartsfield-Jackson Intl Apt | 61,226,507 |
| 2 | Dubai International | 56,504,042 |
| 3 | Tokyo Intl (Haneda) | 52,692,487 |
| 4 | London Heathrow Apt | 49,370,859 |
| 5 | Dallas/Fort Worth Intl Apt | 48,083,921 |
| 6 | Denver Intl Apt | 46,743,622 |
| 7 | Istanbul Airport | 46,399,238 |
| 8 | Los Angeles International Apt | 44,482,633 |
| 9 | Chicago O'Hare International Apt | 43,708,796 |
| 10 | Guangzhou (CN) | 43,425,916 |

Source: OAG • Get the data • Embed

USA TODAY | Blueprint

# What are the busiest air travel days of the year?

Sunday after Thanksgiving is the busiest travel day of the year at U.S. airports. Last year, 2,908,785 people flew nationwide on that day.[6] Traveling around Christmas can also be chaotic, especially on Dec. 22.

Of the 15 busiest days of the year for air travel at U.S. airports, most occur during the summer months of June and July, though October also has its fair share of busy air travel days.

The slowest plane travel day is Jan. 31, with 1,534,786 people traveling through America's airports. On average 2,352,187 people travel by plane each day in the U.S.



| Day | Passenger volume |
|---|---|
| Nov. 26 | 2,908,785 |
| Jun. 30 | 2,884,783 |
| Jul. 30 | 2,815,068 |
| Jul. 23 | 2,800,368 |
| Oct. 15 | 2,797,326 |
| Jul. 28 | 2,787,676 |
| Jun. 16 | 2,785,332 |
| Jul. 21 | 2,782,146 |
| Dec. 22 | 2,775,193 |
| Jun. 23 | 2,771,672 |
| Oct. 22 | 2,770,224 |
| Jun. 25 | 2,769,270 |
| Oct. 06 | 2,762,717 |
| Jun. 29 | 2,759,141 |
| Jul. 20 | 2,754,386 |

Source: USA TODAY via Transportation Security Administration • Get the data • Embed



# What are the busiest months for air travel?

Despite dates in November and June being the top two busiest days for air travel last year, the busiest *month* for air travel overall was July. In July 2023, 79,847,051 people traveled by plane in the U.S.

June and August were similarly busy, with roughly 77 million and 75 million air travelers respectively. February is the slowest travel month of the year, with 58.3 million passengers in the



The table below shows the total passenger volume at U.S. airports each month in 2023.

## Busiest travel month of the year at U.S. airports

Search in table

| Month | Passenger volume ▼ |
|---|---|
| July | 79,847,051 |
| June | 77,156,198 |
| October | 75,729,083 |
| August | 75,366,022 |
| May | 74,561,756 |
| December | 72,562,140 |
| March | 71,919,462 |
| November | 71,707,878 |
| April | 70,216,926 |
| September | 70,213,668 |
| January | 60,906,882 |
| February | 58,361,130 |

Source: Transportation Security Administration • Get the data • Embed

USA TODAY | Blueprint

# What is the cheapest day of the week to fly?

Tuesday and Wednesday are the cheapest days to fly domestically, according to data from Hopper.[7] Saturday and Sunday are the most expensive days to fly within the U.S.

Below is the average airfare for each day of the week for domestic flights.



| Day | Average airfare |
|-----|-----------------|
| Sunday | $392 |
| Monday | $315 |
| Tuesday | $243 |
| Wednesday | $248 |
| Thursday | $328 |
| Friday | $373 |
| Saturday | $374 |

The data was provided direct from Hopper to USA TODAY Blueprint

Source: USA TODAY Blueprint via Hopper • Get the data • Embed

## When is the best time to book a flight?

The best time to book a flight is 25 to 38 days before departure if you are traveling domestically, according to Expedia.[8] The best time to book a flight if you are traveling *internationally* is about two months before departure, though you are taking a gamble that flights won't sell out by then.

Booking a domestic flight a month before departure is **10% cheaper** than booking at the last minute, on average. Booking for international flights peaks early — you'll generally need to buy your tickets six months before departure to save that 10% on airfare.

## Which airline has the most canceled or delayed flights?

Frontier Airlines had the most delayed flights in 2023, with 33% of flights delayed. Delta Airlines had the fewest delayed flights; only 16% of Delta flights were delayed last year.[1]

JetBlue had the highest number of canceled flights in 2023, with more than 2.6% of flights getting canceled. Alaska Airlines had the fewest canceled flights in 2023. Less than 1% of the airline's flights were canceled in 2023.[1]



daily flight cancellations and delays, getting an affordable travel insurance policy is a wise idea.

Below is a list of each major airline's percentage of on-time, delayed, canceled and diverted flights. In all, 77% of airline flights were on time, 21% were delayed, 1.45% were canceled and 0.25% were diverted in 2023.[1]

| Airline | % on time | % delayed | % cancelled | % diverted |
|---|---|---|---|---|
| Alaska | 81.09% | 18.01% | 0.67% | 0.23% |
| Allegiant | 72.22% | 26.80% | 0.68% | 0.30% |
| American | 77.68% | 20.72% | 1.31% | 0.29% |
| Delta | 82.59% | 15.74% | 1.46% | 0.21% |
| Frontier | 64.67% | 32.69% | 2.44% | 0.20% |
| Hawaiian | 73.14% | 25.43% | 1.34% | 0.08% |
| JetBlue | 65.00% | 31.92% | 2.61% | 0.47% |
| Southwest | 75.66% | 23.17% | 0.93% | 0.23% |
| Spirit | 68.15% | 29.66% | 1.93% | 0.25% |
| United | 77.11% | 20.58% | 2.01% | 0.30% |

**Airlines with the most canceled or delayed flights**

Source: Department of Transportation • Get the data • Embed



## How much is travel insurance?

Given the volatility of the airline industry, it's a good idea to purchase comprehensive travel insurance when booking a flight. On average, travel insurance costs between **5% and 6% of your nonrefundable trip expenses**.

