# EXHIBIT 22

# Analysis of Scheduled Airline Traffic
## COMPARATIVE TRAFFIC REPORT
Sep 2023



San Francisco International Airport

| | Monthly Comparison ||| Calendar Year-to-Date |||
|---|---:|---:|---:|---:|---:|---:|
| | **Sep 2023** | **Sep 2022** | **% Change** | **2023** | **2022** | **% Change** |
| Air Traffic Control Tower Operations Count[1] | 33,208 | 30,972 | 7.2% | 287,524 | 265,625 | 8.2% |
|     Air Carrier | 29,726 | 26,621 | 11.7% | 257,367 | 223,707 | 15.0% |
|     Air Taxi | 2,542 | 3,279 | -22.5% | 22,801 | 32,801 | -30.5% |
|     Civil | 715 | 822 | -13.0% | 5,286 | 6,911 | -23.5% |
|     Military | 225 | 250 | -10.0% | 2,070 | 2,206 | -6.2% |
| Total Revenue Landings | 15,049 | 13,884 | 8.4% | 134,413 | 119,411 | 12.6% |
|     Mainline Passenger | 11,554 | 10,623 | 8.8% | 100,766 | 87,453 | 15.2% |
|     Commuter Passenger | 3,283 | 3,028 | 8.4% | 31,721 | 29,740 | 6.7% |
|     Cargo Only | 212 | 233 | -9.0% | 1,926 | 2,218 | -13.2% |
| Revenue Landed Weight (000 lbs.) | 2,994,096 | 2,670,547 | 12.1% | 25,982,963 | 22,111,725 | 17.5% |
| Total Airport Passengers[2] | 4,334,082 | 3,894,571 | 11.3% | 37,463,498 | 30,888,907 | 21.3% |
| Total Enplaned & Deplaned | 4,317,296 | 3,881,915 | 11.2% | 37,350,326 | 30,783,005 | 21.3% |
|     Total Enplaned | 2,155,257 | 1,940,879 | 11.0% | 18,578,910 | 15,321,906 | 21.3% |
|     Total Deplaned | 2,162,039 | 1,941,036 | 11.4% | 18,771,416 | 15,461,099 | 21.4% |
| Domestic | 3,072,522 | 2,886,070 | 6.5% | 26,832,809 | 23,685,612 | 13.3% |
|     Enplanements | 1,539,656 | 1,446,118 | 6.5% | 13,398,858 | 11,799,613 | 13.6% |
|     Deplanements | 1,532,866 | 1,439,952 | 6.5% | 13,433,951 | 11,885,999 | 13.0% |
| International | 1,244,774 | 995,845 | 25.0% | 10,517,517 | 7,097,393 | 48.2% |
|     Enplanements | 615,601 | 494,761 | 24.4% | 5,180,052 | 3,522,293 | 47.1% |
|     Deplanements | 629,173 | 501,084 | 25.6% | 5,337,465 | 3,575,100 | 49.3% |
| Total U.S. Mail (metric tons) | 1,535 | 1,784 | -14.0% | 14,374 | 19,423 | -26.0% |
|     Domestic | 582 | 1,497 | -61.1% | 9,545 | 15,420 | -38.1% |
|     International | 953 | 287 | 232.1% | 4,829 | 4,003 | 20.6% |
| Total Cargo[3] (metric tons) | 40,546 | 35,721 | 13.5% | 332,607 | 352,487 | -5.6% |
|     Domestic | 15,259 | 12,932 | 18.0% | 127,803 | 132,153 | -3.3% |
|     International | 25,287 | 22,789 | 11.0% | 204,804 | 220,334 | -7.0% |
| Total Cargo and U.S. Mail (metric tons) | 42,080 | 37,506 | 12.2% | 346,981 | 371,910 | -6.7% |
| Cars Exited (Garage and Lot) | 250,809 | 232,978 | 7.7% | 2,349,456 | 2,016,839 | 16.5% |

[1] Categories defined as follows:
    Air Carrier - Commercial airlines and charters of aircraft with more than 60 seats (Terminal and FBO operations included).
    Air Taxi - Commercial airlines and charters of aircraft with 60 seats or less (Terminal and FBO operations included).
    Civil - Privately operated aircraft
    Military - Military Aircraft

[2] Total airport passengers include total enplaned and deplaned passengers and passengers who fly into and out of SFO on the same aircraft.

