# EXHIBIT 23

# Analysis of Scheduled Airline Traffic
## COMPARATIVE TRAFFIC REPORT
May 2024


San Francisco International Airport

| | Monthly Comparison | | | Fiscal Year-to-Date | | |
|---|---:|---:|---:|---:|---:|---:|
| | **MAY 2024** | **May 2023** | **% Change** | **FY 23/24** | **FY 22/23** | **% Change** |
| Air Traffic Control Tower Operations Count[1] | 30,669 | 33,929 | -9.6% | 349,267 | 336,513 | 3.8% |
| Air Carrier | 28,511 | 30,199 | -5.6% | 319,079 | 295,856 | 7.8% |
| Air Taxi | 1,438 | 2,838 | -49.3% | 21,485 | 30,736 | -30.1% |
| Civil | 475 | 691 | -31.3% | 6,256 | 7,330 | -14.7% |
| Military | 245 | 201 | 21.9% | 2,447 | 2,591 | -5.6% |
| | | | | | | |
| Total Revenue Landings | 14,754 | 15,438 | -4.4% | 164,031 | 152,133 | 7.8% |
| Mainline Passenger | 12,031 | 11,650 | 3.3% | 124,154 | 116,774 | 6.3% |
| Commuter Passenger | 2,489 | 3,565 | -30.2% | 37,425 | 32,921 | 13.7% |
| Cargo Only | 234 | 223 | 4.9% | 2,452 | 2,438 | 0.6% |
| | | | | | | |
| Revenue Landed Weight (000 lbs.) | 3,042,693 | 2,922,512 | 4.1% | 32,386,175 | 29,325,994 | 10.4% |
| | | | | | | |
| Total Airport Passengers[2] | 4,510,768 | 4,379,519 | 3.0% | 46,632,357 | 42,370,422 | 10.1% |
| Total Enplaned & Deplaned | 4,498,408 | 4,368,053 | 3.0% | 46,482,767 | 42,239,556 | 10.0% |
| Total Enplaned | 2,261,423 | 2,194,151 | 3.1% | 23,135,905 | 21,020,007 | 10.1% |
| Total Deplaned | 2,236,985 | 2,173,902 | 2.9% | 23,346,862 | 21,219,549 | 10.0% |
| | | | | | | |
| Domestic | 3,125,864 | 3,158,885 | -1.0% | 32,857,628 | 31,065,531 | 5.8% |
| Enplanements | 1,542,895 | 1,564,568 | -1.4% | 16,395,738 | 15,481,823 | 5.9% |
| Deplanements | 1,582,969 | 1,594,317 | -0.7% | 16,461,890 | 15,583,708 | 5.6% |
| | | | | | | |
| International | 1,372,544 | 1,209,168 | 13.5% | 13,625,139 | 11,174,025 | 21.9% |
| Enplanements | 718,528 | 629,583 | 14.1% | 6,740,167 | 5,538,184 | 21.7% |
| Deplanements | 654,016 | 579,585 | 12.8% | 6,884,972 | 5,635,841 | 22.2% |
| | | | | | | |
| Total U.S. Mail (metric tons) | 1,080 | 1,350 | -20.0% | 15,950 | 23,652 | -32.6% |
| Domestic | 518 | 883 | -41.3% | 9,080 | 18,950 | -52.1% |
| International | 562 | 467 | 20.3% | 6,870 | 4,702 | 46.1% |
| | | | | | | |
| Total Cargo[3] (metric tons) | 50,422 | 35,323 | 42.7% | 465,427 | 387,309 | 20.2% |
| Domestic | 16,377 | 12,986 | 26.1% | 171,433 | 148,347 | 15.6% |
| International | 34,045 | 22,337 | 52.4% | 293,994 | 238,962 | 23.0% |
| | | | | | | |
| Total Cargo and U.S. Mail (metric tons) | 51,503 | 36,674 | 40.4% | 481,377 | 410,962 | 17.1% |
| | | | | | | |
| Cars Exited (Garage and Lot) | 283,630 | 278,349 | 1.9% | 2,880,796 | 2,718,187 | 6.0% |

[1]Categories defined as follows:
   Air Carrier - Commercial airlines and charters of aircraft with more than 60 seats (Terminal and FBO operations included).
   Air Taxi - Commercial airlines and charters of aircraft with 60 seats or less (Terminal and FBO operations included).
   Civil - Privately operated aircraft
   Military - Military Aircraft

[2]Total airport passengers include total enplaned and deplaned passengers and passengers who fly into and out of SFO on the same aircraft.

