# EXHIBIT 24

## Analysis of Scheduled Airline Traffic
### COMPARATIVE TRAFFIC REPORT
**Jun 2024**



**San Francisco International Airport**

| | Monthly Comparison | | | Fiscal Year-to-Date | | |
|---|---|---|---|---|---|---|
| | **Jun 2024** | **Jun 2023** | **% Change** | **FY 23/24** | **FY 22/23** | **% Change** |
| Air Traffic Control Tower Operations Count[1] | 30,572 | 33,461 | -8.6% | 379,839 | 369,974 | 2.7% |
| Air Carrier | 28,436 | 30,124 | -5.6% | 347,515 | 325,980 | 6.6% |
| Air Taxi | 1,446 | 2,511 | -42.4% | 22,931 | 33,247 | -31.0% |
| Civil | 437 | 553 | -21.0% | 6,693 | 7,883 | -15.1% |
| Military | 253 | 273 | -7.3% | 2,700 | 2,864 | -5.7% |
| | | | | | | |
| Total Revenue Landings | 14,119 | 15,290 | -7.7% | 178,150 | 167,423 | 6.4% |
| Mainline Passenger | 12,062 | 11,869 | 1.6% | 136,216 | 128,643 | 5.9% |
| Commuter Passenger | 1,842 | 3,202 | -42.5% | 39,267 | 36,123 | 8.7% |
| Cargo Only | 215 | 219 | -1.8% | 2,667 | 2,657 | 0.4% |
| | | | | | | |
| Revenue Landed Weight (000 lbs.) | 2,998,652 | 3,024,435 | -0.9% | 35,384,827 | 32,350,429 | 9.4% |
| | | | | | | |
| Total Airport Passengers[2] | 4,660,638 | 4,681,758 | -0.5% | 51,292,995 | 47,052,180 | 9.0% |
| | | | | | | |
| Total Enplaned & Deplaned | 4,647,504 | 4,665,618 | -0.4% | 51,130,271 | 46,905,174 | 9.0% |
| Total Enplaned | 2,379,631 | 2,399,561 | -0.8% | 25,515,536 | 23,419,568 | 8.9% |
| Total Deplaned | 2,267,873 | 2,266,057 | 0.1% | 25,614,735 | 23,485,606 | 9.1% |
| | | | | | | |
| Domestic | 3,122,403 | 3,315,599 | -5.8% | 35,980,031 | 34,381,130 | 4.7% |
| Enplanements | 1,588,124 | 1,695,181 | -6.3% | 17,983,862 | 17,177,004 | 4.7% |
| Deplanements | 1,534,279 | 1,620,418 | -5.3% | 17,996,169 | 17,204,126 | 4.6% |
| | | | | | | |
| International | 1,525,101 | 1,350,019 | 13.0% | 15,150,240 | 12,524,044 | 21.0% |
| Enplanements | 791,507 | 704,380 | 12.4% | 7,531,674 | 6,242,564 | 20.7% |
| Deplanements | 733,594 | 645,639 | 13.6% | 7,618,566 | 6,281,480 | 21.3% |
| | | | | | | |
| Total U.S. Mail (metric tons) | 939 | 1,357 | -30.8% | 16,889 | 25,009 | -32.5% |
| Domestic | 408 | 894 | -54.4% | 9,488 | 19,844 | -52.2% |
| International | 531 | 463 | 14.7% | 7,401 | 5,165 | 43.3% |
| | | | | | | |
| Total Cargo[3] (metric tons) | 53,074 | 41,803 | 27.0% | 518,501 | 429,112 | 20.8% |
| Domestic | 16,741 | 14,643 | 14.3% | 188,174 | 162,990 | 15.5% |
| International | 36,333 | 27,160 | 33.8% | 330,327 | 266,122 | 24.1% |
| | | | | | | |
| Total Cargo and U.S. Mail (metric tons) | 54,013 | 43,159 | 25.1% | 535,390 | 454,121 | 17.9% |
| | | | | | | |
| Cars Exited (Garage and Lot) | 294,509 | 292,546 | 0.7% | 3,175,305 | 3,010,733 | 5.5% |

[1]Categories defined as follows:

Air Carrier - Commercial airlines and charters of aircraft with more than 60 seats (Terminal and FBO operations included).

