# EXHIBIT 25

# Analysis of Scheduled Airline Traffic
## COMPARATIVE TRAFFIC REPORT
Jul 2024



San Francisco International Airport

| | Monthly Comparison | | | Calendar Year-to-Date | | |
|---|---:|---:|---:|---:|---:|---:|
| | Jul 2024 | Jul 2023 | % Change | 2024 | 2023 | % Change |
| Air Traffic Control Tower Operations Count[1] | 34,199 | 34,648 | -1.3% | 214,039 | 219,520 | -2.5% |
|     Air Carrier | 31,700 | 31,304 | 1.3% | 197,121 | 195,976 | 0.6% |
|     Air Taxi | 1,774 | 2,615 | -32.2% | 11,659 | 17,881 | -34.8% |
|     Civil | 519 | 516 | 0.6% | 3,665 | 4,049 | -9.5% |
|     Military | 206 | 213 | -3.3% | 1,594 | 1,614 | -1.2% |
| Total Revenue Landings | 15,752 | 19,533 | -19.4% | 98,847 | 103,285 | -4.3% |
|     Mainline Passenger | 12,937 | 12,636 | 2.4% | 78,172 | 76,677 | 1.9% |
|     Commuter Passenger | 2,590 | 6,671 | -61.2% | 19,128 | 25,117 | -23.8% |
|     Cargo Only | 225 | 226 | -0.4% | 1,547 | 1,491 | 3.8% |
| Revenue Landed Weight (000 lbs.) | 3,212,113 | 3,485,518 | -7.8% | 20,109,819 | 19,772,916 | 1.7% |
| Total Airport Passengers[2] | 4,999,594 | 4,968,650 | 0.6% | 29,496,618 | 28,392,893 | 3.9% |
| Total Enplaned & Deplaned | 4,980,094 | 4,952,664 | 0.6% | 29,408,988 | 28,314,207 | 3.9% |
|     Total Enplaned | 2,451,730 | 2,419,322 | 1.3% | 14,661,880 | 14,106,022 | 3.9% |
|     Total Deplaned | 2,528,364 | 2,533,342 | -0.2% | 14,747,108 | 14,208,185 | 3.8% |
| Domestic | 3,378,733 | 3,495,490 | -3.3% | 20,288,590 | 20,422,268 | -0.7% |
|     Enplanements | 1,680,554 | 1,727,174 | -2.7% | 10,136,547 | 10,193,497 | -0.6% |
|     Deplanements | 1,698,179 | 1,768,316 | -4.0% | 10,152,043 | 10,228,771 | -0.8% |
| International | 1,601,361 | 1,457,174 | 9.9% | 9,120,398 | 7,891,939 | 15.6% |
|     Enplanements | 771,176 | 692,148 | 11.4% | 4,525,333 | 3,912,525 | 15.7% |
|     Deplanements | 830,185 | 765,026 | 8.5% | 4,595,065 | 3,979,414 | 15.5% |
| Total U.S. Mail (metric tons) | 1,139 | 1,228 | -7.2% | 7,797 | 11,779 | -33.8% |
|     Domestic | 421 | 744 | -43.4% | 3,740 | 8,366 | -55.3% |
|     International | 718 | 484 | 48.3% | 4,057 | 3,413 | 18.9% |
| Total Cargo[3] (metric tons) | 49,410 | 41,509 | 19.0% | 314,923 | 251,839 | 25.0% |
|     Domestic | 16,921 | 14,501 | 16.7% | 109,873 | 96,595 | 13.7% |
|     International | 32,489 | 27,008 | 20.3% | 205,050 | 155,244 | 32.1% |
| Total Cargo and U.S. Mail (metric tons) | 50,550 | 42,738 | 18.3% | 322,720 | 263,618 | 22.4% |
| Cars Exited (Garage and Lot) | 287,272 | 300,538 | -4.4% | 1,854,188 | 1,824,050 | 1.7% |

[1] Categories defined as follows:
    Air Carrier - Commercial airlines and charters of aircraft with more than 60 seats (Terminal and FBO operations included).
    Air Taxi - Commercial airlines and charters of aircraft with 60 seats or less (Terminal and FBO operations included).
    Civil - Privately operated aircraft
    Military - Military Aircraft

[2] Total airport passengers include total enplaned and deplaned passengers and passengers who fly into and out of SFO on the same aircraft.

