# EXHIBIT 26

# Analysis of Scheduled Airline Traffic
## COMPARATIVE TRAFFIC REPORT
### Aug 2024



San Francisco International Airport

| | Monthly Comparison | | | Calendar Year-to-Date | | |
|---|---|---|---|---|---|---|
| | Aug 2024 | Aug 2023 | % Change | 2024 | 2023 | % Change |
| Air Traffic Control Tower Operations Count[1] | 34,733 | 34,796 | -0.2% | 248,772 | 254,316 | -2.2% |
|     Air Carrier | 32,224 | 31,665 | 1.8% | 229,345 | 227,641 | 0.7% |
|     Air Taxi | 1,735 | 2,378 | -27.0% | 13,394 | 20,259 | -33.9% |
|     Civil | 564 | 522 | 8.0% | 4,229 | 4,571 | -7.5% |
|     Military | 210 | 231 | -9.1% | 1,804 | 1,845 | -2.2% |
| Total Revenue Landings | 16,077 | 16,093 | -0.1% | 114,924 | 119,378 | -3.7% |
|     Mainline Passenger | 13,076 | 12,549 | 4.2% | 91,248 | 89,226 | 2.3% |
|     Commuter Passenger | 2,769 | 3,321 | -16.6% | 21,897 | 28,438 | -23.0% |
|     Cargo Only | 232 | 223 | 4.0% | 1,779 | 1,714 | 3.8% |
| Revenue Landed Weight (000 lbs.) | 3,235,464 | 3,222,340 | 0.4% | 23,345,283 | 22,995,256 | 1.5% |
| Total Airport Passengers[2] | 4,868,579 | 4,736,523 | 2.8% | 34,365,197 | 33,129,416 | 3.7% |
| Total Enplaned & Deplaned | 4,851,557 | 4,718,823 | 2.8% | 34,260,545 | 33,033,030 | 3.7% |
|     Total Enplaned | 2,385,664 | 2,317,631 | 2.9% | 17,047,544 | 16,423,653 | 3.8% |
|     Total Deplaned | 2,465,893 | 2,401,192 | 2.7% | 17,213,001 | 16,609,377 | 3.6% |
| Domestic | 3,354,366 | 3,338,019 | 0.5% | 23,642,956 | 23,760,287 | -0.5% |
|     Enplanements | 1,683,238 | 1,665,705 | 1.1% | 11,819,785 | 11,859,202 | -0.3% |
|     Deplanements | 1,671,128 | 1,672,314 | -0.1% | 11,823,171 | 11,901,085 | -0.7% |
| International | 1,497,191 | 1,380,804 | 8.4% | 10,617,589 | 9,272,743 | 14.5% |
|     Enplanements | 702,426 | 651,926 | 7.7% | 5,227,759 | 4,564,451 | 14.5% |
|     Deplanements | 794,765 | 728,878 | 9.0% | 5,389,830 | 4,708,292 | 14.5% |
| Total U.S. Mail (metric tons) | 1,007 | 1,060 | -5.0% | 8,805 | 12,839 | -31.4% |
|     Domestic | 432 | 597 | -27.6% | 4,172 | 8,963 | -53.5% |
|     International | 575 | 463 | 24.2% | 4,633 | 3,876 | 19.5% |
| Total Cargo[3] (metric tons) | 47,793 | 40,222 | 18.8% | 362,716 | 292,062 | 24.2% |
|     Domestic | 16,441 | 15,949 | 3.1% | 126,315 | 112,545 | 12.2% |
|     International | 31,352 | 24,273 | 29.2% | 236,401 | 179,517 | 31.7% |
| Total Cargo and U.S. Mail (metric tons) | 48,801 | 41,282 | 18.2% | 371,521 | 304,901 | 21.8% |
| Cars Exited (Garage and Lot) | 268,999 | 274,597 | -2.0% | 2,123,187 | 2,098,647 | 1.2% |

[1] Categories defined as follows:

    Air Carrier - Commercial airlines and charters of aircraft with more than 60 seats (Terminal and FBO operations included).

