# EXHIBIT 27

Oakland International

**OAKLAND INTERNATIONAL AIRPORT**
**MONTHLY ACTIVITY REPORT**
**CALENDAR YEAR**

|  | SEP 23 | SEP 22 | YEAR TO YEAR INC/DEC | CALENDAR YEAR-TO-DATE 2023 | 2022 | INC/DEC |
|---|---:|---:|---:|---:|---:|---:|
| **PASSENGER TOTALS** | | | | | | |
| ENPLANING | 457,120 | 512,040 | -10.73% | 4,177,738 | 4,129,498 | 1.17% |
| DEPLANING | 456,267 | 502,810 | -9.26% | 4,217,420 | 4,135,117 | 1.99% |
| TOTAL | 913,387 | 1,014,850 | -10.00% | 8,395,158 | 8,264,615 | 1.58% |
| **LANDED WEIGHTS (M lbs)** | | | | | | |
| PAX CARRIERS | 559,649 | 588,839 | -4.96% | 5,028,369 | 4,940,812 | 1.77% |
| CARGO CARRIERS | 246,145 | 295,893 | -16.81% | 2,416,501 | 2,697,019 | -10.40% |
| TOTAL | 805,794 | 884,732 | -8.92% | 7,444,870 | 7,637,831 | -2.53% |
| **AIRCRAFT MOVEMENTS** | 17,169 | 16,894 | 1.63% | 164,177 | 160,696 | 2.17% |
| **AVIATION FUEL (GALS)** | | | | | | |
| GENERAL AVIATION | 588,917 | 788,015 | -25.27% | 5,733,111 | 7,000,453 | -18.10% |
| CONTRACT SALES | 7,200,250 | 8,447,423 | -14.76% | 71,374,047 | 76,218,804 | -6.36% |
| TOTAL | 7,789,167 | 9,235,438 | -15.66% | 77,107,158 | 83,219,257 | -7.34% |
| **AIR MAIL (M lbs)** | | | | | | |
| MAIL IN | 141 | 689 | -79.54% | 4,972 | 6,277 | -20.79% |
| MAIL OUT | 114 | 638 | -82.13% | 4,752 | 6,471 | -26.56% |
| TOTAL | 255 | 1,327 | -80.78% | 9,724 | 12,748 | -23.72% |
| **FREIGHT (M lbs)** | | | | | | |
| FREIGHT IN | 41,544 | 52,796 | -21.31% | 396,036 | 482,527 | -17.92% |
| FREIGHT OUT | 41,410 | 50,759 | -18.42% | 382,959 | 449,779 | -14.86% |
| TOTAL | 82,954 | 103,555 | -19.89% | 778,995 | 932,306 | -16.44% |
| **AIR MAIL & FREIGHT (M lbs)** | | | | | | |
| IN | 41,685 | 53,485 | -22.06% | 401,008 | 488,804 | -17.96% |
| OUT | 41,524 | 51,397 | -19.21% | 387,711 | 456,250 | -15.02% |
| TOTAL | 83,209 | 104,882 | -20.66% | 788,719 | 945,054 | -16.54% |
| **CONCESSIONS** | | | | | | |
| SHOPS | 1,186,195 | 1,964,020 | -39.60% | 15,425,710 | 16,200,138 | -4.78% |
| RESTAURANT/BAR | 3,185,018 | 3,037,273 | 4.86% | 27,114,267 | 23,524,715 | 15.26% |
| TOTAL REVENUE ($) | $ 4,371,213 | $ 5,001,293 | -12.60% | $ 42,539,977 | $ 39,724,853 | 7.09% |
| **CAR RENTALS REVENUE ($)** | $ 7,703,374 | $ 8,836,666 | -12.82% | $ 69,075,514 | $ 75,333,855 | -8.31% |
| **PARKING LOT** | | | | | | |
| DAILY EXITS | 28,868 | 30,467 | -5.25% | 255,581 | 238,978 | 6.95% |
| PREMIER LOT EXITS | 7,958 | 7,769 | 2.43% | 72,175 | 61,765 | 16.85% |
| HOURLY EXITS | 19,925 | 19,637 | 1.47% | 203,481 | 185,193 | 9.88% |
| ECONOMY EXITS | 10,540 | 10,960 | -3.83% | 92,339 | 91,068 | 1.40% |
| **PARKING LOT REVENUE ($)** | $3,072,223 | $3,104,096 | -1.03% | $27,554,815 | $25,321,270 | 8.82% |
| **TNC ACTIVITY** | | | | | | |
| TNC TRIP COUNT | 129,332 | 130,380 | -0.80% | 1,115,284 | 960,274 | 16.14% |
| **TOTAL TNC REVENUE ($)** | $478,529 | $482,406 | -0.80% | $4,126,550 | $3,553,014 | 16.14% |
| **BART CONNECTOR RIDERS** | | | | | | |
| TO AIRPORT | 20,687 | 34,085 | -39.31% | 171,489 | 184,220 | -6.91% |
| TO BART | 17,443 | 27,880 | -37.44% | 145,751 | 149,215 | -2.32% |

**ROLLING 12 MONTH PASSENGER TOTALS**

| | | |
|---|---:|---|
| OCT 1, 2022 THRU SEP 30, 2023 | 11,276,772 | |
| OCT 1, 2021 THRU SEP 30, 2022 | 10,725,374 | |
| | 5.14% | |