# EXHIBIT 28



**OAKLAND INTERNATIONAL AIRPORT**
**MONTHLY ACTIVITY REPORT**
**CALENDAR YEAR**

|  | MAY 24 | MAY 23 | YEAR TO YEAR INC/DEC | 2024 | 2023 | INC/DEC |
|---|---|---|---|---|---|---|
| **PASSENGER TOTALS** | | | | | | |
| ENPLANING | 487,063 | 495,889 | -1.77% | 2,197,854 | 2,214,384 | -0.75% |
| DEPLANING | 490,440 | 506,732 | -3.20% | 2,242,247 | 2,253,825 | -0.51% |
| TOTAL | 977,503 | 1,002,621 | -2.49% | 4,440,101 | 4,468,209 | -0.63% |
| **LANDED WEIGHTS (M lbs)** | | | | | | |
| PAX CARRIERS | 544,643 | 596,379 | -8.68% | 2,589,267 | 2,713,995 | -4.60% |
| CARGO CARRIERS | 260,846 | 272,996 | -4.45% | 1,263,999 | 1,378,958 | -8.34% |
| TOTAL | 805,489 | 869,375 | -7.35% | 3,853,266 | 4,092,953 | -5.86% |
| **AIRCRAFT MOVEMENTS** | 17,406 | 19,481 | -10.65% | 88,779 | 89,050 | -0.30% |
| **AVIATION FUEL (GALS)** | | | | | | |
| GENERAL AVIATION | 722,109 | 666,412 | 8.36% | 3,584,305 | 3,457,840 | 3.66% |
| CONTRACT SALES | 8,299,861 | 8,301,074 | -0.01% | 38,989,814 | 40,359,964 | -3.39% |
| TOTAL | 9,021,970 | 8,967,486 | 0.61% | 42,574,119 | 43,817,804 | -2.84% |
| **AIR MAIL (M lbs)** | | | | | | |
| MAIL IN | 744 | 713 | 4.35% | 1,872 | 3,832 | -51.15% |
| MAIL OUT | 541 | 938 | -42.32% | 1,401 | 4,152 | -66.26% |
| TOTAL | 1,285 | 1,651 | -22.17% | 3,273 | 7,984 | -59.01% |
| **FREIGHT (M lbs)** | | | | | | |
| FREIGHT IN | 46,410 | 46,369 | 0.09% | 218,315 | 227,977 | -4.24% |
| FREIGHT OUT | 46,066 | 45,788 | 0.61% | 216,270 | 215,410 | 0.40% |
| TOTAL | 92,476 | 92,157 | 0.35% | 434,585 | 443,387 | -1.99% |
| **AIR MAIL & FREIGHT (M lbs)** | | | | | | |
| IN | 47,154 | 47,082 | 0.15% | 220,187 | 231,809 | -5.01% |
| OUT | 46,607 | 46,726 | -0.25% | 217,671 | 219,562 | -0.86% |
| TOTAL | 93,761 | 93,808 | -0.05% | 437,858 | 451,371 | -2.99% |
| **CONCESSIONS** | | | | | | |
| SHOPS | 1,661,039 | 1,899,311 | -37.13% | 7,446,401 | 8,461,503 | -37.77% |
| RESTAURANT/BAR | 3,329,769 | 2,963,208 | -2.27% | 14,856,647 | 15,547,203 | -0.15% |
| TOTAL REVENUE ($) | $ 4,990,808 | $ 4,862,519 | -14.93% | $ 22,303,048 | $ 24,008,706 | -13.24% |
| **CAR RENTALS REVENUE ($)** | $ 4,711,548 | $ 8,479,210 | -44.43% | $ 28,690,864 | $ 34,689,509 | -17.29% |
| **PARKING LOT** | | | | | | |
| DAILY EXITS | 29,313 | 31,293 | -6.33% | 140,673 | 142,043 | -0.96% |
| PREMIER LOT EXITS | 8,919 | 8,673 | 2.84% | 41,687 | 40,587 | 2.71% |
| HOURLY EXITS | 20,997 | 22,681 | -7.42% | 104,563 | 103,794 | 0.74% |
| ECONOMY EXITS | 12,156 | 11,521 | 5.51% | 53,525 | 50,850 | 5.26% |
| **PARKING LOT REVENUE ($)** | $3,381,670 | $3,291,284 | 2.75% | $15,948,795 | $14,986,859 | 6.42% |
| **TNC ACTIVITY** | | | | | | |
| TNC TRIP COUNT | 148,297 | 139,424 | 6.36% | 660,426 | 610,270 | 8.22% |
| **TOTAL TNC REVENUE ($)** | $522,566 | $515,868 | 1.30% | $2,331,225 | $2,258,000 | 3.24% |
| **BART CONNECTOR RIDERS** | | | | | | |
| TO AIRPORT | 21,623 | 20,416 | 5.91% | 92,741 | 92,694 | 0.05% |
| TO BART | 19,345 | 17,721 | 9.16% | 78,688 | 77,608 | 1.39% |

**ROLLING 12 MONTH PASSENGER TOTALS**

| | | |
|---|---|---|
| MAY 1, 2023 THRU May 31, 2024 | | 11,210,967 |
| MAY 1, 2022 THRU May 31, 2023 | | 11,629,123 |
| | | -3.60% |

Prepared by Port of Oakland Finance Division