# EXHIBIT 29



**OAKLAND INTERNATIONAL AIRPORT**
**MONTHLY ACTIVITY REPORT**
**CALENDAR YEAR**

|  | JUN 24 | JUN 23 | YEAR TO YEAR INC/DEC | 2024 | 2023 | INC/DEC |
|---|---|---|---|---|---|---|
| **PASSENGER TOTALS** | | | | | | |
| ENPLANING | 520,016 | 511,837 | 1.60% | 2,717,797 | 2,726,221 | -0.31% |
| DEPLANING | 496,305 | 485,948 | 2.13% | 2,738,477 | 2,739,773 | -0.05% |
| TOTAL | 1,016,321 | 997,785 | 1.86% | 5,456,274 | 5,465,994 | -0.18% |
| **LANDED WEIGHTS (M lbs)** | | | | | | |
| PAX CARRIERS | 549,587 | 567,969 | -3.24% | 3,138,854 | 3,281,964 | -4.36% |
| CARGO CARRIERS | 254,521 | 273,947 | -7.09% | 1,518,520 | 1,652,905 | -8.13% |
| TOTAL | 804,108 | 841,916 | -4.49% | 4,657,374 | 4,934,869 | -5.62% |
| **AIRCRAFT MOVEMENTS** | 19,952 | 18,266 | 9.23% | 108,731 | 107,316 | 1.32% |
| **AVIATION FUEL (GALS)** | | | | | | |
| GENERAL AVIATION | 666,593 | 597,734 | 19.65% | 4,299,480 | 4,055,574 | 6.01% |
| CONTRACT SALES | 8,840,818 | 7,614,094 | 16.11% | 47,830,632 | 47,974,058 | -0.30% |
| TOTAL | 9,507,411 | 8,211,828 | 16.37% | 52,130,112 | 52,029,632 | 0.19% |
| **AIR MAIL (M lbs)** | | | | | | |
| MAIL IN | 920 | 493 | 86.61% | 2,792 | 4,326 | -35.46% |
| MAIL OUT | 606 | 207 | 192.75% | 2,007 | 4,358 | -53.95% |
| TOTAL | 1,526 | 700 | 118.00% | 4,799 | 8,684 | -44.74% |
| **FREIGHT (M lbs)** | | | | | | |
| FREIGHT IN | 44,043 | 42,764 | 2.99% | 262,357 | 270,741 | -3.10% |
| FREIGHT OUT | 44,148 | 42,766 | 3.23% | 260,418 | 258,176 | 0.87% |
| TOTAL | 88,191 | 85,530 | 3.11% | 522,775 | 528,917 | -1.16% |
| **AIR MAIL & FREIGHT (M lbs)** | | | | | | |
| IN | 44,963 | 43,257 | 3.94% | 265,149 | 275,067 | -3.61% |
| OUT | 44,754 | 42,973 | 4.14% | 262,425 | 262,534 | -0.04% |
| TOTAL | 89,717 | 86,230 | 4.04% | 527,574 | 537,601 | -1.87% |
| **CONCESSIONS** | | | | | | |
| SHOPS | 1,783,070 | 2,022,692 | -11.85% | 9,478,540 | 10,484,196 | -9.59% |
| RESTAURANT/BAR | 3,628,700 | 3,063,295 | 18.46% | 18,740,913 | 18,610,500 | 0.70% |
| TOTAL REVENUE ($) | $ 5,411,770 | $ 5,085,987 | 6.41% | $ 28,219,453 | $ 29,094,696 | -3.01% |
| **CAR RENTALS REVENUE ($)** | $ 8,484,147 | $ 8,606,017 | -1.42% | $ 39,990,348 | $ 43,295,525 | -7.63% |
| **PARKING LOT** | | | | | | |
| DAILY EXITS | 28,302 | 28,246 | 0.20% | 168,975 | 170,289 | -0.77% |
| PREMIER LOT EXITS | 8,573 | 8,103 | 5.80% | 50,260 | 48,690 | 3.22% |
| HOURLY EXITS | 26,579 | 26,668 | -0.33% | 133,193 | 130,462 | 2.09% |
| ECONOMY EXITS | 11,961 | 9,870 | 21.19% | 65,486 | 60,720 | 7.85% |
| **PARKING LOT REVENUE ($)** | $3,409,868 | $3,019,652 | 12.92% | $19,358,663 | $18,006,511 | 7.51% |
| **TNC ACTIVITY** | | | | | | |
| TNC TRIP COUNT | 137,648 | 125,610 | 9.58% | 798,074 | 735,880 | 8.45% |
| **TOTAL TNC REVENUE ($)** | $485,080 | $464,757 | 4.37% | $2,816,306 | $2,722,756 | 3.44% |
| **BART CONNECTOR RIDERS** | | | | | | |
| TO AIRPORT | 19,821 | 18,190 | 8.97% | 112,562 | 110,884 | 1.51% |
| TO BART | 18,135 | 16,842 | 7.68% | 96,823 | 94,450 | 2.51% |

**ROLLING 12 MONTH PASSENGER TOTALS**

| | | |
|---|---|---|
| JUL 1, 2023 THRU JUN 30, 2024 | | 11,229,355 |
| JUL 1, 2022 THRU JUN 30, 2023 | | 11,567,269 |
| | | -2.92% |

Prepared by Port of Oakland Finance Division