# EXHIBIT 31

**San Francisco Bay Oakland International Airport:**

