# EXHIBIT 32

# San Francisco International Airport:

