Mary C. Richardson (Bar No. 208586)
Port Attorney
mrichrdson@portoakland.com
Kimberly I. McIntyre (Bar No. 184648)
Deputy Port Attorney
kmcintyre@portoakland.com
**PORT OF OAKLAND**
530 Water Street
Oakland, California 94607
Tel: (510) 627-1572 / (510) 627-1205

Eugene M. Pak (Bar No. 168699)
epak@fennemorelaw.com
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928

Stephen C. Willey (Bar No. 209164)
swilley@fennemorelaw.com
Brandi B. Balanda (*Pro Hac Vice*)
bbalanda@fennemorelaw.com
Christopher J. Lindemeier (*Pro Hac Vice*)
clindemeier@fennemorelaw.com
**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Tel: (206) 749-0500 / Fax: (206) 749-0500

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>　　　　　　　　Defendant. | Case No. 3:24-cv-02311-TSH<br><br>**DECLARATION OF CHRISTOPHER LINDEMEIER**<br><br>Date: November 7, 2024<br>Time: 10:00 AM<br>Courtroom: E – 15th Floor<br>Trial Date: (None Set) |

DECLARATION OF CHRISTOPHER LINDEMEIER - 1                                                          CASE NO. 3:24-CV-02311-TSH

CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND),

        Counterclaimant,

v.

CITY AND COUNTY OF SAN FRANCISCO,

        Counterclaim Defendant.

I, Christopher Lindemeier, declare as follows:

1. I am over eighteen years of age and am competent to testify. I make this declaration based on personal knowledge. I am an associate attorney at Fennemore Craig, P.C., counsel for the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners ("Port of Oakland" or "Port"), Defendant and Counterclaimant ("Defendant") in the above-captioned matter.

2. I have reviewed the Declaration of Jessica Williams in Support of Plaintiff's Motion for Preliminary Injunction (ECF 36) and the exhibits appended thereto ("Williams Declaration").

3. Exhibits O through W of the Williams Declaration identify instances of alleged actual confusion, taken from social media posts or online comments, in which consumers have purportedly been confused by San Francisco Bay Oakland International Airport's ("Airport" or "OAK") name, as alleged by Plaintiff and Counterclaim Defendant City and County of San Francisco (the "City").

4. In only <u>two (2)</u> of these instances did the post or comment suggest that actual confusion could have taken place. These two instances are included in the Williams Declaration as: (a) <u>Exhibit O</u>; and (b) the comment on page 4 of <u>Exhibit U</u> (regarding passengers who "don't

speak English very well"). The other instances of alleged confusion proffered by the City did not actually involve confusion and are addressed below.

5. The highlighted comments by a poster named Steve Olsch on August 6, 2024 on the Facebook page for OAK in <u>Exhibit P</u> of the Williams Declaration state his personal opinion that the new name is confusing, not that he was actually confused. The Facebook post states *"OAK is thrilled to announce that, just one month in, Viva Aerobus is expanding service from the Bay Area to Monterrey, Nuevo Leon . . . Now that is how you #FlytheEastBayWay at OAK! . . ."* Mr. Olsch initially commented "SFO/OAK?" and another person (Dina Austin) replies "Steve Olsch it's OAKLAND AIRPORT not SF[.]" Olsch replies to Austin's response by posting: "the renaming of OAK is confusing. I think it's SFO..." When he makes this statement on OAK's Facebook page, he could not be actually confused as Ms. Austin had already clarified "it's OAKLAND AIRPORT[.]"

6. Moreover, twice **before** his August 6, 2024 comments, Mr. Olsch had already been informed that "San Francisco Bay Oakland International Airport" was OAK's new name. On October 8, 2024, I reviewed OAK's Facebook page and found multiple comments by Mr. Olsch. In a comment dated May 17, 2024, about three months before his August 6, 2024 comment, he comments "Is that SFO?" and another person responds: "No, it's Oakland. You've asked that before and have been answered." See excerpt below. The Facebook post that Olsch commented on states: "*New charging outlets installed in Terminal 1! Charge up your devices next time you #FlyTheEastBayWay using these sleek new charging units on our new gate furniture. #iflyoak*." Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of the Facebook post and Mr. Olsch's comments from May 17, 2024, which may be found at the following web address:

https://www.facebook.com/iflyoak/posts/pfbid021egLv8VH2wZX5heVSYYQcwW3Va2gocXoJ8JvpR6DC1iK245Xg81SYSUgrBbDDXG8l



