# EXHIBIT 1



