# EXHIBIT 3





**Jen Pilot**
Hi, I have a travel question. Is this Airport different from "San Francisco International Airport?" Trying to book a flight in closer to UC Berkley from L.A. but only the above comes up. Grateful any guidance. Cheers. (I'm in Australia)

11w  Like  Reply



**Sal Godoy**
Jen Pilot yes, San Francisco Bay Oakland International Airport known as "OAK" is closer to UC Berkeley and that is a 25 minute drive. At SFO that is a 39 minute drive. So OAK is the closet airport and you don't need to cross two bridges to head to Berkeley like SFO. If you need to take public transportation from OAK to UC Berkeley, take BART using the people-mover system just in front of Terminal 1 at OAK. You get to your destination much quicker using this airport. OAK is easier and convenient when you want to get out of the airport fast to get to your destination. Including less fog delays unlike SFO. OAK is your choice.

11w  Like  Reply  Edited



**Jen Pilot**
**Sal Godoy** thank you. Excellent clarity & advice. Have a lovely day. Cheers.🌺

11w  Like  Reply