# EXHIBIT 4

Immediate Release

# SFO Applauds New United Airlines Service to Belize

> This content has not been updated in more than 90 days and may be outdated. Last edited: July 2nd, 2024.

📅 **June 28, 2024**   San Francisco                    

SF-24-25

## SFO Applauds New United Airlines Service to Belize

*Largest airline at SFO to launch seasonal service to Belize City*



**SAN FRANCISCO** – June 28, 2024 – The San Francisco International Airport (SFO) celebrated an announcement today from the Belize Tourism Board detailing plans for United Airlines to launch seasonal nonstop service from SFO to Belize City, Belize starting December 21, 2024. The Airport's largest airline plans to offer one flight per week using Boeing 737 aircraft.

"We are excited to welcome nonstop United Airlines flights from SFO to Belize," said Airport Director Ivar C. Satero. "For Bay Area travelers seeking a warm-weather getaway this winter, United's new service will be a welcome addition to their wide range of destinations from SFO. We thank United for their commitment to SFO and are confident this new service will be a success."

## About San Francisco International Airport

SFO is committed to providing an extraordinary airport experience, with seamless access, thoughtful amenities, sustainable design and inspiring artwork and exhibits.

For up-to-the-minute departure and arrival information, airport maps and details on shopping, dining, cultural exhibitions, ground transportation and more, visit www.flysfo.com. Follow us on x.com/flysfo and facebook.com/flysfo.

Contact the Public Information Officer

# Doug Yakel

Public Information Officer

External Affairs Office

San Francisco International Airport

650.821.4000     Doug.Yakel@flysfo.com

**Sign Up to Receive Press Releases**

| Name | Email |
|------|-------|

Subscribe