# EXHIBIT 5

Immediate Release

# SFO Celebrates Alaska Airlines Announcement of Nonstop Service to Costa Rica

**This content has not been updated in more than 90 days and may be outdated. Last edited: July 10th, 2024.**

July 10, 2024    San Francisco 

## SFO Celebrates Alaska Airlines Announcement of Nonstop Service to Costa Rica

*Airline plans to launch nonstop flights to Liberia in December 2024*



**SAN FRANCISCO** – July 10, 2024 – The San Francisco International Airport (SFO) celebrated an announcement today from Alaska Airlines detailing plans to launch seasonal nonstop service from SFO to Liberia, Costa Rica starting December 21, 2024. Alaska plans to offer one flight per week to Daniel Oduber Quirós International Airport during the winter season using Boeing 737 aircraft.

"We are very excited to welcome nonstop Alaska Airlines flights from SFO to Costa Rica this December," said Airport Director Ivar C. Satero. "With this new service, Alaska is giving Bay Area travelers seamless access to a fantastic new warm-weather destination. We thank Alaska for their continued commitment to SFO and are confident this seasonal service will be a great success."

"We look forward to welcoming our guests onboard this winter on our new nonstop flight from San Francisco to Liberia, one of the most beautiful and vibrant destinations in Central America. This exciting new addition provides our guests with convenient connection to a destination we began flying to in 2015, and soon we'll connect even more West Coast guests with Costa Rica's Gold Coast when our service from SFO begins in December," said Kirsten Amrine, vice president of network planning and revenue management at Alaska Airlines. "Our guests can already begin taking advantage of an enhanced and premium travel experience when flying

Alaska from SFO with our new location at Harvey Milk Terminal 1, which provides modern and innovative touches from the moment they step foot into our lobby."

With Alaska's nonstop service to Liberia from SFO, the airline is reaffirming its position as the largest U.S. carrier between the West Coast and Latin America.

As of June 19th, 2024, Alaska Airlines operates all SFO flights from Harvey Milk Terminal 1.

## About San Francisco International Airport

SFO is committed to providing an extraordinary airport experience, with seamless access, thoughtful amenities, sustainable design and inspiring artwork and exhibits.

For up-to-the-minute departure and arrival information, airport maps and details on shopping, dining, cultural exhibitions, ground transportation and more, visit www.flysfo.com. Follow us on x.com/flysfo and facebook.com/flysfo

Contact the Public Information Officer

### Doug Yakel

Public Information Officer

External Affairs Office

San Francisco International Airport

650.821.4000    Doug.Yakel@flysfo.com

**Sign Up to Receive Press Releases**

Name        Email

Subscribe