# EXHIBIT 6

Immediate Release

# SFO Celebrates New Frontier Airlines Service to Palm Springs and Vail

📅 **October 01, 2024**     San Francisco 



## SFO Celebrates New Frontier Airlines Service to Palm Springs and Vail

### *Airline plans to add new nonstops in December 2024*

**SAN FRANCISCO** – October 1, 2024 – The San Francisco International Airport (SFO) celebrated an announcement today from Frontier Airlines detailing plans to launch new nonstop

flights from SFO to Palm Springs and Vail, Colorado in December 2024. Effective December 12th, Frontier will launch three flights per week to Palm Springs, operating on Tuesdays, Thursdays, and Sundays. On December 21st, Frontier will launch one flight per week, on Saturdays, to Vail, Colorado. All flights will operate using Airbus A320 aircraft. "We are very excited to welcome Frontier Airlines' new nonstop flights from SFO to Palm Springs and Vail this December," said Airport Director Ivar C. Satero. "With this new service, Frontier is giving Bay Area travelers fantastic new options for sun or snow this holiday season. We thank Frontier for their continued commitment to SFO and are confident this seasonal service will be a great success."

## About San Francisco International Airport

SFO is committed to providing an extraordinary airport experience, with seamless access, thoughtful amenities, sustainable design and inspiring artwork and exhibits. For up-to-the-minute departure and arrival information, airport maps and details on shopping, dining, cultural exhibitions, ground transportation and more, visit flysfo.com. Follow us on x.com/flysfo and facebook.com/flysfo.

Contact the Public Information Officer

### Doug Yakel

Public Information Officer

External Affairs Office

San Francisco International Airport

650.821.4000     Doug.Yakel@flysfo.com

**Sign Up to Receive Press Releases**

| Name | Email |
|------|-------|

Subscribe