# EXHIBIT 1

# CAROL A. SCOTT

Anderson Graduate School of Management
University of California                          1834 Park Blvd.
Los Angeles, California 90024                     Palo Alto, CA  94306
(310)  825-4458                                   (650) 473-9297
(310)  206-2019 (fax)                             (650) 473-9298 (fax)

## EDUCATION

| | |
|---|---|
| Ph. D. | Northwestern University, June 1975<br>    Major Field:  Marketing<br>    Minor Field: Social Psychology |
| M.S. | Northwestern University, August 1972<br>    Major:  Management |
| B.S. | University of Texas at Austin, December 1970<br>    Major: Business and history education<br>    Graduated with highest honors |

## TEACHING EXPERIENCE

**1977 - present**  **University of California, Los Angeles**
| | |
|---|---|
| 2011- | Professor Emeritus of Marketing |
| 1989-2011 | Professor of Marketing |
| 1980-89 | Associate Professor of Marketing |
| 1979-80 | Acting Associate Professor of Marketing |
| 1978-79 | Assistant Professor of Marketing |
| 1977-78 | Visiting Assistant Professor of Marketing<br>(on leave from The Ohio State University) |

**2009**  **Stanford University**
Visiting Professor of Marketing

**1985 - 1986**  **Harvard Business School**
Visiting Associate Professor, Business Administration

**1974 - 1978**  **The Ohio State University**
Assistant Professor of Marketing

**ACADEMIC ADMINISTRATIVE EXPERIENCE**

1990 - 94    Chairman of the Faculty, Department (School) of Management
Responsible for all matters pertaining to the approximately
100 faculty FTE in the Anderson Graduate School of Management,
a single department school, including: recruiting, retention,
promotions, salary adjustments, scheduling and staffing of courses,
and student and peer evaluation of teaching. Manage budget and
process all appointments for temporary faculty.

1987 - 91    Associate Dean, Academic Affairs
1993 - 94    Act for the dean in his absence. Responsible for all academic
degree programs and support services including: full-time, Fully
Employed and Executive MBA Programs, Ph.D. and M.S.
Programs, Management Communications Program, Management
Field Studies Office, Computing Services Center, and all
interdisciplinary study centers (e.g., Entrepreneurial Studies
Center, Finance and Real Estate, International Business, etc.).

1986 - 87    Assistant Dean, MBA Curriculum & Policy
Responsible for all academic policies pertaining to the full-time
MBA Program. Coordinated a review of this program which
resulted in revised core curriculum; implemented computerized
bidding system for course enrollment.

**JOURNAL ARTICLES PUBLISHED**

Robert A. Hansen and Carol A. Scott. Comments on attribution theory and advertiser
credibility. *Journal of Marketing Research*, *13*, May 1976.

Carol A. Scott. Effects of trial and incentives on repeat purchase behavior. *Journal of
Marketing Research*, *13*, August 1976.

Carol A. Scott. Modifying socially-conscious behavior: The foot-in-the-door technique.
*Journal of Consumer Research*, *4*, December 1977.

Carol A. Scott and Richard F. Yalch. A test of the self-perception explanation of the
effects of rewards on intrinsic interest. *Journal of Experimental Social
Psychology*, *14*, January, 1978.

Carol A. Scott and Richard F. Yalch. Consumer response to initial product trial: A
Bayesian analysis. *Journal of Consumer Research*, *7*, June 1980.

Alice M. Tybout and Carol A. Scott. Availability of well-defined internal knowledge and the attitude formation process: Information aggregation versus self-perception. *Journal of Personality and Social Psychology*, *44*, March 1983.

Deborah Roedder John, Carol A. Scott, and James R. Bettman. Sampling data for covariation assessment: The effect of prior beliefs on search patterns. *Journal of Consumer Research*, *13*, June 1986.

James R. Bettman, Deborah Roedder John, and Carol A. Scott. Covariation assessment by consumers. *Journal of Consumer Research, 13*, December, 1986.

James R. Bettman, Elizabeth H. Creyer, Deborah Roedder John, and Carol A. Scott. Covariation assessment in rank order data. *Behavioral Decision Making*, *1*, October-December, 1988, 239-254.

Aimee Drolet, Loraine Lau-Gesk, and Carol A. Scott. The Influence of Aging on Preferences for Sequences of Mixed Affective Events. *Journal of Behavioral Decision Making*, forthcoming.

Li Jiang, Aimee Drolet, and Carol A. Scott. Countering Embarrassment-Avoidance by Taking an Observer's Perspective. *Motivation and Emotion*, forthcoming.


## REPORTS, PRESENTATIONS, CHAPTERS IN BOOKS

Carol A. Scott, Decade of the Executive Woman, New York: Korn/Ferry, International, 1993.

Vicky L. Crittenden, Carol A. Scott, and Rowland T. Moriarty. The effects of prior product experience on organizational buying behavior. In Paul Anderson and Melanie Wallendorf eds.) *Advances In Consumer Research*, vol. 14, 1986.

James R. Bettman, Deborah Roedder, and Carol A. Scott. Consumers' assessment of covariation. In T. Kinnear (ed.), *Advances In Consumer Research*, vol. 11, 1983.

Carol A. Scott and Alice M. Tybout. Some indirect effects of case vs. base rate data on information processing strategies. In R. Bagozzi and A. M. Tybout (eds.), *Advances in Consumer Research*, 10, Association for Consumer Research, 1982. (Abstract).

Carol A. Scott. On using attribution theory to understand advertising effects. In A. Mitchell (ed), *Advances in Consumer Research*, 9, Association for Consumer Research, 1981.

