# EXHIBIT 4

Google Flights, Captured May 28, 2024



Google Flights, Captured October 7, 2024

