# EXHIBIT 5

Alaska Airlines Website



Allegiant Airlines Website



Delta Airlines Website



Hawaiian Airlines Website



Accessed Oct. 4, 2024

4

Southwest Airlines Website



Accessed Oct. 4, 2024

5

Spirit Airlines Website



Sun Country Airlines Website

