UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No. 24-cv-02311-TSH <br><br> **ORDER RE CHAMBERS COPIES** <br><br> Re: Dkt. No. 44 |

In ECF No. 44, the Court ordered the parties to submit chambers copies for all subsequent filings related to Plaintiff's motion for a preliminary injunction. However, it appears that the City of Oakland did not submit chambers copies of its opposition. Accordingly, the Court orders the City of Oakland to do so.

**IT IS SO ORDERED.**

Dated: October 16, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge