BOBBY GHAJAR (198719)
JUDD LAUTER (290945)
COOLEY LLP
3 Embarcadero, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
Email: bghajar@cooley.com
       jlauter@cooley.com

DAVID CHIU (189542)
City Attorney
JESSE SMITH (122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (173594)
Chief Deputy City Attorney
JULIE VEIT (209207)
CHRISTOPHER STUART (262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4700
Facsimile:    (415) 554-4757
Email: Cityattorney@sfcityatty.org
       Jesse.Smith@sfcityatty.org
       Yvonne.Mere@sfcityatty.org
       Julie.Veit@sfcityatty.org
       Christopher.Stuart@sfcityatty.org

Attorneys for Plaintiff and Counterclaim Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-CV-02311-TSH<br><br>**SECOND DECLARATION OF CHARLES SCHULER IN SUPPORT OF THE CITY'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Charles Schuler, declare as follows:

1. I am the Director, Marketing & Communications, External Affairs at San Francisco International Airport ("SFO"). I submit this declaration in connection with the City and County of San Francisco's Reply Brief In Support Of Plaintiff City And County Of San Francisco's Motion For Preliminary Injunction Enjoining Defendants. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. I have a Master of Tourism Administration degree from George Washington University and have worked for most of my career in the air travel industry.

3. I have been Director, Marketing & Communications, External Affairs for SFO for nearly fourteen years. Prior to that, I was a sales manager with Emirates Airline for one year, the Director, Strategy, Business Development & Planning – The Americas for Air New Zealand for five years and seven months, and had various roles and responsibilities for United Airlines, including sales, revenue management, and network planning during my nearly nine year tenure there. In total, I have nearly 30 years of experience working in the industry.

4. From my years of experience working within the industry, and in particular in marketing roles, I am knowledgeable about how air travel and airports are marketed and promoted to build brand awareness, as well as how air travelers respond to marketing.

5. I have reviewed the Port of Oakland's (the "Port") Opposition to Plaintiff's Motion for Preliminary Injunction, including the supporting declarations. Many statements made by the Port and its declarants about the Port's marketing under the SAN FRANCISCO BAY OAKLAND INTERNATIONAL AIRPORT trademark are misleading.

6. Dr. Sabine Reim describes herself as specializing in "network strategies and route development." From an airport perspective, these are common industry terms that refer to the ability to attract new airlines, new cities served and increase airline capacity on existing routes. In general, work in this area is usually part of an airport's proposal to airlines, and not directly related to consumer marketing or consumer behavior. From my experience, once an airline decides to operate a route, the consumer-facing promotional activations are usually handed from network

planning to the respective sales and marketing teams of the airline, airport, and tourism partners.

7. I concur with Dr. Reim that the vast majority of airfare bookings occur online. And therefore how you are displayed online is important.

8. Based on data that I have reviewed, most travelers who purchase airfare online use OTAs as a resource. While some airline websites do not display airport names in their entireties, or only inconsistently do so, many of the most popular OTA sites (e.g. booking.com, priceline.com, and trip.com) display airport names in their entireties within search results. This is just one of the many ways that consumers encounter airport names outside of the context of airline websites prior to purchasing airfare.

9. Based on my years of experience in marketing within the air travel industry, travelers also become familiar with airport names prior to making purchases by encountering them in advertising and other media such as news articles, and this background can inform traveler's impressions of an airport. At SFO, we actively promote our airport's name, at times without an IATA code, through advertising campaigns to raise brand awareness and highlight the benefits of choosing us. These benefits include a wide range of destinations, a diverse selection of airlines, convenience, top-tier services and amenities, local job opportunities, and our commitment to sustainability initiatives. We would not do this if we did not believe that it has an impact on travelers.

10. As an example, we have been running audio advertisements for SFO on KQED, a local radio station. These advertisements refer to "San Francisco International Airport" and do not mention our IATA code. Notably, the Port runs similar advertisements on KQED. In each of the recordings, the Port refers to its airport as SAN FRANCISCO BAY OAKLAND INTERNATIONAL AIRPORT without any reference to the airport's IATA code. A true and correct screenshot from tveyes.com, a media monitoring tool, is attached hereto as **Exhibit A**. This screenshot displays relevant excerpts from the transcript of the Port's advertisements.

11. Dr. Reim states that an airport's name "can be a useful tool for creating general awareness of the airport's geographic location or of the area's ties to notable or accomplished individuals." While this may be true, it is not the only, or even most important, role that airport

1  names play.  Our airport's name, SAN FRANCISCO INTERNATIONAL AIRPORT, is a brand.
2  Like any other brand, it embodies the goodwill that consumers associate with the services that we
3  provide.

4      12.    I have also reviewed the declarations of Jennifer Birdie and Piotr Rolek.  In their
5  declarations they describe how searches for destinations on the websites for Southwest Airlines and
6  Spirit Airlines do not display the full legal names of airports.  For example, on the Southwest
7  website, a search returns both the Oakland airport and SFO under the heading "San Francisco Area
8  Airports," while a search on Spirit, which does not have any routes at SFO, returns only "Oakland,
9  CA / San Francisco, CA AREA."  The Port suggest that because location is displayed on these
10 websites, rather than the airport name, that this lessens the risk of travelers being confused about
11 the relationship between the Oakland and San Francisco airports.  Based on my years of experience
12 in marketing within the industry, and in particular with respect to airport marketing, I strongly
13 disagree.  Because the airport names are not displayed on these websites, it is all the more
14 significant how airport names are displayed to travelers in other contexts.  Moreover, airport names
15 often correspond to city names, and typically an airport named after a city is owned and operated
16 by that city.  That is the case for SFO and, previously, the Port, but also for the airports in Chicago,
17 New York, Dallas, and so on.

18     13.    With the foregoing in mind, the search results on the Southwest and Spirit websites,
19 both of which feature references to "San Francisco," may only reinforce that there is a connection
20 between SFO and the Oakland airport that does not exist.  This is particularly true for the many
21 travelers unfamiliar with the region's different airports, their locations, and the distinct sources of
22 their operations.

Executed on this 22ⁿᵈ day of October, 2024 at San Francisco, California.

_____
Charles Schuler