# EXHIBIT A

OUTBOUND ADVERTISING – KQED

Support for KQED comes from San Francisco Bay Oakland International Airport offering 47 destinations across the USA, Hawaii and Mexico. Iflyoak.com



KQED-FM (Radio) at 10/15/2024 11:30:02 AM
Tuesday, October 15, 2024
KQED-FM (Radio)
San Francisco, CA

**11:33:21 AM** that about 500 store closures will happen in its current fiscal year and should immediately help adjusted earnings and free up the cash flow. You're listening to here and now. Support for Kikid comes from San Francisco Bay Oakland International Airport, offering service to 47 destinations across the USA, Hawaii and Mexico. I flyoak.Comxfinity mobile customers can connect to wi-fi speeds up to a gig in millions of locations nationwide restrictions apply Xfinity Internet required actual wi-fi speeds vary, not



KQED-FM (Radio) at 10/14/2024 11:30:01 PM
Monday, October 14, 2024
KQED-FM (Radio)
San Francisco, CA

**11:30:01 PM** San Francisco Bay, Oakland International airport, offering service to 47 destinations across the usa hawaii and mexico i fly a.com it's 11 30 hello with newsday from the bbc world service with victoria wounda and roba israel's ongoing offensive in northern gaza is threatening the tens of thousands of people living there in chad weeks of heavy rain have caused extensive flooding with more than 5 500 people dead senegal has a tive year economic plan to deliver what they called a diversified and resilient economy but first this news with the bbc

# INBOUND ADVERTISING – NPR's Snap Judgement



**WDDE 91.1 FM (Radio) at 10/14/2024 8:05:03 PM**
Monday, October 14, 2024
WDDE 91.1 FM (Radio)
Philadelphia, PA

**8:07:03 PM** Mrs Kathleen Carlson, who adopted snap judgment. Do you have a favorite program you'd like to adopt? Call us at 3000 200,702 12 or visit Delaware public org support for snap judgment comes from San Francisco Bay, **Oakland International Airport,** offering service to 47 destinations across the USA, Hawaii and Mexico. I fly A.COM. this show is supported by progressive insurance looking for a career you'll love with flexibility great pay and benefits and one of the country's top workplaces come join our



**90.7 WMFE at 10/14/2024 7:05:03 PM**
Monday, October 14, 2024
90.7 WMFE
Orlando, FL

**7:06:59 PM** solution for businesses of all sizes to attract interview and hire candidates all from one platform. Learn more at indeed.com /NPR. Support for snap judgment comes from San Francisco Bay, **Oakland International Airport,** offering service to 47 destinations across the U, Sa, Hawaii, in Mexico, I fly a.com. this show is supported by progressive insurance looking for a career you'll love with flexibility great pay and benefits and one of the country's top workplaces come join our growing team go to progressive coom



**National Public Radio at 10/13/2024 9:05:02 PM**
Sunday, October 13, 2024
National Public Radio
U.S. Cable

**9:07:12 PM** private corporation funded by the American people, and the John s and James l. Knight Foundation helping NPR advance journalistic excellence in the digital age. Support for snap judgment comes from San Francisco Bay **Oakland International airport,** offering service to 47 destinations across the USA, Hawaii and Mexico. I fly oak com. This show is supported by progressive insurance, looking for a career you'll love with flexibility, great pay and benefits, and one of the country's top workplaces come join our growing



**KPCC-FM (Radio) at 10/13/2024 5:05:02 PM**
Sunday, October 13, 2024
KPCC-FM (Radio)
Los Angeles, CA

**5:06:34 PM** Other contributors include the Walton family Foundation, working to create access to opportunity for people and communities by tackling tough social and environmental problems. More information is at Walton family Foundation Dot Org. Support for snap judgment comes from San Francisco Bay **Oakland International Airport,** offering service to 47 destinations across the U. Sa, Hawaii, in Mexico, I fly. A.com. This show is supported by progressive insurance looking for a career you'll love with flexibility, great pay and benefits, and one of the country's top



**KJZZ 91.5 at 10/13/2024 5:05:02 PM**
Sunday, October 13, 2024
KJZZ 91.5
Phoenix, AZ

**5:06:14 PM** KJZZ. Support for snap judgment comes from San Francisco Bay **Oakland International airport,** offering service to 47 destinations across the USA, Hawaii and Mexico. I fly ok com. This show is supported by progressive insurance looking for a career you'll love with flexibility, great pay and benefits, and one of the country's top workplaces come join our growing team, go to progressive COOM, /careers and apply online today snap studio. So I'm just walking down the street minding my own business, bright, sunny day. I feel something hit me



### WVXU at 10/13/2024 5:05:03 PM
Sunday, October 13, 2024
WVXU
Cincinnati, OH

Add to Report ☐

**5:07:10 PM** for NPR comes from NPR stations. Other contributors include Corporation for public Broadcasting, a private corporation funded by the American people, and the John s and James L. Knight Foundation helping NPR advance journalistic excellence in the digital age. Support for snap judgment comes from San Francisco Bay *Oakland International airport,* offering service to 47 destinations across the USA, Hawaii in Mexico I fly a.com. this show is supported by progressive insurance looking for a career you'll love with flexibility



### KUOW-FM (Radio) at 10/13/2024 2:05:02 PM
Sunday, October 13, 2024
KUOW-FM (Radio)
Seattle, WA

Add to Report ☐

**2:06:24 PM** judgment comes from San Francisco Bay, *Oakland International Airport,* offering service to 47 destinations across the USA, Hawaii and Mexico. I fly ok com. This show is supported by progressive insurance looking for a career you'll love with flexibility, great pay and benefits, and one of the country's top workplaces come join our growing team, go to progressive do.comslash careers and apply online. Today snaps the I'm just walking down the street minding my own business, bright, sunny day. Then I feel something hit me on



### Capital Public Radio at 10/13/2024 1:06:00 PM
Sunday, October 13, 2024
Capital Public Radio
Sacramento, CA

Add to Report ☐

**1:07:17 PM** from San Francisco Bay *Oakland International airport,* offering service to 47 destinations across the USA, Hawaii and Mexico. I fly a.com. this show is supported by progressive insurance looking for a career you'll love with flexibility great pay and benefits and one of the country's top workplaces come join our growing team go to progressive coom /careers and apply online today snap studio so i'm just walking down the street minding my own business bright sunny day and i feel something hit me on the back of a head