BOBBY GHAJAR (198719)
JOHN HEMANN (165823)
JUDD LAUTER (290945)
COOLEY LLP
3 Embarcardero, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
Email: bghajar@cooley.com
        jhemann@cooley.com
        jlauter@cooley.com

DAVID CHIU (189542)
City Attorney
JESSE SMITH (122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (173594)
Chief Deputy City Attorney
JULIE VEIT (209207)
CHRISTOPHER STUART (262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4700
Facsimile:    (415) 554-4757
Email: Cityattorney@sfcityatty.org
        Jesse.Smith@sfcityatty.org
        Yvonne.Mere@sfcityatty.org
        Julie.Veit@sfcityatty.org
        Christopher.Stuart@sfcityatty.org

Attorneys for Plaintiff and Counterclaim Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-CV-02311-TSH<br><br>**SECOND DECLARATION OF CHRIS BIRCH IN SUPPORT OF THE CITY'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Christopher Birch, declare as follows:

1.    I am the Director, Guest Experience at San Francisco International Airport ("SFO"). I submit this declaration in connection with the City and County of San Francisco's Reply Brief In Support Of Plaintiff City And County Of San Francisco's Motion For Preliminary Injunction Enjoining Defendants. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2.    As discussed in my prior declaration, SFO has begun keeping a log of individuals who have mistakenly shown up at SFO intending to depart from Oakland.

3.    In the weeks since the City filed its motion for preliminary injunction, this has continued to occur, and 3 additional incidents have been logged. Attached hereto as **Exhibit A** is a true and correct copy of the updated daily operation log that we have been maintaining of these incidents.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on this 21ˢᵗ day of October 2024 at San Francisco, California.


Christopher Birch

COOLEY LLP
ATTORNEYS AT LAW

C. BIRCH DECLARATION
CASE NO.: 3:24-CV-02311-TSH