# EXHIBIT A

# SFO INFORMATION DESK - DAILY OPERATION LOG

| | **New OAK Aiport name caused confusion** | | | |
|---|---|---|---|---|
| | *Date* | *Passenger Name* | *Contact Information (phone or email)* | *Comments (Flight #; Destination;Departure Time)* |
| 1 | 6/18/2024 | Unknown | None | Spirit Airlnes - OAK/ONT |
| 2 | 6/18/2024 | Michelle R▮ | (209) 616▮ | Volaris Airlines |
| 3 | 6/18/2024 | Venancio G▮ | (209) 509▮ | Confirm# Y47793 / Dest: MLM/ ETD: 5:30PM |
| 4 | 6/24/2024 | Maria Joe P▮ | None | Spirit |
| 5 | 6/25/2024 | Unknown | None | Dropped off at SFO but flying out of OAK |
| 6 | 7/1/2024 | Rashpiinder B▮ | (209) 918▮ | Unknown |
| 7 | 7/8/2024 | Erika G▮ | (209) 626▮ | Volaris Airlines / Out of OAK |
| 8 | 7/9/2024 | Ruel F▮ | (702) 489▮ | Dropped off at wrong airport |
| 9 | 7/12/2024 | Karla M▮ | (844) 184▮ | Final destination / Mexico |
| 10 | 7/29/2024 | Pty of two | pax was rushing, didn't have time to leave name | FLT# 4409 |
| 11 | 7/30/2024 | Tavin H▮ | 702-809▮ | Spirit Airlnes - OAK/SLC; ETD: 1402 |
| 12 | 8/3/2024 | Pty of two | too upset didn't have time to leave names | Spirit Airlines - OAK/LAS |
| 13 | 8/4/2024 | Pty of one | None | Volaris Airlines |
| 14 | 8/21/2024 | Victor G▮ | 310-408▮ | (Spirit) NK1479/ Destination: San Diego |
| 15 | 8/22/2024 | Elijah F▮ | 401-808▮ | Unknown |
| 16 | 8/23/2024 | Pty of One | None | Dropped off by Uber to SFO but needed to go to SF Bay Oakland Airport |
| 17 | 9/3/2024 | Pty of One | None | Ran off too fast / Traveling on Spirit out of OAK |
| 18 | 9/5/2024 | Pty of two | None | Traveling on Spirit/ mistaken SFO for Oak |
| 19 | 9/14/2024 | Jordi A▮ | ▮ | Traveling on Spirit out of OAK |
| 20 | 9/26/2024 | Unknown | None | Southwest from Oakland |
| 21 | 9/30/2024 | Pty of two | None | Spirit Airlines out of OAK / Pax were in rushed to leave didn't leave their info. |
| 22 | 10/2/24 | Maria N▮ | None | Spirit flight #73 |
| 23 | 10/2/24 | Michel F▮ | None | Spirit flight #73 |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |