# Exhibit B

## Exhibit B

## Materials Considered

**Court Documents**

- Plaintiff City and County of San Francisco's Notice of Motion and Motion for Preliminary Injunction Enjoining Defendants; Memorandum of Points and Authorities in Support Thereof, *City and County of San Francisco v. City of Oakland and Port of Oakland*, United States District Court for the Northern District of California, Case No. 3:24-cv-02311-TSH, dated September 17, 2024.

**Expert Reports and Declarations**

- Declaration of Dr. Carol A. Scott, dated October 8, 2024.

- Declaration of Sarah Butler in Support of the City's Motion for Preliminary Injunction, and accompanying exhibits, dated September 10, 2024.

**Survey Literature**

- Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, pp. 359-423.

- Bernstein, D.H. and Keller, B. P. (2022). "Survey Evidence in False Advertising Cases," *Trademark and Deceptive Advertising Surveys: Law, Science, and Design, Second Edition*, edited by Diamond, S. S., and Swann, J. B., pp. 187-235.

**Websites**

- https: //www.8newsnow.com/news/national-news/will-cause-confusion-san-francisco-airport-officials-push-back-against-oakland-airports-proposed-name-change/

- https://aviationweek.com/air-transport/airports-networks/oakland-airport-seeks-boost-inbound-traffic-name-change

- https://fox5sandiego.com/news/national-news/will-cause-confusion-san-francisco-airport-officials-push-back-against-oakland-airports-proposed-name-change/

- https://kyma.com/news/california-news/2024/04/13/oakland-city-officials-vote-on-airports-name-change/

- https://www.airlines.org/dataset/air-travelers-in-america-annual-survey/

- https://www.cnn.com/2024/05/10/travel/oakland-airport-name-lawsuit-san-francisco/index.html

- https://www.expedia.com/

- https://www.google.com/travel/flights

- https://www.iflyoak.com/fly/airlines-and-destinations/
- https://www.kayak.com/
- https://www.latimes.com/california/story/2024-04-18/san-francisco-sues-oakland-over-airport-name-change
- https://www.southwest.com/
- https://www.statsamerica.org/sip/rank_list.aspx?rank_label=pop1

**Other Documents**

- 2024-03-29 Port Press Release.pdf
- Agenda Report.pdf
- OAK-Branding-Survey-Key-Findings.pdf