# Exhibit C

## Google Flight Search Result for "Houston"



## Google Flight Search Result for "Miami"



**Google Flight Search Result for "Chicago"**



**Google Flight Search Result for "Los Angeles"**



2

**Google Flight Search Result for "Phoenix"**



3