# Exhibit D

Data produced in native format.