COOLEY LLP
BOBBY GHAJAR (198719)
JOHN HEMANN (165823)
JUDD LAUTER (290945)
3 Embarcardero, 20th Floor
San Francisco, California 94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222
Email: bghajar@cooley.com
       jhemann@cooley.com
       jlauter@cooley.com

DAVID CHIU (189542)
City Attorney
JESSE SMITH (122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (173594)
Chief Deputy City Attorney
JULIE VEIT (209207)
CHRISTOPHER STUART (262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4700
Facsimile:     (415) 554-4757
Email: Cityattorney@sfcityatty.org
       Jesse.Smith@sfcityatty.org
       Yvonne.Mere@sfcityatty.org
       Julie.Veit@sfcityatty.org
       Christopher.Stuart@sfcityatty.org

Attorneys for Plaintiff and Counterclaim Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:24-CV-02311-TSH |
| Plaintiff, | **Second Declaration of Jessica Williams in Support of the City's Motion for Preliminary Injunction** |
| v. | |
| CITY OF OAKLAND AND PORT OF OAKLAND, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

I, Jessica Williams, declare as follows:

1. I am an associate with the law firm Cooley LLP, counsel for Plaintiff in this matter. I submit this declaration in connection with the City and County of San Francisco's Reply Brief in Support of Plaintiff City and County of San Francisco's Motion for Preliminary Injunction Enjoining Defendants. I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

### Disclaimers in the Parties' Registrations

2. As stated in my previous declaration, in or around September 9, 2024, I conducted a search of the U.S. Patent & Trademark Office ("USPTO") records for information regarding the efforts of Defendants, City of Oakland and Port of Oakland, to register the OAKLAND INTERNATIONAL AIRPORT trademark. A review of the registration certificate for this trademark, attached as Exhibit H to my previous declaration, shows that Oakland disclaimed trademark rights to the terms "INTERNATIONAL AIRPORT." No disclaimer of "OAKLAND" is present in the registration.

3. As stated in my previous declaration, in or around September 16, 2024, I conducted a search of the USPTO records for information regarding Plaintiff's application to register the SAN FRANCISCO INTERNATIONAL AIRPORT trademark. A review of the registration certificate for this trademark, attached as Exhibit E to my previous declaration, shows that Plaintiff likewise disclaimed rights in "INTERNATIONAL AIRPORT." No disclaimer of "SAN FRANCISCO" is present in the registration.

### Additional Evidence of Consumer Confusion

4. In or around October 1, 2024, I reviewed the comments section of a video "San Francisco Bay Area or LA" comedian Joy Ofodu posted on Instagram on September 24, 2024. In the video, Ofodu reacts to an offscreen voice informing her of the Oakland airport name change to "San Francisco Bay Oakland International Airport." The caption to this video reads, in relevant part: "Sorry, it's still the Oakland airport 😂 do not have these international travelers landing out here, confused" and "ALT IMG: a woman, with a slight hint of angst underneath her aura, rules of her suitcase to an off screen attendant outside of What is still very much the Oakland airport."

Reviewing the comments to this post, I observed several instances of apparent consumer confusion either experienced or witnessed by a commentor. I captured a screenshot of the comments section and have attached the relevant excerpts hereto as **Exhibit DD**.

5. For example, one Instagram user, @j_matteo, commented, ". . . Dreamforce just ended in San Francisco, with a number of people flying to the wrong airport as a result. . . ."

6. Another Instagram user @lindsey514 wrote about witnessing others' confusion resulting from the name change: " . . . it's so confusing. I've already seen people missing their flight because they go to SFO 😦".

7. An airline employee commented from their personal account, @najma_nejwa, to describe an experience with a customer who asked for their assistance checking a bag. Eventually, the user "had to use other means to find out in the end she's HEADING TO OAK which is Oakland not SFO San Francisco and I was like your [sic] heading to Oakland not sfo and she argued I was like you need to know it's called Oakland and there's already sfo so don't confuse me and go your way and make sure you tell other agents Oakland not sfo to confuse us and your self and don't miss your flight as it will [sic] Oakland not SFO."

8. Another user, @dr_tameka, did not appear to be personally confused, but commented about concerns over confusion by out-of-towners: "No, it needs to be Oakland, because out of town folks are often confused with San Francisco (SFO) and the new San Fran Oakland Airport (OAK)." This comment caught my attention as it demonstrates that even those familiar with the name change will not include the term "Bay" in reciting the new name.

9. Commenting on their own confusion, user @chris.tine2011 wrote, "That's why I got so confused I I was like no, Oakland airport on google but it kept pulling up like that." This comment caught my attention as it appears to demonstrate a situation where it was only because of the person's familiarity with their destination that they knew to override the Google search result.

10. User @empowers.souls comments about their apparent observation of confusion by ride share drivers: "**Crazy thing - ever since they changed it Uber & Lyfts have been going to the wrong airport**." (emphasis added).

11. @danielphantOm wrote about the confusion of others: "Oh yeah the name change

that had a bunch of people wind up landing at the wrong airport lol".

12. I also observed Instagram users discussing confusion in the comments section of posts about the name change, too. For example, when @rootedrachelraeray wrote, "Nobody has time for that long as [sic] name and they're going to confuse tourists into thinking they're in San Francisco too. Watch 😆," to which user @velveteenvoyager responded, **"already happened a few times!"** (emphasis added).

13. Another user, @yodeleofficial, described their confusing experience in the comments section: "They def doing too much. That's how I almost missed my flight going to the wrong airport".

14. User @Sabrina47lewis recalled some else's confusion, too: "Didn't somebody just missed their plane because of the name change of the airport I went to the wrong airport".

15. User @mankeme.nahui commented that, apparently because of the name change, "This would explain why u went to the wrong fkn airport."

Executed on this 21st day of October, 2024, at Los Angeles, California.

_____
Jessica Williams