# EXHIBIT DD



**URL**
https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D
**Timestamp**
Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**
https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D
**Timestamp**
Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**
https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D
**Timestamp**
Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**
https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D
**Timestamp**
Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D

**Timestamp**

Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**
https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D
**Timestamp**
Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**
https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D
**Timestamp**
Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D

**Timestamp**

Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D

**Timestamp**

Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**
https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D
**Timestamp**
Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D

**Timestamp**

Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.instagram.com/reel/DATq1_Qvym0/?igsh=MzRIODBiNWFIZA%3D%3D

**Timestamp**

Tue Oct 01 2024 13:29:06 GMT-0700 (Pacific Daylight Time)