UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. 24-cv-02311-TSH<br><br>**ORDER RE PRELIMINARY INJUNCTION HEARING**<br><br>Re: Dkt. No. 35 |

The Court changes the **time** of the hearing on Plaintiff's motion for a preliminary injunction. The hearing shall take place on November 7, 2024 at 1:00 p.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue. The argument shall proceed as follows:

| Party | Minutes | Subject |
|---|---|---|
| San Francisco | 30 | Merits of preliminary injunction motion |
| San Francisco | 10 | Whether the City of Oakland is a proper party to the motion |
| Port of Oakland | 45 | Merits of preliminary injunction motion |
| City of Oakland | 15 | Whether the City of Oakland is a proper party to the motion |
| San Francisco | 5 | Whether the City of Oakland is a proper party to the motion |
| San Francisco | 15 | Merits of preliminary injunction motion |

**IT IS SO ORDERED.**

Dated: 11/4/2024

THOMAS S. HIXSON
United States Magistrate Judge