| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | JOHN HEMANN (165823) |
| | JUDD LAUTER (290945) |
| 3 | RYAN C. STEVENS (306409) |
| | 3 Embarcardero, 20th Floor |
| 4 | San Francisco, California 94111-4004 |
| | Telephone:     (415) 693-2000 |
| 5 | Facsimile:      (415) 693-2222 |
| | Email: bghajar@cooley.com |
| 6 |            jhemann@cooley.com |
| |        jlauter@cooley.com |
| 7 |        rstevens@cooley.com |
| | DAVID CHIU (189542) |
| 8 | City Attorney |
| | JESSE SMITH (122517) |
| 9 | Chief Assistant City Attorney |
| | YVONNE R. MERÉ (173594) |
| 10 | Chief Deputy City Attorney |
| | JULIE VEIT (209207) |
| 11 | CHRISTOPHER STUART (262399) |
| | Deputy City Attorneys |
| 12 | City Hall |
| | 1 Dr. Carlton B. Goodlett Place |
| 13 | San Francisco, California 94102-4682 |
| | Telephone:     (415) 554-4700 |
| 14 | Facsimile:      (415) 554-4757 |
| | Email: Cityattorney@sfcityatty.org |
| 15 |     Jesse.Smith@sfcityatty.org |
| |     Yvonne.Mere@sfcityatty.org |
| 16 |     Julie.Veit@sfcityatty.org |
| |     Christopher.Stuart@sfcityatty.org |
| 17 | |
| | Attorneys for Plaintiff |
| 18 | CITY AND COUNTY OF SAN FRANCISCO |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:24-CV-02311-TSH |
| Plaintiff, | **DECLARATION OF RYAN C. STEVENS IN SUPPORT OF PLAINTIFF'S CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANT CITY OF OAKLAND'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CITY OF OAKLAND AND PORT OF OAKLAND, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

COOLEY LLP
ATTORNEYS AT LAW

I, Ryan C. Stevens, hereby declare as follows:

1. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I am an associate at the law firm of Cooley LLP, counsel for the City and County of San Francisco ("San Francisco") in the above-captioned action. Pursuant to Civil Local Rules 6-3 and 7-11, I make this Declaration in support of San Francisco's Administrative Motion to Continue Hearing on Defendant City of Oakland's Motion for Summary Judgment. I have personal knowledge of the facts contained herein and if called as a witness would and could testify competently thereto.

2. On November 8, 20204 I met and conferred with counsel for the City of Oakland by phone and requested a stipulation to briefly continue the motion for summary judgment so that the parties could ascertain whether an order on the motion for preliminary injunction would either moot the issue or open a path to resolution that would not require motion practice. I also explained San Francisco's position that it was too early in the case to file for summary judgment because the parties had not engaged in discovery. In the alternative I requested a brief continuance as a courtesy. The City of Oakland refused to agree a continuance.

3. On November 10, 2024, I wrote to counsel for the City of Oakland, asking that counsel reconsider their refusal to enter a continuance and again requested a continuance. Given the timing of San Francisco's deadline to oppose, San Francisco explained that they would file this administrative motion if they did not hear a response from the City of Oakland by November 11, 2024 at 12:00 PST. A true and correct copy of my email exchange with counsel for the City of Oakland is attached as **Exhibit A**. As of the time of this filing, the City of Oakland has not responded to this communication.

4. San Francisco's opposition to the City of Oakland's motion for summary judgment is due on November 13, 2024, and the hearing is noticed for December 5, 2024.

5. The parties have not yet had an initial case management conference, engaged in a Rule 26(f) conference, or exchanged initial disclosures.

1    I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  November 11, 2024, in San Francisco, California.

                                                               */S/Ryan Stevens*
                                                               Ryan Stevens