COOLEY LLP
BOBBY GHAJAR (198719)
JOHN HEMANN (165823)
JUDD LAUTER (290945)
RYAN C. STEVENS (306409)
3 Embarcardero, 20th Floor
San Francisco, California 94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222
Email: bghajar@cooley.com
       jhemann@cooley.com
       jlauter@cooley.com
       rstevens@cooley.com
DAVID CHIU (189542)
City Attorney
JESSE SMITH (122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (173594)
Chief Deputy City Attorney
JULIE VEIT (209207)
CHRISTOPHER STUART (262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:   (415) 554-4700
Facsimile:    (415) 554-4757
Email: Cityattorney@sfcityatty.org
       Jesse.Smith@sfcityatty.org
       Yvonne.Mere@sfcityatty.org
       Julie.Veit@sfcityatty.org
       Christopher.Stuart@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-CV-02311-TSH<br><br>**[Proposed] Order Granting Plaintiff's City and County of San Francisco's Administrative Motion to Continue Hearing on Defendant City of Oakland's Motion for Summary Judgment** |

Cooley LLP
Attorneys at Law

(PROPOSED) ORDER GRANTING MOT TO CONTINUE MSJ
Case No.: 3:24-CV-02311-TSH

310632563 v1
11/11/24

Having considered Plaintiff's Administrative Motion to Continue the Hearing on Defendant City of Oakland's Motion for Summary Judgment and the accompanying Declaration of Ryan C. Stevens and for good cause shown, the Court hereby orders as follows:

1. The hearing on Defendant's Motion for Summary Judgment (ECF No. 69) is continued from December 5, 2024 at 9:00 a.m. to January 9, 2025 at 9:00 a.m.

2. San Francisco's deadline to oppose the City of Oakland's summary judgment motion is continued to December 26, 2024.

3. Defendant's deadline to file a reply brief is continued to January 2, 2025.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Thomas S. Hixon
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW

(PROPOSED) ORDER GRANTING MOT TO CONTINUE MSJ
CASE NO.: 3:24-CV-02311-TSH

310632563 v1
11/11/24