COOLEY LLP
BOBBY GHAJAR (198719)
JOHN HEMANN (165823)
JUDD LAUTER (290945)
RYAN C. STEVENS (306409)
3 Embarcardero, 20th Floor
San Francisco, California 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222
Email: bghajar@cooley.com
       jhemann@cooley.com
       jlauter@cooley.com
       rstevens@cooley.com
DAVID CHIU (189542)
City Attorney
JESSE SMITH (122517)
Chief Assistant City Attorney
YVONNE R. MERÉ (173594)
Chief Deputy City Attorney
JULIE VEIT (209207)
CHRISTOPHER STUART (262399)
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:   (415) 554-4700
Facsimile:   (415) 554-4757
Email: Cityattorney@sfcityatty.org
       Jesse.Smith@sfcityatty.org
       Yvonne.Mere@sfcityatty.org
       Julie.Veit@sfcityatty.org
       Christopher.Stuart@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-CV-02311-TSH<br><br>**STIPULATED DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST THE CITY OF OAKLAND BY AND THROUGH ITS CITY COUNCIL WITHOUT PREJUDICE** |

Plaintiff City and County of San Francisco ("Plaintiff"), and Defendant the City of Oakland by and through its City Council ("City of Oakland"), (together, the "Parties" and, each, a "Party"), by and through their undersigned attorneys, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims Plaintiff asserted against Defendant the City of Oakland by and through its City Counsel in the above-captioned action are hereby dismissed without prejudice, with each Party to bear its own costs, expenses, and attorneys' fees.

Defendant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners ("Port of Oakland") agrees to the foregoing dismissal of claims as between Plaintiff and the City of Oakland. Nothing herein is intended to address or dismiss any claims or relief between Plaintiff and the Port of Oakland, including but not limited to claims for fees and costs. The dismissal applies only to the City of Oakland.

**IT IS SO STIPULATED.**

Dated: November 13, 2024        COOLEY LLP

　　　　　　　　　　　　　　　　　 */s/ John H. Hemann*
　　　　　　　　　　　　　　　　　John H. Hemann

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　City and County of San Francisco

Dated: November 13, 2024        FENNEMORE WENDEL & FENNEMORE CRAIG, P.C.

　　　　　　　　　　　　　　　　　 */s/ Brandi Balanda*
　　　　　　　　　　　　　　　　　Brandi Balanda

　　　　　　　　　　　　　　　　　Attorneys for Defendant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners

COOLEY LLP
ATTORNEYS AT LAW

STIPULATED DISMISSAL WITHOUT PREJUDICE
CASE NO.: 3:24-CV-02311-TSH

310746919

Dated: November 13, 2024

OFFICE OF THE OAKLAND CITY ATTORNEY

*/s/ Christina Lum*
Christina Lum

Attorneys for Defendant City of Oakland by and through its City Council

## **ATTETESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ John H. Hemann*
John H. Hemann

COOLEY LLP
ATTORNEYS AT LAW

3

STIPULATED DISMISSAL WITHOUT PREJUDICE
CASE NO.: 3:24-CV-02311-TSH

310746919