# PRELIMINARY INJUNCTION APPEAL
## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:24-cv-02311-TSH

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 04/18/2024

Date of judgment or order you are appealing: 11/12/2024

Docket entry number of judgment or order you are appealing: 77

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

City of Oakland, a Municipal Corporation, acting by and through its Board of Port Commissioners (the Port of Oakland)

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:           State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Brandi B. Balanda      **Date** Dec 12, 2024

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** (List **each** party filing the appeal, do not use "et al." or other abbreviations.)

Name(s) of party/parties:

| |
|---|
| City of Oakland, a Municipal Corporation, acting by and through its Board of Port Commissioners (the Port of Oakland) |

Name(s) of counsel (if any):

| |
|---|
| Mary C. Richardson, Kimberly I. McIntyre (more on next page) |

Address: 530 Water Street, Oakland, California, 94607

Telephone number(s): 510-627-1572

Email(s): mrichardson@portoakland.com; kmcintyre@portoakland.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** (List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)

Name(s) of party/parties:

| |
|---|
| City and County of San Francisco |

Name(s) of counsel (if any):

| |
|---|
| Bobby A. Ghajar |

Address: 1333 2nd Street, Suite 400, Santa Monica, CA 90401

Telephone number(s): 310-883-6400

Email(s): bghajar@cooley.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                         1                                 *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Port of Oakland

Name(s) of counsel (if any):

Eugene Moon Pak

Address: 1111 Broadway, 24th Fl, Oakland, CA 94607

Telephone number(s): 510-834-6600

Email(s): epak@fennemorelaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellees**

Name(s) of party/parties:

City and County of San Francisco

Name(s) of counsel (if any):

Judd D. Lauter

Address: 3175 Hanover Street, Palo Alto, CA 94304

Telephone number(s): 650-843-5000

Email(s): jaluter@cooley.com

Name(s) of party/parties:

City and County of San Francisco

Name(s) of counsel (if any):

John Henry Hemann, Ryan Christopher Stevens

Address: 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111

Telephone number(s): (415) 693-2000

Email(s): jhemann@cooley.com; rstevens@cooley.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Port of Oakland

Name(s) of counsel (if any):

Brandi B. Balanda, Stephen C. Willey

Address: 1425 Fourth Avenue, Suite 800, Seattle, WA, 98101

Telephone number(s): 206 749 0500

Email(s): bbalanda@fennemorelaw.com; swilley@fennemorelaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellees**

Name(s) of party/parties:

City and County of San Francisco

Name(s) of counsel (if any):

Michael E. Dergosits, Igor Shioket

Address: One Embarcadero Center, Suite 720, San Francisco, CA 94111

Telephone number(s): 415-705-6377

Email(s): mdergosits@dergnoah.com; ishoiket@dergnoah.com

Name(s) of party/parties:

City and County of San Francisco

Name(s) of counsel (if any):

Yvonne Rosil Mere

Address: Fox Plaza, 1390 Market Street, 6th Street, San Francisco, CA 94102

Telephone number(s): 415-554-3874

Email(s): yvonne.mere@sfcityattn.org

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> Port of Oakland

Name(s) of counsel (if any):

> Christopher J. Lindemeier

Address: 1425 Fourth Avenue, Suite 800, Seattle, WA, 98101

Telephone number(s): 206 749 0500

Email(s): clindemeier@fennemorelaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                   2                           New 12/01/2018