1  Mary C. Richardson (Bar No. 208586)
   Port Attorney
2  mrichrdson@portoakland.com
   Kimberly I. McIntyre (Bar No. 184648)
3  Deputy Port Attorney
   kmcintyre@portoakland.com
4  **PORT OF OAKLAND**
   530 Water Street
5  Oakland, California  94607
   Tel: (510) 627-1572 / (510) 627-1205
6
   Eugene M. Pak (Bar No. 168699)
7  epak@fennemorelaw.com
   **FENNEMORE LLP**
8  1111 Broadway, 24th Floor
   Oakland, California  94607
9  Tel: (510) 834-6600 / Fax: (510) 834-1928

10 Stephen C. Willey (Bar No. 209164)
   swilley@fennemorelaw.com
11 Brandi B. Balanda (*Pro Hac Vice*)
   bbalanda@fennemorelaw.com
12 Christopher J. Lindemeier (*Pro Hac Vice*)
   clindemeier@fennemorelaw.com
13 **FENNEMORE CRAIG, P.C.**
   1425 Fourth Avenue, Suite 800
14 Seattle, Washington  98101
   Tel: (206) 749-0500 / Fax: (206) 749-0500
15
   Attorneys for Defendant and Counterclaimant City of
16 Oakland, a municipal corporation, acting by and through
   its Board of Port Commissioners (Port of Oakland)
17

18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21

| 22 | CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:24-cv-02311-TSH |
|---|---|---|
| 23 | Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME** |
| 24 | v. | |
| 25 | CITY OF OAKLAND AND PORT OF OAKLAND, | |
| 26 | | |
| 27 | Defendant. | |

28

| | |
|---|---|
| 1 | CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND), |
| 2 | |
| 3 | |
| 4 | Counterclaimant, |
| 5 | v. |
| 6 | CITY AND COUNTY OF SAN FRANCISCO, |
| 7 | Counterclaim Defendant. |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT effective immediately the law firm FENNEMORE WENDEL has changed its name to FENNEMORE LLP. All contact information, including the office address, telephone and facsimile numbers, and email addresses, remain the same.

Dated: January 6, 2025                              FENNEMORE LLP

By: */s/ Eugene M. Pak*
Eugene M. Pak
Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)