| | |
|---|---|
| 1 | Mary C. Richardson (Bar No. 208586)<br>Port Attorney |
| 2 | mrichrdson@portoakland.com<br>Kimberly I. McIntyre (Bar No. 184648) |
| 3 | Deputy Port Attorney<br>kmcintyre@portoakland.com |
| 4 | **PORT OF OAKLAND**<br>530 Water Street |
| 5 | Oakland, California 94607<br>Tel: (510) 627-1572 / (510) 627-1205 |
| 6 | |
| 7 | Eugene M. Pak (Bar No. 168699)<br>epak@fennemorelaw.com |
| 8 | **FENNEMORE LLP**<br>1111 Broadway, 24th Floor |
| 9 | Oakland, California 94607<br>Tel: (510) 834-6600 / Fax: (510) 834-1928 |
| 10 | Stephen C. Willey (Bar No. 209164) |
| 11 | swilley@fennemorelaw.com<br>Brandi B. Balanda (*Pro Hac Vice*) |
| 12 | bbalanda@fennemorelaw.com<br>Sarah Gohmann Bigelow (*Pro Hac Vice*) |
| 13 | sgohmann@fennemorelaw.com<br>**FENNEMORE CRAIG, P.C.** |
| 14 | 1425 Fourth Avenue, Suite 800<br>Seattle, Washington 98101 |
| 15 | Tel: (206) 749-0500 / Fax: (206) 749-0500 |
| 16 | Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>Defendants. | Case No. 3:24-cv-02311-TSH<br><br>**JOINT STATUS REPORT REGARDING MEDIATION** |

1  CITY OF OAKLAND, A MUNICIPAL
2  CORPORATION, ACTING BY AND
   THROUGH ITS BOARD OF PORT
3  COMMISSIONERS (PORT OF OAKLAND),
4         Counterclaimant,
5  v.
6  CITY AND COUNTY OF SAN FRANCISCO,
7         Counterclaim Defendant.

**JOINT STATUS REPORT REGARDING MEDIATION**

Pursuant to the Court's Order on the Stipulation Regarding Amendment of Case Management Deadlines (ECF No. 96), the parties hereby submit this Joint Status Report Regarding Mediation. The parties engaged in mediation on April 25, 2025, but the mediation did not result in a settlement agreement.

Dated: May 2, 2025

FENNEMORE LLP & FENNEMORE CRAIG, P.C.

By: *s/ Brandi B. Balanda*
Eugene M. Pak
Stephen C. Willey
Brandi B. Balanda
Sarah Gohmann Bigelow

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

Dated: May 2, 2025

COOLEY LLP

By: */s/ Bobby Ghajar*
Bobby Ghajar
Judd Lauter
John Hemann
Ryan Stevens
Jessica Williams

Attorneys for Plaintiff and Counterclaim Defendant City and County of San Francisco