UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>PORT OF OAKLAND,<br><br>Defendant. | Case No. 24-cv-02311-TSH<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 104 |

The Court has reviewed the status report filed by the Port and United. The Court **ORDERS** United to complete its document production by July 8, 2025.

**IT IS SO ORDERED.**

Dated: June 24, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge