UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    v.<br><br>PORT OF OAKLAND,<br><br>    Defendant. | Case No. 24-cv-02311-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 118 |

    Defendant Port of Oakland and non-party United Airlines have a dispute concerning the number and identity of custodians whose documents United is obligated to search to find documents responsive to the Port's subpoena. ECF No. 118. United says that Papia Gambelin is the sole "key player" with respect to United's discussion of the name change for the Oakland airport. The parties have submitted a number of emails that United has produced for the Court to review. The Port contends that these emails show that Gambelin is not the only relevant custodian. United disagrees.

    The Court has reviewed these emails and **ORDERS** United to add Anoushah Rasta-Heyrani as a custodian. UA0037-38, UA0044-45 and UA0095 in particular attest to Rasta-Heyrani's substantial involvement in issues responsive to the Port's subpoena. The Court **DENIES** the Port's request for custodians other than Gambelin and Rasta-Heyrani, as good cause has not been shown for that. To be sure, other individuals are copied on the emails that were submitted, but there is no showing of their substantial involvement in relevant issues. The Port appears to be arguing that UA0093 suggests that the United "media relations" email address should be searched, presumably as a non-custodial account. However, that email and UA0028-29 suggest that the "media relations" email is a generic email address that reporters can use to contact

1   United.  Those emails show that a specific press inquiry that was relevant to the Oakland airport
2   name change was then forwarded to Gambelin and Rasta-Heyrani.  This indicates that the "media
3   relations" email address is not needed as a non-custodial source.
4   **IT IS SO ORDERED.**

6   Dated: November 10, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge