UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    v.<br><br>PORT OF OAKLAND,<br><br>    Defendant. | Case No. 24-cv-02311-TSH<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 117 |

In ECF No. 117, the Port of Oakland filed a motion to consider whether documents designated as confidential by United Airlines should be filed under seal. The motion contains a certificate of service stating that it was served on United. Under Civil Local Rule 79-5(f)(3), United had seven days to file a statement or declaration to support the sealing request. The rule further provides that "[a] failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party." More than seven days have passed, and United has filed nothing. Accordingly, the sealing motion is **DENIED** and the Court **ORDERS** the Port to file the documents at issue in the public record no sooner than five days and no later than ten days from the date of this order.

**IT IS SO ORDERED.**

Dated: November 20, 2025

THOMAS S. HIXSON
United States Magistrate Judge