1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:24-cv-02311-TSH |
|---|---|
| Plaintiff, | **STIPULATION REGARDING AMENDMENT OF CASE MANAGEMENT DEADLINES; [PROPOSED] ORDER AS MODIFIED BY THE COURT** |
| v. | |
| CITY OF OAKLAND AND PORT OF OAKLAND, | |
| Defendants. | |
| CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND), | |
| Counterclaimant, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Counterclaim Defendant. | |

**STIPULATION**

Plaintiff City and County of San Francisco (the "City"), and Defendant and Counterclaimant the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port"), (together, the "Parties" and, each, a "Party"), by and through their undersigned attorneys, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 16(b)(4), and Civil Local Rules 7-12 and 16-2 as follows:

- WHEREAS, this Court entered the Case Management Order on December 12, 2024 (Dkt. 86);
- WHEREAS, on April 11, 2025, the Parties stipulated to modifying the case schedule while the Parties attempted a second mediation (Dkt. 95);
- WHEREAS, the Parties were unable to resolve this litigation in that mediation, and have since been diligently engaged in discovery;
- WHEREAS, on September 3, 2025, the Parties stipulated to modifying the case schedule and the Court entered a new Case Management Order based upon that stipulation and finding of good cause (Dkt. 111);
- WHEREAS, the Parties have been actively engaged in discovery and the Parties have been diligent in pursuing discovery and observing the Case Management Deadlines;
- WHEREAS, the Parties are in the process of scheduling a mediation session with the Mediator at JAMS with whom the Parties mediated in April 2025, and the Parties are seeking to schedule that mediation to occur this month;
- WHEREAS, the parties continue to collect, review, and produce electronically stored information and are pursuing multiple third-party document and deposition subpoenas such that, in light of settlement discussions and despite the Parties' diligence, more time will be needed to complete fact discovery; and
- WHEREAS, the Parties believe that good cause exists and it is in the interests of judicial economy to continue the Case Management Deadlines to allow the Parties to focus on

- 2 -

FENNEMORE LLP
FENNEMORE CRAIG, P.C.
OAKLAND/SEATTLE

STIPULATION REGARDING AMENDMENT OF
CASE MANAGEMENT DEADLINES AND
[PROPOSED] ORDER

CASE NO. 3:24-CV-02311-TSH

settlement efforts, while providing sufficient time for the parties to prepare their respective cases should the forthcoming mediation not result in a settlement.

Therefore, the Parties respectfully request that this Court enter the attached proposed order amending the Case Management Deadlines as follows:

| CASE MANAGEMENT EVENT | DEADLINE (Dkt. 111) | PROPOSED AMENDED DEADLINE |
|---|---|---|
| Close of Fact Discovery | 2/27/2026 | 5/27/2026 |
| Disclosure of Expert Witnesses | 3/31/2026 | 6/1/2026 |
| Disclosure of Rebuttal Expert Witnesses | 5/8/2026 | 8/10/2026 |
| Close of Expert Discovery | 6/5/2026 | 9/8/2026 |
| Deadline to File Dispositive Motions | 8/6/2026 | 11/6/2026 |
| Hearing on Dispositive Motions | 9/10/2026 | 12/10/2026 |
| Exchange of Pretrial Disclosures | 11/13/2026 | 1/13/2027 |
| Deadline to File Pretrial Documents | 12/4/2026 | 3/4/2027 |
| Deadline to File Oppositions to Motions in Limine | 12/11/2026 | 3/11/2027 |
| Pretrial Conference | 1/14/2027 | 4/14/2027 |
| Final Pretrial Conference | 2/11/2027 | 5/11/2027 |
| Jury Trial (Duration to be determined) | 2/22/2027 | 5/24/2027 |

**IT IS SO STIPULATED.**

Dated: December 4, 2025

FENNEMORE LLP & FENNEMORE CRAIG, P.C.

By: */s/ Brandi B. Balanda*
Eugene M. Pak
Stephen C. Willey
Brandi B. Balanda
Sarah Gohmann Bigelow

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

Dated: December 4, 2025

COOLEY LLP

By: */s/ Judd Lauter*
Bobby Ghajar
Judd Lauter
John Hemann
Ryan Stevens
Jessica Williams

Attorneys for Plaintiff and Counterclaim Defendant City and County of San Francisco

### ORDER AS MODIFIED BY THE COURT

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

The deadlines set forth in the September 3, 2025 Case Management Order (Dkt. 111), are amended as follows:

| SUMMARY OF CASE MANAGEMENT DEADLINES | |
|---|---|
| Close of Fact Discovery | 5/27/2026 |
| Disclosure of Expert Witnesses | 6/1/2026 |
| Disclosure of Rebuttal Expert Witnesses | 8/10/2026 |
| Close of Expert Discovery | 9/8/2026 |
| Deadline to File Dispositive Motions | ~~11/6/2026~~ 11/5/2026 |
| Hearing on Dispositive Motions | 12/10/2026 |
| Exchange of Pretrial Disclosures | 1/13/2027 |
| Deadline to File Pretrial Documents | 3/4/2027 |
| Deadline to File Oppositions to Motions in Limine | 3/11/2027 |
| Pretrial Conference | ~~4/14/2027~~ 4/15/2027 |
| Final Pretrial Conference | ~~5/11/2027~~ 5/13/2027 |
| Jury Trial (Duration to be determined) | 5/24/2027 |

**IT IS SO ORDERED.**

Dated: December 4, 2025.

By: _____
Magistrate Judge Thomas S. Hixson

FENNEMORE LLP
FENNEMORE CRAIG, P.C.
OAKLAND/SEATTLE

STIPULATION REGARDING AMENDMENT OF
CASE MANAGEMENT DEADLINES AND
[PROPOSED] ORDER

CASE NO. 3:24-CV-02311-TSH