1  [Full Counsel Listing on Signature Page]

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11  CITY AND COUNTY OF SAN FRANCISCO,          Case No. 3:24-CV-02311-TSH

12           Plaintiff,                         **STIPULATION TO CONTINUE
                                                HEARING ON MOTION FOR LEAVE
13        v.                                    TO FILE SECOND AMENDED
                                                COMPLAINT [DKT. 120]**
14  CITY OF OAKLAND AND PORT OF
    OAKLAND,
15
              Defendant.
16

17  AND RELATED COUNTERCLAIM

18

19

20

21

22

23

24

25

26

27

28

Plaintiff and Counterclaim-Defendant City and County of San Francisco (the "City"), and Defendant and Counterclaimant the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") (together, the "Parties" and each, a "Party"), by and through their undersigned attorneys, hereby stipulate and agree pursuant to Civil Local Rules 7-12 as follows:

- WHEREAS, on November 12, 2025, the City filed a Motion for Leave to File Second Amended Complaint (Dkt. 120) ("Motion");

- WHEREAS, on December 4, 2025, the Parties filed a Stipulation Regarding Amendment of Case Management Deadlines (Dkt. 127) ("Stipulation to Extend Deadlines"), which sought to extend the case schedule by roughly three months;

- WHEREAS, the Court granted the Stipulation to Extend Deadlines with slight modifications on December 4, 2025 (Dkt. 128);

- WHEREAS, the hearing on the Motion is noticed for December 18, 2025 at 10:00 a.m., which the Court converted to a Zoom hearing (Dkt. 129);

- WHEREAS, on December 16, 2025, the Parties participated in an over twelve-hour mediation before a JAMS mediator, which resulted in a term sheet to be reduced to a final settlement agreement and for which the Parties are scheduling and seeking respective board approval to finalize;

- WHEREAS, the Parties intend to file an appropriate notice with the Court if the proposed settlement terms are ultimately approved after execution of a final settlement agreement and further to the terms therein;

- WHEREAS, in the meantime, consistent with the agreed-upon terms, and to avoid potentially unnecessary expenditures and events that may interfere with the resolution of this Action, the Parties have agreed to continue the hearing on the Motion, subject to the Court's approval;

- WHEREAS the Parties believe that good cause exists and it is in the interests of judicial economy to continue the hearing on the Motion to allow the Parties to finalize a settlement agreement.

STIPULATION RE HEARING ON MOTION FOR
LEAVE TO FILE SAC
CASE NO.: 3:24-CV-02311-TSH

1

2   Therefore, the Parties respectfully request that this Court enter the attached proposed

3   order continuing the hearing on the Motion to January 22, 2026, or as soon thereafter as is

4   convenient for the Court.  The Parties do not intend this Stipulation to prejudice their positions in

pursuit of or opposition to the Motion.

5   **IT IS SO STIPULATED.**

6

7   Dated: December 17, 2025                              COOLEY LLP

8
                                                         By:   */s/ Bobby Ghajar*
9                                                              Bobby Ghajar
                                                              Judd Lauter
10                                                            John Hemann
                                                             Ryan Stevens
11                                                           Jessica Williams

12
                                                             Attorneys for Plaintiff and Counterclaim
13                                                           Defendant City and County of San
                                                             Francisco
14

15

16  Dated: December 17, 2025                              FENNEMORE LLP & FENNEMORE CRAIG,
                                                         P.C.
17

18
                                                         By:   */s/ Brandi B. Balanda*
19                                                            Eugene M. Pak
                                                             Stephen C. Willey
20                                                           Brandi B. Balanda
                                                             Sarah Gohmann Bigelow
21

22                                                           Attorneys for Defendant and
                                                             Counterclaimant City of Oakland, a
23                                                           municipal corporation, acting by and
                                                             through its Board of Port Commissioners
24                                                           (Port of Oakland)

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW

STIPULATION RE HEARING ON MOTION FOR
LEAVE TO FILE SAC
CASE NO.: 3:24-CV-02311-TSH

1

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

2       I, Bobby Ghajar, attest that each of the other signatories have concurred in the filing of

3  this document, which shall serve in lieu of their own signatures on the document.

4

5  Dated: December 17, 2025                    COOLEY LLP

6

7                                             By:  */s/ Bobby Ghajar*
                                                   Bobby Ghajar
8                                                  John Hemann
                                                   Judd Lauter
9                                                  Jessica Williams

10                                            *Attorneys for Plaintiff and Counterclaim*
                                              *Defendant*
11                                            CITY AND COUNTY OF SAN FRANCISCO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE HEARING ON MOTION FOR
LEAVE TO FILE SAC
CASE NO.: 3:24-CV-02311-TSH

1

**ORDER**

2          PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

3          The hearing on the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt.

4     120) is hereby continued to January 22, 2026 at 10:00 a.m.

5

6          **IT IS SO ORDERED.**

7     Dated: _____, 2025.                    By:_____
                                                             Magistrate Judge Thomas S. Hixson
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION RE HEARING ON MOTION FOR
LEAVE TO FILE SAC
CASE NO.: 3:24-CV-02311-TSH**