[Full Counsel Listing on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND AND PORT OF OAKLAND,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:24-CV-02311-TSH<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DKT. 120]** |

Plaintiff and Counterclaim-Defendant City and County of San Francisco (the "City"), and Defendant and Counterclaimant the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") (together, the "Parties" and each, a "Party"), by and through their undersigned attorneys, hereby stipulate and agree pursuant to Civil Local Rules 7-12 as follows:

- WHEREAS, on November 12, 2025, the City filed a Motion for Leave to File Second Amended Complaint (Dkt. 120) ("Motion");

- WHEREAS, on December 4, 2025, the Parties filed a Stipulation Regarding Amendment of Case Management Deadlines (Dkt. 127) ("Stipulation to Extend Deadlines"), which sought to extend the case schedule by roughly three months;

- WHEREAS, the Court granted the Stipulation to Extend Deadlines with slight modifications on December 4, 2025 (Dkt. 128);

- WHEREAS, the hearing on the Motion is noticed for December 18, 2025 at 10:00 a.m., which the Court converted to a Zoom hearing (Dkt. 129);

- WHEREAS, on December 16, 2025, the Parties participated in an over twelve-hour mediation before a JAMS mediator, which resulted in a term sheet to be reduced to a final settlement agreement and for which the Parties are scheduling and seeking respective board approval to finalize;

- WHEREAS, the Parties intend to file an appropriate notice with the Court if the proposed settlement terms are ultimately approved after execution of a final settlement agreement and further to the terms therein;

- WHEREAS, in the meantime, consistent with the agreed-upon terms, and to avoid potentially unnecessary expenditures and events that may interfere with the resolution of this Action, the Parties have agreed to continue the hearing on the Motion, subject to the Court's approval;

- WHEREAS the Parties believe that good cause exists and it is in the interests of judicial economy to continue the hearing on the Motion to allow the Parties to finalize a settlement agreement.

Therefore, the Parties respectfully request that this Court enter the attached proposed order continuing the hearing on the Motion to January 22, 2026, or as soon thereafter as is convenient for the Court. The Parties do not intend this Stipulation to prejudice their positions in pursuit of or opposition to the Motion.

**IT IS SO STIPULATED.**

Dated: December 17, 2025                    COOLEY LLP

                                            By:  */s/ Bobby Ghajar*
                                                  Bobby Ghajar
                                                  Judd Lauter
                                                  John Hemann
                                                  Ryan Stevens
                                                  Jessica Williams

                                                  Attorneys for Plaintiff and Counterclaim Defendant City and County of San Francisco


Dated: December 17, 2025                    FENNEMORE LLP & FENNEMORE CRAIG, P.C.


                                            By:  */s/ Brandi B. Balanda*
                                                  Eugene M. Pak
                                                  Stephen C. Willey
                                                  Brandi B. Balanda
                                                  Sarah Gohmann Bigelow

                                                  Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, Bobby Ghajar, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signatures on the document.

Dated: December 17, 2025   COOLEY LLP

          By: /s/ Bobby Ghajar
            Bobby Ghajar
            John Hemann
            Judd Lauter
            Jessica Williams

*Attorneys for Plaintiff and Counterclaim Defendant*
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

The hearing on the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. 120) is hereby continued to January 22, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: December 17, 2025.                    By: _____
                                             Magistrate Judge Thomas S. Hixson