[Full Counsel Listing on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:24-cv-02311-TSH |
| Plaintiff, | **STIPULATION TO CONTINUE JANUARY 22, 2026 HEARING ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DKT. 120]** |
| v. | |
| CITY OF OAKLAND AND PORT OF OAKLAND, | |
| Defendants. | |

CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND),

Counterclaimant,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Counterclaim Defendant.

**STIPULATION**

Plaintiff and Counterclaim-Defendant City and County of San Francisco (the "City"), and Defendant and Counterclaimant the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") (together, the "Parties" and each, a "Party"), by and through their undersigned attorneys, hereby stipulate and agree pursuant to Civil Local Rules 7-12 as follows:

- WHEREAS, on November 12, 2025, the City filed a Motion for Leave to File Second Amended Complaint (Dkt. 120) ("Motion");

- WHEREAS, on December 4, 2025, the Parties filed a Stipulation Regarding Amendment of Case Management Deadlines (Dkt. 127) ("Stipulation to Extend Deadlines"), which sought to extend the case schedule by roughly three months;

- WHEREAS, the Court granted the Stipulation to Extend Deadlines with slight modifications on December 4, 2025 (Dkt. 128);

- WHEREAS, on December 16, 2025, the Parties participated in an over twelve-hour mediation before a JAMS mediator, which resulted in a term sheet to be reduced to a final settlement agreement and for which the Parties are seeking respective board approval to finalize;

- WHEREAS, on December 17, 2025, the Court executed an Order, pursuant to the Parties' Stipulation to Continue Hearing on Motion for Leave to File Second Amended Complaint [Dkt. 120], which continued the hearing on Plaintiff's Motion to January 22, 2026 at 10:00 a.m. (Dkt. 131);

- WHEREAS the Parties are working diligently to prepare a final settlement agreement for their respective board approvals but require additional time;

- WHEREAS, the Parties intend to file an appropriate notice with the Court if the proposed settlement terms are ultimately approved after execution of a final settlement agreement and further to the terms therein;

- WHEREAS, in the meantime, consistent with the agreed-upon terms, and to avoid potentially unnecessary expenditures and events that may interfere with the resolution of this

- 2 -

Action, the Parties have agreed to continue the January 22, 2026 hearing on the Motion, subject to the Court's approval;

- WHEREAS the Parties believe that good cause exists and it is in the interests of judicial economy to continue the January 22, 2026 hearing on the Motion to February 26, 2026 or the soonest date available thereafter, to allow the Parties to continue their efforts to finalize a settlement agreement. The Parties do not intend this Stipulation to prejudice their positions in pursuit of or opposition to the Motion.

**IT IS SO STIPULATED.**

Dated: January 21, 2026                FENNEMORE LLP & FENNEMORE CRAIG, P.C.


B21:    */s/ Brandi B. Balanda*
        Eugene M. Pak
        Stephen C. Willey
        Brandi B. Balanda
        Sarah Gohmann Bigelow


        Attorneys for Defendant and
        Counterclaimant City of Oakland, a
        municipal corporation, acting by and
        through its Board of Port Commissioners
        (Port of Oakland)


Dated: January 21, 2026                COOLEY LLP


By:    */s/ Bobby Ghajar*
        Bobby Ghajar
        Judd Lauter
        John Hemann
        Ryan Stevens
        Jessica Williams


        Attorneys for Plaintiff and Counterclaim
        Defendant City and County of San
        Francisco

- 3 -

## CIVIL L.R. 5-1(i)3 ATTESTATION

I, Brandi Balanda, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signature on the document.

Dated: January 21, 2026

FENNEMORE LLP & FENNEMORE CRAIG, P.C.

By:  */s/ Brandi B. Balanda*
Eugene M. Pak
Stephen C. Willey
Brandi B. Balanda
Sarah Gohmann Bigelow

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

STIPULATION TO CONTINUE JANUARY 22, 2026
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]

CASE NO. 3:24-CV-02311-TSH

**<u>ORDER</u>**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

The hearing on the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. 120) is hereby continued to February 26, 2026 at 10:00 am.

**IT IS SO ORDERED.**

Dated: January 21, 2026.                    By:_____

Magistrate Judge Thomas S. Hixson

- 5 -

STIPULATION TO CONTINUE JANUARY 22, 2026                    CASE NO. 3:24-CV-02311-TSH
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]