[Full Counsel Listing on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:24-cv-02311-TSH |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE FEBRUARY 26, 2026 HEARING ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DKT. 120]** |
| v. | |
| CITY OF OAKLAND AND PORT OF OAKLAND, | |
| Defendants. | |
| CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND), | |
| Counterclaimant, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Counterclaim Defendant. | |

## STIPULATION

Plaintiff and Counterclaim-Defendant City and County of San Francisco (the "City"), and Defendant and Counterclaimant the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") (together, the "Parties" and each, a "Party"), by and through their undersigned attorneys, hereby stipulate and agree pursuant to Civil Local Rules 7-12 as follows:

- WHEREAS, on November 12, 2025, the City filed a Motion for Leave to File Second Amended Complaint (Dkt. 120) ("Motion");

- WHEREAS, on December 4, 2025, the Parties filed a Stipulation Regarding Amendment of Case Management Deadlines (Dkt. 127) ("Stipulation to Extend Deadlines"), which sought to extend the case schedule by roughly three months;

- WHEREAS, the Court granted the Stipulation to Extend Deadlines with slight modifications on December 4, 2025 (Dkt. 128);

- WHEREAS, on December 16, 2025, the Parties participated in an over twelve-hour mediation before a JAMS mediator, which resulted in a non-binding term sheet that the parties have been attempting to reduce to a final settlement agreement;

- WHEREAS, on December 17, 2025, the Court entered an Order, pursuant to the Parties' Stipulation to Continue Hearing on Motion for Leave to File Second Amended Complaint [Dkt. 120], which continued the hearing on Plaintiff's Motion to January 22, 2026 at 10:00 a.m. (Dkt. 131);

- WHEREAS, on January 21, 2026, the Court executed an Order, pursuant to the Parties' Stipulation to Continue Hearing on Motion for Leave to File Second Amended Complaint [Dkt. 120], which continued the hearing on Plaintiff's Motion to February 26, 2026 at 10:00 a.m. (Dkt. 133);

- WHEREAS the Parties are working diligently with the mediator to attempt to reach a final agreement, including the respective approvals needed but require additional time;

- WHEREAS, the Parties intend later this week to file a case scheduling stipulation, but given the imminency of the February 26th hearing deadline, request that the Court move the hearing by three weeks or the next available hearing date thereafter;

- WHEREAS, to avoid potentially unnecessary expenditures and events that may interfere with the resolution of this Action, the Parties have agreed to continue the February 26, 2026 hearing on the Motion, subject to the Court's approval;

- WHEREAS, if the Parties are able to finalize a formal agreement, they will file an appropriate notice with the Court;

- WHEREAS the Parties believe that good cause exists and it is in the interests of judicial economy to continue the February 26, 2026 hearing on the Motion by three weeks to March 19, 2026 or the soonest date available thereafter, to allow the Parties to continue to work through the mediator to attempt to finalize a settlement agreement. The Parties do not intend this Stipulation to prejudice their positions in pursuit of or opposition to the Motion.

**IT IS SO STIPULATED.**

Dated: February 24, 2026

FENNEMORE LLP & FENNEMORE CRAIG, P.C.

B21:    */s/ Brandi B. Balanda*
Eugene M. Pak
Stephen C. Willey
Brandi B. Balanda
Sarah Gohmann Bigelow

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

- 3 -

Dated:  February 24, 2026                         COOLEY LLP


                                          By:    /s/ Bobby Ghajar
                                                 Bobby Ghajar
                                                 Judd Lauter
                                                 Colette Ghazarian


                                                 Attorneys for Plaintiff and Counterclaim
                                                 Defendant City and County of San
                                                 Francisco

- 4 -

## CIVIL L.R. 5-1(i)3 ATTESTATION

I, Brandi Balanda, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signature on the document.

Dated: February 24, 2026

FENNEMORE LLP & FENNEMORE CRAIG, P.C.

By: _/s/ Brandi B. Balanda_

Eugene M. Pak
Stephen C. Willey
Brandi B. Balanda
Sarah Gohmann Bigelow

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

STIPULATION TO CONTINUE MARCH 19, 2026
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]

CASE NO. 3:24-CV-02311-TSH

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

The hearing on the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. 120) is hereby continued to March 19, 2026 at 10:00 am.

**IT IS SO ORDERED.**

Dated: February 24, 2026.                                By:_____

Magistrate Judge Thomas S. Hixson

- 6 -

STIPULATION TO CONTINUE MARCH 19, 2026          CASE NO. 3:24-CV-02311-TSH
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]