[Full Counsel Listing on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:24-CV-02311-TSH |
| Plaintiff, | **STIPULATION REGARDING AMENDMENT OF CASE MANAGEMENT DEADLINES AND CONTINUANCE OF FEBRUARY 26, 2026 HEARING DATE;** ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| CITY OF OAKLAND AND PORT OF OAKLAND, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

332207861 v4
12:20PM

# **STIPULATION**

Plaintiff City and County of San Francisco (the "City"), and Defendant and Counterclaimant the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") (together, the "Parties" and each, a "Party"), by and through their undersigned attorneys, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rules 7-12 and 16-2 as follows:

- WHEREAS, this Court entered the Case Management Order on December 12, 2024 (Dkt. 86);

- WHEREAS, the Parties stipulated to modifications of the case schedule for good cause on April 11, 2025 (Dkt. 95), September 3, 2025 (Dkt. 111), and December 4, 2025 (Dkt. 127), each of which was granted;

- WHEREAS, on November 12, 2025, the City filed a Motion for Leave to File Second Amended Complaint (Dkt. 120) ("Motion"), with a hearing on the Motion originally noticed for December 18, 2025 (Dkt. 129);

- WHEREAS, on December 16, 2025, the Parties participated in an over twelve-hour mediation before a JAMS mediator, which resulted in a non-binding term sheet. Since then, the Parties have been working diligently to reduce the term sheet to a final settlement agreement. That has been the Parties' focus over the last two months, during which they have not pursued discovery or discovery disputes and they sought postponement of the hearing on the City's motion to amend;

- WHEREAS, on December 17, 2025 (Dkt. 130), January 21, 2026 (Dkt. 132), and February 24, 2026 (Dkt. 134) the Parties stipulated to continuing the hearing on the Motion to allow the Parties to finalize a settlement agreement, thereby resetting the hearing date to March 19, 2026 (Dkt. 135);

- WHEREAS, the Parties are still working on a final settlement agreement but have not yet been able to resolve all disputes. Thus, to put the Parties in the same position they were prior to the December 16, 2025 mediation, the Parties respectfully request a brief continuance within which to complete fact discovery, as necessary;

STIPULATION RE AMENDMENT OF
CASE MANAGEMENT DEADLINES
CASE NO.: 3:24-CV-02311-TSH

332207861 v4
12:20PM

- WHEREAS, the Parties believe that good cause exists and it is in the interests of judicial economy to continue the Case Management Deadlines to allow the Parties to focus on settlement efforts, while providing sufficient time for the parties to prepare their respective cases should the Parties' efforts not ultimately result in a settlement.

Therefore, the Parties respectfully request that this Court enter the attached proposed order amending the Case Management Deadlines as follows:

| CASE MANAGEMENT EVENT | DEADLINE (Dkt. 128) | PROPOSED AMENDED DEADLINE |
|---|---|---|
| Close of Fact Discovery | 5/27/2026 | 7/27/2026 |
| Disclosure of Expert Witnesses | 6/1/2026 | 8/3/2026 |
| Disclosure of Rebuttal Expert Witnesses | 8/10/2026 | 10/9/2026 |
| Close of Expert Discovery | 9/8/2026 | 11/9/2026 |
| Deadline to File Dispositive Motions | 11/5/2026 | 1/5/2027 |
| Hearing on Dispositive Motions | 12/10/2026 | 2/11/2027 |
| Exchange of Pretrial Disclosures | 1/13/2027 | 3/11/2027 |
| Deadline to File Pretrial Documents | 3/4/2027 | 5/4/2027 |
| Deadline to File Oppositions to Motions in Limine | 3/11/2027 | 5/11/2027 |
| Pretrial Conference | 4/15/2027 | 6/17/2027 |
| Final Pretrial Conference | 5/13/2027 | 7/15/2027 |
| Jury Trial (Duration to be determined) | 5/24/2027 | 7/26/2027 |

**IT IS SO STIPULATED.**

332207861 v4
12:20PM

Dated:  February 27, 2026                    COOLEY LLP

                                             By:   /s/ *Bobby Ghajar*
                                                   Bobby Ghajar
                                                   Judd Lauter
                                                   John Hemann
                                                   Ryan Stevens
                                                   Jessica Williams


                                                   Attorneys for Plaintiff and Counterclaim
                                                   Defendant City and County of San
                                                   Francisco


Dated:  February 27, 2026                    FENNEMORE LLP & FENNEMORE CRAIG,
                                             P.C.


                                             By:   */s/ Brandi B. Balanda*
                                                   Eugene M. Pak
                                                   Stephen C. Willey
                                                   Brandi B. Balanda
                                                   Sarah Gohmann Bigelow


                                                   Attorneys for Defendant and
                                                   Counterclaimant City of Oakland, a
                                                   municipal corporation, acting by and
                                                   through its Board of Port Commissioners
                                                   (Port of Oakland)

COOLEY LLP
ATTORNEYS AT LAW

3

**STIPULATION RE AMENDMENT OF
CASE MANAGEMENT DEADLINES
CASE NO.: 3:24-CV-02311-TSH**

332207861 v4
12:20PM

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I, Bobby Ghajar, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signatures on the document.

Dated:  February 27, 2026                    COOLEY LLP


                                             By:  ___/s/ Bobby Ghajar_____
                                                  Bobby Ghajar
                                                  Judd Lauter
                                                  Jessica Williams

                                             *Attorneys for Plaintiff and Counterclaim Defendant*
                                             CITY AND COUNTY OF SAN FRANCISCO

1

332207861 v4
12:20PM

## <u>ORDER</u>

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

The deadlines set forth in the December 4, 2025 Order granting the Parties' Stipulation Regarding Amendment of Case Management Deadlines (Dkt. 128), are amended as follows:

| SUMMARY OF CASE MANAGEMENT DEADLINES | |
|---|---|
| Close of Fact Discovery | 7/27/2026 |
| Disclosure of Expert Witnesses | 8/3/2026 |
| Disclosure of Rebuttal Expert Witnesses | 10/9/2026 |
| Close of Expert Discovery | 11/9/2026 |
| Deadline to File Dispositive Motions | 1/5/2027 |
| Hearing on Dispositive Motions | 2/11/2027 |
| Exchange of Pretrial Disclosures | 3/11/2027 |
| Deadline to File Pretrial Documents | 5/4/2027 |
| Deadline to File Oppositions to Motions in Limine | 5/11/2027 |
| Pretrial Conference | 6/17/2027 |
| Final Pretrial Conference | 7/15/2027 |
| Jury Trial (Duration to be determined) | 7/26/2027 |

**IT IS SO ORDERED.**

Dated: February 27, 2026.                                    By:_____

Magistrate Judge Thomas S. Hixson

**STIPULATION RE AMENDMENT OF CASE MANAGEMENT DEADLINES CASE NO.: 3:24-CV-02311-TSH**

332207861 v4
12:20PM