[Full Counsel Listing on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff,

v.

CITY OF OAKLAND AND PORT OF OAKLAND,

Defendants.

---

CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND),

Counterclaimant,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Counterclaim Defendant.

Case No. 3:24-cv-02311-TSH

**STIPULATION TO CONTINUE APRIL 2, 2026 HEARING ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DKT. 120]**

## **STIPULATION**

Plaintiff and Counterclaim-Defendant City and County of San Francisco (the "City"), and Defendant and Counterclaimant the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") (together, the "Parties" and each, a "Party"), by and through their undersigned attorneys, hereby stipulate and agree pursuant to Civil Local Rules 7-12 as follows:

- WHEREAS, on November 12, 2025, the City filed a Motion for Leave to File Second Amended Complaint (Dkt. 120) ("Motion");

- WHEREAS, on December 4, 2025, the Parties filed a Stipulation Regarding Amendment of Case Management Deadlines (Dkt. 127) ("Stipulation to Extend Deadlines"), which sought to extend the case schedule by roughly three months;

- WHEREAS, the Court granted the Stipulation to Extend Deadlines with slight modifications on December 4, 2025 (Dkt. 128);

- WHEREAS, on December 16, 2025, the Parties participated in an over twelve-hour mediation before a JAMS mediator, which resulted in a non-binding term sheet that the parties have been attempting to reduce to a final settlement agreement;

- WHEREAS, on December 17, 2025, the Court entered an Order, pursuant to the Parties' Stipulation to Continue Hearing on Motion for Leave to File Second Amended Complaint [Dkt. 120], which continued the hearing on Plaintiff's Motion to January 22, 2026 at 10:00 a.m. (Dkt. 131);

- WHEREAS, on January 21, 2026, the Court executed an Order, pursuant to the Parties' Stipulation to Continue Hearing on Motion for Leave to File Second Amended Complaint [Dkt. 120], which continued the hearing on Plaintiff's Motion to February 26, 2026 at 10:00 a.m. (Dkt. 133);

- WHEREAS, on February 24, 2026, the Court executed an Order, pursuant to the Parties' Stipulation to Continue Hearing on Motion for Leave to File Second Amended Complaint

[Dkt. 134], which continued the hearing on Plaintiff's Motion to March 19, 2026 at 10:00 a.m. (Dkt. 135);

• WHEREAS, on March 17, 2026, the Court executed an Order, pursuant to the Parties' Stipulation to Continue Hearing on Motion for Leave to File Second Amended Complaint [Dkt. 138], which continued the hearing on Plaintiff's Motion to April 2, 2026 at 10:00 a.m. (Dkt. 139, the "Continuance Order");

• WHEREAS, following entry of the Continuance Order, the Parties continued to work diligently with the mediator and more recently, through direct discussions between counsel to attempt to reach a final agreement;

• WHEREAS, specifically, after several exchanges through the mediator, on March 30, 2026 outside counsel for the Parties met alongside the mediator and exchanged further proposed language to attempt to resolve the few outstanding issues with respect to the settlement agreement;

• WHEREAS, the Parties have not yet resolved those few outstanding issues, but continue to work diligently towards that objective;

• WHEREAS, to avoid potentially unnecessary expenditures and events that may interfere with the resolution of this Action, the Parties have agreed to continue the April 2, 2026 hearing on the Motion, subject to the Court's approval;

• WHEREAS, if the Parties are able to finalize a formal agreement, they will file an appropriate notice with the Court;

• WHEREAS the Parties believe that good cause exists and it is in the interests of judicial economy to continue the April 2, 2026 hearing on the Motion by two weeks to April 16, 2026 or the soonest date available thereafter, to allow the Parties to continue to work directly through counsel and/or with the mediator to attempt to finalize a settlement agreement;

• WHEREAS, the Parties do not currently anticipate a need for a further continuance regarding this hearing and will continue working diligently in the meantime;

- 3 -

STIPULATION TO CONTINUE APRIL 2, 2026                    CASE NO. 3:24-CV-02311-TSH
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]

• WHEREAS, the Parties do not intend this Stipulation to prejudice their positions in pursuit of or opposition to the Motion.

**IT IS SO STIPULATED.**

Dated: April 1, 2026

FENNEMORE LLP & FENNEMORE CRAIG, P.C.

B21:    */s/ Brandi B. Balanda*
Eugene M. Pak
Stephen C. Willey
Brandi B. Balanda
Sarah Gohmann Bigelow

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

Dated: April 1, 2026

COOLEY LLP

By:    */s/ Bobby Ghajar*
Bobby Ghajar
Judd Lauter
Colette Ghazarian

Attorneys for Plaintiff and Counterclaim Defendant City and County of San Francisco

- 4 -

## CIVIL L.R. 5-1(i)3 ATTESTATION

I, Brandi B. Balanda, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signature on the document.

Dated: April 1, 2026

FENNEMORE LLP & FENNEMORE CRAIG, P.C.

B21:   */s/ Brandi B. Balanda*
Eugene M. Pak
Stephen C. Willey
Brandi B. Balanda
Sarah Gohmann Bigelow

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

The hearing on the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. 120) is hereby continued to April 16, 2026 at 10:00 am.

**IT IS SO ORDERED.**

Dated: April 1, 2026.                          By: _____

Magistrate Judge Thomas S. Hixson

- 6 -

STIPULATION TO CONTINUE APRIL 2, 2026                          CASE NO. 3:24-CV-02311-TSH
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]