[Full Counsel Listing on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:24-cv-02311-TSH |
| Plaintiff, | **STIPULATION TO CONTINUE APRIL 16, 2026 HEARING ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DKT. 120]; ORDER** |
| v. | |
| CITY OF OAKLAND AND PORT OF OAKLAND, | |
| Defendants. | |
| | |
| CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND), | |
| Counterclaimant, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Counterclaim Defendant. | |

STIPULATION TO CONTINUE APRIL 16, 2026
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]

CASE NO. 3:24-CV-02311-TSH

**STIPULATION**

Plaintiff and Counterclaim-Defendant City and County of San Francisco (the "City"), and Defendant and Counterclaimant the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") (together, the "Parties" and each, a "Party"), by and through their undersigned attorneys, hereby stipulate and agree pursuant to Civil Local Rules 7-12 as follows:

- WHEREAS, on November 12, 2025, the City filed a Motion for Leave to File Second Amended Complaint (Dkt. 120) ("Motion");

- WHEREAS, on December 4, 2025, the Parties filed a Stipulation Regarding Amendment of Case Management Deadlines (Dkt. 127) ("Stipulation to Extend Deadlines"), which sought to extend the case schedule by roughly three months;

- WHEREAS, the Court granted the Stipulation to Extend Deadlines with slight modifications on December 4, 2025 (Dkt. 128);

- WHEREAS, on December 16, 2025, the Parties participated in an over twelve-hour mediation before a JAMS mediator, which resulted in a non-binding term sheet that the parties have been attempting to reduce to a final settlement agreement;

- WHEREAS, pursuant to the Parties' stipulations, the Court has continued the hearing on the City's Motion for Leave to File Second Amended Complaint multiple times to accommodate the Parties' ongoing settlement negotiations (Dkts. 131, 133, 135, 139);

- WHEREAS, during that time, the Parties continued to work diligently with the mediator and more recently, through direct discussions between counsel to attempt to reach a final agreement;

- WHEREAS, specifically, after several exchanges through the mediator, on March 30, 2026 outside counsel for the Parties met alongside the mediator and exchanged further proposed language to attempt to resolve the few outstanding issues with respect to the settlement agreement;

- 2 -

STIPULATION TO CONTINUE APRIL 16, 2026
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]

CASE NO. 3:24-CV-02311-TSH

- WHEREAS, given the few outstanding issues, the Parties sought a further brief continuance and the Court entered an Order, pursuant to the Parties' Stipulation to Continue Hearing on Motion for Leave to File Second Amended Complaint [Dkt. 140], which continued the hearing on Plaintiff's Motion to April 16 at 10:00 a.m. (Dkt. 141, the "Further Continuance Order");

- WHEREAS, the Parties are pleased to report that they have resolved the outstanding issues and are moving towards execution of a final settlement agreement, which requires certain approvals and signatures;

- WHEREAS, to avoid potentially unnecessary expenditures and events that may interfere with the resolution of this Action, the Parties have agreed to continue the April 16, 2026 hearing on the Motion, subject to the Court's approval to April 30, 2026;

- WHEREAS, if the Parties are able to finalize a formal agreement, they will file an appropriate notice with the Court;

- WHEREAS the Parties believe that good cause exists and it is in the interests of judicial economy to continue the April 16, 2026 hearing on the Motion by two weeks to April 30, 2026 or the soonest date available thereafter, to allow the Parties to work towards finalizing a settlement agreement;

- WHEREAS, the Parties do not currently anticipate a need for a further continuance regarding this hearing and will continue working diligently in the meantime;

- WHEREAS, the Parties do not intend this Stipulation to prejudice their positions in pursuit of or opposition to the Motion.

**IT IS SO STIPULATED.**

- 3 -

Dated: April 15, 2026

FENNEMORE LLP & FENNEMORE CRAIG, P.C.

B21:   */s/ Brandi B. Balanda*
        Eugene M. Pak
        Stephen C. Willey
        Brandi B. Balanda
        Sarah Gohmann Bigelow

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

Dated: April 15, 2026

COOLEY LLP

By:   */s/ Bobby Ghajar*
       Bobby Ghajar
       Judd Lauter
       Colette Ghazarian

Attorneys for Plaintiff and Counterclaim Defendant City and County of San Francisco

- 4 -

STIPULATION TO CONTINUE APRIL 16, 2026
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]

CASE NO. 3:24-CV-02311-TSH

## CIVIL L.R. 5-1(i)3 ATTESTATION

I, Brandi B. Balanda, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signature on the document.

Dated: April 15, 2026

FENNEMORE LLP & FENNEMORE CRAIG, P.C.


B21:  */s/ Brandi B. Balanda*

Eugene M. Pak
Stephen C. Willey
Brandi B. Balanda
Sarah Gohmann Bigelow


Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

## <u>ORDER</u>

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

The hearing on the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. 120) is hereby continued to April 30, 2026 at 10:00 am.

**IT IS SO ORDERED.**

Dated: April 15, 2026.                          By:_____

Magistrate Judge Thomas S. Hixson

- 6 -