[Full Counsel Listing on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:24-cv-02311-TSH |
| Plaintiff, | **STIPULATION TO VACATE APRIL 30, 2026 HEARING ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DKT. 120]** |
| v. | |
| CITY OF OAKLAND AND PORT OF OAKLAND, | |
| Defendants. | |

CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND),

Counterclaimant,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Counterclaim Defendant.

**STIPULATION**

Plaintiff and Counterclaim-Defendant City and County of San Francisco (the "City"), and Defendant and Counterclaimant the City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (the "Port") (together, the "Parties" and each, a "Party"), by and through their undersigned attorneys, hereby stipulate and agree pursuant to Civil Local Rules 7-12 as follows:

- WHEREAS, on November 12, 2025, the City filed a Motion for Leave to File Second Amended Complaint (Dkt. 120) ("Motion");

- WHEREAS, on December 4, 2025, the Parties filed a Stipulation Regarding Amendment of Case Management Deadlines (Dkt. 127) ("Stipulation to Extend Deadlines"), which sought to extend the case schedule by roughly three months;

- WHEREAS, the Court granted the Stipulation to Extend Deadlines with slight modifications on December 4, 2025 (Dkt. 128);

- WHEREAS, on December 16, 2025, the Parties participated in an over twelve-hour mediation before a JAMS mediator, which resulted in a non-binding term sheet that the parties have been attempting to reduce to a final settlement agreement;

- WHEREAS, pursuant to the Parties' stipulations, the Court has continued the hearing on the City's Motion for Leave to File Second Amended Complaint to accommodate the Parties' ongoing settlement negotiations (Dkts. 131, 133, 135, 139, 143);

- WHEREAS, the hearing on the Motion is currently set for April 30, 2026;

- WHEREAS, the Parties are pleased to report that they have executed a formal settlement agreement ("Settlement Agreement");

- WHEREAS, under the Settlement Agreement, the Parties are to file a stipulation of dismissal of this action within fourteen (14) days of the Effective Date;

- WHEREAS, in light of the Settlement Agreement and the forthcoming dismissal, the Parties have agreed that the April 30, 2026 hearing on the Motion should be vacated, subject to the Court's approval;

- 2 -

- WHEREAS, the Parties believe that good cause exists and it is in the interests of judicial economy to take the April 30, 2026 hearing off calendar, given the executed Settlement Agreement and forthcoming stipulation of dismissal to be filed pursuant thereto.

**IT IS SO STIPULATED.**

Dated: April 29, 2026

FENNEMORE LLP & FENNEMORE CRAIG, P.C.

By: _/s/ Brandi B. Balanda_
Eugene M. Pak
Stephen C. Willey
Brandi B. Balanda
Sarah Gohmann Bigelow

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

Dated: April 29, 2026

COOLEY LLP

By: _/s/ Bobby Ghajar_
Bobby Ghajar
Judd Lauter
Colette Ghazarian

Attorneys for Plaintiff and Counterclaim Defendant City and County of San Francisco

- 3 -

STIPULATION TO VACATE APRIL 30, 2026
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]
64146583.1

CASE NO. 3:24-CV-02311-TSH

**CIVIL L.R. 5-1(i)3 ATTESTATION**

I, Bobby Ghajar, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signature on the document.

Dated:  April 29, 2026                                        COOLEY LLP


                                                             By:   */s/ Bobby Ghajar*
                                                                   Bobby Ghajar
                                                                   Judd Lauter
                                                                   Colette Ghazarian


                                                                   Attorneys for Plaintiff and Counterclaim
                                                                   Defendant City and County of San
                                                                   Francisco

# ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

The hearing on the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. 120) scheduled for April 30, 2026 is hereby vacated and taken off of the hearing calendar.

**IT IS SO ORDERED.**

Dated: _April 29, 2026.                                   By:_____

Magistrate Judge Thomas S. Hixson

- 5 -

STIPULATION TO VACATE APRIL 30, 2026                                   CASE NO. 3:24-CV-02311-TSH
HEARING ON MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT [DKT. 120]
64146583.1