[Full Counsel Listing on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff,

v.

CITY OF OAKLAND AND PORT OF OAKLAND,

Defendants.

CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (PORT OF OAKLAND),

Counterclaimant,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Counterclaim Defendant.

Case No. 3:24-cv-02311-TSH

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**

Judge:    Hon. Thomas S. Hixson

COOLEY LLP
ATTORNEYS AT LAW

IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant City and County of San Francisco (the "City"), and Defendant and Counterclaimant the City of Oakland, municipal corporation, acting by and through its Board of Port Commissioners (the "Port") that pursuant to a settlement agreement between the parties, the above-captioned action be dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, expenses and costs in connection with the action.

Dated:      May 4, 2026          COOLEY LLP


By:      /s/ Bobby Ghajar
          Bobby Ghajar
          Judd Lauter
          Colette Ghazarian

Attorneys for Plaintiff and Counterclaim-Defendant City and County of San Francisco


Dated:      May 4, 2026          FENNEMORE LLP & FENNEMORE CRAIG, P.C.


By:      /s/ Brandi B. Balanda
          Eugene M. Pak
          Stephen C. Willey
          Brandi B. Balanda
          Sarah Gohmann Bigelow

Attorneys for Defendant and Counterclaimant City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners (Port of Oakland)

COOLEY LLP
ATTORNEYS AT LAW

1

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
3:24-CV-02311-TSH

**IT IS SO ORDERED.**

Dated: May 4, 2026

_____
Magistrate Judge Thomas S. Hixson

COOLEY LLP
ATTORNEYS AT LAW

2

**JOINT STIPULATION OF DISMISSAL AND**
**[PROPOSED] ORDER 3:24-CV-02311-TSH**