That means insuring a $10,000 trip (all nonrefundable) might cost $500 to $600. Insuring a much less expensive trip (say $1,000) would thus be more affordable ($50 to $60).



# Article sources

1. Bureau of Transportation Statistics
2. Statista
3. U.S. Department of Transportation
4. Federal Aviation Administration
5. OAG
6. Transportation Security Administration
7. Hopper
8. Expedia

Blueprint is an independent publisher and comparison service, not an investment advisor. The information provided is for educational purposes only and we encourage you to seek personalized advice from qualified professionals regarding specific financial decisions. Past performance is not indicative of future results.

Blueprint has an advertiser disclosure policy. The opinions, analyses, reviews or recommendations expressed in this article are those of the Blueprint editorial staff alone. Blueprint adheres to strict editorial integrity standards. The information is accurate as of the publish date, but always check the provider's website for the most current information.



**Timothy Moore**
BLUEPRINT

Timothy Moore is a personal finance journalist and award-winning travel writer. He's written for the automotive and finance industry for more than a decade, runs a successful print travel magazine and has been featured in Business Insider, Forbes, LendingTree, LendEDU, Chime, SoFi and The Penny Hoarder.



**Heidi Gollub**
BLUEPRINT

Heidi Gollub is the former managing editor of insurance at USA TODAY Blueprint. Heidi is a licensed property and casualty insurance expert. She has expertise in travel insurance, pet insurance, home insurance, car insurance, health insurance and life insurance. Heidi previously led the insurance team at U.S. News & World Report as assistant managing editor of 360 Reviews. With 15 years of service journalism experience, Heidi cares deeply about helping people make smart decisions with their money. She creates unbiased, data-driven methodologies to determine the best insurance products and works with the insurance team on content that simplifies complex subjects for readers.

  

# More Stories







### How to get reimbursement for a travel insurance claim

TRAVEL INSURANCE    MANDY SLEIGHT



### Best travel insurance companies of October 2024

TRAVEL INSURANCE    AMY FONTINELLE



### 10 worst US airports for flight cancellations last week

TRAVEL INSURANCE    KARA MCGINLEY



### How travel insurance works for baggage

TRAVEL INSURANCE    ERICA LAMBERG



### What does travel delay insurance cover?

TRAVEL INSURANCE    MANDY SLEIGHT



### Travel insurance for UK trips

TRAVEL INSURANCE    AMY FONTINELLE



### What is trip interruption insurance?

TRAVEL INSURANCE    MANDY SLEIGHT



### What are your rights during an airline meltdown?

TRAVEL INSURANCE    ERICA LAMBERG



### Hurricanes and travel insurance

TRAVEL INSURANCE    MANDY SLEIGHT







### Travel insurance for vacations to Italy

**TRAVEL INSURANCE**    TIMOTHY MOORE



### Tricky travel insurance questions answered by experts

**TRAVEL INSURANCE**    ERICA LAMBERG



### Survey: 20% of Americans have had a life-changing experience while traveling

**TRAVEL INSURANCE**    TIMOTHY MOORE



### Our travel insurance ratings methodology

**TRAVEL INSURANCE**    HEIDI GOLLUB

## *Travel Insurance Guides*



### Best Travel Insurance



### Best Senior Travel Insurance



### Find travel insurance for Mexico



### What is travel insurance?



### Is travel insurance worth it?





 **What does travel insurance cover?**

 **What does trip cancellation insurance cover?**

**Should you get flight insurance?**

*We're always working to improve your experience.* **Let us know what you think.**

## About

About Blueprint

Contact Blueprint

Advertiser Disclosure

Terms of Service

Privacy Policy

 Your Privacy Choices

## Protect

Best Car Insurance

Best Cheap Car Insurance

Best Home Insurance

USA
TODAY

Best Auto & Home Insurance
Bundles

Best Pet Insurance

Best Cheap Pet Insurance

Best Life Insurance

Best No Exam Life Insurance

Best Travel Insurance

Best Travel Insurance For
Seniors

Best CFAR Travel Insurance

**Grow**

Best CD rates

CD Rates Forecast

Best High-Yield Savings
Accounts

Best Checking Accounts

Best Personal Loans

Best Emergency Loans

Best Low-Interest Rates

Best Mortgage Lenders

Best HELOC Rates

Best Home Equity Loans

Best Online Brokers

Current I Bond Rates

**Credit Cards**

Best Credit Cards

Best Balance Transfer Cards

**USA TODAY**

Best Travel Credit Cards

Best Rewards Credit Cards

Best Card For Bad Credit

Best Cards For Rebuilding
Credit

Best Business Credit Cards

Chase Sapphire Preferred

Wells Fargo Active Cash

Chase Sapphire Reserve

Citi Double Cash

Chase Ink Business Unlimited

© 2024 USA TODAY, a division of Gannett
Satellite Information Network, LLC.