[3] Excludes mail

Monday, November 6, 2023      - 1 of 1 -

# Analysis of Scheduled Airline Traffic
## INTERNATIONAL SUMMARY REPORT
### Sep 2023


San Francisco International Airport

|  | Monthly Comparison | | | Calendar Year-to-Date | | |
|---|---:|---:|---:|---:|---:|---:|
|  | Sep 2023 | Sep 2022 | % Change | 2023 | 2022 | % Change |
| International Flight Operations | 6,142 | 5,232 | 17.4% | 52,500 | 41,990 | 25.0% |
| Domestic Carriers | 2,292 | 1,796 | 27.6% | 20,924 | 14,848 | 40.9% |
| Foreign Flag Carriers | 3,850 | 3,436 | 12.0% | 31,576 | 27,142 | 16.3% |
| Total Airport International Passengers ** | 1,258,202 | 1,008,109 | 24.8% | 10,614,677 | 7,192,277 | 47.6% |
| Total International Enplaned and Deplaned | 1,244,774 | 995,845 | 25.0% | 10,517,517 | 7,097,393 | 48.2% |
| Europe | 435,587 | 394,924 | 10.3% | 3,154,261 | 2,636,863 | 19.6% |
|    Enplanements | 221,864 | 199,614 | 11.1% | 1,577,196 | 1,319,577 | 19.5% |
|    Deplanements | 213,723 | 195,310 | 9.4% | 1,577,065 | 1,317,286 | 19.7% |
| Asia/Middle East | 461,018 | 277,551 | 66.1% | 4,029,422 | 1,939,978 | 107.7% |
|    Enplanements | 216,644 | 133,539 | 62.2% | 1,945,845 | 941,998 | 106.6% |
|    Deplanements | 244,374 | 144,012 | 69.7% | 2,083,577 | 997,980 | 108.8% |
| Australia/Oceania | 70,329 | 50,824 | 38.4% | 658,526 | 323,775 | 103.4% |
|    Enplanements | 34,966 | 25,001 | 39.9% | 319,510 | 159,239 | 100.6% |
|    Deplanements | 35,363 | 25,823 | 36.9% | 339,016 | 164,536 | 106.0% |
| Latin America | 92,734 | 104,094 | -10.9% | 1,237,417 | 1,144,455 | 8.1% |
|    Enplanements | 47,162 | 52,626 | -10.4% | 614,006 | 565,391 | 8.6% |
|    Deplanements | 45,572 | 51,468 | -11.5% | 623,411 | 579,064 | 7.7% |
| Canada | 185,106 | 168,452 | 9.9% | 1,437,891 | 1,052,322 | 36.6% |
|    Enplanements | 94,965 | 83,981 | 13.1% | 723,495 | 536,088 | 35.0% |
|    Deplanements | 90,141 | 84,471 | 6.7% | 714,396 | 516,234 | 38.4% |
| Total International Cargo & Mail (metric tons) | 26,240 | 23,076 | 13.7% | 209,633 | 224,337 | -6.6% |
|    Europe | 5,641 | 6,871 | -17.9% | 51,347 | 65,383 | -21.5% |
|    Asia/Middle East | 17,986 | 14,791 | 21.6% | 137,688 | 145,609 | -5.4% |
|    Australia/Oceania | 2,292 | 1,136 | 101.7% | 18,334 | 11,837 | 54.9% |
|    Latin America | 63 | 53 | 18.8% | 445 | 537 | -17.0% |
|    Canada | 258 | 225 | 14.5% | 1,818 | 972 | 87.1% |

** Total airport international passengers include total enplaned and deplaned passengers and passengers who fly into and out of SFO on the same aircraft