[3]Excludes mail

**Analysis of Scheduled Airline Traffic**
**INTERNATIONAL SUMMARY REPORT**
May. 2024


San Francisco International Airport

|  | Monthly Comparison | | | Fiscal Year-to-Date | | |
|---|---:|---:|---:|---:|---:|---:|
|  | **May 2024** | **May 2023** | **% Change** | **FY 23/24** | **FY 22/23** | **% Change** |
| International Flight Operations | 6,898 | 6,102 | 13.0% | 69,372 | 57,428 | 20.8% |
| Domestic Carriers | 2,742 | 2,410 | 13.8% | 28,428 | 22,434 | 26.7% |
| Foreign Flag Carriers | 4,154 | 3,692 | 12.5% | 40,942 | 34,994 | 17.0% |
| Total Airport International Passengers ** | 1,383,356 | 1,219,890 | 13.4% | 13,750,767 | 11,290,659 | 21.8% |
| Total International Enplaned and Deplaned | 1,372,544 | 1,209,168 | 13.5% | 13,625,139 | 11,174,025 | 21.9% |
| Europe | 389,142 | 378,143 | 2.9% | 3,612,346 | 3,453,709 | 4.6% |
| Enplanements | 211,101 | 204,236 | 3.4% | 1,792,766 | 1,707,169 | 5.0% |
| Deplanements | 178,041 | 173,907 | 2.4% | 1,819,580 | 1,746,540 | 4.2% |
| Asia/Middle East | 593,236 | 466,431 | 27.2% | 5,736,511 | 3,926,290 | 46.1% |
| Enplanements | 312,932 | 240,529 | 30.1% | 2,816,335 | 1,939,979 | 45.2% |
| Deplanements | 280,304 | 225,902 | 24.1% | 2,920,176 | 1,986,311 | 47.0% |
| Australia/Oceania | 66,567 | 60,945 | 9.2% | 916,197 | 734,141 | 24.8% |
| Enplanements | 32,108 | 28,104 | 14.2% | 451,958 | 364,670 | 23.9% |
| Deplanements | 34,459 | 32,841 | 4.9% | 464,239 | 369,471 | 25.6% |
| Latin America | 148,293 | 133,067 | 11.4% | 1,659,861 | 1,512,075 | 9.8% |
| Enplanements | 73,884 | 66,183 | 11.6% | 831,676 | 758,880 | 9.6% |
| Deplanements | 74,409 | 66,884 | 11.3% | 828,185 | 753,195 | 10.0% |
| Canada | 175,306 | 170,582 | 2.8% | 1,700,224 | 1,547,810 | 9.8% |
| Enplanements | 88,503 | 90,531 | -2.2% | 847,432 | 767,486 | 10.4% |
| Deplanements | 86,803 | 80,051 | 8.4% | 852,792 | 780,324 | 9.3% |
| Total International Cargo & Mail (metric tons) | 34,607 | 22,805 | 51.8% | 300,864 | 243,665 | 23.5% |
| Europe | 6,426 | 5,091 | 26.2% | 67,717 | 69,009 | -1.9% |
| Asia/Middle East | 25,063 | 15,489 | 61.8% | 201,301 | 153,090 | 31.5% |
| Australia/Oceania | 3,034 | 1,914 | 58.5% | 30,087 | 18,984 | 58.5% |
| Latin America | 54 | 49 | 10.5% | 592 | 538 | 10.0% |
| Canada | 31 | 262 | -88.3% | 1,167 | 2,044 | -42.9% |

** Total airport international passengers include total enplaned and deplaned passengers and passengers who fly into and out of SFO on the same aircraft