Air Taxi - Commercial airlines and charters of aircraft with 60 seats or less (Terminal and FBO operations included).

Civil - Privately operated aircraft

Military - Military Aircraft

[2]Total airport passengers include total enplaned and deplaned passengers and passengers who fly into and out of SFO on the same aircraft.

[3]Excludes mail

Wednesday, July 24, 2024

## Analysis of Scheduled Airline Traffic
## INTERNATIONAL SUMMARY REPORT
**Jun 2024**


San Francisco International Airport

| | **Monthly Comparison** | | | **Fiscal Year-to-Date** | | |
|---|---|---|---|---|---|---|
| | **Jun 2024** | **Jun 2023** | **% Change** | **FY 23/24** | **FY 22/23** | **% Change** |
| International Flight Operations | 7,030 | 6,376 | 10.3% | 76,402 | 63,804 | 19.7% |
| Domestic Carriers | 2,776 | 2,548 | 8.9% | 31,204 | 24,982 | 24.9% |
| Foreign Flag Carriers | 4,254 | 3,828 | 11.1% | 45,196 | 38,822 | 16.4% |
| | | | | | | |
| Total Airport International Passengers ** | 1,536,465 | 1,361,721 | 12.8% | 15,287,232 | 12,652,380 | 20.8% |
| | | | | | | |
| Total International Enplaned and Deplaned | 1,525,101 | 1,350,019 | 13.0% | 15,150,240 | 12,524,044 | 21.0% |
| | | | | | | |
| Europe | 452,036 | 439,142 | 2.9% | 4,064,382 | 3,892,851 | 4.4% |
| Enplanements | 242,055 | 233,205 | 3.8% | 2,034,821 | 1,940,374 | 4.9% |
| Deplanements | 209,981 | 205,937 | 2.0% | 2,029,561 | 1,952,477 | 3.9% |
| | | | | | | |
| Asia/Middle East | 637,968 | 494,205 | 29.1% | 6,374,479 | 4,420,495 | 44.2% |
| Enplanements | 331,144 | 253,707 | 30.5% | 3,147,479 | 2,193,686 | 43.5% |
| Deplanements | 306,824 | 240,498 | 27.6% | 3,227,000 | 2,226,809 | 44.9% |
| | | | | | | |
| Australia/Oceania | 75,340 | 72,884 | 3.4% | 991,537 | 807,025 | 22.9% |
| Enplanements | 36,225 | 33,588 | 7.9% | 488,183 | 398,258 | 22.6% |
| Deplanements | 39,115 | 39,296 | -0.5% | 503,354 | 408,767 | 23.1% |
| | | | | | | |
| Latin America | 170,588 | 147,092 | 16.0% | 1,830,449 | 1,659,167 | 10.3% |
| Enplanements | 88,184 | 76,552 | 15.2% | 919,860 | 835,432 | 10.1% |
| Deplanements | 82,404 | 70,540 | 16.8% | 910,589 | 823,735 | 10.5% |
| | | | | | | |
| Canada | 189,169 | 196,696 | -3.8% | 1,889,393 | 1,744,506 | 8.3% |
| Enplanements | 93,899 | 107,328 | -12.5% | 941,331 | 874,814 | 7.6% |
| Deplanements | 95,270 | 89,368 | 6.6% | 948,062 | 869,692 | 9.0% |
| | | | | | | |
| Total International Cargo & Mail (metric tons) | 36,864 | 27,623 | 33.5% | 337,728 | 271,288 | 24.5% |
| Europe | 6,586 | 6,135 | 7.3% | 74,304 | 75,144 | -1.1% |
| Asia/Middle East | 26,897 | 19,219 | 40.0% | 228,198 | 172,309 | 32.4% |
| Australia/Oceania | 3,313 | 1,959 | 69.1% | 33,400 | 20,943 | 59.5% |
| Latin America | 50 | 59 | -15.2% | 642 | 597 | 7.5% |
| Canada | 17 | 250 | -93.2% | 1,184 | 2,295 | -48.4% |

** Total airport international passengers include total enplaned and deplaned passengers and passengers who fly into and out of SFO on the same aircraft