[3] Excludes mail

Thursday, August 29, 2024      - 1 of 1 -

**Analysis of Scheduled Airline Traffic**
**INTERNATIONAL SUMMARY REPORT**
**Jul 2024**

San Francisco International Airport — SFO

|  | Monthly Comparison | | | Calendar Year-to-Date | | |
|---|---:|---:|---:|---:|---:|---:|
|  | Jul 2024 | Jul 2023 | % Change | 2024 | 2023 | % Change |
| International Flight Operations | 7,504 | 7,274 | 3.2% | 45,764 | 39,558 | 15.7% |
| Domestic Carriers | 2,910 | 2,810 | 3.6% | 18,848 | 15,972 | 18.0% |
| Foreign Flag Carriers | 4,594 | 4,464 | 2.9% | 26,914 | 23,586 | 14.1% |
| Total Airport International Passengers ** | 1,616,669 | 1,471,046 | 9.9% | 9,194,110 | 7,960,371 | 15.5% |
| Total International Enplaned and Deplaned | 1,601,361 | 1,457,174 | 9.9% | 9,120,398 | 7,891,939 | 15.6% |
| Europe | 485,805 | 464,355 | 4.6% | 2,320,922 | 2,272,264 | 2.1% |
| Enplanements | 230,322 | 212,524 | 8.4% | 1,173,884 | 1,136,944 | 3.2% |
| Deplanements | 255,483 | 251,831 | 1.5% | 1,147,038 | 1,135,320 | 1.0% |
| Asia/Middle East | 616,287 | 516,296 | 19.4% | 3,964,675 | 3,060,188 | 29.6% |
| Enplanements | 293,996 | 245,077 | 20.0% | 1,947,007 | 1,501,075 | 29.7% |
| Deplanements | 322,291 | 271,219 | 18.8% | 2,017,668 | 1,559,113 | 29.4% |
| Australia/Oceania | 83,362 | 86,359 | -3.5% | 585,490 | 513,412 | 14.0% |
| Enplanements | 42,419 | 44,403 | -4.5% | 285,771 | 251,209 | 13.8% |
| Deplanements | 40,943 | 41,956 | -2.4% | 299,719 | 262,203 | 14.3% |
| Latin America | 189,250 | 168,688 | 12.2% | 1,164,609 | 1,006,217 | 15.7% |
| Enplanements | 93,421 | 84,203 | 10.9% | 577,927 | 500,976 | 15.4% |
| Deplanements | 95,829 | 84,485 | 13.4% | 586,682 | 505,241 | 16.1% |
| Canada | 226,657 | 221,476 | 2.3% | 1,084,702 | 1,039,858 | 4.3% |
| Enplanements | 111,018 | 105,941 | 4.8% | 540,744 | 522,321 | 3.5% |
| Deplanements | 115,639 | 115,535 | 0.1% | 543,958 | 517,537 | 5.1% |
| Total International Cargo & Mail (metric tons) | 33,208 | 27,493 | 20.8% | 209,107 | 158,657 | 31.8% |
| Europe | 6,781 | 5,566 | 21.8% | 44,392 | 40,147 | 10.6% |
| Asia/Middle East | 22,925 | 19,479 | 17.7% | 143,111 | 102,814 | 39.2% |
| Australia/Oceania | 3,416 | 2,172 | 57.3% | 21,047 | 14,011 | 50.2% |
| Latin America | 68 | 57 | 19.7% | 346 | 323 | 7.1% |
| Canada | 17 | 219 | -92.1% | 211 | 1,362 | -84.5% |

** Total airport international passengers include total enplaned and deplaned passengers and passengers who fly into and out of SFO on the same aircraft

Thursday, August 29, 2024                - 1 of 1 -