    Air Taxi - Commercial airlines and charters of aircraft with 60 seats or less (Terminal and FBO operations included).

    Civil - Privately operated aircraft

    Military - Military Aircraft

[2] Total airport passengers include total enplaned and deplaned passengers and passengers who fly into and out of SFO on the same aircraft.

[3] Excludes mail

**Analysis of Scheduled Airline Traffic**
**INTERNATIONAL SUMMARY REPORT**
**Aug 2024**


San Francisco International Airport

|  | Monthly Comparison | | | Calendar Year-to-Date | | |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
|  | **Aug 2024** | **Aug 2023** | **% Change** | **2024** | **2023** | **% Change** |
| International Flight Operations | 7,404 | 6,828 | 8.4% | 53,168 | 46,386 | 14.6% |
| Domestic Carriers | 2,972 | 2,660 | 11.7% | 21,820 | 18,632 | 17.1% |
| Foreign Flag Carriers | 4,432 | 4,168 | 6.3% | 31,346 | 27,754 | 12.9% |
| Total Airport International Passengers ** | 1,513,257 | 1,396,104 | 8.4% | 10,707,367 | 9,356,475 | 14.4% |
| Total International Enplaned and Deplaned | 1,497,191 | 1,380,804 | 8.4% | 10,617,589 | 9,272,743 | 14.5% |
| Europe | 465,783 | 446,410 | 4.3% | 2,786,705 | 2,718,674 | 2.5% |
| Enplanements | 227,349 | 218,388 | 4.1% | 1,401,233 | 1,355,332 | 3.4% |
| Deplanements | 238,434 | 228,022 | 4.6% | 1,385,472 | 1,363,342 | 1.6% |
| Asia/Middle East | 583,464 | 508,216 | 14.8% | 4,548,139 | 3,568,404 | 27.5% |
| Enplanements | 258,397 | 228,126 | 13.3% | 2,205,404 | 1,729,201 | 27.5% |
| Deplanements | 325,067 | 280,090 | 16.1% | 2,342,735 | 1,839,203 | 27.4% |
| Australia/Oceania | 74,785 | 74,785 | 0.0% | 660,275 | 588,197 | 12.3% |
| Enplanements | 34,039 | 33,335 | 2.1% | 319,810 | 284,544 | 12.4% |
| Deplanements | 40,746 | 41,450 | -1.7% | 340,465 | 303,653 | 12.1% |
| Latin America | 145,927 | 138,466 | 5.4% | 1,310,536 | 1,144,683 | 14.5% |
| Enplanements | 68,104 | 65,868 | 3.4% | 646,031 | 566,844 | 14.0% |
| Deplanements | 77,823 | 72,598 | 7.2% | 664,505 | 577,839 | 15.0% |
| Canada | 227,232 | 212,927 | 6.7% | 1,311,934 | 1,252,785 | 4.7% |
| Enplanements | 114,537 | 106,209 | 7.8% | 655,281 | 628,530 | 4.3% |
| Deplanements | 112,695 | 106,718 | 5.6% | 656,653 | 624,255 | 5.2% |
| Total International Cargo & Mail (metric tons) | 31,927 | 24,736 | 29.1% | 241,034 | 183,393 | 31.4% |
| Europe | 7,214 | 5,559 | 29.8% | 51,606 | 45,706 | 12.9% |
| Asia/Middle East | 21,722 | 16,888 | 28.6% | 164,833 | 119,702 | 37.7% |
| Australia/Oceania | 2,896 | 2,031 | 42.6% | 23,944 | 16,042 | 49.3% |
| Latin America | 79 | 59 | 33.2% | 425 | 383 | 11.1% |
| Canada | 15 | 198 | -92.2% | 226 | 1,560 | -85.5% |

** Total airport international passengers include total enplaned and deplaned passengers and passengers who fly into and out of SFO on the same aircraft