7. Similarly, in a June 26, 2024 post on OAK's same Facebook page stating: "*The first phase of OAK's Terminal Restroom Renovation Program has begun in Terminal 1! Our restrooms will be modernized for improved efficiency and passenger experience …*" Mr. Olsch comments "Good Job SFO!" and is again reminded "This is OAK not SFO[.]" See excerpt below. Attached hereto as **Exhibit 2** is a true and correct copy of the Facebook post and Mr. Olsch's comments from June 26, 2024, which may be found at the following web address: https://www.facebook.com/iflyoak/posts/pfbid0nntAJsmFMmH4vJ71dTgMykQcME2oPUigMYNySBT5LL9iTzD1e2XySAFFjmb9LSbdl

8. Exhibit Q of the Williams Declaration is a comment by a Jen Pilot on a July 19, 2024 post on OAK's same Facebook page in which she inquires if the Airport is "different" from SFO. In response to this question, another commenter replies to her (which reply comment is missing from Exhibit Q to the Williams Declaration) and states that "San Francisco

DECLARATION OF CHRISTOPHER LINDEMEIER - 4

CASE NO. 3:24-CV-02311-TSH

Bay Oakland International Airport known as 'OAK' is closer to UC Berkeley" as it is a 25 minute drive to UC Berkeley rather than the 39 minute drive from SFO.  See excerpt below.  Attached hereto as **Exhibit 3** is a true and correct copy of the July 19, 2024 Facebook post and Ms. Pilot's comments from July 21-22, 2024, which may be found at the following web address:

https://www.facebook.com/iflyoak/posts/pfbid0rzK61rhzXjpxSc6G3qDqMzrM6T3Gnq4VdaTSAD6zCFNzACf1GkmLhvZnY3x82ChQl



9. Exhibit R to the Williams Declaration comprises a handful of Instagram posts, which do not include any statements of confusion or that anyone went to the "wrong" airport. The commenter on the last Instagram post states "San Francisco keeps being San Francisco" below the posted photo showing a sign for a yoga room at SFO (page 6 of Exhibit R). It is unclear why these Instagram posts were tagged with OAK's new name, but they do not constitute instances of actual confusion.

10. The SF Gate article included as Exhibit S to the Williams Declaration either states opinions or repeats the purported instances of confusion already identified in SFO's confusion log in Exhibit A of the Declaration of Chris Birch (ECF 38), which log is discussed in detail in the Port's Opposition brief.

11. The comment in <u>Exhibit T</u> of the Williams Declaration by a "gruber" on the Threads social media platform states the opinion of "gruber" interpreting the actions of another individual whom "gruber" apparently does not know (referring to her as "a woman a few spots behind me" in line). He speculates that the woman's boarding pass, which "gruber" does not indicate he actually read, confused her. There is no indication of any actual confusion caused by the Airport's name.

12. The first highlighted comment on the second page of <u>Exhibit V</u> to the Williams Declaration also does not show confusion caused by the Airport's new name. An account named "n54_ftw" commented on an SF Gate article "Just dealt with this today. Someone i know is flying into town tomorrow for the first time and accidentally went to sfo instead of Oakland." [sic] It is not stated why this unidentified traveler went to SFO instead of OAK. Moreover, if this unnamed traveler is flying into town "tomorrow" then it is not clear how the commenter could know that the traveler already "went" to SFO instead of OAK. This is further discussed in the Port's Opposition brief. The second highlighted comment on the third page of <u>Exhibit V</u> to the Williams Declaration states that the individual was *not* confused. ("Good thing I looked at it carefully before I confirmed my ride …")

13. The Williams Declaration states that <u>Exhibit W</u> consists of comments responding to a Facebook post about the same SF Gate article and that the comments "describe[] situations in which they or their friends and family were directed to the wrong airport by digital assistants and rideshare apps." But this is not the case. The first commenter does not state that she was directed by any digital assistant or rideshare app to any airport, or that the commenter booked a flight to or from the wrong airport. The second commenter discusses trying to look for flights on Google (not a digital assistant or rideshare app) and that "Google was popping out flights from SFO and Oakland" so the commenter "looked closely before booking[,]" thereby indicating that the commenter was <u>not</u> confused at the time of purchasing a ticket. While the third commenter states that she was at the "Oakland Airport 2 days ago and was confused by the name too" she does not indicate that the new name confused her such that she went to the wrong airport. And

she does not state that she used a digital assistant or rideshare app. The fourth and final commenter states that her sister left Sonoma and asked digital assistant Siri for directions to the San Francisco airport and that "it started taking her to Oakland[,]" but the specific words or query spoken to Siri are not identified, and the statement itself suggests that the <u>sister</u> was not actually confused and did not go to OAK.