Carol A. Scott and Alice M. Tybout. Theoretical perspectives on the impact of negative information: Does valence matter? Abstract published in K. Monroe (ed.), *Advances in Consumer Research*, 8, Association for Consumer Research, 1980

Carol A. Scott. Consumer satisfaction: Perspectives from self-perception theory. Paper presented at the American Psychological Association conference, Montreal, Canada, September, 1980.

Carol A. Scott. Forming beliefs from experience: Evidence from self-perception theory. In H. H. Kassarjian and T. S. Robertson (eds.), ***Perspectives In Consumer Behavior***, 3rd edition, Scott, Foresman, 1981.

Alice M. Tybout and Carol A. Scott. Extending the self-perception explanation: The effect of cue salience on behavior. In W. L. Wilkie (ed.), ***Advances in Consumer Research***, 6, Association for Consumer Research, 1979.

Carol A. Scott. Attribution theory in consumer research: Scope, issues, and contributions. Proceedings, American Marketing Association Fall Educators' Conference, S. Jain (ed.), 1978.

Carol A. Scott. The role of self-perception processes in consumer behavior: Interpreting one's own experiences. In Keith Hunt (ed.), ***Advances in Consumer Research***, 5, Association for Consumer Research.

Robert A. Hansen and Carol A Scott. Alternative approaches to assessing the quality of self-report data. In Keith Hunt (ed.), ***Advances in Consumer Research***, 5, Association for Consumer Research, 1978.

Robert A. Hansen and Carol A. Scott. Improving the representativeness of survey research: Some issues and unanswered questions. Proceedings, American Marketing Association Fall Educators' Conference, 1977.

Richard F. Yalch and Carol A. Scott. Effect of initial trial of a new product on attitude-behavior consistency. In W. D. Perreault, Jr. (ed.), ***Advances in Consumer Research***, 4,   Association for Consumer Research, 1977.

Carol A. Scott, Researching the broadened concept of consumer behavior. In G. Zaltman and B. Sternthal (eds.), ***Broadening the Concept of Consumer Behavior***. Association for Consumer Research monograph, 1975.

Brian Sternthal, Carol A. Scott, and Ruby Roy. Self-perception as a means of personal influence: The foot-in-the-door technique. In B. Anderson (ed.), ***Advances in Consumer Research***, 3, Association for Consumer Research, 1975.

Carol A. Scott. Hendley distributors. Consumer behavior research case in Gerald Zaltman, Philip C. Burger, and Randall L. Schultz, ***Cases in Marketing Research***, New York: Dryden Press, 1975.

**AWARDS**

1984        Outstanding Teacher of the Year, presented by MBA students at the
            Graduate School of Management, UCLA.


**GRANTS RECEIVED (non-university)**

New Roles for Corporate Communications. Grant received from the Marketing Science
        Institute (with James R. Bettman, Richard J. Lutz, and Barton A. Weitz),
        December 1980 - May 1981.


**SELECTED PROFESSIONAL ACTIVITIES**

Academic Advisory Council, Marketing Science Institute, 1987 to 1990

Editorial Boards:
        Journal of Marketing Research, December 1975 to July 1985
        Journal of Marketing, July 1978 to July 1986; January 1991 - August 1993
        Journal of Consumer Research, December 1980 -

Occasional reviewer, Journal of Personality and Social Psychology and Journal of
        Applied Psychology

Distinguished lecturer at University of Pennsylvania (1978), University of Washington
        (1979), University of Florida (1979), Berkeley/Stanford (1980), University of
        California, Santa Barbara (1982)

AMA Doctoral Dissertation Competition chairperson, 1985

Treasurer, Association for Consumer Research, 1980-81

Resident Faculty Member, American Marketing Association Doctoral Consortium,
        1979, 1980, 1983. Consortium speaker 1984, 1985, 1986

Program Committee, 1979 Annual Conference, Association for Consumer
        Research, Prof. Jerry Olson, chairman


**Consulting projects** for a number of profit, not-for-profit, and governmental
organizations in Ohio and California. Assignments have included strategic marketing
audits, development of strategic marketing plans, advertising planning consultation,
marketing research analysis and interpretation, and expert witness testimony preparation.
Member of the board of directors, Petco, Inc. (1989-1991), Sizzler International (1993-
1999), A-Fem Medical (1995-2003), Classmates Media (2007-2010), and United Online,

Inc. (2003-2016).  Co-founder of Crossfield Associates, LLC, a firm that provides expert marketing analysis for litigation as well as marketing strategy and research consulting services.


## PROFESSIONAL MEMBERSHIPS

Association for Consumer Research


## COURSES TAUGHT

Undergraduate (primarily at The Ohio State University)
        Consumer Behavior; Advertising
Masters' (primarily at UCLA)
        Consumer Behavior; Introductory Marketing; Advanced Marketing Management;
        Management of Distribution Channels; Global Marketing Management; Market
        Assessment; Marketing Strategy and Policy (Executive MBA Program)
Ph.D. (UCLA, Harvard, and Ohio State)
        Consumer Behavior Theory and Research
        Attribution Theory Research in Marketing
        Doctoral research paper supervision


## THESIS ADVISING

Chair, Ph.D. Thesis Committee 6 students
Member, Ph.D. Thesis Committee - 9 students
Member, Masters Examining Committee (Ohio State) - 3 students


## RECENT COMMITTEE ASSIGNMENTS (UCLA only)

Task Force on Women at Anderson, 2001 –
University Committee on Research, 1999-2001
    Chair, Faculty Grants Program
Dean Search Committee, 1997-1999
Executive Education Advisory Committee 1997 – 1999
MBA Admissions Committee 1997-99
Academic Staffing Committee 1997-98
Faculty Executive Committee, 1993 - 1997
Professional Educational Task Force (University), 1993-94
UCLA Child Care Services Advisory Board, 1990 - present; Chair, 1991 - 1993