14. On October 8, 2024, I asked the Siri application on my iPhone to "give me directions to the San Francisco airport from Sonoma." Siri then gave me directions to the "San Francisco International Airport[.]" Siri did <u>not</u> give the option of "San Francisco Bay Oakland International Airport."

15. I have reviewed the Declaration of Tiffany Yamasaki in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction and Exhibits 22 through 26 appended thereto ("Yamasaki Declaration"). Based on the SFO Comparative Traffic Reports comprising Exhibits 22 through 26 of the Yamasaki Declaration, the total number of passengers enplaned and deplaned at SFO during the following months is as follows:

| | |
|---|---|
| September 2023: | 4,317,296 |
| May 2024: | 4,498,408 |
| June 2024: | 4,647,504 |
| July 2024: | 4,980,094 |
| August 2024: | 4,851,557 |

16. As of the date of this declaration, SFO's Comparative Traffic Report for September 2024 has not yet been posted. Accordingly, in my calculations herein, I rely on SFO's September 2023 Comparative Traffic Report to estimate the total number of enplaned and deplaned passengers at SFO during September 2024.

17. While OAK's new name became effective on May 9, 2024, in my calculations herein I have cut in half the total number of passengers enplaned and deplaned at SFO during May 2024 to provide a conservative estimate (i.e., erring on the lower side) of the total number

of passengers enplaned and deplaned at SFO from May 9, 2024 through May 31, 2024, amounting to 2,249,204 passengers.

18. The sum of the number of passengers enplaned and deplaned at SFO during June, July, and August 2024 is 14,479,155. Combined with the estimated total number of passengers enplaned and deplaned at SFO from May 9, 2024 through May 31, 2024 (2,249,204) and during September 2023 (4,317,296), the estimated total number of passengers enplaned and deplaned at SFO from the point of OAK's name change through September 30, 2024 equals 21,045,655.

19. This means that the two (2) alleged instances of actual confusion proffered by the City constitutes 0.0000095% of the estimated total number of passengers enplaned and deplaned at SFO from the point of OAK's name change through September 30, 2024.

20. Assuming *arguendo* that the City's confusion log is reliable evidence of actual confusion, the number of instances of actual confusion increases to seventeen (17), which constitutes 0.0000808% of the estimated total number of passengers enplaned and deplaned at SFO from the point of OAK's name change through September 30, 2024.

21. Attached hereto as **Exhibit 4** is a true and correct copy of an SFO press release titled "SFO Applauds New United Airlines Service to Belize", dated June 28, 2024, which may be found at the following web address:

https://www.flysfo.com/about/media/press-releases/sfo-applauds-new-united-airlines-service-belize

22. Attached hereto as **Exhibit 5** is a true and correct copy of an SFO press release titled "SFO Celebrates Alaska Airlines Announcement of Nonstop Service to Costa Rica", dated July 10, 2024, which may be found at the following web address:

https://www.flysfo.com/about/media/press-releases/sfo-celebrates-alaska-airlines-announcement-nonstop-service-costa-rica

23. Attached hereto as **Exhibit 6** is a true and correct copy of an SFO press release titled "SFO Celebrates New Frontier Airlines Service to Palm Springs and Vail", dated October 1, 2024, which may be found at the following web address:

https://www.flysfo.com/about/media/press-releases/sfo-celebrates-new-frontier-airlines-service-palm-springs-and-vail

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of October, 2024 at Seattle, Washington.

By: *s/ Christopher Lindemeier*
Christopher Lindemeier
Fennemore Craig, P.C.
1425 4th Ave., Suite 800
Seattle, WA 98101
Email: clindemeier@fennemorelaw.com